# EXHIBIT B

*Submitted by:*
Kenyon D. Dove (9868)
SMITH KNOWLES, PLLC
2225 Washington Boulevard, Suite 200
Ogden, Utah 84401
Telephone:   (801) 476-0303
Telefax:   (801) 476-0399
Email:   defaultservices@smithknowles.com

*Attorneys for Gravity Capital, LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| In Re: | Bankruptcy No. 25-21749 |
|---|---|
| MAX WARREN BARBER, | Chapter 13<br>Judge: Kevin R. Anderson |
| Debtor. | **[Filed Electronically]** |

### ORDER RE: MOTION FOR IN REM RELIEF FROM THE AUTOMATIC STAY AND THE CO-DEBTOR STAY

Gravity Capital, LLC ("Creditor"), a secured creditor of the Debtor, a secured creditor of the Debtor, Max Warren Barber as Trustee of the MSB Trust dated December 12, 2017 ("Debtor"), and Co-Debtor, Max Warren Barber (Debtor and Co-Debtor collectively referred to herein as the "Debtors"), having presented its Motion for *in rem* Relief from the Automatic Stay and the Co-Debtor Stay, based upon the Stipulation of the parties, attached hereto as Exhibit "A" and incorporated herein by this reference, Creditor's Motion is granted pursuant to the terms of the Stipulation as follows:

Case 2:25-cv-00681-HCN-DBP  Document 35-1  Filed 09/17/25  PageID.256  Page 3 of 15

Case 25-21749  Doc 48  Filed 05/30/25  Entered 05/30/25 13:48:46  Desc Pending Order Re: [16] Motion for Relief From Stay and Motion for Relief from Co  Page 2 of 11

1. Creditor is a secured creditor of the Debtors, secured by real properties, in which the Debtor and Co-Debtor claim some interest, located at 1028 South 1900 East, Salt Lake City Utah and 1836 East Yale, Salt Lake City, Utah 84108 (hereinafter referred to jointly as the "Property"), and more particularly described as follows:

   PARCEL 1: LOT 12, BLOCK 2, YALECREST HEIGHTS, ACCORDING TO THE OFFICIAL PLAT THEREOF AS RECORDED IN THE OFFICE OF THE SALT LAKE COUNTY RECORDER. PARCEL NO. 16-09-427-010-0000.

   PARCEL 2: LOT 8, UPPER YALE THIRD ADDITION, ACCORDING TO THE OFFICIAL PLAT THEREOF AS RECORDED IN THE OFFICE OF THE SALT LAKE COUNTY RECORDER, AND ALSO COMMENCING AT THE SOUTHEAST CORNER OF SAID LOT 8; THENCE SOUTH 40.5 FEET; THENCE WEST 60 FEET; THENCE NORTH 40.5 FEET; THENCE EAST 60 FEET TO THE POINT OF BEGINNING. PARCEL NO. 16-09-429-005-0000.

2. Gravity Capital, LLC is hereby granted *in rem* Relief from the Automatic Stay and Co-Debtor Stay as to the Property in favor of Gravity Capital, LLC only, pursuant to 11 USC 362(d)(4).

3. Any Trustee's Sale set hereafter will be held after July 7, 2025.

4. Parties agree to discuss in good faith the final payoff amount due prior to July 7, 2025.

5. The Automatic Stay and Co-Debtor Stay will also be lifted and applied to any bifurcation or conversion of this case from one chapter to another as to Gravity Capital, LLC.

6. The fourteen-day stay following entry of this Order Granting Relief, as provided by Bankruptcy Rule 4001(a)(3), should be waived.

7. Additionally, Debtor's Emergency Motion for Sanctions, Injunctive Relief, and Expungement of Wrong Liens for Violations of the Automatic Stay, Bad Faith Conduct, Willful Interference with Property of the Estate, and Abuse of Process, and any claims

Case 2:25-cv-00681-HCN-DBP  Document 35-1  Filed 09/17/25  PageID.257  Page 4 of 15

Case 25-21749  Doc 48  Filed 05/30/25  Entered 05/30/25 13:48:46  Desc Pending Order Re: [16] Motion for Relief From Stay and Motion for Relief from Co  Page 3 of 11

related thereto are hereby dismissed with prejudice as to Gravity Capital, LLC, its officers and agents including Dave Knudsen, Attorney Kenyon D. Dove, and Smith Knowles, PLLC, in accordance with the Stipulation of the Parties.

8. The recorded lien shall be amended to reflect the correct principal and/or balance owed. The Automatic Stay shall remain in effect for all parties except Gravity Capital, LLC to sell the properties, effective as of July 7, 2025.

9. The Debtor and Co-Debtor identified herein are Max W. Barber and the MSB Trust.

**END OF DOCUMENT**

Case 2:25-cv-00681-HCN-DBP   Document 35-1   Filed 09/17/25   PageID.258   Page 5 of 15

Case 25-21749   Doc 48   Filed 05/30/25   Entered 05/30/25 13:48:46   Desc Pending Order Re: [16] Motion for Relief From Stay and Motion for Relief from Co   Page 4 of 11

### DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER RE: MOTION FOR IN REM RELIEF FROM THE AUTOMATIC STAY AND THE CO-DEBTOR STAY** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- **Darwin H. Bingham**   dbingham@scalleyreading.net, cat@scalleyreading.net
- **Lon Jenkins tr**   ecfmail@ch13ut.org, lneebling@ch13ut.org
- **Jonathan D. Kirk**   ecf@kirklawutah.com, jonathan@kirklawutah.com
- **United States Trustee**   USTPRegion19.SK.ECF@usdoj.gov
- **Aaron M. Waite**   aaronmwaite@agutah.gov

**By U.S. Mail Service** – In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b):

*Debtor*
**Max Warren Barber**
1028 South 1900 East
Salt Lake City, UT 84108

*Debtor*
**Max Warren Barber**
1836 E Yale Ave
Salt Lake City, UT 84108

*Co-Debtor/Borrower*
**Sara G. Navarra**
**Trustee of the MSB Trust**
1028 South 1900 East,
Salt Lake City, UT 84108

*Co-Debtor/Borrower*
**Sara G. Navarra**
**Trustee of the MSB Trust**
1836 East Yale,
Salt Lake City, UT 84108

/s/ Kenyon D. Dove
Attorney at Law

Case 2:25-cv-00681-HCN-DBP  Document 35-1  Filed 09/17/25  PageID.259  Page 6 of 15

Case 25-21749  Doc 48  Filed 05/30/25  Entered 05/30/25 13:48:46  Desc Pending Order Re: [16] Motion for Relief From Stay and Motion for Relief from Co  Page 5 of 11

# Exhibit "A"
## (Stipulation)

*Submitted by:*
Kenyon D. Dove (9868)
SMITH KNOWLES, PLLC
2225 Washington Boulevard, Suite 200
Ogden, Utah 84401
Telephone: (801) 476-0303
Telefax: (801) 476-0399
Email: defaultservices@smithknowles.com

*Attorneys for Gravity Capital, LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

Bankruptcy No. 25-21749
Chapter 13
Judge: Kevin R. Anderson

In Re:

MAX WARREN BARBER, Debtor.    **[Filed Electronically]**

### STIPULATION RE: MOTION FOR *IN REM* RELIEF FROM THE AUTOMATIC STAY AND THE CO-DEBTOR STAY

Gravity Capital, LLC ("Creditor"), a secured creditor of the Debtor, a secured creditor of the Debtor, Max Warren Barber as Trustee of the MSB Trust dated December 12, 2017 ("Debtor"), and Co-Debtor, Max Warren Barber (Debtor and Co-Debtor collectively referred to herein as the "Debtors"), having presented its Motion for *in rem* Relief from the Automatic Stay and the Co-Debtor Stay, and Debtors, based upon an agreement between the parties, by and through their respective attorneys of record, agree the Motion should be granted pursuant to the terms outlined in this Stipulation as follows:

Case 2:25-cv-00681-HCN-DBP  Document 35-1  Filed 09/17/25  PageID.261  Page 8 of 15

Case 25-21749  Doc 48  Filed 05/30/25  Entered 05/30/25 13:48:46  Desc Pending Order Re: [16] Motion for Relief From Stay and Motion for Relief from Co  Page 7 of 11

1. Creditor is a secured creditor of the Debtors, secured by real properties, in which the Debtor and Co-Debtor claim some interest, located at 1028 South 1900 East, Salt Lake City Utah and 1836 East Yale, Salt Lake City, Utah 84108 (jointly referred to the "Property"), and more particularly described as follows:

> PARCEL 1: LOT 12, BLOCK 2, YALECREST HEIGHTS, ACCORDING TO THE OFFICIAL PLAT THEREOF AS RECORDED IN THE OFFICE OF THE SALT LAKE COUNTY RECORDER. PARCEL NO. 16-09-427-010-0000.
>
> PARCEL 2: LOT 8, UPPER YALE THIRD ADDITION, ACCORDING TO THE OFFICIAL PLAT THEREOF AS RECORDED IN THE OFFICE OF THE SALT LAKE COUNTY RECORDER, AND ALSO COMMENCING AT THE SOUTHEAST CORNER OF SAID LOT 8; THENCE SOUTH 40.5 FEET; THENCE WEST 60 FEET; THENCE NORTH 40.5 FEET; THENCE EAST 60 FEET TO THE POINT OF BEGINNING. PARCEL NO. 16-09-429-005-0000.

2. Debtor stipulates to immediate in rem Relief from the Automatic Stay and Co-Debtor Stay in favor Gravity Capital, LLC.

3. Gravity Capital, LLC agrees that any Trustee's Sale set hereafter will be held after July 7, 2025.

4. ==Parties agree to discuss in good faith the final payoff amount due prior to July 7, 2025.== 5. The Automatic Stay and Co-Debtor Stay will also be lifted and applied to any bifurcation or conversion of this case from one chapter to another.

6. Parties also agree that the fourteen-day stay following entry of an Order Granting Relief, as provided by Bankruptcy Rule 4001(a)(3), should be waived.

7. Additionally, Debtor hereby releases, waives and dismisses with prejudice his Emergency Motion for Sanctions, Injunctive Relief, and Expungement of Wrong Liens for Violations of the Automatic Stay, Bad Faith Conduct, Willful Interference with Property of the

Case 2:25-cv-00681-HCN-DBP  Document 35-1  Filed 09/17/25  PageID.262  Page 9 of 15

Case 25-21749  Doc 48  Filed 05/30/25  Entered 05/30/25 13:48:46  Desc Pending Order Re: [16] Motion for Relief From Stay and Motion for Relief from Co  Page 8 of 11

In Re: Barber; Case No. 25-21749 Page **2** of **4**

Estate, and Abuse of Process, and any claims related thereto as to Gravity Capital, LLC, its officers and agents including Dave Knudsen, Attorney Kenyon D. Dove, and Smith Knowles, PLLC.

### END OF DOCUMENT

Agreed and approved as to form and substance:   21st Day May 2025


_S_ Max W. Barber
_____

Max Warren Barber, as Trustee and Individually
*Debtor/Co-Debtor*

Case 2:25-cv-00681-HCN-DBP Document 35-1 Filed 09/17/25 PageID.263 Page 10 of 15

Case 25-21749 Doc 48 Filed 05/30/25 Entered 05/30/25 13:48:46 Desc Pending Order Re: [16] Motion for Relief From Stay and Motion for Relief from Co Page 9 of 11

Stipulation re: Motion for *in rem* Relief from the Automatic Stay
And the Co-Debtor Stay

In Re: Barber; Case No. 25-21749 Page **3** of **4**

## CERTIFICATE OF SERVICE
## BY NOTICE OF ELECTRONIC FILING (CM/ECF)

I hereby certify that on the __30th__ day of May, 2025, I electronically filed the foregoing, **STIPULATION RE: MOTION FOR IN REM RELIEF FROM THE AUTOMATIC STAY AND THE CO-DEBTOR STAY**, with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system:

- **Darwin H. Bingham** dbingham@scalleyreading.net, cat@scalleyreading.net ·
  Lon Jenkins tr ecfmail@ch13ut.org, lneebling@ch13ut.org
- **Jonathan D. Kirk** ecf@kirklawutah.com, jonathan@kirklawutah.com ·
  United States Trustee USTPRegion19.SK.ECF@usdoj.gov
- **Aaron M. Waite** aaronmwaite@agutah.gov

## CERTIFICATE OF SERVICE
## BY MAIL, OTHER

I hereby certify that on the __30th__ day of May, 2025, I caused to be served a true and correct copy of the foregoing, **STIPULATION RE: MOTION FOR IN REM RELIEF FROM THE AUTOMATIC STAY AND THE CO-DEBTOR STAY,** as follows:

Mail Service – By regular first-class United States mail, postage fully pre-paid, addressed to:

*Debtor*
**Max Warren Barber**
1028 South 1900 East
Salt Lake City, UT 84108

*Debtor*
**Max Warren Barber**
1836 E Yale Ave
Salt Lake City, UT 84108
    *Co-Debtor/Borrowe*
    *r* **Sara G. Navarra**
    **Trustee of the MSB Trust**
1028 South 1900 East, Salt Lake City, UT 84108

*Co-Debtor/Borrowe*
*r* **Sara G. Navarra**
**Trustee of the MSB Trust**
1836 East Yale,
Salt Lake City, UT 84108

/s/ Kenyon D. Dove
Attorney at Law

Stipulation re: Motion for *in rem* Relief from the Automatic Stay
And the Co-Debtor Stay
In Re: Barber; Case No. 25-21749 Page **4** of **4**


## Addendum to Stipulation Re: Motion for In Rem Relief from the Automatic Stay and the Co-Debtor Stay

The parties hereby agree to the terms of the original Stipulation, with the incorporation of the following amendments as of this date:

1. **Lien Amendment and Automatic Stay:** The recorded lien shall be amended to reflect the correct principal and/or balance owed. The Automatic Stay shall remain in effect for all parties except for Gravity Capital, LLC to sell the properties, effective as of July 7, 2025.

2. **Debtor Identification:** The Debtor identified herein is Max W. Barber and the MSB Trust.

3. **Waiver of 14-Day Stay:** The fourteen-day stay following entry of an Order Granting Relief shall be lifted immediately upon the correction of the lien amount.

All other terms and conditions of the original Stipulation Re: Motion for In Rem Relief from the Automatic Stay and the Co-Debtor Stay remain in full force and effect.

Agreed and approved as to form and substance:

_s_ Max Barber

_____

Max Warren Barber, as Trustee and Individually
*Debtor/Co-Debtor*

**This order is SIGNED.**

Dated: June 11, 2025



KEVIN R. ANDERSON
U.S. Bankruptcy Judge

slo

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>MAX WARREN BARBER,<br><br>Debtor. | Bankruptcy Number: 25-21749<br><br>Chapter 13<br><br>Hon. Kevin R. Anderson |

**ORDER APPROVING STIPULATION RE: MOTION FOR *IN REM* RELIEF FROM THE AUTOMATIC STAY AND THE CO-DEBTOR STAY (DOCKET NO. 47)**

On June 2, 2025 the Court held a hearing on the Motion for *In Rem* Relief from the Automatic Stay and the Co-Debtor Stay (Docket No. 16) filed by Gravity Capital, LLC. Max Warren Barber appeared on his own behalf as Debtor in the above-captioned Chapter 13 case. Kenyon D. Dove appeared on behalf of Gravity Capital, LLC. Darwin H. Bingham appeared on behalf of Canyon View Federal Credit Union. Tami Gadd appeared on behalf of the Chapter 13 Trustee. Mark A. Nickel appeared on behalf of Hybrid International, LLC. The Court heard argument from the parties and reviewed the relevant documents on file with the Court, before

making findings of fact and conclusions of law on the record, which are incorporated herein. Therefore, based on the foregoing and for good cause appearing, the Court **HEREBY ORDERS**:

1. The Stipulation between Gravity Capital, LLC and Max Warren Barber (Docket No. 47) is approved.

----------------------------------END OF DOCUMENT------------------------------------

_____ooo0ooo_____

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER APPROVING STIPULATION RE: MOTION FOR *IN REM* RELIEF FROM THE AUTOMATIC STAY AND THE CO-DEBTOR STAY (DOCKET NO. 47)** will be effected to the parties and in the manner designated below:

**By Electronic Service:**

- Darwin H. Bingham    dbingham@scalleyreading.net, cat@scalleyreading.net
- Kenyon D. Dove    defaultservices@smithknowles.com
- Lon Jenkins tr    ecfmail@ch13ut.org, lneebling@ch13ut.org
- Jonathan D. Kirk    ecf@kirklawutah.com, jonathan@kirklawutah.com
- Mark A. Nickel    mnickel@grsm.com, sgomez@grsm.com,VLS_SLCSupport@grsm.com,mstevens@grsm.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
- Aaron M. Waite    aaronmwaite@agutah.gov

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

All parties on the Court's official mailing matrix.