EXHIBIT    C

**Correspondence with Gravity Council confirming agreement to delete the lien.**



Update (nothing received from Gravity)   Inbox ×

✦ Summarize this email

**Max Barber** <23blackbee@gmail.com>                                    Fri, Jun 13, 11:52 AM
to Kenyon, bcc: me ▾

Hi Kenyon,

Hope this finds you well.

Following up as the time has passed since we agreed your client would submit the 1.) detailed accounting they have on this file and 2.) the amendment to the Salt Lake County Recorders record on the properties (1028 South 1900 East SLC UT 84108 & 1836 East Yale Ave SLC UT 84108) to reflect the correct amount (not 1.2M).

I would still like to conclude this deal asap and close with the title company, let me know when we can get the above and we can move and finish this up.

Thank you,

Max Barber

**Kenyon Dove** <kdove@smithknowles.com>                                Fri, Jun 13, 11:58 AM
to Alexis, me ▾

My clients are recording a Scrivener's Affidavit with regard to the Deed of Trust clarification needed.  We have also requested the payoff statement from them.  We'll ask again so that we can forward that to you as soon as possible.

Thanks,

Kenyon D. Dove
**SMITH KNOWLES, PLLC**
2225 Washington Blvd., Ste 200
Ogden, Utah 84401
801-476-0303

**Max Barber** <23blackbee@gmail.com>
To: Alexis Martin <amartin@smithknowles.com>
Cc: Kenyon Dove <kdove@smithknowles.com>

Thu, May 29, 2025 at 8:19 PM

Hi Kenyon,

Wanted to get back to you earlier today.

Reconfirming as previous agreed

1. Amend the county recorder record lien amount to the $322,000 to reflect the original loan amount not the $1.2 million as it is today.

2. Day of last hearing we discussed you would go back to your clients to get a clear accounting as how they came to the balance, any further insure on that.

Ready to go

Thank you

Max
[Quoted text hidden]

---

**Alexis Martin** <amartin@smithknowles.com>
To: Max Barber <23blackbee@gmail.com>
Cc: Kenyon Dove <kdove@smithknowles.com>

Fri, May 30, 2025 at 10:27 AM

Good Morning Mr. Barber,

As to the items you are reconfirming, yes it #1 regarding amending the lien is included in the Stipulation so once finalized we can review amending that with Gravity. As to #2, it is not enumerated in the stipulation, but we will contact Gravity regarding a clear accounting.

Just to confirm, do you approve us to affix your electronic signature to the Order so that we can get it finalized with the court. We have to have specific written consent before we can do so, and the court will not approve the order without your signature. If not, we plan on the hearing Monday going forward. Please let me know as soon as possible.

[Quoted text hidden]

---

**Max Barber** <23blackbee@gmail.com>
To: Alexis Martin <amartin@smithknowles.com>
Cc: Kenyon Dove <kdove@smithknowles.com>

Fri, May 30, 2025 at 12:22 PM

Hi Kenyon

Will amend into the stipulation correctly for your review this afternoon

Regards,

Max