# EXHIBIT D

# GRAVITY CAPITAL LIEN SHOWN SLC RECORDER'S OFFICE
## AS OF 6th August 2025  Property 1028 South 1900 East, SLC UTAH 84108



# GRAVITY CAPITAL LIEN SHOWN SLC RECORDER'S OFFICE
## AS OF 6th August 2025  Property 1836 E Yale Ave, SLC UTAH 84108

