# EXHIBIT E

I, Nathan Barron, declare as follows:

1. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify thereto.
2. On July 23, 2025, I was present at the property located at 1836 E. Yale Avenue, Salt Lake City, Utah.
3. On that day, I personally witnessed a man, whom I now know to be Jamis Melwood Johnson, arrive at the property.
4. I observed Mr. Johnson approached the residence and, without permission or invitation, forcibly gained entry into the home 1836 East Yale ave Salt Lake City Utah 84108 USA. He did not knock and wait for an answer, but rather actively forced his way inside.
5. His demeanor was aggressive and confrontational. He acted as if he had a right to be there and was attempting to take control of the property stating he had purchased the homes and was the owner.
6. His actions with his associates caused immediate alarm and distress. The situation became so tense and threatening that the police were called to the scene to intervene.
7. I observed the police arrive and speak with all parties, including Mr. Johnson, who portrayed himself as a lawyer to the police citing legal terms, and was intentionally trying to deceive the police with a sleeping bag in hand to attempt domain over the property and demanding the police assist him in self help remedies in a civil matter, he was made to leave the premises.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 6, 2025, in Salt Lake City, Utah.

Nathan Barron
08/06/2025

State of Utah, County of Salt Lake
Subscribed and sworn to before me this 6th day of August, 2025.

Notary Public

NOTARY PUBLIC
OSCAR MONDRAGON
COMM. # 722775
MY COMMISSION EXPIRES
FEBRUARY 1, 2026
STATE OF UTAH