EXHIBIT        I

Case 2:25-cv-00681-HCN-DBP    Document 35-8    Filed 09/17/25    PageID.528    Page 1 of 5

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION, GENERAL JURISICTION DIVISION

MONICA ANGULO, et. al,
    Plaintiff/Counter-Defendant,

v.

GRAVITY FUNDING, LLC, a Utah limited liability
company,
    Defendant(s)/Counter-Plaintiff,

_____/

**1:24 CV00435**

CASE NO.:
State Court Action: D-I-GN22-002599
    Texas 250th District Court,
    Travis County, TX

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1441 and 1446, Counter-Defendant MONICA ANGULO ("Angulo") and other interested parties, hereby file this Notice of Removal from the Texas 250th District Court of Travis County, Texas ("Texas District Court") to the United States District Court for the Western District of Texas. The grounds for removal are as follows:

## PRELIMINARY STATEMENT

Plaintiff, Angulo brought this action against Defendant GRAVITY FUNDING, LLC. a Utah limited liability company ("Gravity"), in the state court in response to improper conduct engaged by the Defendant which included fraud, material misrepresentations, failure to pay, among other actions. This action seeks redress of violations of federal law including, but not limited to, violations of a federal bankruptcy stay after delivery of notice to the Texas District Court, who failed to honor the stay and continued to exercise jurisdiction, collusion to falsify records and make material misrepresentation on federal forms used in interstate intercourse. Gravity counterclaimed in the action in the state court making Angulo *a defending party to a counterclaim.* Angulo respectfully comes before this Honorable Court in the instant cause as a Pro Se litigant, relying upon *Coleman v. United States,* 912 F.3d 824, 828 (5th Cir. 2019) (quoting *Erickson v. Pardus,* 551 U.S. 89, 94, 127 S. Ct. 2197, 167 L. Ed. 2d 1081 (2007) to construe their pleadings liberally. See also *Hall v. Bellmon,* 935 F.2d 1106, 1110 (10th Cir. 1991)("A Pro Se litigant's pleading are to be construed liberally and to a less stringent standard than formal pleadings drafted by lawyers...If a Court can reasonably read the pleadings to state a valid claim on which Plaintiff could prevail, it should do so despite the Plaintiff's failure to site proper legal authority, his confusion of various legal theories, his poor syntax and sentence construction or his unfamiliarity with pleading requirements").

Monica Angulo, et. al., v. Gravity Funding, LLC

## THE REMOVED CASE

The removed case is a civil action filed in October 2020 in the Texas District Court in and for Travis County, Texas assigned Case No. D-I-GN22-002599 and captioned MONICA ANGULO, et al. v. GRAVITY FUNDING, LLC. The Counterclaim which made Angulo the defending party was filed in 2023.

## PAPERS FROM REMOVED ACTION

As required by 28 U.S.C. §1446(a), copies of all relevant process, pleading, orders, and other papers or exhibits filed in the State Court are attached as Exhibit 1.

## THE VENUE REQUIREMENT IS MET

Venue of this removal is proper under 28 U.S.C. §1441(a) in the Western District of Texas, Austin Division because the District Court of Travis County, Texas is within the Austin Division of the Western District of Texas.

## DIVERSITY OF CITIZENSHIP EXISTS BETWEEN PARTIES

### THE PARTIES

Defendant/Counter Plaintiff Gravity. is a limited liability company formed under the laws of the State of Utah who does business in this District. Angulo is a resident of the State of Florida. The property in question is located within the jurisdiction of the District Court of Travis County, TX. Complete diversity is met. Damages claimed by the Plaintiff in this action exceed $75,000.00.

## FEDERAL QUESTION IS BEING RAISED

The Plaintiff/Counter Defendant is alleging violations of the Federal Debt Collection Practices Act, thus a federal question is raised. See 15 U.S.C. §1692, et. seq. The Court's federal jurisdiction is proper under the Court's federal jurisdiction pursuant to 28 U.S.C. §1331. Further, the Plaintiff is raising questions regarding material misrepresentations, or intentional withholding of material information, in federal proceedings or other conduct ancillary to federal proceedings resulting is false statements to the United States related to a FEMA declared federal disaster (#40446 (Feb. 2021)), or an officer thereof, including judicial officers or others acting in the capacity of judicial officers of the United States, in violation of 18 U.S.C. §242 and or the Federal Tort Claims Act, 28 U.S.C. §2671, et. seq.

## GROUNDS FOR REMOVAL

1. Defendant/Counter Plaintiff is a "Debt Collectors" as defined by Federal Debt Collection Practices Act ("FDCPA") 15 U.S.C. §1692a.

2. Angulo alleges Gravity violated Angulo's rights as defined by 15 U.S.C. §1692e(10), 15 U.S.C. §1692g(a)(3), and 15 U.S.C. §1692g(a)(5) of the Fair Debt Collection Practices Act ("FDCPA").

3. FDCPA 15 U.S.C. §692k(d) states "An action to enforce any liability created by this title may be brought in any appropriate United States district court without regard to the amount in controversy, or in any other court of competent jurisdiction, within one year from the date on which the violation occurs".

4. Further, Gravity engaged in illegal conduct during the pendency of a stay while the matter was pending as to Angulo in the Southern District of Florida whereby Gravity originated and conducted financial transaction, in the amount of $500,000.00, through Angulo and members of her family and other artifices to avoid the requirement to disclose such financial transactions to the bankruptcy trustee in the Southern District of Florida, in violation of bankruptcy laws.

5. Defendant/Counter Plaintiff engaged, along with other judicial officers, to continue judicial proceedings in a state court action in the Texas District Court for the 259th District.

6. Defendant/Counter Plaintiff colluded with others knowingly making false statements and claims for damages to the Texas Ranch to the Federal Emergency Management Agency ("FEMA") related to disaster recovery claims estimated to be $600,000.00 in 2021.

7. Such claims were made to FEMA which are still pending as FEMA Claim # 4404 30057.

8. More specifically, Gravity had foreclosed on the subject property and was owner of record at the time of the submission of the FEMA claims, yet represented that Angulo was owner of record to generate claim payments to itself unlawfully.

9. Plaintiff was injured through the loss of the subject property by the collusive conduct and material misrepresentations, along with the false statements, which resulted in a key damage in excess of $1,000,000.00 in equity in the property.

10. Defendant now raises claims for FDCPA violations as an action to enforce Defendant's liability created by violations of Defendant's rights under FDCPA, FTCA and other applicable federal laws.

11. Thus, the Texas District Court action may be removed to the federal court by Plaintiff/Counter Defendant in accordance with the provisions of 28 U.S.C. §1441(a) because (i) this action is a civil action pending within the jurisdiction of the United States District Court for the Western District of Texas, Austin Division; (ii) Plaintiff Claims FDCPA violations is an action to enforce Plaintiffs' liability created by violations of Plaintiff/Counter Defendant's rights under FDCPA, (iii) conduct by judicial officers of the United States or others, and (iii) Plaintiff's seeks to enforce rights and damages by the conduct of the Defendant engaging in making material misrepresentations and false statements to the United States (e.g. by paying and incurring legal expenses estimated at $225,000.00 and unpaid costs for improvements to the Texas Ranch after October 2020 for up to $485,000.00, among others) which materially injured Plaintiff.

## FILING OF REMOVAL PAPERS

Pursuant to 28 U.S.C. §1446(d), written notice of the removal of this action will be promptly served to Defendant/Counter Plaintiff and a Notice of Filing, Notice of Removal was filed with the Clerk of the Texas District Court in and for Travis County, Texas.

Monica Angulo, et. al., v. Gravity Funding, LLC

Respectfully submitted,

/s/ *monica angulo*

MONICA ANGULO
4020 Turquoise Trl – Weston, FL 33331
(917) 653-7218

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served upon counsel for the Defendant, pursuant to the Federal Rules of Civil Procedure and Texas Rules of Civil Procedure, via United States Postal Mail Service and via email service and the Clerk of the Texas District Court in and for 250th District of Travis County, Texas in the case of record there.

Respectfully submitted,

/s/ *monica angulo*

MONICA ANGULO
4020 Turquoise Trl – Weston, FL 33331
(917) 653-7218

Monica Angulo, et. al., v. Gravity Funding, LLC