**EXHIBIT L**

From: **dave** dave@gravitycapllc.com
Subject: Max Barber Salt Lake City Loan
Date: May 6, 2024 at 9:26 AM
To: Steve Skirvin steve@thesummitcompanies.com, Max Barber maximas25@me.com

Steve,
Can you have your attorney send us an email that will let Max know that we are extending his foreclosure for 1 month as per the 30K that he wired us?
DK

**From:** steve@thesummitcompanies.com
**Subject:** RE: Max Barber Salt Lake City Loan
**Date:** May 6, 2024 at 9:44 AM
**To:** dave dave@gravitycapllc.com, Max Barber maximas25@me.com

I sent him instructions to continue. We are working out the new date today.

**From:** dave <dave@gravitycapllc.com>
**Sent:** Monday, May 6, 2024 10:26 AM
**To:** Steve Skirvin <steve@thesummitcompanies.com>; Max Barber <maximas25@me.com>
**Subject:** Max Barber Salt Lake City Loan

Steve,
Can you have your attorney send us an email that will let Max know that we are extending his foreclosure for 1 month as per the 30K that he wired us?
DK

**From:** **dave** dave@gravitycapllc.com
**Subject:** RE: Max Barber Salt Lake City Loan
**Date:** May 6, 2024 at 9:59 AM
**To:** steve@thesummitcompanies.com, Max Barber maximas25@me.com

Thanks

**From:** steve@thesummitcompanies.com <steve@thesummitcompanies.com>
**Sent:** Monday, May 6, 2024 10:44 AM
**To:** dave <dave@gravitycapllc.com>; 'Max Barber' <maximas25@me.com>
**Subject:** RE: Max Barber Salt Lake City Loan

I sent him instructions to continue. We are working out the new date today.

**From:** dave <dave@gravitycapllc.com>
**Sent:** Monday, May 6, 2024 10:26 AM
**To:** Steve Skirvin <steve@thesummitcompanies.com>; Max Barber <maximas25@me.com>
**Subject:** Max Barber Salt Lake City Loan

Steve,
Can you have your attorney send us an email that will let Max know that we are extending his foreclosure for 1 month as per the 30K that he wired us?
DK

**From:** **Max Barber** maximas25@me.com
**Subject:** Re: Max Barber Salt Lake City Loan
**Date:** May 6, 2024 at 10:41 AM
**To:** dave dave@gravitycapllc.com
**Cc:** steve@thesummitcompanies.com



Noted with thanks .. max
Sent from my iPhone

> On May 6, 2024, at 10:59 AM, dave <dave@gravitycapllc.com> wrote:
>
> Thanks
>
> ---
>
> **From:** steve@thesummitcompanies.com <steve@thesummitcompanies.com>
> **Sent:** Monday, May 6, 2024 10:44 AM
> **To:** dave <dave@gravitycapllc.com>; 'Max Barber' <maximas25@me.com>
> **Subject:** RE: Max Barber Salt Lake City Loan
>
> I sent him instructions to continue. We are working out the new date today.
>
> ---
>
> **From:** dave <dave@gravitycapllc.com>
> **Sent:** Monday, May 6, 2024 10:26 AM
> **To:** Steve Skirvin <steve@thesummitcompanies.com>; Max Barber <maximas25@me.com>
> **Subject:** Max Barber Salt Lake City Loan
>
> Steve,
> Can you have your attorney send us an email that will let Max know that we are extending his foreclosure for 1 month as per the 30K that he wired us?
> DK

**From:** steve@thesummitcompanies.com
**Subject:** RE: Max Barber Salt Lake City Loan
**Date:** May 6, 2024 at 11:58 AM
**To:** Max Barber maximas25@me.com, dave dave@gravitycapllc.com

The new sale date is June 7, 9:30 a.m.

**From:** Max Barber <maximas25@me.com>
**Sent:** Monday, May 6, 2024 11:42 AM
**To:** dave <dave@gravitycapllc.com>
**Cc:** steve@thesummitcompanies.com
**Subject:** Re: Max Barber Salt Lake City Loan

Noted with thanks .. max
Sent from my iPhone

On May 6, 2024, at 10:59 AM, dave <dave@gravitycapllc.com> wrote:

Thanks

**From:** steve@thesummitcompanies.com <steve@thesummitcompanies.com>
**Sent:** Monday, May 6, 2024 10:44 AM
**To:** dave <dave@gravitycapllc.com>; 'Max Barber' <maximas25@me.com>
**Subject:** RE: Max Barber Salt Lake City Loan

I sent him instructions to continue. We are working out the new date today.

**From:** dave <dave@gravitycapllc.com>
**Sent:** Monday, May 6, 2024 10:26 AM
**To:** Steve Skirvin <steve@thesummitcompanies.com>; Max Barber <maximas25@me.com>
**Subject:** Max Barber Salt Lake City Loan

Steve,
Can you have your attorney send us an email that will let Max know that we are extending his foreclosure for 1 month as per the 30K that he wired us?
DK

12:54



Your wire transfer on 06/04/24, in the amount of $15,000.00, was successfully sent to GRAVITY SEGREGATION LLC at ZIONS BANCORP.

Contact Telephone number for wire notification emails at (888) 873-9777 if you have any questions regarding this transaction. Refer to wire sequence number 122836 in your inquiry.

Debited from account number ending with 023
Wire Fee: $25.00

OMA
2024
4141
IMAD
2024



Reply

Add Sticker

Copy

Translate

More...





*** WIRE DETAILS ***

**Entered Date**

07/16/2024 01:47 PM Mountain Time

**Effective Date**

07/16/2024

**Receiving Financial Institution**

ZIONS BANCORP

**Beneficiary Information**

**Beneficiary**

GRAVITY SEGREGATION LLC

531 EAST 770 NORTH
OREM UTAH 84097
United States

Your wire transaction on 06/04/24, in the amount of $15,000.00, was successfully sent to GRAVITY SEGREGATION LLC at ZIONS BANCORP.

Contact Telephone number for wire notification emails at (888) 873-9777 if you have any questions regarding this transaction.  Refer to wire sequence numb███████ in your inquiry.

Debited from account number ending with 023
Wire Fee: $25.00

OMA███
2024
4141
IMA█
2024

Reply ↩

Add Sticker







PAY AND TRANSFER                                                                                 2/16/23, 1:38 PM

 HSBC

# Confirmation

## Reference

Confirmation code                    INMLZ7B3

## From

Account                              **HSBC Premier**

                                     ███████████

## To

Payee name                           Gravity Segregation LLC

Nickname                             Gravity

Account number                       ███████████

Payee address                        531 E 770 N
                                     Orem
                                     Utah
                                     84097
                                     US

Bank name and address                ZIONS BANK, A DIVISION OF ZIONS BAN
                                     ██████████████████
                                     SOUTH OGDEN
                                     84403
                                     US

## Details

https://www.us.hsbc.com/online/sendmoneym2nminlineod/



# ZIONS BANK.

WE HAVEN'T FORGOTTEN
WHO KEEPS US IN BUSINESS®

## Transaction Receipt

Deposits and payments received after regular business hours and on Saturdays will be credited the following business day. This transaction receipt should be retained until you have verified it with your statement. The [...]ation hereon displays [...]ate, location, type, and amount of [...] [...]ction. All items receive[...] subject to terms and conditions [...] by [...] Bank.

Thank you for choosing to bank with us.
## WE APPRECIATE YOUR BUSINESS.

## WE'RE AVAILABLE 24/7 TO HELP YOU.
Call 800-974-8800 or visit www.zionsbank.com.

Checking Deposit    2019    10/17/22

Amount                                  $12,500.00

Cash In Amt                              $0.00

Cash Out Amt                             $0.00

[...]                    017    781    [...]

A division of Zions Bancorporation, N.A. Member FDIC.    Equal Housing Lender

ZB 990166 10/18

My residential homeowners policy, I live in the 1028S and the other is going to be renavated 1836 E.

Sent from my iPhone

Begin forwarded message:

**From:** Max B <max.msb.llc@gmail.com>
**Date:** March 21, 2022 at 1:25:14 PM MDT
**To:** Gene Parrish <gene@newfreedomfunding.com>
**Subject: Re: Closing documents**

Hi Gene,

Please find attached the insurance coverage for 1028 South 1900 East

Regards,

Max

On Sat, Mar 19, 2022 at 6:59 AM Gene Parrish <gene@newfreedomfunding.com> wrote:

Max.

Thanks for the documents.

1.   The closing statements are the HUD Statements from the you bought the houses. They are helpful in preparing loan documents.

2.   Are the house titles in your personal name or in the name of the company?

3.   Do you have a copy of the Dec Page for the insurance on the property at 1028 S 1900 South? We need to document there is insurance on both homes.

Please contact the insurance agent and have him add the lender as an "Additional Insured"

Gravity Capital, LLC
531 E 770 N
Orem, UT 84097

4.   If the homes are titled in the name of MSB International we need a copy of the Operating Agreement. It will show who has authority to sign documents.

Thanks. Please call with any questions.

Gene Parrish
801-427-4810
www.NewFreedomFunding.com

 Gmail

Max B <max.msb.llc@gmail.com>

## Fwd: no response hard money lender -Pay-off amount
1 message

**Max B** <max.msb.llc@gmail.com>                                                    Mon, Mar 31, 2025 at 5:04 PM
To: adam.ford@fordcranelaw.com

Adam,

As of end of business today 31 March 2025 officially zero response from the Hard money lender "Gravity Capital "
Or from their legal acting as trustee on the foreclosure have provided the requested payoff amount to me or Cottonwood title.

Regards,

Max
---------- Forwarded message ---------
From: **Max B** <max.msb.llc@gmail.com>
Date: Mon, Mar 31, 2025 at 2:08 PM
Subject: Fwd: Pay-off amount
To: <adam.ford@fordcranelaw.com>


See below

---------- Forwarded message ---------
From: **Max B** <max.msb.llc@gmail.com>
Date: Mon, Mar 31, 2025 at 10:16 AM
Subject: Re: Pay-off amount
To: dave <dave@gravitycapllc.com>


Hi Dave yes this is Max

Hope you are well,

Please let me know at your earliest convenience

Thanks

Max

On Mon, Mar 31, 2025 at 9:00 AM dave <dave@gravitycapllc.com> wrote:
> Is this Mr. Barber?
> DK
>
> **From:** Max B <max.msb.llc@gmail.com>
> **Sent:** Friday, March 28, 2025 1:10 PM
> **To:** dave <dave@gravitycapllc.com>
> **Subject:** Pay-off amount
>
> Dave,
>
> Hope this finds you well.
>
> Can you provide me with the payoff amount for the lein?
> Have a closing lined up to close this out.
>
> Regards,
>
> Max

## Automatic Stay: MSB Trust 25-23863

---

| | |
|---|---|
| From | Adam Ford <adam.ford@fordcranelaw.com> |
| To | Jared Anderson<jla@wasatch.law> |
| CC | Chase Hess<chase.hess@fordcranelaw.com> |
| Date | Monday, July 21st, 2025 at 6:05 PM |

---

Jared,

I have learned from my client that there was a foreclosure sale scheduled this week for the properties below:

A.) Property: 1028 S 1900 E, SLC, UT 84108; Parcel No. 16-09-427-010-0000
B.) Property: 1836 E. Yale Ave; SLC, UT 84108, Parcel No. 16-09-429-005-0000

These properties are covered by the automatic stay in the case captioned above. Please give me a call to discuss in the morning—I am typing this from a airplane this afternoon.

I also would like to discuss the stipulation reached between Gravity Capital and Max that concluded his personal bankruptcy case. Are you handling that matter? I can't understand why they refuse to provide an a pay-off amount and the math behind the pay-off to Max? If you have that, will you send it over?

Best regards,
Adam
Adam Ford
Ford & Crane LC

(213) 915-4291 | adam.ford@fordcranelaw.com | www.fordcranelaw.com

**Max Barber** <23blackbee@gmail.com>                                                    Thu, May 29, 2025 at 8:19 PM
To: Alexis Martin <amartin@smithknowles.com>
Cc: Kenyon Dove <kdove@smithknowles.com>

Hi Kenyon,

Wanted to get back to you earlier today.

Reconfirming as previous agreed

1. Amend the county recorder record lien amount to the $322,000 to reflect the original loan amount not the $1.2 million as it is today.

2. Day of last hearing we discussed you would go back to your clients to get a clear accounting as how they came to the balance, any further insure on that.

Ready to go

Thank you

Max
[Quoted text hidden]

---

**Alexis Martin** <amartin@smithknowles.com>                                            Fri, May 30, 2025 at 10:27 AM
To: Max Barber <23blackbee@gmail.com>
Cc: Kenyon Dove <kdove@smithknowles.com>

Good Morning Mr. Barber,


As to the items you are reconfirming, yes it #1 regarding amending the lien is included in the Stipulation so once finalized we can review amending that with Gravity. As to #2, it is not enumerated in the stipulation, but we will contact Gravity regarding a clear accounting.


Just to confirm, do you approve us to affix your electronic signature to the Order so that we can get it finalized with the court. We have to have specific written consent before we can do so, and the court will not approve the order without your signature. If not, we plan on the hearing Monday going forward. Please let me know as soon as possible.

[Quoted text hidden]

---

**Max Barber** <23blackbee@gmail.com>                                                    Fri, May 30, 2025 at 12:22 PM
To: Alexis Martin <amartin@smithknowles.com>
Cc: Kenyon Dove <kdove@smithknowles.com>

Hi Kenyon

Will amend into the stipulation correctly for your review this afternoon

Regards,

Max

**Max Barber** <23blackbee@gmail.com>                                                                    Thu, May 29, 2025 at 8:19 PM
To: Alexis Martin <amartin@smithknowles.com>
Cc: Kenyon Dove <kdove@smithknowles.com>

Hi Kenyon,

Wanted to get back to you earlier today.

Reconfirming as previous agreed

1. Amend the county recorder record lien amount to the $322,000 to reflect the original loan amount not the $1.2 million as it is today.

2. Day of last hearing we discussed you would go back to your clients to get a clear accounting as how they came to the balance, any further insure on that.

Ready to go

Thank you

Max
[Quoted text hidden]

---

**Alexis Martin** <amartin@smithknowles.com>                                                            Fri, May 30, 2025 at 10:27 AM
To: Max Barber <23blackbee@gmail.com>
Cc: Kenyon Dove <kdove@smithknowles.com>

Good Morning Mr. Barber,


As to the items you are reconfirming, yes it #1 regarding amending the lien is included in the Stipulation so once finalized we can review amending that with Gravity. As to #2, it is not enumerated in the stipulation, but we will contact Gravity regarding a clear accounting.


Just to confirm, do you approve us to affix your electronic signature to the Order so that we can get it finalized with the court. We have to have specific written consent before we can do so, and the court will not approve the order without your signature. If not, we plan on the hearing Monday going forward. Please let me know as soon as possible.

[Quoted text hidden]

---

**Max Barber** <23blackbee@gmail.com>                                                                    Fri, May 30, 2025 at 12:22 PM
To: Alexis Martin <amartin@smithknowles.com>
Cc: Kenyon Dove <kdove@smithknowles.com>

Hi Kenyon

Will amend into the stipulation correctly for your review this afternoon

Regards,

Max
[Quoted text hidden]