# EXHIBIT O

Case 2:25-cv-00681-HCN-DBP     Document 36-4     Filed 09/17/25     PageID.619     Page 1 of 3

Dastan D'o (17201) (Of-Counsel)
PACE JOHNSON LAW GROUP
231 East 400 South, Suite 345
Salt Lake City, UT 84111
Tel: (385) 347-3111
Emails: dastan@pacejohnson.com
courtnotices@pacejohnson.com
*Attorney for Plaintiffs*

**IN THE THIRD JUDICIAL DISTRICT IN AND FOR
SALT LAKE COUNTY, STATE OF UTAH, SALT LAKE CITY DEPARTMENT**

| | |
|---|---|
| 1028 S 1900 E LLC,<br><br>　　Plaintiffs,<br><br>v.<br><br>MAX BARBER, et al.<br><br>　　Defendant. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No.: 250906343<br><br>Judge: Richard Daynes |

　　　　NOTICE IS HEREBY GIVEN of the appearance of Dástan D'o, Of-Counsel for the firm Pace Johnson Law Group, as attorney for Plaintiffs, 1028 S 1900 E, LLC. Please direct all correspondence for Plaintiffs to Dástan D'o at 231 East 400 South, Suite 345, Salt Lake City, Utah 84111.

　　　　Dated this 10th day of September 2025

　　　　　　　　　　　　　　　　　　　　**PACE JOHNSON LAW GROUP**

　　　　　　　　　　　　　　　　　　　　*/s/Dástan D'o*
　　　　　　　　　　　　　　　　　　　　DÁSTAN D'O
　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on September 10th, 2025, a copy of the foregoing APPEARANCE OF COUNSEL was delivered via email and/or the court's electronic filing system to the following:

    David R. Gardner (14974)
    Jeremy M. Shorts (10983)
    Law Offices of Jeremy M. Shorts, LLC
    P.O. Box 971233, Orem, Utah 84097
    Telephone: 801-610-9879
    E-Mail: info@utahevictionlaw.com

    Max Warren Barber
    *Pro Se*
    1028 South 1900 East
    Salt Lake City, Utah 84108
    Telephone: +1 801-518-1821
    E-Mail: 23blackbee@gmail.com

                                                                    */s/Taytum Jorgensen*