# EXHIBIT Q

1:08

‹ 171    DK
Dave ›

Please also send over the payoff amount you forgot to email last time I requested

Ok

Wed, Aug 21 at 4:14 PM



Why I am I getting this on my doors?

As promised you would take the foreclosure off after the third payment

iMessage



















---------- Forwarded message ---------
From: **Max Barber** <23blackbee@gmail.com>
Date: Fri, Apr 18, 2025 at 1:06 PM
Subject: Payments to Gravity
To: Adam Ford <adam.ford@fordcranelaw.com>, Chase Hess <chase.hess@fordcranelaw.com>


Adam,

Below are the payments to Gravity

Payments 2022 - 2024

$130,663.63 - Confirmed from dave as being received from gravity capital


**Payments 2024    TOTAL $85,000.00**
16 July  $20,000
04 June $15,000
02 May  $10,000
30 Apr   $20,000
16 Aug  $20,000

**TOTAL $215,663.63**


**Payments to grvity .pdf (6,138K)**                    ×

Payment confirmation ██████████████ for funds transfer to Gravity segregation llc from account ending ██████ for USD 25,000.00. Effective date 2024-09-20 Call us if you did not initiate this.



## *** WIRE DETAILS ***

**Entered Date**

07/16/2024 01:47 PM Mountain Time

**Effective Date**

07/16/2024

**Receiving Financial Institution**

██████████ ZIONS BANCORP

**Beneficiary Information**

**Beneficiary**

GRAVITY SEGREGATION LLC

██████████ 9

531 EAST 770 NORTH

OREM UTAH 84097

United States

Your wire transfer on 06/04/24, in the amount of $15,000.00, was successfully sent to GRAVITY SEGREGATION LLC at ZIONS BANCORP.

Contact Telephone number for wire notification emails at (888) 873-9777 if you have any questions regarding this transaction. Refer to wire sequence numbe█████████in your inquiry.

Debited from account number ending with█████████
Wire Fee: $25.00



150 *Years*

Thank you for choosing to bank with us.
**WE APPRECIATE YOUR BUSINESS.**

ar business hours and on
ness day. This transaction
fied it with your statement.
ocation, type, and amount
ct to terms and conditions

**WE'RE AVAILABLE 24/7 TO HELP YOU.**
Call 800-974-8800 or visit www.zionsbank.com.

Check                07/12/23
Amount               $4,150.00

Cash In Amt          $0.00
Cash Out Amt         $0.00

A division of ...... Bancorporation, N.A. M............ ...ender





PAY AND TRANSFER

2/16/23, 1:38 PM

# Confirmation

### Reference

Confirmation code

### From

Account          **HSBC Premier**

### To

Payee name          Gravity Segregation LLC

Nickname          Gravity

Account number

Payee address          531 E 770 N
Orem
Utah
84097
US

Bank name and address          ZIONS BANK, A DIVISION OF ZIONS BAN
5635 SOUTH HARRISON BLVD
SOUTH OGDEN
84403
US

