# EXHIBIT R

## Corporate Entities Associated with Pace Johnson

The following table summarizes various business entities, both active and inactive, where Pace Johnson or Pace Johnson Law Group has held an official position, based on a review of public records.

| Company Name | Position(s) Held | Formation Date | Closure / Status |
|---|---|---|---|
| **Active Entities** | | | |
| RECAP TT LLC | Agent, Manager (Pace Johnson Law Group) | May 5, 2020 | Active |
| trueamericanops lp | Agent (Pace Johnson Law Group) | July 14, 2025 | Active |
| 1028 s 1900 e LLC | Agent (Pace Johnson Law Group), Manager (Pace Johnson) | July 22, 2025 | Active |
| CR TRUE LLC | Registered Agent, Manager (Pace Johnson Law Group) | August 26, 2025 | Active |

| Company Name | Position(s) Held | Formation Date | Closure / Status |
|---|---|---|---|
| **Inactive/Delinquent Entities** | | | |
| HIGH POINT REAL ESTATE LLC | Agent (Pace W Johnson) | February 24, 2023 | Inactive (July 21, 2025) |
| HSS4 HOLDINGS LLC | Agent, Registered Agent (Pace Johnson Law Group) | April 28, 2023 | Delinquent (April 30, 2024) |

# EXHIBIT E

14413121 B: 11587 P: 8840 Total Pages: 2
07/23/2025 09:30 AM By: aallen Fees: $40.00
Rashelle Hobbs, Recorder, Salt Lake County, Utah
Return To: ANDERSON, FIFE, MARSHALL & JOHNSON, LC
2500 N UNIVERSITY AVEPROVO, UT 846043807

This document was prepared by:
Jared L. Anderson, #8140
Anderson, Fife, Marshall & Johnson, LC
2500 North University Ave.
Provo, Utah 84604
Telephone: (801) 375-1920

## TRUSTEE'S DEED

BY THIS TRUSTEE'S DEED, made this 23rd day of July, 2025, by Jared L. Anderson, of ANDERSON, FIFE, MARSHALL & JOHNSON, LC, 2500 North University Ave., Provo, Utah, 84604 ("Grantor"), as Substituted Trustee under the Deed of Trust hereinafter described, hereby GRANTS and CONVEYS to **1028 S 1900 E LLC** (hereinafter "Grantee"), WITHOUT ANY COVENANT OR WARRANTY, EXPRESS OR IMPLIED, the real property located in Salt Lake County, State of Utah, and particularly described as:

**LOT 12, BLOCK 2, YALECREST HEIGHTS, according to the official plat thereof as recorded in the office of the Salt Lake County Recorder.
16-09-429-005**

Grantor makes this transfer and conveyance pursuant to the powers conferred by that certain Open-Ended Promissory Note (the "Note") dated March 22, 2022, for a maximum principal balance of $1,200,000 and an initial advance amount of $332,000.00, together with that certain Deed of Trust dated March 22, 2022, executed by Max W. Barber and Sara G. Navarra, Trustees of the MSB Trust dated December 12, 2017 as Trustor, in favor of Gravity Capital, LLC, a Utah limited liability company as Beneficiary, and recorded March 23, 2022 as Entry No. 13917256 in Book 11320 at Page 2591 in the official records of the Salt Lake County Recorder's Office.

The Trustor conveyed to Kyle Fielding, as original Trustee, the above-described real property for the benefit of Gravity Capital, LLC, a Utah limited liability company as Beneficiary. Gravity Capital, LLC, then recorded with the Salt Lake County Recorder a Substitution of Trustee dated August 18, 2023, as Entry No. 14143006 in Book 11439 at Page 6012 of the Official Records of the Salt Lake County Recorder, by which it appointed Jared L. Anderson, attorney at law, as the Substituted Trustee of the Deed of Trust.

This grant and conveyance is made after the fulfillment of the conditions specified in said Deed of Trust as follows:

1. Breach and default under the terms of the Deed of Trust as set forth in particular in the Notice of Default hereinafter referred to, which default continued to the time of sale under said Deed of Trust.

2. Notice of the declaration of said default was duly given to the Substituted Trustee by the Beneficiary and demand for sale pursuant to the terms of said Deed of Trust was made, and thereafter, a Notice of Default and Election to Sell Trust Property was filed for record on August 21, 2023, in the office of the Salt Lake County Recorder, State of Utah, as prescribed by applicable statute, recorded as Entry No. 14143012 in Book 11439 at Page 6036 and required copies were sent to the Trustor and to other persons having requested the same in accordance with the provisions of applicable statute within ten (10) days of such filing for record.

1

3. Three (3) months elapsed after the filing of said Notice of Default and Election to Sell Trust Property, at which time the Substituted Trustee executed a Notice of Trustee's Sale stating that, by virtue of authority granted pursuant to said Deed of Trust, the above-described real property would be sold at public auction to the highest bidder, in lawful money of the United States. Said Notice of Trustee's Sale fixed the time and place of sale at 9:30 a.m., on July 22, 2025, at the entrance of the Third Judicial District Court, 450 South State Street, Salt Lake City, Utah, and caused copies of such notice to be posted for not less than twenty (20) days before the date of said sale in some conspicuous place on the said property and at the office of the county recorder of the county where the property or some portion thereof is situated. The Substituted Trustee also caused a copy of said Notice of Trustee's Sale to be published once a week for three consecutive weeks (the last such publication being at least ten (10) days, but not more than thirty (30) days, before the date of the sale) in a newspaper having a general circulation in Salt Lake County in which the said real property is situated, the last date of such publication being July 2, 2025.

4. All applicable statutory provisions of the State of Utah and all of the provisions of said Deed of Trust have been complied with as to acts to be performed and notices to be given.

5. The Grantor, at the time and place of sale fixed in accordance with the foregoing Notice of Trustee's Sale, on July 22, 2025, at 9:30 a.m., at the place fixed in said Notice of Trustee's Sale, then and there sold, at public auction, to Adrian Johnson who was the highest bidder therefor, the property above-described. ==Adrian Johnson subsequently assigned his purchase rights to Grantee.==

DATED this 23rd day of July, 2025.

GRANTOR/SUBSTITUTED TRUSTEE

ANDERSON, FIFE, MARSHALL & JOHNSON, LC

*[signature]*

JARED L. ANDERSON

STATE OF UTAH   )
                :ss.
COUNTY OF UTAH  )

On the 23rd day of July, 2025, personally appeared before me, a Notary Public in and for the State of Utah, JARED L. ANDERSON, the signer of the above instrument, who duly acknowledged to me that he executed the same.

*[signature: Julie Beckstrand]*
NOTARY PUBLIC

JULIE BECKSTRAND
NOTARY PUBLIC • STATE OF UTAH
My Commission Expires February 18, 2029
COMMISSION NUMBER 741390



| Filed in the Office of *Adam Watson* Director, Division of Corporations and Commercial Code Filed in the State of Utah | Filing Number 250827528446B Filed On **August 26, 2025** Entity Number 14604259-0160 Number of Pages 2 |

# State of Utah
### Department of Commerce
### Division of Corporations and Commercial Code

## Domestic Limited Liability Company - Certificate of Organization

### ENTITY INFORMATION
Entity Name: CR TRUE LLC
Entity Number: 14604259-0160
Effective Date: August 26, 2025
Effective Time: 03:25 PM

### BUSINESS DETAILS

**Duration Date:** Perpetual

**BUSINESS CLASSIFICATION:**
A Limited Liability Company

### FILING DETAILS

**PRINCIPAL OFFICE INFORMATION:**
Principal Office Address: 1075 S 500 W, Woods Cross, UT 84010
Mailing Address: 1075 S 500 W, Woods Cross, UT 84010

**REGISTERED AGENT**
Agent Type: Entity
Name: PACE JOHNSON LAW GROUP
Address: 357 S 200 E STE 303, STE 303, Salt Lake City, UT 84111

**ACTIVE PRINCIPAL INFORMATION**
Title: Manager
Name: Pace Johnson Law Group
Address: 231 E 400 S suite #345, Salt Lake City, UT 84111

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**
CR TRUE LLC

**Entity Number:**
14604259-0160

**Entity Type:**
Domestic Limited Liability Company

**Entity Subtype:**
Limited Liability Company

**Formation Date:**
08/26/2025

**Profession:**
N/A

**Formation Effective Date:**
08/26/2025

**Entity Status:**
Active

**Renew By Date:**
08/31/2026

**Entity Status Details:**
Current

**Last Renewed Date:**
N/A

**Status Updated On:**
08/27/2025

### REGISTERED AGENT INFORMATION

**Name:**
PACE JOHNSON LAW GROUP

**Registered Agent Type:**
Entity

**Entity Number:**
13166370-0151 (/BusinessSearch/BusinessInformation?businessId=13166370&Source=fromFormation)

**Status:**
Active

**Street Address:**
357 S 200 E STE 303, STE 303, Salt Lake City, UT, 84111, USA

**Last Updated:**
8/27/2025 8:16:40 AM

### PRINCIPAL INFORMATION

| Title | Name | Address | Last Updated |
|---|---|---|---|
| Manager | Pace Johnson Law Group | 231 E 400 S suite #345, Salt Lake City, UT, 84111, USA | 08/27/2025 |

Page 1 of 1, records 1 to 1 of 1

### ADDRESS INFORMATION

**Physical Address:**
1075 S 500 W, Woods Cross, UT, 84010, USA

**Updated Date:**
8/27/2025 8:16:40 AM

**Mailing Address:**
1075 S 500 W, Woods Cross, UT, 84010, USA

**Updated Date:**
8/27/2025 8:16:40 AM

Filing History   Name History   Mergers/Conversions   Associated DBAs

Return to Search   Return to Results



**FILING HISTORY**

**ENTITY INFORMATION**

**Entity Name:**
CR TRUE LLC

**Entity Number:**
14604259-0160

**Entity Type:**
Domestic Limited Liability Company

**Entity Subtype:**
Limited Liability Company

**Formation Date:**
08/26/2025

**Profession:**
N/A

**Formation Effective Date:**
08/26/2025

**Entity Status:**
Active

**Renew By Date:**
08/31/2026

**Entity Status Details:**
Current

**Last Renewed Date:**
N/A

**Status Updated On:**
08/27/2025

**FILING HISTORY DETAILS**

| File Date | Effective Date | Filing Number | Document Type | Filing Status | Source | View |
|---|---|---|---|---|---|---|
| 08/26/2025 03:25 PM | 08/26/2025 03:25 PM | 250827528446B | Certificate of Organization | Approved | External | 🔍 |

Page 1 of 1, records 1 to 1 of 1

Back    Return to Search    Return to Results    Request Document Image

# HIGH POINT REAL ESTATE LLC

| | |
|---|---|
| Company Number | 13279134-0160 |
| Status | Inactive |
| Incorporation Date | 24 February 2023 (over 2 years ago) |
| Dissolution Date | 21 July 2025 |
| Company Type | Domestic Limited Liability Company |
| Jurisdiction | Utah (US) |
| Registered Address | 495 W UNIVERSITY PKWY<br>Orem<br>84058<br>UT<br>United States |
| Industry Codes | 9999: (North American Industry Classification System 2007)<br>9999: (North American Industry Classification System 2022)<br>99: Activities of extraterritorial organizations and bodies (UN ISIC Rev 4) |
| Inactive Directors / Officers | PACE W JOHNSON, agent     SEE ALL |

### Data source and freshness

| | |
|---|---|
| Last Update From Source | 22 August 2025 |
| Last Change Recorded | 22 August 2025 |
| Next Update From Source | Monthly |
| Source | Utah Division of Corporations & Commercial Code, Department of Commerce |

Learn more about our trust and data transparency policy

This information comes to you from **OpenCorporates** — the leading authority on legal-entity data

Read more about us and why you should trust this data in our **purpose, history and principles**

The OpenCorporates website is free for general-public and public-benefit use

**Use the OpenCorporates API**

**License this data in bulk**

Certified  Corporation

# 1028 s 1900 e LLC

| | |
|---|---|
| Company Number | 14592905-0160 |
| Status | Active |
| Incorporation Date | 22 July 2025 (about 1 month ago) |
| Company Type | Domestic Limited Liability Company |
| Jurisdiction | Utah (US) |
| Registered Address | 231 E 400 S suite #345<br>Salt Lake City<br>84111<br>UT |
| Agent Name | PACE JOHNSON LAW GROUP |
| Agent Address | 357 S 200 E STE 303, STE 303, Salt Lake City, UT, 84111 |
| Directors / Officers | PACE JOHNSON LAW GROUP, agent<br>Pace Johnson, manager |

### Data source and freshness

| | |
|---|---|
| Last Update From Source | 22 August 2025 |
| Last Change Recorded | 22 August 2025 |
| Next Update From Source | Monthly |
| Source | Utah Division of Corporations & Commercial Code, Department of Commerce |

Learn more about our trust and data transparency policy

This information comes to you from **OpenCorporates** — the leading authority on legal-entity data

Read more about us and why you should trust this data in our **purpose, history and principles**

The OpenCorporates website is free for general-public and public-benefit use

**Use the OpenCorporates API**

**License this data in bulk**

Certified B Corporation



# RECAP TT LLC

**Company Number** 14569306-0160
**Status** Active
**Incorporation Date** 5 May 2020 (over 5 years ago)
**Company Type** Domestic Limited Liability Company
**Jurisdiction** Utah (US)
**Registered Address** 1075 S 500 E
Woods Cross
84010
UT
**Agent Name** PACE JOHNSON LAW GROUP
**Agent Address** 357 S 200 E STE 303, STE 303, Salt Lake City, UT, 84111
**Directors / Officers** PACE JOHNSON LAW GROUP, agent
Pace Johnson Law Group, manager

### Data source and freshness

**Last Update From Source** 22 August 2025
**Last Change Recorded** 21 May 2025
**Next Update From Source** Monthly
**Source** Utah Division of Corporations & Commercial Code, Department of Commerce

Learn more about our trust and data transparency policy

This information comes to you from **OpenCorporates** — the leading authority on legal-entity data

Read more about us and why you should trust this data in our **purpose, history and principles**

The OpenCorporates website is free for general-public and public-benefit use

**Use the OpenCorporates API**

**License this data in bulk**



Certified B Corporation

