# EXHIBIT S

## David Knudson Associated Entities

The following table summarizes various business entities, both active and inactive, where David Knudson has held an official position, based on a review of Open Corporates.

| Company Name **Active Entities** | Position(s) Held by David Knudson | Formation Date | Closure / Status |
|---|---|---|---|
| Gravity Segregation, LLC | President | September 23, 2011 | Active |
| Gravity Capital, LLC (DBA) | (Principal via Gravity Segregation) | July 12, 2022 | Active |
| Sycamore Ventures, LLC | Manager | June 2005 | Active |
| Roycemore Corporation | Secretary, Director | December 11, 1996 | Active |
| Luminary Developments LLC | Registered Agent, Member | April 29, 2024 | Active |
| Luminary Homes (DBA) | Registered Agent, Applicant | April 30, 2024 | Active |
| Lone Wolf Operating, LLC | Governing Person | (Not Listed) | Active |

| Inactive Entities | | | |
|---|---|---|---|
| Gravity SPE 1, LLC | (Principal via Gravity Segregation) | July 25, 2018 | Expired July 31, 2023 |
| Knudson Contracting Corp. | Agent | August 16, 1974 | October 1, 1987 |
| Troika Capital, Inc. | Treasurer | March 18, 1994 | March 31, 2014 |
| White Rock Mountain Ranch, L.C. | Agent, Member | June 30, 1997 | June 30, 2021 |
| Shelter Science, LC | Agent | August 4, 2003 | August 31, 2020 |
| Nightingale, Inc. | Vice President | October 8, 1987 | October 31, 2014 |
| Hilton Jewelers, Inc. | President | June 8, 1984 | November 18, 1991 |





The Open Database Of The Corporate World

Officer's name [ ] [Search]

○ Companies ● Officers ☑ only in Utah (US)

- MP
  My Account Logout

## Found 85 officers

- **Searching** All jurisdictions >
- United States >
- Utah

David Knudson [ ] [Go]

☐ exclude inactive Advanced Options

- inactive DAVID C. KNUDSON -PD registered agent, ⬛ inactive KNUDSON CONTRACTING CORPORATION (Utah US), 16 Aug 1974- 1 Oct 1987) 3899 SQUIRECREST, Salt Lake City, UT, 84118
- inactive DAVID C. KNUDSON -PD agent, ⬛ inactive KNUDSON CONTRACTING CORPORATION (Utah US), 16 Aug 1974- 1 Oct 1987) 3899 SQUIRECREST Salt Lake City, UT 84118
- inactive DAVID C. KNUDSON /PD agent, ⬛ inactive INDACOM, INC. (Utah US), 14 Aug 1981- 1 Oct 1988) 3878 S 1845 W Salt Lake City, UT 84119
- inactive DAVID C. KNUDSON /PD agent, ⬛ inactive PROSPECT INVESTMENT CORPORATION (Utah US), 15 Apr 1981-31 Dec 1986) 3899 SQUIRECREST Salt Lake City, UT 84118
- inactive DAVID C. KNUDSON /PD registered agent, ⬛ inactive INDACOM, INC. (Utah US), 14 Aug 1981- 1 Oct 1988) 3878 S 1845 W, Salt Lake City, UT, 84119
- inactive DAVID C. KNUDSON /PD registered agent, ⬛ inactive PROSPECT INVESTMENT CORPORATION (Utah US), 15 Apr 1981-31 Dec 1986) 3899 SQUIRECREST, Salt Lake City, UT, 84118
- inactive DAVID CHARLES KNUDSON member, ⬛ inactive WHITE ROCK MOUNTAIN RANCH, L.C. (Utah US), 30 Jun 1997-30 Jun 2021) 755 SOUTH MAIN STREET STE 4-135 PO BOX 1682 CEDAR CITY, UT 84721
- inactive DAVID CHARLES KNUDSON agent, ⬛ inactive SHELTER SCIENCE, LC (Utah US), 4 Aug 2003-31 Aug 2020) PO BOX 1682, CEDAR CITY, UT, 84721
- inactive DAVID CHARLES KNUDSON member, ⬛ inactive SECOND SEASON LC (Utah US), 8 Oct 2003-31 Oct 2020) 646 SOUTH MAIN STREET #135, P O BOX 1682, CEDAR CITY, UT, 84721
- inactive DAVID CHARLES KNUDSON agent, ⬛ inactive SECOND SEASON LC (Utah US), 8 Oct 2003-31 Oct 2020) 755 SOUTH MAIN STREET STE 4-135 CEDAR CITY, UT 84720
- inactive DAVID CHARLES KNUDSON agent, ⬛ inactive ESPLIN RANCH, LC (Utah US), 4 Aug 2003-31 Aug 2020) 646 SOUTH MAIN ST #135 CEDAR CITY, UT 84720
- inactive DAVID CHARLES KNUDSON registered agent, ⬛ inactive SECOND SEASON LC (Utah US), 8 Oct 2003-31 Oct 2020) 755 SOUTH MAIN STREET STE 4-135, CEDAR CITY, UT, 84720
- inactive DAVID CHARLES KNUDSON agent, ⬛ inactive SHELTER SCIENCE, LC (Utah US), 4 Aug 2003-31 Aug 2020) 646 SOUTH MAIN ST #135 CEDAR CITY, UT 84720
- inactive DAVID CHARLES KNUDSON registered agent, ⬛ inactive ESPLIN RANCH, LC (Utah US), 4 Aug 2003-31 Aug 2020) 646 SOUTH MAIN ST #135, CEDAR CITY, UT, 84720
- inactive DAVID CHARLES KNUDSON registered agent, ⬛ inactive WHITE ROCK MOUNTAIN RANCH, L.C. (Utah US), 30 Jun 1997-30 Jun 2021) 755 SOUTH MAIN STREET STE 4-135, PO BOX 1682, CEDAR CITY, UT, 84721
- inactive DAVID CHARLES KNUDSON registered agent, ⬛ inactive NPA RENTALS, L.C. (Utah US), 30 Jun 1997-30 Jun 2021) 755 SOUTH MAIN STREET STE 4-135, P O BOX 1682, CEDAR CITY, UT, 84721
- inactive DAVID CHARLES KNUDSON agent, ⬛ inactive NPA RENTALS, L.C. (Utah US), 30 Jun 1997-30 Jun 2021) 646 SOUTH MAIN STREET #135 P O BOX 1682 CEDAR CITY, UT 84721
- inactive DAVID CHARLES KNUDSON registered agent, ⬛ inactive SHELTER SCIENCE, LC (Utah US), 4 Aug 2003-31 Aug 2020) PO BOX 1682 CEDAR CITY, UT 84721
- inactive DAVID KNUDSON treasurer, ⬛ inactive TROIKA CAPITAL, INC. (Utah US), 18 Mar 1994-31 Mar 2014) 2331 E 1200 N, LAYTON, UT, 84040
- inactive DAVID KNUDSON manager, ⬛ inactive WASATCH CREDIT I, L.L.C. (Utah US), 31 Aug 1994- 1 Oct 1999) 75 E 400 S STE 202, Salt Lake City, UT, 84104
- inactive DAVID KNUDSON manager, ⬛ inactive MILK SOURCE, L.L.C. (Utah US), 19 Aug 1998-19 Aug 2001) 220 S 200 E STE 110, Salt Lake City, UT, 84111
- inactive DAVID KNUDSON member, ⬛ inactive METRO TECH CONSTRUCTION, LC. (Utah US), 30 Jun 1997-30 Jun 2002) 2686 N 775 W STE 202, CEDAR CITY, UT, 84720
- inactive DAVID KNUDSON member, ⬛ inactive WHITE ROCK MOUNTAIN RANCH, L.C. (Utah US), 30 Jun 1997-30 Jun 2021) PO BOX 1682, CEDAR CITY, UT, 84721
- inactive DAVID KNUDSON member, ⬛ inactive MILK SOURCE, L.L.C. (Utah US), 19 Aug 1998-19 Aug 2001) 220 S 200 E STE 110, Salt Lake City, UT, 84111
- inactive DAVID KNUDSON agent, ⬛ inactive HILTON JEWELERS, INC. (Utah US), 8 Jun 1984-18 Nov 1991) 2331 E 1200 N LAYTON, UT 84040
- inactive DAVID KNUDSON vice president, ⬛ inactive NIGHTINGALE, INC. (Utah US), 8 Oct 1987-31 Oct 2014) 2331 E 1200 N, LAYTON, UT, 84040
- inactive DAVID KNUDSON director, ⬛ inactive TROIKA RESEARCH CORPORATION (Utah US), 27 Jun 1988- 1 May 1990) 4000 BRINKER AVE#3, OGDEN, UT, 84403
- inactive DAVID KNUDSON director, ⬛ inactive GENERAL FINANCIAL CORPORATION (Utah US), 28 Feb 1991- 1 Jul 1992) 165 S WEST TEMPLE #300, Salt Lake City, UT, 84101
- inactive DAVID KNUDSON president, ⬛ inactive HILTON JEWELERS, INC. (Utah US), 8 Jun 1984-18 Nov 1991) 2331 E 1200 N, LAYTON, UT, 84040
- inactive DAVID KNUDSON vice president, ⬛ inactive ROYAL OAK RESOURCES (Utah US), 21 Sep 1982-14 Jul 1995) 2331 E 1200 N, LAYTON, UT, 84040

- ← Previous
- 1
- ^













## ENTITY INFORMATION

### ENTITY INFORMATION

| | | | |
|---|---|---|---|
| **Entity Name:** | LUMINARY DEVELOPMENTS L.L.C. | | |
| **Entity Number:** | 13961008-0161 | **Domicile Name:** | N/A |
| **Entity Type:** | Foreign Limited Liability Company | **Jurisdiction:** | AZ |
| **Entity Subtype:** | Foreign Limited Liability Company | **Formation Date:** | 04/29/2024 |
| **Profession:** | N/A | **Formation Effective Date:** | 04/29/2024 |
| **Entity Status:** | Active | **Renew By Date:** | 04/30/2026 |
| **Entity Status Details:** | Current | **Last Renewed Date:** | 04/14/2025 |
| **Status Updated On:** | 04/14/2025 | | |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| **Name:** | David Knudson |
| **Registered Agent Type:** | Individual |
| **Street Address:** | 3146 mesa verde circle, Hurricane, UT, 84737, USA |
| **Last Updated:** | 9/13/2024 9:22:44 PM |

### PRINCIPAL INFORMATION

| Title | Name | Address | Last Updated |
|---|---|---|---|
| Member | David Knudson | 1705 s taylor court, colorado city, AZ, 86021, USA | 09/13/2024 |



**ENTITY INFORMATION**

**ENTITY INFORMATION**

| | |
|---|---|
| Entity Name: | LUMINARY HOMES |
| Entity Number: | 13963594-0151 |
| Entity Type: | Assumed Name (DBA) |
| Entity Subtype: | Assumed Name - 151 |
| Profession: | N/A |
| Entity Status: | Active |
| Entity Status Details: | Current |
| Status Updated On: | 04/30/2024 |

| | |
|---|---|
| Formation Date: | 04/30/2024 |
| Formation Effective Date: | 04/30/2024 |
| Renew By Date: | 04/30/2027 |
| Last Renewed Date: | N/A |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | David Knudson |
| Registered Agent Type: | Individual |
| Street Address: | 3146 Mesa Verde Circle, Hurricane, UT, 84737, USA |
| Last Updated: | 9/13/2024 9:22:44 PM |

**PRINCIPAL INFORMATION**

| Title | Name | Address | Last Updated |
|---|---|---|---|
| Applicant | David Knudson | 1705 South Taylor Court, Colorado City, AZ, 86021, USA | 09/13/2024 |

Page 1 of 1, records 1 to 1 of 1







# GRAVITY FUNDING, LLC

|  |  |
|---|---|
| **Company Number** | 6736144 |
| **Incorporation Date** | 31 January 2018 (over 7 years ago) |
| **Company Type** | Limited Liability Company |
| **Jurisdiction** | Delaware (US) |
| **Agent Name** | CORPORATION SERVICE COMPANY |
| **Agent Address** | 251 LITTLE FALLS DRIVE, WILMINGTON, New Castle, DE, 19808 |
| **Directors / Officers** | CORPORATION SERVICE COMPANY, agent |

# SUMMIT OPERATING, LLC

**Company**
GRAVITY SEGREGATION II , LLC

**Name**
SUMMIT OPERATING, LLC

**Address**
531 E 770 N, OREM, Utah, 84097, USA

**Position**
manager

## Other resources

- Search Google for 'SUMMIT OPERATING, LLC'
- Search LittleSis for 'SUMMIT OPERATING, LLC'

## Other officers in GRAVITY SEGREGATION II , LLC

WEIGHTING AGENT MANAGEMENT, LLC , agent
WEIGHTING AGENT MANAGEMENT, LLC , registered agent

## See all

### Data source and freshness

| | |
|---|---|
| Last Update From Source | 22 August 2025 |
| Last Change Recorded | 21 May 2025 |
| Next Update From Source | Monthly |
| Source | Utah Division of Corporations & Commercial Code, Department of Commerce |

Learn more about our trust and data transparency policy



This information comes to you from **OpenCorporates** — the leading authority on legal-entity data

Read more about us and why you should trust this data in our **purpose, history and principles**

The OpenCorporates website is free for general-public and public-benefit use

**Use the OpenCorporates API**

**License this data in bulk**

Certified B Corporation

### Similarly named officers









