***In re Authentic Hospitality Group, Inc.*, Case No. 20-12883-SMG (S.D. Fla. Bankr. Ct. 2020)**

This case shows a pattern of the scheme of Gravity's established pattern of bad faith conduct, as evidenced in prior cases. For example, in Authentic Hospitality Group here , Gravity sought relief from the automatic stay to foreclose on a property despite being over-secured by an equity cushion of approximately $1.66 million (collateral valued at over $4.5 million exceeding Gravity's $2.9 million claim). The debtor opposed, arguing the property was essential for reorganization amid COVID-19, yet Gravity pressed forward aggressively (Ex. V). This mirrors Defendants' actions here: ignoring substantial equity ($3.1 million in Properties), breaching court orders (Ex. B), and violating the stay (Ex. M) to steal equity through sham sales and harassment. Such patterns violate federal laws, including TILA (mislabeling consumer loans), FDCPA (abusive collection), the Sherman Act (anticompetitive predation), and RICO (racketeering via fraud and extortion), with family members and associates aiding as co-conspirators.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                                       Case No. 20-12883-SMG
                                                                              Chapter 11
AUTHENTIC HOSPITALITY GROUP, INC.

    Debtor-in-Possession.
_____/

**DEBTOR'S RESPONSE IN OPPOSITION TO CREDITOR,**
**GRAVITY FUNDING, LLC'S MOTION FOR RELIEF FROM STAY (DE 26 & DE 42)**
*(Subject Property: 711 Old Antioch, Smithville, Bastrop, Texas 78957)*

AUTHENTIC HOSPITALITY GROUP, LLC (the "Debtor"), by and through undersigned counsel, files this *Response in Opposition to Creditor's Motion for Relief from the Automatic Stay* (the "Response"), and respectfully requests that this Court enter an order denying Gravity Funding, LLC's ("Gravity") Motion for Relief from the Automatic Stay (the "Motion for Relief") (DE 26 and DE 42), as (i) Gravity is over-secured by inclusion of all collateral for the Gravity loan; (ii) the property located at **711 Old Antioch, Smithville, Bastrop County, Texas 78957** is necessary for an effective reorganization; and (iii) the Debtor is in active negotiations with new investors to infuse capital sufficient to either pay Gravity in full, or bring Gravity current, with a plan to expand the Ranch into a resort with the building of a hotel on the property, said negotiations requiring additional time to finalize. In support of the above, the Debtor states as follows:

**Background**

1. On March 2, 2020, Debtor filed for voluntary relief under Chapter 11 of the Bankruptcy Code.

2. Debtor owns and operates a restaurant called "I Love Tacos" located in Weston, Florida (the "Restaurant"). Due to current COVID-19 restrictions, the Restaurant is only open for

Page **1** of **5**

takeout at this time.

3.  The Debtor also owns the Ranch, a forty-two (42) acre property located 711 Old Antioch, Smithville, Texas in Bastrop County.

4.  The Ranch property has a 6000 square foot residence, with a commercial kitchen, and a large pavilion, among other buildings. The Ranch is an event venue, used for weddings and large parties.

5.  The Ranch also operates as a summer camp.

6.  Neither of the two businesses are currently operating due to COVID-19 restrictions.

7.  On or about April 8, 2018, the Debtor borrowed the sum of $2,235,000 from Gravity (the "Gravity Loan") secured by the Ranch.

8.  As alleged in Motion for Relief, the Gravity Loan is secured by a Deed of Trust, wherein Gravity is the beneficiary. The res of the trust is the Ranch. Gravity alleges in the Motion for Relief, that the amount due and owing is $2,921,722.70 (the "Claim").

9.  The value of the Ranch is stated in Motion for Relief at $2,208,378.00 (2019 Assessment) (2020 is not available).

10. The value of the Ranch as stated in the Petition is $2,800,000.

11. The value of the Ranch is $2,464,000 as stated on Zillow (Exhibit "A").

12. The Gravity Loan is also secured by a second Deed of Trust on three (3) commercial properties located in Austin, Travis County, Texas and owned by the parents of the principal. The parents are guarantors of the Gravity Loan.

13. The three properties are: 2112; 2116 and 2122 East Cesar Chavez Street, Austin, Travis County, TX 78702 (the "Travis County Properties").

14. The 2020 assessed values of the three (3) properties total $2,372,475.00:

   a) 2112 – Value: $728,278.00

   b) 2116 – Value: $759,028.00

   c) 2122 – Value: $885,169.00

(collectively, Exhibit "B")

  15. The total value of the collateral securing the Gravity Loan is, at minimum, $4,580,853.00 (the combined assessed value of the Ranch and the Travis County Properties). The Claim is $2,921,722.70; Gravity is very much over-secured.

  16. The Debtor is currently negotiating with new investors to bring in new money sufficient to either bring Gravity current, or pay the Claim in full. The proposal is to expand the Ranch into a resort by building a hotel on the property and the new investors will become partial owners of the Ranch along with the Debtor. The negotiations are in the early stages and the Debtor requires additional time to finalize the matter so that it can be presented to the Court for approval.

  17. Debtor is requesting an additional sixty (60 days to finalize the transaction which should be sufficient time for all due diligence to be completed and an agreement finalized; however, do not waive the right to request an additional thirty (30) days, if necessary.

## Legal Analysis

  18. Gravity's requested relief pursuant to § 362(d) should be denied in that Gravity is adequately protected by virtue of the equity cushion that exists for its total claim.

  19. "The relief sought by the Bank is based on s 362(d)(1) which mandates a lifting of the automatic stay for 'cause' including for lack of adequate protection of an interest in property of a party in interest. Section 361 of the Code provides that adequate protection is required if the automatic stay imposed by s 362 results in a decrease in the value of the entity interest in the property." *Matter of Certified Mortg. Corp.*, 17 B.R. 225, 226 (Bankr. M.D. Fla. 1982).

20. The value of the collateral greatly exceeds the Gravity's claim, which provides an equity cushion to Gravity.

21. This equity, secures Gravity's' interest. *See Matter of Vincent*, 7 B.R. 866, 869 (Bankr. M.D. Fla. 1980) (discussing that an equity cushion may suffice as adequate protection to a secured creditor with respect to a request for relief from the automatic stay).

22. In addition, the Ranch is essential for an effective reorganization as it is necessary to bring in the new investors, who will own the Ranch along with the Debtor, which new investors would bring in new cash to either bring current, or payoff, Gravity.

23. In *In re Bellina's Restaurants, Inc.*, Judge Cristol noted that the key word is "effective"; that is, "[t]he Debtor must show the existence of a reasonable possibility of a successful reorganization within a reasonable period of time." 52 B.R. 509, 512 (Bankr. S.D. Fla. 1985).

24. Here, the Debtor has a proposal which, when implemented, will generate funds to either payoff or bring the Gravity Loan current, and allow the Debtor to continue operating the Restaurant.

**WHEREFORE,** the Debtor respectfully requests this Court to enter an order denying Gravity's Motion for Relief, and for any further relief this Court deems proper.

Dated: April 28, 2020

**VAN HORN LAW GROUP, P.A.**
330 N Andrews Ave., Suite 450
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

By: /s/ Chad Van Horn, Esq.
Chad Van Horn, Esq.
Florida Bar No. 64500

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was sent this 28th day of April 2020, to the following parties, in the manner so stated:

**VIA CM/ECF**

| | |
|---|---|
| Office of the U.S. Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Robert C. Meyer, Esq. | meyerrobertc@cs.com; rcmpapl@gmail.com |
| | rcmeyer@gmail.com; assistantrcmpa@gmail.com |
| | meyerr90112@noify.bestcase.com |
| Brian K. Korte, Esq. | bkorte@kortepa.com |
| Robert F. Reynolds, Esq. | rreynolds@slatkinreynolds.com |
| | imalcolm@slatkinreynolds.com |
| | 53227@notify.bestcase.com |
| Anton D. Smith, Esq. | anton@adsmithlaw.com |

**VIA U.S. MAIL**

See attached mailing matrix

Dated: April 28, 2020

                                         **VAN HORN LAW GROUP, P.A.**
                                         330 N Andrews Ave., Suite 450
                                         Fort Lauderdale, FL 33301
                                         Telephone: (954) 765-3166
                                         Facsimile: (954) 756-7103
                                         Email: Chad@cvhlawgroup.com

                              By: /s/ **Chad Van Horn, Esq.**
                                       Chad Van Horn, Esq.
                                       Florida Bar No. 64500

# Zillow

**Saved**  **Share**  ••• **More**

## $2,500,000   4 bd | 5 ba | 5,899 sqft

### 711 Old Antioch Rd, Smithville, TX 78957

For sale   Zestimate®: $2,464,898
Est. payment: $13,696/mo   Get pre-qualified

[ Contact Agent ]   [ Take a Tour ]

Overview | Facts and features | Home value | Price and tax his >

Time on Zillow **336 days** | Views **393** | Saves **20**

This property offers a 5800 sq ft. main house, 5000 square ft. palapa with full commercial kitchen, wedding chapel, stocked pond, 2 - 3 bedroom 2 bath guest homes, 1/1 nanny / caretaker suite and various outbuildings. Sitting on 3 parcels totaling 42+ acres. Located a short drive from Smithville, COTA and Austin this property will make the ideal private luxury residence, corporate retreat, wedding venue or recovery center. The possibilities are endless.

**Listing Agent**


Ben Woolfolk
Twelve Rivers Realty

**EXHIBIT "A"**

# 2020 Notice of Appraised Value

**TRAVIS CENTRAL APPRAISAL DISTRICT**
**8314 CROSS PARK DR**
**P O BOX 149012**
**AUSTIN, TX 78714-9012**
Phone: (512) 834-9138

DATE OF NOTICE: April 10, 2020
#BWNNRFT
#0117548601893355#

Property ID: 189335 - 02020816070000
ANGULO ALBA L
PO BOX 6519
AUSTIN, TX 78762-6519

**Property ID:** 189335
**Ownership %:** 100.00
**Ref ID2:** 02020816070000
**DBA:** FAST TAX REFUNDS
**Legal:** LOT 4 BLK 4 OLT 23&24 DIV O FAIR   GROUNDS ADDN
**Legal Acres:** 0.1489
**Situs:** 2112 E CESAR CHAVEZ ST  TX 78702
**Owner ID:** 175486

**THIS IS NOT A BILL**

Dear Property Owner,
We have appraised the property listed above for the tax year 2020.  As of January 1, our appraisal is outlined below.

| Market Value | Assessed Value (Includes Homestead Limitation if Applicable) |
|---|---|
| 728,278 | 728,278 |

| Taxing Unit | 2019 Exemption | 2019 Exemption Amount | 2020 Exemption | 2020 Exemption Amount | Exemption Amount Change | 2019 Taxable | 2020 Taxable | Freeze Year and Ceiling |
|---|---|---|---|---|---|---|---|---|
| AUSTIN ISD | | 0 | | 0 | | 695,848 | 728,278 | |
| CITY OF AUSTIN | | 0 | | 0 | | 695,848 | 728,278 | |
| TRAVIS COUNTY | | 0 | | 0 | | 695,848 | 728,278 | |
| TRAVIS COUNTY HEALTHCARE | | 0 | | 0 | | 695,848 | 728,278 | |
| AUSTIN COMM COLL DIST | | 0 | | 0 | | 695,848 | 728,278 | |

If you qualified your home for a 65 and older or disabled person exemption for school taxes, the school taxes on that home cannot increase as long as you own and live in that home.  The tax ceiling is the amount that you pay in the year that you qualified for the 65 and older or disabled person exemption. The school taxes on your home may not go above the amount of the ceiling, unless you improve the home (other than normal repairs and maintenance). If you improved your property (by adding rooms or buildings) or you are transferring a freeze percentage, your school, county, city, or junior college Ceiling may increase from prior years.
Enclosed are copies of the following documents published by the Texas Comptroller of Public Accounts: (1) Property Tax Remedies; and (2) notice of protest.

**EXHIBIT "B"**

# 2020 Notice of Appraised Value

**TRAVIS CENTRAL APPRAISAL DISTRICT**
**8314 CROSS PARK DR**
**P O BOX 149012**
**AUSTIN, TX 78714-9012**
Phone: (512) 834-9138

DATE OF NOTICE: April 10, 2020
#BWNNRFT
#0118346321893345#

Property ID: 189334 - 02020816060000
ANGULO ALBA LUCIA & ROBERTO A ANGULO
PO BOX 6519
AUSTIN, TX 78762

**Property ID:** 189334
**Ownership %:** 100.00
**Ref ID2:** 02020816060000
**DBA:** FAST TAX REFUNDS
**Legal:** LOT 5 BLK 4 OLT 23&24 DIV O FAIR GROUNDS ADDN
**Legal Acres:** 0.1489
**Situs:** 2116 E CESAR CHAVEZ ST TX 78702
**Owner ID:** 1834632

**THIS IS NOT A BILL**

Dear Property Owner,
We have appraised the property listed above for the tax year 2020. As of January 1, our appraisal is outlined below.

| Market Value | Assessed Value (Includes Homestead Limitation if Applicable) |
|---|---|
| 759,028 | 759,028 |

| Taxing Unit | 2019 Exemption | 2019 Exemption Amount | 2020 Exemption | 2020 Exemption Amount | Exemption Amount Change | 2019 Taxable | 2020 Taxable | Freeze Year and Ceiling |
|---|---|---|---|---|---|---|---|---|
| AUSTIN ISD | | 0 | | 0 | | 726,598 | 759,028 | |
| CITY OF AUSTIN | | 0 | | 0 | | 726,598 | 759,028 | |
| TRAVIS COUNTY | | 0 | | 0 | | 726,598 | 759,028 | |
| TRAVIS COUNTY HEALTHCARE | | 0 | | 0 | | 726,598 | 759,028 | |
| AUSTIN COMM COLL DIST | | 0 | | 0 | | 726,598 | 759,028 | |

If you qualified your home for a 65 and older or disabled person exemption for school taxes, the school taxes on that home cannot increase as long as you own and live in that home. The tax ceiling is the amount that you pay in the year that you qualified for the 65 and older or disabled person exemption. The school taxes on your home may not go above the amount of the ceiling, unless you improve the home (other than normal repairs and maintenance). If you improved your property (by adding rooms or buildings) or you are transferring a freeze percentage, your school, county, city, or junior college Ceiling may increase from prior years.

Enclosed are copies of the following documents published by the Texas Comptroller of Public Accounts: (1) Property Tax Remedies; and (2) notice of protest.

# 2020 Notice of Appraised Value

**TRAVIS CENTRAL APPRAISAL DISTRICT**
**8314 CROSS PARK DR**
**P O BOX 149012**
**AUSTIN, TX 78714-9012**
Phone: (512) 834-9138

DATE OF NOTICE: April 10, 2020

#BWNNRFT
#0112669141893393#

Property ID: 189339 - 02020816110000
ANGULO ALBA L & ROBERTO A
PO BOX 6519
AUSTIN, TX 78762-6519

**Property ID:** 189339
**Ownership %:** 100.00
**Ref ID2:** 02020816110000
**DBA:** DOCTORS WALK IN CLINIC
**Legal:** LOT 6 BLK 4 OLT 23&24 DIV O FAIR  GROUNDS ADDN
**Legal Acres:** 0.1457
**Situs:** 2122 E CESAR CHAVEZ ST  TX 78702
**Owner ID:** 1266914

**THIS IS NOT A BILL**

Dear Property Owner,
We have appraised the property listed above for the tax year 2020.  As of January 1, our appraisal is outlined below.

| Market Value | Assessed Value<br>(Includes Homestead Limitation if Applicable) |
|---|---|
| 885,169 | 885,169 |

| Taxing Unit | 2019 Exemption | 2019 Exemption Amount | 2020 Exemption | 2020 Exemption Amount | Exemption Amount Change | 2019 Taxable | 2020 Taxable | Freeze Year and Ceiling |
|---|---|---|---|---|---|---|---|---|
| AUSTIN ISD | | 0 | | 0 | | 853,429 | 885,169 | |
| CITY OF AUSTIN | | 0 | | 0 | | 853,429 | 885,169 | |
| TRAVIS COUNTY | | 0 | | 0 | | 853,429 | 885,169 | |
| TRAVIS COUNTY HEALTHCARE | | 0 | | 0 | | 853,429 | 885,169 | |
| AUSTIN COMM COLL DIST | | 0 | | 0 | | 853,429 | 885,169 | |

If you qualified your home for a 65 and older or disabled person exemption for school taxes, the school taxes on that home cannot increase as long as you own and live in that home.  The tax ceiling is the amount that you pay in the year that you qualified for the 65 and older or disabled person exemption. The school taxes on your home may not go above the amount of the ceiling, unless you improve the home (other than normal repairs and maintenance). If you improved your property (by adding rooms or buildings) or you are transferring a freeze percentage, your school, county, city, or junior college Ceiling may increase from prior years.
Enclosed are copies of the following documents published by the Texas Comptroller of Public Accounts: (1) Property Tax Remedies; and (2) notice of protest.