# EXHIBIT W



**Dave** ›

Why I am I getting this on my doors?

As promised you would take the foreclosure off after the third payment

This is not what was agreed

Please have your attorney email confirming this is canceled urgently

Thank you

Tue, Sep 10 at 2:23 PM

hi Max, you're going great, Need payment by the 23rd

Wed, Sep 18 at 2:35 PM

?

Thu, Sep 19 at 9:42 AM

Hi Dave, going out tomorrow, asked more than a few times now for statement / payoff, when can I get that

I'll order it

 

 Gmail

**Max B <max.msb.llc@gmail.com>**

---

### Fwd: no response hard money lender -Pay-off amount
1 message

**Max B** <max.msb.llc@gmail.com>                                                    Mon, Mar 31, 2025 at 5:04 PM
To: adam.ford@fordcranelaw.com

Adam,

As of end of business today 31 March 2025 officially zero response from the Hard money lender "Gravity Capital "
Or from their legal acting as trustee on the foreclosure have provided the requested payoff amount to me or Cottonwood title.

Regards,

Max

---------- Forwarded message ---------
From: **Max B** <max.msb.llc@gmail.com>
Date: Mon, Mar 31, 2025 at 2:08 PM
Subject: Fwd: Pay-off amount
To: <adam.ford@fordcranelaw.com>


See below

---------- Forwarded message ---------
From: **Max B** <max.msb.llc@gmail.com>
Date: Mon, Mar 31, 2025 at 10:16 AM
Subject: Re: Pay-off amount
To: dave <dave@gravitycapllc.com>


Hi Dave yes this is Max

Hope you are well,

Please let me know at your earliest convenience

Thanks

Max

On Mon, Mar 31, 2025 at 9:00 AM dave <dave@gravitycapllc.com> wrote:
> Is this Mr. Barber?
> DK

**From:** Max B <max.msb.llc@gmail.com>
**Sent:** Friday, March 28, 2025 1:10 PM
**To:** dave <dave@gravitycapllc.com>
**Subject:** Pay-off amount

Dave,

Hope this finds you well.

Can you provide me with the payoff amount for the lein?
Have a closing lined up to close this out.

Regards,

Max