# EXHIBIT BB

# SLC POLICE No.
# SL25-168227 (23 July 2025)