# EXHIBIT DD

## "EXHIBIT DD"

| Predicate Act & Statute | Who | What | When | Where | Why & How | Reference |
|---|---|---|---|---|---|---|
| Mail Fraud (18 U.S.C. § 1341) | Jared L. Anderson / Adrian Johnson | Mailed void Trustee's Deed for recording, collaborating on false title transfer. | July 23, 2025 | U.S. Mail to Salt Lake Recorder, Utah. | Why: To slander title and cloud property. How: Knowingly mailed fraudulent instrument. | ECF 17 ¶ 57 |
| Mail Fraud (18 U.S.C. § 1341) | Gravity Entities | Mailed inflated lien documents for recording. | March 23, 2022 | U.S. Mail to county recorder, Utah. | Why: To trap equity with false encumbrances. How: Sent misleading liens via mail, evading TILA. | Ex. D |
| Mail Fraud (18 U.S.C. § 1341) | Stephanie Strasnick Johnson / Taytum Jorgensen | Collaborated in mailing eviction notices or related docs to intimidate. | August 2025 | U.S. Mail from Utah to Plaintiff. | Why: To support void eviction. How: Sent false notices via mail as enterprise associates. | ECF 17 ¶ 59 |
| Mail Fraud (18 U.S.C. § 1341) | Pace Johnson / 1028 LLC | Mailed shell entity transfer docs to conceal proceeds. | August 26, 2025 | U.S. Mail for filings in Utah. | Why: To launder fraud gains. How: Mailed false transfers via U.S. Mail. | ECF 17 ¶ 65 |
| Mail Fraud (18 U.S.C. § 1341) | Richard Daynes / Court (tied to defendants' fraud) | Mailed stay order, but underlying judgment fraudulent due to concealment. | Sep 5, 2025 | U.S. Mail to parties (Utah addresses). | Why: To enforce void judgment temporarily. How: Mailed false order via U.S. Mail, concealing scheme. | ECF 17 ¶ 63 |
| Mail Fraud (18 U.S.C. § 1341) | Defendants' Attorneys (e.g., Navarra) | Mailed service of complaint/motion copies, concealing fraud in underlying claims. | Aug 15, 2025 | U.S. Mail to Plaintiff (Utah). | Why: To advance fraudulent eviction. How: Served false docs via mail, omitting stay. | ECF 17 ¶ 60 |
| Mail Fraud (18 U.S.C. § 1341) | Plaintiff (counter to fraud) | Mailed notarized motion copies to supplement email filing. | Aug 28, 2025 | U.S. Mail to Utah courts. | Why: Defendants' concealment forced; mailing exposes. How: Sent proof via mail, highlighting fraud. | ECF 17 ¶ 63 |
| Bankruptcy Fraud (18 U.S.C. § 157) | Gravity Capital, LLC (Knudson) | Filed false Proof of Claim under perjury, understating debt as $161,500 per property vs. $1.2M recorded liens. | July-August 2025 | U.S. Bankruptcy Court, Utah (ECF/mail). | Why: To conceal inflated liens and defraud court for stay lift. How: Submitted sworn false claim to misrepresent equity, enabling void foreclosure. | Ex. CC |
| Bankruptcy Fraud (18 U.S.C. § 157) | Gravity Capital, LLC (Knudson) | Filed duplicative false claims in separate case (No. 24-24810), stating $565,507 total vs. $2.4M liens. | 2024 | U.S. Bankruptcy Court, Utah (ECF/mail). | Why: To perpetuate lien fraud in multiple cases. How: Submitted identical false claims under perjury, showing reckless pattern. | Ex. CC |
| Bankruptcy Fraud (18 U.S.C. § 157) | Pace Johnson / Dastan D'O | Concealed bankruptcy stay in state eviction filings, defrauding court for default judgment. | August 27, 2025 | Utah State Court (ECF, tied to bankruptcy impact). | Why: To enforce void title post-stay violation. How: Omitted stay in sworn filing, abusing process to defraud. | ECF 17 ¶ 61 |
| Bankruptcy Fraud (18 U.S.C. § 157) | David Gardner / Jeremy Short | Filed motions/responses concealing stay, furthering fraudulent eviction tied to bankruptcy scheme. | August-September 2025 | Utah State Court (ECF, impacting bankruptcy estate). | Why: To prolong scheme against estate. How: Submitted false arguments omitting stay, defrauding for restitution order. | ECF 17 ¶ 63 |

**"EXHIBIT DD"**

| Bankruptcy Fraud (18 U.S.C. § 157) | Jamis Johnson / Pace Johnson | Used false liens in bankruptcy to claim no equity, concealing true value for stay lift. | June 2025 | U.S. Bankruptcy Court, Utah (hearings/filings). | Why: To sabotage sale and force default. How: Presented fraudulent liens in court, defrauding reorganization. | Ex. B |
|---|---|---|---|---|---|---|
| Bankruptcy Fraud (18 U.S.C. § 157) | Gravity Entities (Knudson) | Filed false total lien as $565,507 in Plaintiff's bankruptcy, concealing inflation. | 2025 | U.S. Bankruptcy Court, Utah (ECF/mail). | Why: To misrepresent debt for fraudulent relief. How: Sworn false sum under perjury, part of pattern. | Ex. CC |
| Bankruptcy Fraud (18 U.S.C. § 157) | All Legal Arm (Johnson, D'O, Gardner, Short) | Concealed MSB Trust bankruptcy to claim in state filings, defrauding for eviction on estate property. | September 5, 2025 | Utah State Court (ECF, linked to federal bankruptcy). | Why: To evade stay on estate assets. How: Omitted active case in filings, abusing to defraud. | ECF 17 ¶ 63 |
| Bankruptcy Fraud (18 U.S.C. § 157) | Gravity Capital (Knudson) | Filed false Form 206D understating secured claims on estate properties. | July 8, 2025 | U.S. Bankruptcy Court, Utah (ECF/mail). | Why: To conceal equity for scheme. How: Sworn false creditor claims, misrepresenting assets. | Ex. CC |
| Bankruptcy Fraud (18 U.S.C. § 157) | Pace Johnson / D'O / Gardner / Short | Concealed bankruptcy in emergency motion filings, defrauding for set-aside. | Sep 3, 2025 | Utah State Court (ECF, tied to bankruptcy). | Why: To evade estate protections. How: Omitted active case in motion, abusing for void enforcement. | ECF 17 ¶ 63 |
|  |  |  |  |  |  |  |