Steven R. Skirvin (#7626)
SKIRVIN LAW PLLC
3450 N. Triumph Blvd., Suite 102
Lehi, UT 84043
T: 801.449.0364
E: steve@srslawpc.com
*Attorney for Defendants*
*Gravity Capital, LLC and David Knudson*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MAX WARREN BARBER, an individual; and MAX WARREN BARBER as Trustee of the MSB TRUST, <br><br> Plaintiff, <br><br> v. <br><br> DAVID KNUDSON, an individual; JAMIS MELWOOD JOHNSON, an individual; JARED L. ANDERSON, an individual; GRAVITY CAPITAL, LLC, a Utah limited liability company; GRAVITY FUNDING, LLC, a Utah limited liability company; and DOES 1-10, <br><br> Defendants. | **DEFENDANTS DAVID KNUDSON AND GRAVITY CAPITAL, LLC'S OPPOSITION TO MOTIONS FOR ENTRY OF DEFAULT** <br><br> Case Number 2:25-cv-00681 <br><br> Judge Howard C. Nielson, Jr. <br><br> Magistrate Judge Dustin B. Pead |

Defendants David Knudson and Gravity Capital, LLC ("Gravity Capital" and collectively the "Gravity Defendants") submit this Opposition to the Motions for Entry of Default (ECF 45 and 46) on the following grounds: The Gravity Defendants were aware a First Amended Complaint was filed the day prior to their deadline to respond to the original Complaint.

1

Rather than waste judicial resources responding to an unserved Complaint, they chose to wait for service of the First Amended Complaint.

Additionally, Plaintiff's Renewed Emergency Motion for Temporary Restraining Order and Preliminary Injunction and Supporting Memorandum (ECF 38) ("TRO Motion"), filed September 18, 2025, the day after filing the First Amended Complaint, states on page 6 that the TRO Motion would be served on all Defendants together with the summons and complaint (purportedly the First Amended Complaint). To date, the Gravity Defendants have not been served with the TRO Motion or the First Amended Complaint.

Because Plaintiff has moved for entry of default against the Gravity Defendants, the Gravity Defendants have filed a Motion to Dismiss the original Complaint (ECF 47), the only pleading served upon them.

The Gravity Defendants note that the defendant named as Gravity Funding, LLC, a Utah limited liability company, is not known to the Gravity Defendants, and is not registered as an entity with the Utah Department of Commerce.

THEREFORE, the Gravity Defendants respectfully request the Motions for Entry of Default against them be denied.

DATE: October 8, 2025                    SKIRVIN LAW PLLC


*/s/ Steven R. Skirvin*
Attorney for Defendants
Gravity Capital, LLC and
David Knudson

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of October, 2025, I caused a true and correct copy of the **DEFENDANTS DAVID KNUDSON AND GRAVITY CAPITAL, LLC'S OPPOSITION TO MOTIONS FOR ENTRY OF DEFAULT** to be served upon the following served in the manner indicated below:

| | |
|---|---|
| Max Warren Barber, individually and as Trustee of the MSB Trust<br>1028 S. 1900 E.<br>Salt Lake City, UT 84108 | (X) U.S. first class mail, postage pre-paid<br>( ) Hand delivery<br>( ) Overnight mail<br>( ) E-mail<br>( ) Notice of electronic filing |

<em>/s/ Steven R. Skirvin</em>