FILED
2025 OCT 14 AM 7:58
CLERK
U.S. DISTRICT COURT

# Exhibit A:

Open Corporates, Utah Records for Jimenez & Associates, Inc.
(Knudson-Johnson co-directors, hub proof).

UTAH LOCATION



# NEW JERSEY LOCATION




## JIMENEZ & ASSOCIATES, INC.

**Company Number** 0100465023
**Incorporation Date** 10 October 1990 (about 35 years ago)
**Company Type** Domestic Profit Corporation
**Jurisdiction** New Jersey (US)

### Data source and freshness

**Last Update From Source** 13 October 2025
**Last Change Recorded** 18 September 2025
**Next Update From Source** Semi-annually
**Source** Business Records Service, Division of Revenue & Enterprise Services

Learn more about our trust and data transparency policy

This information comes to you from **OpenCorporates** — the leading authority on legal-entity data

Read more about us and why you should trust this data in our **purpose, history and principles**

The OpenCorporates website is free for general-public and public-benefit use

**Use the OpenCorporates API**

**License this data in bulk**



Certified B Corporation

DELAWARE LOCATION




NEW JERSEY LOCATION



