Steven R. Skirvin (#7626)
SKIRVIN LAW PLLC
3450 N. Triumph Blvd., Suite 102
Lehi, UT 84043
T: 801.449.0364
E: steve@srslawpc.com
*Attorney for Defendants Gravity Segregation, LLC*
*dba Gravity Capital, LLC and David Knudson*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MAX WARREN BARBER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID KNUDSON, et al., <br><br> Defendants. | **DECLARATION OF DAVID KNUDSON IN SUPPORT OF RESPONSE TO PLAINTIFF'S RENEWED EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** <br><br> Case Number 2:25-cv-00681 <br><br> Judge Howard C. Nielson, Jr. <br><br> Magistrate Judge Dustin B. Pead |

  I, David Knudson, am over 18 years of age and have personal knowledge of the facts set forth herein.

  1.  I make this Declaration in support of the Response to Plaintiff's Renewed Emergency Motion for Temporary Restraining Order and Preliminary Injunction filed by myself and Gravity Segregation, LLC dba Gravity Capital, LLC ("Response")

1

2.  I am the president of Gravity Segregation, LLC dba Gravity Capital, LLC ("Gravity Capital"). I have personal knowledge of the matters testified to herein, and if called upon to do so, would competently testify thereto.

3.  Attached as Exhibit 1 to the Response is a true and correct copy of Scrivener's Affidavit that Gravity Capital signed and caused to be recorded in the office of the Salt Lake County Recorder on June 17, 2025, as Entry no. 14398969, book 11579, pages 5965-5966.

4.  Attached as Exhibit 2 to the Response is a true and correct copy of Order Granting *In Rem* Relief Pursuant to Stipulation (Docket No. 47) entered by Judge Anderson on June 11, 2025 in *In re Max Warren Barber*, United States Bankruptcy Court, District of Utah Case No. 25-21749 ("*In re Barber*"), which Gravity Capital caused to be recorded in the office of the Salt Lake County Recorder on June 17, 2025 as Entry No. 14398970, book 11579, pages 5967-5969.

5.  Plaintiff's only draw of principal in his loan, due to his default, was the initial principal draw of $332,000.00.

6.  Gravity Capital has never received a request for a payoff on Plaintiff's loan from any prospective buyer, lender or title company.

7.  The following excerpts are true and correct excerpts from the docket in *In re Barber*:

|  |  |  |
|---|---|---|
| 05/30/2025 | 48 (11 pgs) | Pending Order Re: 16 Motion for Relief From Stay and Motion for Relief from Co-Debtor Stay. (Dove, Kenyon) [Order# 463892] (EOD: 05/30/2025) |

2

| | | |
|---|---|---|
| 06/11/2025 | | Unsigned Order (related document(s):48 Pending Order filed by Kenyon D. Dove). Reason Order Was Unsigned: Alternate order to be entered by the Court. (gci) (EOD: 06/11/2025) |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 6th day of November, 2025.

/s/ David Knudson
David Knudson

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November, 2025, I caused a true and correct copy of the **DECLARATION OF DAVID KNUDSON IN SUPPORT OF RESPONSE TO PLAINTIFF'S RENEWED EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** to be served upon the following served in the manner indicated below:

| | |
|---|---|
| Max Warren Barber, individually and as Trustee of the MSB Trust<br>1028 S. 1900 E.<br>Salt Lake City, UT 84108<br>Email: 23blackbee@gmail.com | ( ) U.S. first class mail, postage pre-paid<br>( ) Hand delivery<br>( ) Overnight mail<br>( ) E-mail<br>(X) Notice of electronic filing |

                                                         */s/ Steven R. Skirvin*