DAVID R. GARDNER (USB 14974)
P.O. Box 971233
Orem, Utah 84097
Telephone: 801-610-9879
E-Mail: davidg@utahevictionlaw.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MAX WARREN BARBER et al.,<br>    Plaintiffs,<br>vs.<br>DAVID KNUDSTON, et al.,<br>    Defendants. | **DAVID GARDNER'S ANSWER TO AMENDED COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF**<br>Case No. 2:25-cv-00681-HCN<br>Judge Howard C. Nielson, Jr.<br>Magistrate Judge Dustin B. Pead |

COMES NOW Defendant, David Gardner ("Defendant"), and hereby submits this answer ("Answer") concerning the First Amended Complaint for Injunction and Other Relief ("Complaint") filed by Plaintiffs. Defendant responds to the allegations as follows:

### AFFIRMATIVE DEFENSES

### First Defense

In answering the enumerated paragraphs, Defendant responds as follows:

1. Defendant admits paragraphs: None.

2. Defendant denies paragraphs: 30-35, 70-73, 75-77, 79-82, 84, 100, 102-103, 105, 107, 112-114, & 118.

3. Defendant is without sufficient knowledge or information with respect to the following paragraphs, and accordingly deny the same: 1, 16-26, & 29.

4. The following paragraphs do not state an allegation against Defendant or contain conclusions of law and therefore no response is required. However, to the extent any response is required, Defendant denies paragraphs: 2-15, 37-64, 66-68, 86-88, 90-93, 95-96, 98, 109-110, & 116.

5. Defendant reasserts and incorporates by reference all prior and subsequent responses to paragraphs: 65, 69, 74, 78, 83, 85, 89, 94, 97, 99, 101, 104, 106, 108, 111, 115, & 117.

6. In response to paragraph 27, admit that David Gardner is an attorney and resides in Utah. Deny the remainder of the allegations in paragraph 27 (including allegations or statements related to wrongful state court proceedings).

7. In response to paragraph 28, admit that Jeremy Shorts is an attorney and resides in Utah. Deny the remainder of the allegations in paragraph 28 (including allegations or statements related to wrongful state court proceedings).

8. Defendant hereby denies generally and specially each and every allegation set forth in the Complaint (including any claims made in any Prayer for Relief) except to the extent that such allegation has been expressly admitted.

### Second Defense

Plaintiffs have failed to state a claim upon which relief can be granted.

### Third Defense

Plaintiffs' claims are barred by the doctrines of unclean hands, laches, waiver estoppel, ratification, acquiescence, accord and satisfaction, and/or acceptance of contract benefits.

### Fourth Defense

Plaintiffs are under a duty to use reasonable efforts to mitigate their damages. To the extent that they have failed to do so, or fail to do so in the future, Plaintiffs' recovery in this matter is barred from recovery.

### Fifth Defense

Plaintiffs' damages, if any, should be limited to those that are both reasonable and necessary, and also limited to those that were proximately caused solely by Defendant, apart from superseding acts or omissions of parties other than Defendant and over whom Defendant exercised no control or right of control.

### Sixth Defense

Defendant may be entitled to assert additional defenses, of which it is presently unaware. Therefore, Defendant reserves the right to update and amend this Answer, and the defenses asserted herein, as additional knowledge and information becomes available through the discovery process.

### Seventh Defense

As an affirmative defense, Plaintiffs' Complaint is barred by the Economic Loss Doctrine and/or Statute of Frauds, Utah Code Ann. § 25-5-4.

### PRAYER FOR RELIEF

WHEREFORE, Defendant prays for judgment against Plaintiffs with respect to this Answer to Complaint as follows:

1. That Plaintiffs be granted no relief in this action as stated in the Complaint;
2. That the Complaint be dismissed with prejudice;
3. For costs of suit incurred herein, including attorneys' fees;
4. For such other and further relief as the Court deems just and proper.

DATED   November 11, 2025

/s/ Daivd R. Gardner
DAVID R. GARDNER

## CERTIFICATE OF SERVICE

On <u>November 11, 2025</u>, the foregoing **David Gardner's Answer to Amended Complaint for Injunctive and Other Relief** was served as follows:

| | |
|---|---|
| Max Warren Barber<br>1028 S 1900 E<br>Salt Lake City, Utah 84108<br>Email: 23blackbee@gmail.com<br>*Plaintiff* | _____ US Mail, Postage Prepaid<br>__X__ E-Mail<br>_____ NEF E-Filing Notification<br>_____ Other: |
| Steven R. Skirvin<br>SKIRVIN LAW PLLC<br>3450 N Triumph Blvd Ste 102, Lehi, UT 84043<br>Email: steve@srslawpc.com<br>*Counsel for Knudson, Gravity Capital,<br>& Gravity Segregation* | __X__ US Mail, Postage Prepaid<br>_____ E-Mail<br>_____ NEF E-Filing Notification<br>_____ Other: |

/s/ *Daivd R. Gardner*
DAVID R. GARDNER