Andrew R. Welch, #14028
Andrew J. Schuman, #20370
**Lewis Brisbois Bisgaard & Smith, LLP**
6550 S Millrock Dr., Ste. 200
Salt Lake City, Utah 84121
Telephone: (801) 251-7424
Email: andrew.welch@lewisbrisbois.com
Email: andrew.schuman@lewisbrisbois.com;

*Attorneys for Defendant Jared L. Anderson*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MAX WARREN BARBER, individually and as Trustee of the MSB TRUST, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID KNUDSON, an individual, et al. <br><br> Defendants. | **APPENDIX OF EVIDENCE** <br><br> Case No.: 2:25-cv-00681-HCN <br><br> Judge: Hon. Howard C. Nielson, Jr. <br><br> Magistrate Judge: Hon. Dustin B. Pead |

COMES NOW Defendant Jared L. Anderson ("Anderson"), by and through his counsel of record, Andrew R. Welch and Andrew J. Schuman of the law firm Lewis Brisbois Bisgaard & Smith LLP, and pursuant to DUCivR 56-1(e), provides the following appendix of evidence in support of his Motion to Dismiss, or, Alternatively, for Summary Judgment:

| Exhibit No. | Description / Title of Exhibit | Source of Exhibit |
|---|---|---|
| | Declaration of Jared L. Anderson ("Anderson Decl.") | |
| Exhibit 1 | Promissory Note | Dkt. No. 71-3 |
| Exhibit A | Eviction Suit Docket | Available via Xchange (Utah district court public records) *1028 S 1900 E LLC v. Max Barber et al.*, Civil No. 250906343 |

1

| Exhibit A.1 | Amended Order of Restitution Following Hearing | Available via Xchange (Utah district court public records): *1028 S 1900 E LLC v. Max Barber et al.*, Civil No. 250906343 |
| Exhibit A.2 | September 29, 2025, Order | Available via Xchange (Utah district court public records): *1028 S 1900 E LLC v. Max Barber et al.*, Civil No. 250906343 |
| Exhibit A.3 | October 14, 2025, Order | Available via Xchange (Utah district court public records): *1028 S 1900 E LLC v. Max Barber et al.*, Civil No. 250906343 |
| Exhibit A.4 | Findings of Fact and Conclusions of Law | Available via Xchange (Utah district court public records): *1028 S 1900 E LLC v. Max Barber et al.*, Civil No. 250906343 |
| Exhibit B | Deed of Trust (recorded) | Anderson Decl. |
| Exhibit C | Substitution of Trustee (recorded) | Anderson Decl. |
| Exhibit D | Notice of Default and Election to Sell Trust Property (recorded) | Anderson Decl. |
| Exhibit E | Notice of Trustee's Sale dated 11/27/2023 | Anderson Decl. |
| Exhibit F | Screenshot of PACER bankruptcy filings | Anderson Decl. |
| Exhibit G | Notices of Trustee's Sale (5 notices) April 1, 2024 – June 16, 2025 | Anderson Decl. |
| Exhibit H | Stipulation | Anderson Decl. |
| Exhibit I | In Rem Order | Anderson Decl. |
| Exhibit J | Proposed Order | Anderson Decl. |
| Exhibit K | Affidavit Re: Scrivener's Error (recorded) | Anderson Decl. |
| Exhibit L | In Rem Order (recorded) | Anderson Decl. |
| Exhibit M | Voluntary Petition for Individuals Filing for Bankruptcy (April 2, 2025) | Anderson Decl. |
| Exhibit N | Warranty Deed dated 9/22/2022 (recorded) | Anderson Decl. |
| Exhibit O | Warrante [sic] Deed recorded on 7/21/2025 | Anderson Decl. |

| Exhibit P | Email to Jared Anderson from Steve Skirvin and Kenyon Dove dated July 21, 2025 | Anderson Decl. |
| Exhibit Q | Trustee's Deeds | Anderson Decl. |

DATED this 25th day of November, 2025.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:  /s/ Andrew R. Welch
      ANDREW R. WELCH
      ANDREW J. SCHUMAN
      *Attorneys for Defendant Jared L. Anderson*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of November, 2025, I electronically filed the foregoing APPENDIX OF EVIDENCE with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to the following:

**Via CM/ECF:**
Steven R. Skirvin
SKIRVIN LAW PLLC
3450 N Triumph Blvd., Suite 102
Lehi, Utah 84043
Email: steve@srslawpc.com
*Attorney for Defendant David Knudson*

**Via Email and U.S. Mail:**
Max Warren Barber
1028 S 1900 E
Salt Lake City, Utah 84108
Email: 23blackbee@gmail.com
*Pro Se Plaintiff*

       /s/ *Cynthia Worne*