KAREN SALAS
*Specially Appearing Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **MAX WARREN BARBER**, an individual;<br><br>Plaintiff(s),<br><br>vs.<br><br>**DAVID KNUDSON**, et al.,<br><br>Defendants. | **DECLARATION OF KAREN SALAS IN SUPPORT OF MOTION TO QUASH SERVICE OF PROCESS**<br><br>Case No. 2:25-cv-00681-HCN-DBP<br>District Judge Howard C. Nielson, Jr.<br>Magistrate Judge Dustin B. Pead |

I, Karen Salas, declare as follows:

1. I am a named Defendant in the above-captioned action. I make this declaration based on my personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

2. I submit this declaration in support of my Motion to Quash Service of Process and Opposition to Plaintiff's Request for Entry of Default.

3. I was never personally served with the summons and complaint in this action. No process server, sheriff, or any other person ever personally delivered to me a copy of the summons or complaint in this matter.

4. I have no legal relationship with Pace Johnson Law Firm located at 231 E 400 S Suite 345, Salt Lake City, Utah 84111.

5. I have never retained, hired, or engaged the Pace Johnson Law Firm or any attorney employed by or affiliated with that firm to represent me in this or any matter brought by Plaintiff.

6. I have never authorized Mr. Pablo C., the Pace Johnson Law Firm, or any other person or entity at that address to accept service of process on my behalf.

7. I have never appointed any agent for service of process in connection with this lawsuit or any other matter.

8. I do not reside at or have any business presence at 231 E 400 S Suite 345, Salt Lake City, Utah 84111, or any other office of the Pace Johnson Law Firm.

9. Prior to learning of Plaintiff's Request for Entry of Default filed on November 21, 2025, I had no actual notice of this lawsuit. I did not receive the summons, original complaint, first amended complaint, or any other documents that Plaintiff claims were served on October 21, 2025.

10. The Pace Johnson Law Firm is not my dwelling, residence, or usual place of abode. I have never resided at that location.

11. I did not file a response to the complaint by November 11, 2025, because I was never properly served and had no knowledge of this lawsuit until after that date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 1st, 2025, Utah.

*/s/Karen Salas*
KAREN SALAS
Declarant