# UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| MAX WARREN BARBER,<br><br>Plaintiff,<br><br>DAVID KNUDSON, et al.,<br><br>Defendants. | Case No.: 2:25-cv-00681-HCN-DBP<br><br>ORDER DENYING MOTIONS FOR ENTRY DEFAULT<br><br>District Judge Howard C. Nielson, Jr.<br>Magistrate Judge Dustin B. Pead |

This matter is before the Clerk on Plaintiff's Motions for Entry of Default.[1] Currently, some defendants have appeared and moved to quash service.[2] Additionally, another defendant has moved to dismiss or for summary judgment.[3]

Separately, there are issues with service of process for some of the defendants. For instance, Plaintiff claims he served Stephanie Strasnick Johnson through James Melwood Johnson at the address of 1028 S. 1900 E. Salt Lake City, Utah, 84108.[4] According to Plaintiff, this address is for Ms. Johnson's dwelling or usual place of abode. However, there is nothing on the Proof of Service indicating how the process server confirmed Ms. Johnson dwells or resides at the address. For example, the Proof of Service does not contain verification the Process Server confirmed verbally with Mr. Johnson that Ms. Johnson resides at the address. Nor did the Process Server confirm Ms. Johnson's driver's license is associated with the address in question. Furthermore, the

---

[1] Docket Nos. 70-80, 89.

[2] Docket Nos. 86, 93, 96, 99, 101, 108, 111.

[3] Docket No. 71, 88.

[4] Docket No. 59.

Proof of Service states Mr. Johnson is the father of Adrian L. Johnson but does not specify Mr. Johnson's relationship with Ms. Johnson. Accordingly, without further direction from the court, the motions are DENIED.

DATED this 16th day of December, 2025.

GARY P. SERDAR, CLERK OF COURT:

BY: _____