MAX WARREN BARBER
Pro Se Plaintiff
4643-4645 South Highland Drive
Salt Lake City Utah 84117
801 518 1821
23blackbee@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MAX WARREN BARBER, individually and as Sole Trustee of the MSB Trust,<br><br>Plaintiff,<br><br>**v.**<br><br>DAVID KNUDSON et al.,<br>Defendants. | DECLARATION OF MAX WARREN BARBER IN SUPPORT OF PLAINTIFF'S OMNIBUS OPPOSITION AND MOTION FOR SANCTIONS<br><br>**Case No. 2:25-cv-00681-HCN-DBP**<br><br>**District Judge: Hon. Howard C. Nielson, Jr.**<br>**Magistrate Judge: Hon. Dustin B. Pead** |

I, **MAX WARREN BARBER**, declare as follows:

1. I am the Plaintiff in the above-captioned matter. I am over the age of 18 and am competent to testify to the matters set forth herein. I have personal knowledge of the facts stated in this Declaration except where stated on information and belief.
2. I submit this Declaration to authenticate the evidentiary exhibits filed in support of my Omnibus Opposition to Defendants' Coordinated Motions to Quash Service and Motion for Sanctions.
3. **Exhibit A** is a true and correct copy of the "Email Filing and Electronic Notification Form" filed by Defendant Stacy Roberts Johnson in this Court on November 29, 2025 (ECF No. 109).
4. **Exhibit B** is a true and correct copy of the "Declaration of Adrian Johnson" filed in the Third Judicial District Court, Salt Lake County, State of Utah, Case No. 250906343.

5. **Exhibit C** is a true and correct copy of the "Declaration of Pace Johnson" filed in the Third Judicial District Court, Salt Lake County, State of Utah, Case No. 250906343.
6. **Exhibit D** is a true and correct copy of a "Certificate of Service" filed in State Court Case No. 250906343, signed by Pablo Darelli on behalf of the Pace Johnson Law Firm.
7. **Exhibit E** is a true and correct copy of the Proofs of Service filed in the current federal action as ECF No. 57 (Karen Salas) and ECF No. 59 (Stephanie Strasnick Johnson).
8. **Exhibit F** is a true and correct copy of an email signature block and correspondence identifying Pablo Darelli as a "Paralegal" at the Pace Johnson Law Group.
9. **Exhibit G** is a true and correct copy of a legal filing header from State Court Case No. 250906343, which identifies Defendant Dastan D'O as "Of-Counsel" to the Pace Johnson Law Group.
10. **Exhibit H** is a true and correct copy of internal email correspondence showing the use of firm-issued email addresses (e.g., @pacejohnson.com) by Defendants Pace Johnson, Taytum Jorgensen, and Dastan D'O to coordinate litigation strategy.
11. **Exhibit I** is a true and correct copy of the recorded Trust Deed for the property located at 1028 South 1900 East, Salt Lake City, Utah, identifying Adrian Johnson as a purchaser/owner.
12. **Exhibit J** is a true and correct copy of a public statement or record from the Pace Johnson Law Group regarding the unauthorized practice of law by a former associate, Patrick Sullivan.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**DATED** this 22nd day of December, 2025.

**/s/ Max W. Barber**

Max W. Barber,

*Plaintiff Pro Se*