# EXHIBIT B

**Declaration of Adrian Johnson** (State Court Case No. 250906343)

Dastan D'o (17201) (Of-Counsel)
PACE JOHNSON LAW GROUP
231 East 400 South, Suite 345
Salt Lake City, UT 84111
Tel: (385) 347-3111
Emails: dastan@pacejohnson.com
courtnotices@pacejohnson.com
*Attorney for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| 1028 S 1900 E LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MAX BARBER; AND SARAH NAVARRA aka SARAH G BARBER,<br>Defendants. | **DECLARATION OF ADRIAN JOHNSON**<br><br>Case No.: 250906343<br><br>Judge: Richard Daynes |

I, Adrian Johnson, hereby declare and state as follows:

1. I am over the age of eighteen (18) years and am competent to make this declaration. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently thereto.
2. I make this declaration under criminal penalty of the State of Utah pursuant to Utah Code Section 78B-18a-106, understanding that any false statement made herein could subject me to felony prosecution and penalties. I declare under criminal penalty under the law of Utah that the foregoing is true and correct.
3. I am the legal owner of the real property located at 1836 Yale Avenue, Salt Lake City, Utah 84108, having purchased said property on July 22, 2024.

My wife and I purchased the property at 1836 Yale Avenue on July 22, 2024 (recorded deed attached). Since taking possession, we have been subjected to stalking, threats, forced entry, and removal of our property by two individuals who have prevented us from safely occupying our home.

**July 23 - Initial Confrontation:** We entered the property on July 23 to begin moving in and had the locks changed. That afternoon, upon returning to the property, I discovered an unknown male (subsequently identified in Police Report #25-168227, *Exhibit A*) sitting in a truck in our driveway (photos attached).

When I approached, he demanded to know what I was doing. After I explained I was moving into my home, he claimed the property was his and ordered me to leave. He then physically attempted to block my entry and stated police were coming to arrest me.

**Forced Entry and 911 Interference:** When I entered the house to call 911, the individual forcibly entered behind me and deliberately shouted to prevent communication with the dispatcher. As I moved between rooms attempting to complete the call, he followed, continuing his interference. The 911 recording (accessible via Report #25-168227, *Exhibit A*) documents this obstruction.

Following the dispatcher's advice to seek protection in my vehicle, I complied. The individual then removed my belongings to the porch and positioned himself to block reentry (photo attached). Before police arrival, he photographed me and my license plate.

**Escalation and Threats:** Upon police arrival, Max Barber appeared at the property. His coordination with the first individual became immediately apparent. When my elderly father arrived to assist with the move, the first individual threatened that if my father touched "his file box in the house," he would "pick him up and throw him out." Multiple similar threats of physical violence were made.

**Ongoing Safety Concerns:** Throughout this incident, my 3-year-old daughter was present. These individuals now possess our names, photographs, and vehicle information. We are unable to safely occupy our legally purchased home and fear potential confrontation at the property or elsewhere, including our children's school. We require immediate police escort to safely access and secure our property, including installation of surveillance equipment. We need protective orders against Max Barber and his associates, particularly the individual who threatened physical violence against my family. The ongoing nature of these threats and the defendants' demonstrated willingness to use force require immediate judicial intervention to ensure our family's safety and our ability to peacefully occupy our legally purchased home.

Dated this ___8th__day of October 2025.

*/s/ Adrian Johnson*
*(Electronically Signed with Permission)*