# EXHIBIT D

**Certificate of Service** (Signed by "Pablo Darelli") "Mr. Pablo C."

**CERTIFICATE OF SERVICE**

I certify that on October _8th__, 2025, a copy of the foregoing DECLARTION OF PACE JOHNSON was delivered via email and/or the court's electronic filing system to the following:

Max Barber, *Pro Se*
1028 South 1900 East
Salt Lake City, UT 84108
(801) 518-1821
23blackbee@gmail.com

*/s/Pablo Darelli*________________
Pablo Darelli