# EXHIBIT F

Email Correspondence From Pablo Darelli

---------- Forwarded message ---------
From: **Pablo Darelli** <pablo@pacejohnson.com>
Date: Fri, Oct 10, 2025, 5:02 AM
Subject: Opposition to Max Barber's Motions with Exhibits
To: 23blackbee@gmail.com <23blackbee@gmail.com>

The attached has been submitted to the Court.

Pablo Darelli

Paralegal

Pace Johnson Law Group
231 East 400 South Suite 345 Salt Lake City, 84111
www.pacejohnsonlaw.com
pablo@pacejohnson.com

(385) 589-0921
Office (385) 347-3111NOTICE OF CONFIDENTIALITY This E-mail message and its attachments (if any) are intended solely for the use of the addressee hereof. In Addition, this message and the attachments (if any) may contain information that is confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify the sender by reply E-mail and immediately delete this message from your system.

Final_2025-10-1
0-PlaO...ot.pdf