# EXHIBIT G

Plaintiff's Opposition to Emergency Motion (State Court Case No. 250906343) "Dastan D'O" as "Of-Counsel" to PACE JOHNSON LAW GROUP

Dástan D'o (17201)
PACE JOHNSON LAW GROUP
231 East 400 South, Suite 345
Salt Lake City, UT 84111
*dastan@pacejohnson.com*
*courtnotices@pacejohnson.com*
Telephone: (385) 347-3111
Attorney for Plaintiff

**IN THE THIRD JUDICIAL DISTRICT**
**SALT LAKE CITY, STATE OF UTAH**

| | |
|---|---|
| 1028 S 1900 E LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MAX BARBER; and SARAH NAVARRA, aka SARAH G BARBER,<br><br>Defendants. | **PLAINTIFF'S OPPOSITION TO MAX BARBER'S EMERGENCY MOTION FOR STAY PENDING APPEAL AND EMERGENCY MOTION FOR RECONSIDERATION IN THEIR ENTIRETY**<br><br>Case No.: 250906343<br><br>Judge Richard Daynes |

Plaintiff, through counsel, submits this Opposition to Max Barber's Emergency Motion for Stay Pending Appeal and Emergency Motion for Reconsideration in Their Entirety, as follows:

## I. Max Barber Entered Into The In Rem Stipulation Personally And On Behalf Of The MSB Trust. The In Rem Stipulation And Order Bind MSB Trust Despite Barber's Argument to the Contrary.

Barber argues that the In Rem Order does not apply to the MSB Trust bankruptcy. This is false. There are two bankruptcy cases involved. The first, case no. 25-21749, is a Chapter 13, filed April 2, 2025 for both MSB Trust and Max Barber, ("Ch. 13" or "In Rem Order Bankruptcy."). It is this case in which the In Rem Order was issued by Judge Kevin Anderson, another later bankruptcy, case no. 25-23863, was filed on behalf of MSB Trust on July 8, 2025,