# EXHIBIT J

Statement from Pace Johnson Law Group (Regarding Patrick Sullivan)

# Statement from Pace Johnson Law Group: Addressing the Recent Attorney Impersonation and Fraud Case in Utah

Updated: Mar 14

At Pace Johnson Law Group, we are aware of a developing legal matter involving allegations that an individual, Patrick Sullivan, engaged in the unauthorized practice of law by impersonating a retired attorney. According to authorities, it is alleged that Mr. Sullivan used the credentials of a retired attorney to submit court filings on behalf of inmates at the Utah State Prison.

We want to clearly affirm that Mr. Sullivan is no longer affiliated with our firm in any capacity. While Mr. Sullivan previously worked with our firm as an independent contractor for a limited period, his role was not that of an attorney, partner, or employee. We take ethical standards, fraud prevention, and public trust seriously, and we are fully cooperating with law enforcement as they investigate this matter.




**Allegations and Legal Investigation**

Based on publicly available reports from the Utah Attorney General's Office and the Utah Department of Corrections, authorities have alleged that Mr. Sullivan misrepresented himself as a licensed attorney by using a Utah Bar license number that did not belong to him. Reports indicate that he may have electronically filed motions and legal documents on behalf of incarcerated individuals.

Additionally, as it has been reported, Mr. Sullivan initially represented himself to our firm as a retired attorney offering pro bono legal services. As with any independent contractor, our firm engaged with Mr. Sullivan for a limited time based on the information he provided. We had no reason to believe he was engaging in unauthorized legal practice at that time.