FILED
2026 JAN 3 PM 12:05
CLERK
U.S. DISTRICT COURT

MAX WARREN BARBER
Pro Se Plaintiff
4643-4645 South Highland Drive
Salt Lake City, Utah 84117
801-518-1821
23blackbee@gmail.com

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MAX WARREN BARBER, individually and as Sole Trustee of the MSB Trust,<br><br>Plaintiff,<br><br>v.<br><br>DAVID KNUDSON et al.,<br>Defendants. | **NOTICE OF<br>SUBMISSION OF AUDIO EVIDENCE (EXHIBIT H) IN SUPPORT OF [ ECF 116] MEMORANDUM<br>IN OPPOSITION OF<br>DEFENDANT JARED L ANDERSON<br>MOTION TO DISMISS ECF [88]**<br><br>Case No. 2:25-cv-00681-HCN-DBP<br><br>District Judge: Hon. Howard C. Nielson, Jr.<br>Magistrate Judge: Hon. Dustin B. Pead |

Plaintiff Max Warren Barber, appearing pro se, hereby gives notice of the filing of supplemental audio evidence, Fed. R. Civ. P. 26(a)(1)(A)(ii), Fed. R. Evid. 901, Fed. R. Evid. 1006, and DUCivR 26-1, designated as Exhibit H. This exhibit consists of official Court recordings, hearing held on October 14, 2025, in the West Jordan Fourth District Court, State of Utah, Case No. 250906343. Consisting of **Three (3) Official Court Sourced Recordings:**

1. **Wjcrtd34_20251014-1002_01dc3cf195115c00**    "Session 1"

2. **Wjcrtd34_20251014-1245_01dc3d086d9d72a0**    "Session 2"

3. **Wjcrtd34_20251014-1513_01dc3d1d24a6f660**    "Session 3"

**Six (6) Extracted Audio Clips:**

specific segments of testimony and judicial findings, extracted for ease of reference and to highlight material admissions.

## I. LIST SUMMARY OF AUDIO EVIDENCE

| Audio File | Description | Source Session | Start Time | Duration | File Size |
|---|---|---|---|---|---|
| **Clip 1** | Clip 1 Judge Daynes Gravity Breach Finding [01-32-55].mp3 | 3 | 01:32:55 | 0m 52s | 1 MB |
| **Clip 2** | Clip 2 Adrian Lets Call Dave [01-51-40].mp3 | 2 | 01:51:40 | 0m 57s | 1.4 MB |
| **Clip 3** | Clip 3 Adrian Direct Information From Knudson [02-00-00].mp3 | 2 | 02:00:00 | 0m 36s | 878 KB |
| **Clip 4** | Clip 4 Adrian Neighbors Admission [01-51-00].mp3 | 2 | 01:51:00 | 0m 13s | 336 KB |
| **Clip 5** | Clip 5 Jamis Called Knudson [00-08-11].mp3 | 3 | 00:08:11 | 1m 45s | 2.5 MB |
| **Clip 6** | Clip 6 Jamis Week After Payment [00-15-39].mp3 | 3 | 00:15:39 | 1m 35s | 2.3 MB |
| **Session 1** | Session 1 Complete Court Recording.mp3 | 1 | 0:00:00 | 2h 06m | 15.1 MB |
| **Session 2** | Session 2 Complete Court Recording.,mp3 | 2 | 0:00:00 | 2h 17m | 16.4 MB |
| **Session 3** | Session 3 Complete Court Recording.mp3 | 3 | 0:00:00 | 1h 48m | 12.9 MB |

**Total Files:** 9 **Combined Size:** Approx. 46 MB

## II. DETAILED EXHIBIT DESCRIPTIONS

| | |
|---|---|
| **CLIP "1" :** | **Judge Daynes - Gravity Capital Breach Finding** |
| Source: | Session 3 (3:23 PM) at 01:32:55 - 01:33:47 (52 seconds) |
| Filename: | Clip 1 Judge Daynes Gravity Breach Finding [01-32-55].mp3 |
| Content: | Judge Daynes finding "they [Gravity Capital] did not file amended liens" and "did not do those things that were required." |
| Relevance: | Judicial finding of breach of bankruptcy stipulation. |
| | |
| **CLIP "2" :** | **Adrian Johnson - "Let's Call Dave" Admission** |
| Source: | Session 2 (12:45 PM) at 01:51:40 - 01:52:37 (57 seconds) |
| Filename: | Clip 2 Adrian Lets Call Dave [01-51-40] .mp3 |
| Content: | Adrian Johnson testifying: "I called my dad... and he said 'I don't know, let's call Dave.'" |
| Relevance: | Pre-coordination between Jamis Johnson, Adrian, and David Knudson. |
| | |
| **CLIP "3" :** | **Adrian Johnson - Direct Information from David Knudson** |
| Source: | Session 2 (12:45 PM) at 02:00:00 - 02:00:36 (36 seconds) |
| Filename: | Clip 3 Adrian Direct Information From Knudson [02-00-00].mp3 |
| Content: | Adrian admitted under oath he received "direct information" from David Knudson about the sale. |
| Relevance: | Proves insider information sharing and lack of arms-length distance. |
| | |
| **CLIP "4" :** | **Adrian Johnson - Knudsons' Lifelong Family Friends And Neighbors** |
| Source: | Session 2 (12:45 PM) at 01:51:00 - 01:51:12 (13 seconds) |
| Filename: | Clip 4 Adrian Neighbors Admission [01-51-00].mp3 |
| Content: | Adrian admitted under oath being lifelong friends with Knudson's further "That's absolutely true" that we grew up next door to the Knudsons. |
| Relevance: | Establishes material fact, of lifelong close personal family relationships. |
| | |
| **CLIP "5":** | **Jamis Johnson - I Called Knudson Admission** |
| Source: | Session 3 (3:13 PM) at 00:08:11 - 00:09:56 (1m 45 seconds) |
| Filename: | Clip 5 Jamis Called Knudson [00-08-11].mp3 |
| Content: | Jamis Johnson under oath "I called him [Knudson] probably that evening." |
| Relevance: | Admits personally initiating contact with trustee to arrange the purchase. |
| | |
| **CLIP "6":** | **Jamis Johnson - Payment Week After July 22 Trustee Sale** |
| Source: | Session 3 (3:13 PM) at 00:15:39 - 00:17:14 (1m 35 seconds) |
| Filename: | Clip 6 Jamis Week After Payment [00-15-39].mp3 |
| Content: | Jamis M. Johnson admitted under oath: Payment for the properties was completed a week after the July 22nd" sale. |
| Relevance: | Violation of "cash" sale terms and delayed payment via family trusts. |

### III. AUTHENTICATION AND FOUNDATION

    A.    **Personal Knowledge - Fed. R. Evid. 901(a)** I, Max Warren Barber, was present at the October 14, 2025 evidentiary hearing. The audio clips submitted as Exhibit H are true and accurate excerpts of the official court proceedings. They have not been altered except for extraction.

    B.    **Public Records Exception - Fed. R. Evid. 803(8)** The source recordings are official court records maintained by the West Jordan District Court and are admissible as public records.

    C.    **Party Opponent Admissions - Fed. R. Evid. 801(d)(2)** Statements by Adrian Johnson and Jamis Johnson are admissions by party opponents and are not hearsay.

    D.    **Summary Evidence - Fed. R. Evid. 1006** These clips constitute permissible summaries of voluminous evidence.

    I Max Warren Barber declare under penalty of perjury the audio as presented and statements above are true and correct, with personal knowledge of the aforementioned events as I personally participated in these events.

                                                */s/ Max Warren Barber*
                                                 **Max Warren Barber**

### VI MATERIALITY AND RELEVANCE

The submitted audio evidence is material and relevant to the following issues in this case:

A.  **Automatic Stay Violation (11 U.S.C. § 362):** Judge Daynes' finding of Gravity Capital's breach of bankruptcy stipulation

B.  **Bid Rigging and Fraudulent Transfer:** Johnson defendants' admissions of pre-arrangement and insider coordination

C.  **Non-Arms-Length Transaction:** Evidence of decades-long family relationships and private notifications

D.  **RICO Enterprise Evidence:** Pattern of coordination between Knudson, Anderson, and Johnson defendants

E.  **Damages:** Payment irregularities and timing of fund transfers

Respectfully Submitted this 2nd Day of January 2026

*/s/ Max Warren Barber*
**Max Warren Barber**

## VII. CERTIFICATE OF SERVICE

I hereby certify that on 3 Day of January, 2026, I caused a true and correct copy of the foregoing Notice of Submission of Audio Evidence, ECF 116 -(3 Exhibit H) in support of Plaintiff's Memorandum in Opposition to ECF [88] Jared L Anderson's motion to Dismiss, to be served upon all counsel of record via: ☐ ECF electronic filing system via email to the Court Clerk for upload to ECF & First-class U.S. Mail to non registered ECF defendants.

**AUDIO ON USB Drive** shall be hand delivered to the Clerk Monday 5th of January 2025, then uploaded docket CM / ECF by the Court Clerk. At that time made available to registered CM/ECF Defendants, Physical USB copy shall be mailed via First Class mail or hand delivered to non registered CM/ECF Defendants on the 5th January 2026 as follows:

**CM/ECF REGISTERED DEFENDANTS and/or COUNCIL OF RECORD:**
**Steven R. Skirvin** steve@srslawpc.com |   **Gary R. Guelker** gguelker@rlattorneys.com
Counsel of Gravity Defendants             |   Counsel of Jeremy Shorts and David Gardner

**Andrew R. Welch** (andrew.welch@lewisbrisbois.com)
Counsel of Jared L. Anderson

**PRO SE DEFENDANT(s) CM/ECF SYSTEM / EMAIL**

| | |
|---|---|
| **Adrian Isaac Johnson:** | adrian.isaac.johnson@gmail.com |
| **Dastan M. D'O:** | D_0001@icloud.com |
| **Karen Salas:** | Karensalasutah@gmail.com |
| **Stacy Roberts Johnson:** | stacyjrob@gmail.com |
| **Stephanie Strasnick Johnson:** | stephanie.anne.strasnick@gmail.com |
| **Taytum Jorgensen:** | taytumannjorge@gmail.com |
| **Pace William Johnson:** | pace@pacejohnson.com |

**VIA U.S. MAIL, FIRST-CLASS POSTAGE PREPAID:** I served the following Defendants (including those in Default/Failure to Appear) by placing a true copy in the United States Mail, addressed as follows:

**Jamis Melwood Johnson**              1028 South 1900 East Salt Lake City, UT 84108

**1028 S 1900 E LLC**      c/o Registered Agent 1028 South 1900 East Salt Lake City, UT 84108

**CR TRUE LLC** c/o Pace Johnson Law Group 231 E 400 S, Suite 345 Salt Lake City, UT 84111