# EXHIBIT A

# CERTIFICATE OF REGISTRATION

| Filed in the Office of | Filing Number<br>**250730481557B** |
| --- | --- |
| Adam Watson | Filed On<br>**July 29, 2025** |
| Director, Division of Corporations and Commercial Code | Entity Number<br>**14594730-0120** |
| Filed in the State of Utah | Number of Pages<br>2 |

# *State of Utah*
## *Department of Commerce*
## *Division of Corporations and Commercial Code*

**Domestic Business Trust - Certificate of Registration**

**ENTITY INFORMATION**

Entity Name: MSB Trust, a Utah Irrevocable Business Trust
Entity Number: 14594730-0120
Effective Date: July 29, 2025
Effective Time: 01:06 PM

**BUSINESS DETAILS**

**Duration Date:** Perpetual

**FILING DETAILS**
**Purpose Statement:** Business Investment, Commercial Real Estate Investment and Management for Profit

**PRINCIPAL OFFICE INFORMATION:**
**Principal Office Address:** 1028 S 1900 E, Salt Lake City, UT 84108
**Mailing Address:** 4643 -45 South Highland Drive, Holladay, UT 84117

**REGISTERED AGENT**
**Agent Type:** Individual
**Name:** Max Barber
**Address:** 1836 EAST YALE AVE, Salt Lake City, UT 84108

**ACTIVE PRINCIPAL INFORMATION**
**Title:** Trustee
**Name:** Max Barber
**Address:** 1836 East Yale Ave, Salt Lake City, UT 84108

**REQUIRED SIGNATURES**

- I declare that the information contained in this electronic submission is true and accurate.
- I affirm that I am legally authorized to sign this document.
- I acknowledge receipt of the below information:
    - The information provided in this form will be used by the Division to evaluate and complete your request. Failure to provide complete information as requested will result in the denial of your request as incomplete.
    - Information provided in this form is retained in accordance with state record retention laws. For specific information about the records retention for this form, please visit https://corporations.utah.gov/records/.
    - In order to comply with legal and regulatory requirements, we may share information provided in this form with authorized parties such as other government agencies, national licensing databases, contracted vendors, etc. Additionally, many items collected by the Division are classified as “public” under the Government Records Access and Management Act, Utah Code § 63G-2-101 et seq.
    - For more information on how the information you provide is shared, please refer to https://corporations.utah.gov/records/.

- **Electronic Signature:** Max Barber
  **Title/Capacity:** Trustee