MAX WARREN BARBER
Pro Se Plaintiff
4643-4645 South Highland Drive
Salt Lake City, Utah 84117
801-518-1821
23blackbee@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MAX WARREN BARBER, individually and as Sole Trustee of the MSB Trust, <br><br> Plaintiff, <br><br> v. <br><br> DAVID KNUDSON et al., <br> Defendants. | **NOTICE OF CONVENTIONAL FILING** <br> ( Video for Plaintiff's Party Admissions) <br><br><br> Case No. 2:25-cv-00681-HCN-DBP <br><br> District Judge: Hon. Howard C. Nielson, Jr. <br> Magistrate Judge: Hon. Dustin B. Pead |

Plaintiff Max Warren Barber hereby gives notice that he is conventionally filing the following items which cannot be filed electronically via CM/ECF:

1. **One (1) USB Flash Drive** containing three (3) video files:

    Exhibit A: "Bankruptcy" (MP4)

    Exhibit B: "How to get secured 42% return" (MP4)

    Exhibit C: "Buying Judgments" (MP4)

These exhibits are filed in support of **Plaintiff's Notice of Party Admissions Pursuant to FRE 801(d)(2)** and the **Declaration of Max Warren Barber**, filed on January 7, 2026.

The original physical media has been delivered to the Clerk of Court for the District of Utah.

Dated: January 7, 2026                                       Respectfully submitted,

                                                             /s/ Max Warren Barber
                                                             MAX WARREN BARBER

## CERTIFICATE OF SERVICE

**I confirm I have provided a true and correct copy of NOTICE OF CONVENTIONAL FILING upon the parties this 7 day of January 2026 as follows:**

**VIA EMAIL TO CLERK OF COURT (For Filing & ECF Distribution):**

I emailed the documents to utdecf_clerk@utd.uscourts.gov for filing. Upon entry, the Court's CM/ECF system will electronically serve the following registered counsel of record, the digital copy will be available through ECF and mailed physically mail with USB drive copy to non ECF defendants.

| | |
|---|---|
| **Steven R. Skirvin** steve@srslawpc.com gguelker@rlattorneys.com | **Gary R. Guelker** |
| *Counsel of Gravity Defendants* | *Counsel of Jeremy Shorts and David Gardner* |

**Andrew R. Welch (andrew.welch@lewisbrisbois.com)**
*Counsel of Jared L. Anderson*

### PRO SE DEFENDANT(s) CM/ECF SYSTEM  /  EMAIL

| | |
|---|---|
| **Adrian Isaac Johnson:** adrian.isaac.johnson@gmail.com | **Dastan M. D'O:** D_0001@icloud.com |
| **Karen Salas:** Karensalasutah@gmail.com | **Stacy Roberts Johnson** stacyjrob@gmail.com |
| **Stephanie Strasnick Johnson:** stephanie.anne.strasnick@gmail.com | **Taytum Jorgensen** taytumannjorge@gmail.com |

**Pace William Johnson**
pace@pacejohnson.com

### VIA U.S. MAIL, FIRST-CLASS POSTAGE PREPAID:

I served the following Defendants (including those in Default/Failure to Appear) by placing a true copy in the United States Mail, addressed as follows:

| | | |
|---|---|---|
| **Jamis Melwood Johnson** 1028 South 1900 East Salt Lake City, UT 84108 | **1028 S 1900 E LLC** c/o Registered Agent 1028 South 1900 East Salt Lake City, UT 84108 | **CR TRUE LLC** c/o Pace Johnson Law Group 231 E 400 S, Suite 345 Salt Lake City, UT 84111 |