FILED
2026 JAN 7 PM 3:01
CLERK
U.S. DISTRICT COURT

MAX WARREN BARBER
Pro Se Plaintiff
4643-4645 South Highland Drive
Salt Lake City, Utah 84117
801-518-1821
23blackbee@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| MAX WARREN BARBER, individually and as Sole Trustee of the MSB Trust, <br><br>Plaintiff,<br><br>v.<br><br>DAVID KNUDSON et al.,<br>Defendants. | DECLARATION OF MAX W BARBER IN SUPPORT OF NOTICE OF PARTY ADMISSIONS PURSUANT TO FEDERAL RULE OF EVIDENCE 801(d)(2)<br><br>Case No. 2:25-cv-00681-HCN-DBP<br><br>District Judge: Hon. Howard C. Nielson, Jr.<br>Magistrate Judge: Hon. Dustin B. Pead |
|---|---|

I, **MAX WARREN BARBER**, declare as follows:

1. I am the Plaintiff in the above-entitled action, appearing *pro se* individually and as Sole Trustee of the MSB Trust.

2. I have personal knowledge of the facts set forth in this Declaration.

3. I located a verified YouTube channel belonging to Defendant David Knudson and his business, Gravity Capital, LLC.

4. I personally reviewed and preserved three specific video recordings published on said channel featuring Defendant Knudson: "Bankruptcy," "Buying Judgments," and "How to get secured 42% return". These are exhibits in Notice of party admissions filed 7 January 2026.

5. I recognized the speaker in these videos as Defendant Knudson based on his

distinctive voice and likeness, which I have observed through prior business dealings and legal proceedings.

6.     I personally performed the forensic preservation of these videos on 6th January 2025 and generated SHA-256 cryptographic hashes for each file to ensure their integrity.

7.     In the recording regarding bankruptcy, Knudson admits actual knowledge that bankruptcy "stops the foreclosure". This admission directly rebuts Defendants' claims regarding the validity of the July 22, 2025, trustee's sale. [1]

8.     In the recording regarding returns, Knudson admits he "geared [his] scenario to people who don't pay," which serves as a substantive admission of predatory intent. This rebuts the "business loan" defense asserted in Defendants' Motion to Dismiss.

9.     These admissions impeach the **Declaration of David Knudson** submitted in support of Defendants' Motion to Dismiss [ECF 71].

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. [2]

Executed this 7th day of January, 2026, at Salt Lake City, Utah.

                                /s/ Max Warren Barber

                                MAX WARREN BARBER

---

[1] Compare ECF 71 at 12 ¶ 1 with Pl.'s Notice of Party Admissions, Ex. C. [ECF71-3]

[2] See 28 U.S.C. § 1746.

## CERTIFICATE OF SERVICE

I hereby certify that on this 7 day of January, 2026, I caused a true and correct copy of the foregoing DECLARATION OF MAX W BARBER IN SUPPORT OF NOTICE OF PARTY ADMISSIONS **t**o be served as follows:                                         /s/ Max Warren Barber

### VIA EMAIL TO CLERK OF COURT (For Filing & ECF Distribution):

I emailed the documents to utdecf_clerk@utd.uscourts.gov for filing. Upon entry, the Court's CM/ECF system will electronically serve the following registered counsel of record:

| | |
|---|---|
| **Steven R. Skirvin steve@srslawpc.com** | **Gary R. Guelker gguelker@rlattorneys.com** |
| *Counsel of Gravity Defendants* | *Counsel of Jeremy Shorts and David Gardner* |
| **Andrew R. Welch (andrew.welch@lewisbrisbois.com)** | |
| *Counsel of Jared L. Anderson* | |

### PRO SE DEFENDANT(s) CM/ECF SYSTEM  /  EMAIL

| | |
|---|---|
| **Adrian Isaac Johnson:** adrian.isaac.johnson@gmail.com | **Dastan M. D'O:** D_0001@icloud.com |
| **Karen Salas:** Karensalasutah@gmail.com | **Stacy Roberts Johnson** stacyjrob@gmail.com |
| **Stephanie Strasnick Johnson:** stephanie.anne.strasnick@gmail.com | **Taytum Jorgensen** taytumannjorge@gmail.com |
| **Pace William Johnson** pace@pacejohnson.com | |

### VIA U.S. MAIL, FIRST-CLASS POSTAGE PREPAID:

I served the following Defendants (including those in Default/Failure to Appear) by placing a true copy in the United States Mail, addressed as follows:

| | | |
|---|---|---|
| **Jamis Melwood Johnson** 1028 South 1900 East Salt Lake City, UT 84108 | **1028 S 1900 E LLC** c/o Registered Agent 1028 South 1900 East Salt Lake City, UT 84108 | **CR TRUE LLC** c/o Pace Johnson Law Group 231 E 400 S, Suite 345 Salt Lake City, UT 84111 |