IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **MAX WARREN BARBER**, individually and as Sole Trustee of the **MSB TRUST**,<br>*Plaintiff,*<br>v.<br>**DAVID KNUDSON**, et al.,<br>*Defendants.* | [PROPOSED]<br>ORDER GRANTING PLAINTIFF'S MOTION FOR JUDICIAL NOTICE<br>**Case No. 2:25-cv-00681-HCN-DBP**<br>District Judge Howard C. Nielson, Jr.<br>Magistrate Judge Dustin B. Pead |

Before the Court is Plaintiff Max Warren Barber's Motion for Judicial Notice of Adjudicative Facts Pursuant to Fed. R. Evid. 201(c)(2). Having considered the Motion and the record in this case, the Court finds as follows:

Legal Standard: Pursuant to Federal Rule of Evidence 201(c)(2), a court must take judicial notice of adjudicative facts if a party requests it and the court is supplied with the necessary information. A court may notice facts that can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned, including public records.

**1.** Findings: Plaintiff has requested judicial notice of 28 adjudicative facts. These facts are derived from:

Final Judgments and Orders from state and federal courts
Recorded Instruments from the Utah County Recorder
Official Corporate Filings from the Utah Secretary of State and Department of Commerce
Court Dockets and filings from related proceedings
Party Admissions and testimony transcripts within the current litigation

2. Ruling: The Court finds that these facts are matters of public record or party admissions whose accuracy is not subject to reasonable dispute

IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion for Judicial Notice of Adjudicative Facts is GRANTED
2. The Court takes judicial notice of the 28 adjudicative facts itemized in Section III of Plaintiff's Motion

DATED this ______ day of ____________, 2026.

BY THE COURT:

______________________
Dustin B. Pead
United States Magistrate Judge