AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

FILED
2026 JAN 26 AM 10:01
CLERK
U.S. DISTRICT COURT

MAX WARREN BARBER, an individual; and MAX WARREN BARBER as Trustee of the MSB TRUST,

Plaintiff(s)

v.

DAVID KNUDSON, an individual; JAMES MELWOOD JOHNSON, an individual; ADRIAN ISAAC JOHNSON, an individual; KAREN SALAS, an individual; STACY ROBERTS JOHNSON, an individual; PACE WILLIAM JOHNSON, an individual; STEPHANIE STRASNICK JOHNSON, an individual; TAYTUM JORGENSEN, an individual; JARED L. ANDERSON, an individual; DASTAN M. D'O, an individual; DAVID GARDNER, an individual; JEREMY SHORT, an individual; GRAVITY CAPITAL, LLC, a Utah limited liability company; GRAVITY FUNDING, LLC, a Utah limited liability company; GRAVITY SEGREGATION, LLC, a Utah limited liability company; GRAVITY SEGREGATION II, LLC, a Utah limited liability company; 1028 S 1900 E LLC, a Utah limited liability company; CR TRUE LLC, a Utah limited liability company; and DOES 1-10,

Defendant(s)

Civil Action No.   Case 2:25-cv-00681-HCN-DBP

JUDGE:   District Judge Howard C. Nielson, Jr.
Magistrate Judge Dustin B. Pead

## SUMMONS IN A CIVIL ACTION

To: PACE WILLIAM JOHNSON
1334 960 E Heber City,
UT 84032

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P Serdar
CLERK OF COURT

Date: 18th September 2025

Martell Jones
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-CV-00681-HCN-DBP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **PACE JOHNSON** was received by me on *(date)* **1/15/26**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* **CODY KIRKHAM** co-resident at 1334 S. 960 E. Heber, UT 84032, a person of suitable age and discretion who resides there, on *(date)* **01/25/26**, ~~and mailed a copy to the individual's last known address;~~ or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **01/25/26**

*Server's signature*

**JULIAN DOTSON**
Printed name and title

JULIAN DOTSON C/O ONYX BLACK LLC 633N 400W SLC, UT 84113
*Server's address*

Additional information regarding attempted service, etc:

SERVED: Summons in a Civil Action AND First Amended Complaint.
MANNER OF SERVICE: Substituted Service accepted by Cody Kirkham, a person of suitable age and discretion residing at the premises (co-resident/Tenant)
Mr Kirkham confirmed the residence is a single family home and the usual place of abode of defendants Pace and Stacy Johnson. He stated he rents and shares the space with the Defendant and agreed to accept service on Defendants behalf. SEE ATTACHED. Declaration of Service of Julian Dotson (residency confirmation and rebutting the "out of country" claim

[ Print ]   [ Save As... ]                                        [ Reset ]

MAX WARREN BARBER
Pro Se Plaintiff
4643-4645 South Highland Drive
Salt Lake City Utah 84117
801 518 1821
23blackbee@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MAX WARREN BARBER, individually and as Sole Trustee of the MSB Trust<br>Plaintiff,<br><br>v.<br><br>DAVID L, KNUDSON, et al.,<br>Defendants | DECLARATION OF SUBSTITUTED SERVICE FOR<br>PACE JOHNSON<br><br>Case No. 2:25-cv-00681-HCN-DBP<br><br>Judge: Howard C. Nielson, Jr.<br>Magistrate Judge: Dustin B. Pead |

I, JULIAN DOTSON, declare under penalty of perjury as follows:

1. I am a process server over the age of 18 and not a party to this action.

2. I was requested by Plaintiff Max Barber to effect service of the Summons and First Amended Complaint upon Defendants **Pace Johnson** and **Stacy Roberts Johnson**.

**I. INITIAL ATTEMPT AND "SPAIN" CLAIM**

3. On **January 16, 2026 at approximately 8.00 am**, I attempted service at the Defendants' residence, **a single-family home**, located at 1334 S. 960 E., Heber City, UT 84032. The door was answered by an adult female occupant, identified as **Taylor**. She confirmed that Defendants **Pace Johnson and Stacey Johnson** reside at this address but claimed they were traveling in Spain.

4. Taylor stated that she rents the upstairs portion of the home of the single family home.

## II. PERSONAL OBSERVATION OF DEFENDANT PACE JOHNSON

5. On **January 24, 2026**, I was at **1028 S. 1900 E., Salt Lake City, UT 84108** to effectuate service on a co-defendant- Karan Salas.

6. At that time and location, **I personally observed and identified Defendant Pace Johnson.**

7. Jamis Johnson identified Pace Johnson as his attorney. Pace Johnson operated a vehicle with Jamis Johnson to flee the scene. This personal observation confirms that Defendant Pace Johnson is currently **physically present within the State of Utah and not in Spain**.

## III. SERVICE AT USUAL PLACE OF ABODE

8. On **January 25, 2026 at approximately 2.06pm**, I returned to the Defendants' residence at **1334 S. 960 E., Heber City, UT 84032** to effectuate service.

9. The door was answered by an adult male who identified himself as **Cody Kirkham**.

10. Mr. Kirkham confirmed that Pace Johnson and Stacey Roberts Johnson are the owners of the home.

11. Mr. Kirkham stated that he rents a portion of the residence and **shares the space** with Pace and Stacey Roberts Johnson, establishing them as co-residents.

12. While interacting with Mr. Kirkham at the front door, I also personally observed **Taylor**—the same individual who answered the door on January 16—inside the residence in the background. This presence establishes the continuity of the household and confirms the residence is currently occupied and active as the Defendants' abode.

13. Based on the structure of the dwelling as a single-family home and his statement that he shares the property, I determined Mr. Kirkham to be a person of suitable age and discretion residing therein.

14. I informed Mr. Kirkham of the nature of the legal documents for both **Pace Johnson and**

**Stacey Johnson**. He verbally agreed to accept service on behalf of both Defendants.

15. I delivered **two separate sets** of the Summons and First Amended Complaint into the hands of Cody Kirkham at the residence—one set for Pace Johnson and one set for Stacy Roberts Johnson.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 25, 2026.

Julian Dotson