Steven R. Skirvin (#7626)
SKIRVIN LAW PLLC
3450 N. Triumph Blvd., Suite 102
Lehi, UT 84043
T: 801.449.0364
E: steve@srslawpc.com
*Attorney for Defendants*
*Gravity Segregation II, LLC,*
*Gravity Segregation, LLC, dba*
*Gravity Capital, LLC and David Knudson*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| MAX WARREN BARBER, an individual; and MAX WARREN BARBER as Sole Trustee of the MSB TRUST,<br><br>Plaintiff,<br><br>v.<br><br>DAVID KNUDSON, et al.,<br><br>Defendants. | **MEMORANDUM IN SUPPORT OF DEFENDANT JARED L. ANDERSON'S MOTION TO DISQUALIFY NON-ATTORNEY MAX WARREN BARBER FROM REPRESENTING PLAINTIFF MSB TRUST AND TO STRIKE ALL PLEADINGS ASSERTING RIGHTS ON BEHALF OF THE MSB TRUST FILED BY A NON-ATTORNEY**<br><br>Case Number 2:25-cv-00681-HCN-DBP<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Dustin B. Pead |

Defendants David Knudson, Gravity Segregation II, LLC, and Gravity Segregation dba Gravity Capital, LLC (the "Gravity Defendants") submit this Memorandum in Support of Defendant Jared L. Anderson's Motion To Disqualify Non-Attorney Max Warren Barber From Representing Plaintiff MSB Trust and to Strike All Pleadings Asserting Rights on Behalf of the MSB Trust Filed by a Non-Attorney [ECF 122] ("Motion to Disqualify").

The premise of the Motion to Disqualify, that Max Warren Barber, a pro se Plaintiff who is not an attorney licensed to practice law in the State of Utah, cannot represent Plaintiff MSB Trust applies equally to every cause of action asserted and every pleading and paper filed by Mr. Barber on behalf of the MSB Trust against every Defendant in this action. The Gravity Defendants support the granting of the Motion to Disqualify. Mr. Barber has admitted that the MSB Trust is a separate legal entity, which is supported by a Certificate of Registration filed with the State of Utah. See Motion to Disqualify, Exhibit "A". Under well-established law cited by Defendant Anderson, it is clear that Mr. Barber is prohibited from representing the MSB Trust.

The Gravity Defendants therefore request the Motion to Disqualify be granted in its entirety.

DATE: January 29, 2026

SKIRVIN LAW PLLC

*/s/ Steven R. Skirvin*
Attorney for Defendants
Gravity Segregation, LLC dba Gravity Capital, LLC
David Knudson and Gravity Segregation II, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of January, 2026, I caused a true and correct copy of the foregoing **MEMORANDUM IN SUPPORT OF DEFENDANT JARED L. ANDERSON'S MOTION TO DISQUALIFY NON-ATTORNEY MAX WARREN BARBER FROM REPRESENTING PLAINTIFF MSB TRUST AND TO STRIKE ALL PLEADINGS ASSERTING RIGHTS ON BEHALF OF THE MSB TRUST FILED BY A NON-ATTORNEY** to be electronically filed through the Court's CM/ECF system, which will send notification of such filing to the following:

Max Warren Barber, individually and as
Trustee of the MSB Trust
1028 S. 1900 E.
Salt Lake City, UT 84108
23blackbee@gmail.com
*Pro Se Plaintiff*

Andrew R. Welch
Andrew J. Schuman
Lewis Brisbois Bisgaard & Smith LLP
6550 South Millrock Drive, Suite 200
Salt Lake City, Utah 84121-4321
Andrew.Welch@lewisbrisbois.com
Andrew.Schuman@lewisbrisbois.com
*Attorneys for Defendant*
*Jared L. Anderson*

Gary R. Guelker
Resnick & Louis, P.C.
222 South Main Street, 5th Floor
Salt Lake City, UT 84101
gguelker@rlattorneys.com
*Attorneys for Defendants*
*Jeremy Shorts and David Gardner*

*/s/ Steven R. Skirvin*