AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

MAX WARREN BARBER, an individual; and MAX WARREN BARBER as Trustee of the MSB TRUST,

*Plaintiff(s)*

v.

DAVID KNUDSON, an individual; JAMIS MELWOOD JOHNSON, an individual; ADRIAN ISAAC JOHNSON, an individual; KAREN SALAS, an individual; STACY ROBERTS JOHNSON, an individual; PACE WILLIAM JOHNSON, an individual; STEPHANIE STRASNICK JOHNSON, an individual; TAYTUM JORGENSEN, an individual; JARED L. ANDERSON, an individual; DASTAN M. D'O, an individual; DAVID GARDNER, an individual; JEREMY SHORT, an individual; GRAVITY CAPITAL, LLC, a Utah limited liability company; GRAVITY FUNDING, LLC, a Utah limited liability company; GRAVITY SEGREGATION, LLC, a Utah limited liability company; GRAVITY SEGREGATION II, LLC, a Utah limited liability company; 1028 S 1900 E LLC, a Utah limited liability company; CR TRUE LLC, a Utah limited liability company; and DOES 1-10,

*Defendant(s)*

Civil Action No. Case 2:25-cv-00681-HCN-DBP

JUDGE: District Judge Howard C. Nielson, Jr.
Magistrate Judge Dustin B. Pead

## SUMMONS IN A CIVIL ACTION

To: **Dastan D'o**
231 East 400 South, Suite 345
Salt Lake City, UT 84111

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P Serdar
*CLERK OF COURT*

Date: 18th September 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-CV-00681-HCN-DBP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **DASTAN DO**
was received by me on *(date)* **1/15/26**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* **SISTER OF DASTAN DO**, co/resident and roommate at 591 W. Horizon Dr. Lehi U, 84043 , a person of suitable age and discretion who resides there,
on *(date)* **01/27/26** , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **01/27/26**

*Server's signature*

**JULIAN DOTSON**
*Printed name and title*

Julian Dotson c/o ONYX BLACK LLC 633N 400W. SLC UT 84113

*Server's address*

Additional information regarding attempted service, etc:

Arrived at 10:40 AM. A minor answered and confirmed Dastan Do lived there and was in his room. I asked her to retrieve him. An adult female came to the door, identified herself as his sister, and confirmed she is his roommate. She declined to accept service. I informed her that because she is over 18 and a co-resident, I could legally leave the papers with her. She understood and accepted the documents.
See attached declaration for further details.

MAX WARREN BARBER  
Pro Se Plaintiff  
4643-4645 South Highland Drive  
Salt Lake City Utah 84117  
801 518 1821  
23blackbee@gmail.com  

IN THE UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION  

| | |
|---|---|
| **MAX WARREN BARBER**, individually and as Sole Trustee of the MSB Trust<br>Plaintiff,<br><br>v.<br><br>**DAVID L, KNUDSON**, et al.,<br>Defendants | **DECLARATION OF SUBSTITUTED SERVICE FOR DASTAN DO**<br><br>Case No. 2:25-cv-00681-HCN-DBP<br><br>Judge: Howard C. Nielson, Jr.<br>Magistrate Judge: Dustin B. Pead |

I, **JULIAN DOTSON**, declare under penalty of perjury as follows:

1. I am over the age of 18 and not a party to this action.

2. I was requested by Plaintiff Max Barber to effect service of the Summons and First Amended Complaint upon Defendant Dastan Do.

**I. SERVICE AT USUAL PLACE OF ABODE**

3. **On January 27, 2026, at 10:40 am,** I arrived at the Defendant's residence located at **591 W Horizon Drive, Lehi, UT 84043** and rang the doorbell.

4. At approximately **10:42 am,** a minor female child answered the door. I asked if a Dastan Do lived at the residence. She confirmed he did and said Mr. Do was in his room.

5. I asked the minor if she could please have Dastan Do come to the door and she said yes

and seemingly went to go and retrieve Mr. Do.

6. Minutes later an adult female came to the door. She had blonde hair with blue eyes and appeared to be in her late 30s. I asked if she was Dastan Do's spouse.

7. The adult female stated she was his sister.

8. I asked if Dastan Do lived at the residence, and she confirmed that he did and that she was his roommate.

9. I asked if she would be willing to accept legal process of service on behalf of Dastan Do. She declined.

10. I told her that because she was over the age of 18 and because she shared the residence with Mr. Do, I could leave the papers with her whether she accepted them in hand or not.

11. She understood and proceeded to accept the documents in hand.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 27, 2026.

**Julian Dotson**