AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

FILED
2026 FEB 2 AM 11:01
CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| MAX WARREN BARBER, an individual; and MAX WARREN BARBER as Trustee of the MSB TRUST, | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| DAVID KNUDSON, an individual; JAMIS MELWOOD JOHNSON, an individual; ADRIAN ISAAC JOHNSON, an individual; KAREN SALAS, an individual; STACY ROBERTS JOHNSON, an individual; PACF WILLIAM JOHNSON, an individual; STEPHANIE STRASNICK JOHNSON, an individual; TAYTUM JORGENSEN, an individual; JARED L. ANDERSON, an individual; DAXIAN M. DIO, an individual; DAVID GARDNER, an individual; JEREMY SHORT, an individual; GRAVITY CAPITAL, LLC, a Utah limited liability company; GRAVITY FUNDING, LLC, a Utah limited liability company; GRAVITY SEGREGATION II, LLC, a Utah limited liability company; GRAVITY SEGREGATION II, LLC, a Utah limited liability company; 1628 S 1900 E LLC, a Utah limited liability company; CR TRUE I, LLC, a Utah limited liability company; and DOES 1-10, | ) ) ) ) ) ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.    **Case 2:25-cv-00681-HCN-DBP**

JUDGE:    District Judge Howard C. Nielson, Jr.
Magistrate Judge Dustin B. Pead

## SUMMONS IN A CIVIL ACTION

To:    **JAMIS MELWOOD JOHNSON**
357 S 200 E, Ste 303,
Salt Lake City, UT 84111

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P Serdar
*CLERK OF COURT*

Date:    18th  September 2025

Martell Jones
*Signature of Clerk or Deputy Clerk*

MAX WARREN BARBER
Pro Se Plaintiff
4643-4645 South Highland Drive
Salt Lake City Utah 84117
801 518 1821
23blackbee@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **MAX WARREN BARBER**, individually and  as Sole Trustee of the MSB Trust <br> Plaintiff, <br><br> v. <br><br> **DAVID L, KNUDSON**, et al., <br> Defendants | **DECLARATION OF SERVICE** <br> **FOR** <br> **JAMIS MEWLOOD JOHNSON** <br><br> Case No. 2:25-cv-00681-HCN-DBP <br><br> Judge: Howard C. Nielson, Jr. <br> Magistrate Judge: Dustin B. Pead |

I, **JULIAN DOTSON,** declare under penalty of perjury as follows:

1. I am over the age of 18 and not a party to this action.

2. I was requested by Plaintiff Max Barber to effect service of the Summons and First Amended Complaint upon **Defendant Jamis Johnson**.

**ATTEMPTED SERVICE AT A LISTED ADDRESS FOR DEFENDANT AND SPOUSE**

3. On **January 28, 2026**, at approximately **1:00 PM**, I attempted to serve legal documents at an address listed for Karan Salas and Jamis Johnson, located at **423 E 2100 South, Apt 201, Salt Lake City, UT 84115**.

4. Upon arriving at the address, a man identified as **Ed Murphy** answered the door. I informed Mr. Murphy that I was looking for Jamis Johnson.

5. Mr. Murphy stated that while Karan Salas and Jamis Johnson are the owners of the home, they no longer reside there. Mr. Murphy further stated that he is currently renting the property from them.

6. Following this interaction, I proceeded to the **Pace Johnson Law Firm**, based on records indicating Jamis Johnson's email address as *jamis@pacejohnson.com*

7. I arrived at the law firm at approximately **1:15 PM**. I asked the receptionist at the front desk if Jamis Johnson was present and available. She confirmed he was in the office and stated she would retrieve him.

8. Shortly thereafter, Jamis Johnson came to the reception area. I asked him, "Jamis?" and he confirmed. I informed him that I had legal process of service for him. I personally served him with the Summons and First Amended Complaint in hand, and he accepted the documents

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 28, 2026

**Julian Dotson**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:25-CV-00681-HCN-DBP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  JAMIS JOHNSON

was received by me on *(date)*          1/27/26          .

☑ I personally served the summons on the individual at *(place)* 231 E 400 S #345, Salt Lake City, UT 84111

((Pace Johnson Law Group) _____ on *(date)*          1/28/26          ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $          0.00          .

I declare under penalty of perjury that this information is true.

Date:          01/28/26

_____
*Server's signature*

JULIAN DOTSON
*Printed name and title*

Julian Dotson c/o ONYX BLACK LLC 633N 400W. SLC UT 84113

_____
*Server's address*

Additional information regarding attempted service, etc:

Attempted service at a listed residential address (423 E 2100 South). Tenant stated Defendant owns property but does not reside there anymore.
 Proceeded to Pace Johnson Law Firm (231 E 400 S) based on an email record linked to Defendant(jamis@pacejohnson.com). Defendant appeared at reception, confirmed identity, and accepted personal service at approx. 1:20 PM. See attached Declaration for details.