AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

FILED
2026 FEB 4 AM 7:50
CLERK
U.S. DISTRICT COURT

Civil Action No. 2:25-CV-00681-HCN-DBP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **1028 S. 1900 E. LLC**
was received by me on *(date)* **2/1/26**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **TAYTUM JORGENSON- Legal assistant and**, who is designated by law to accept service of process on behalf of *(name of organization)* **employee of registered agent PACE JOHNSON LAW GROUP for 1028 S 1900 E LLC** on *(date)* **2/3/26** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **2/3/26**

*Server's signature*

**JULIAN DOTSON**
*Printed name and title*

Julian Dotson c/o ONYX BLACK LLC 633N 400W. SLC UT 84113

*Server's address*

Additional information regarding attempted service, etc:

2/3/26 at 12:36 PM, I went to the office of the registered agent for the LLC which is Pace Johnson Law Group (231 E 400 S). I asked for Pace Johnson (Principal), but was told he was unavailable. I told the Legal Assistant, Taytum Jorgensen, that I had a Summons and Complaint for 1028 S. 1900 E LLC and was serving the law firm because they are the Registered Agent. She initially refused to take them. I explained again that since the firm is the Registered Agent, I was legally allowed to leave the papers right there in her presence. After I explained this, she took the documents in hand. See attached Declaration

[Print]    [Save As...]    [Reset]

MAX WARREN BARBER
Pro Se Plaintiff
4643-4645 South Highland Drive
Salt Lake City Utah 84117
801 518 1821
23blackbee@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| MAX WARREN BARBER, individually and as Sole Trustee of the MSB Trust<br>Plaintiff,<br><br>v.<br><br>DAVID L, KNUDSON, et al.,<br>Defendants | DECLARATION OF SERVICE FOR<br>**1028 S. 1900 E. LLC**<br>Case No. 2:25-cv-00681-HCN-DBP<br><br>Judge: Howard C. Nielson, Jr.<br>Magistrate Judge: Dustin B. Pead |
|---|---|

**I, JULIAN DOTSON, declare under penalty of perjury as follows:**

1. I am over the age of 18 and not a party to this action.

2. Plaintiff Max Barber requested that I serve the Summons and First Amended Complaint upon Defendant **1028 S. 1900 E. LLC**.

### I. SERVICE UPON REGISTERED AGENT

3. On February 3, 2026, at 12:36 PM, I appeared at 231 E 400 S, Salt Lake City, Utah. I confirmed through **Utah Division of Corporations records** that this address is the designated office for the Defendant's Registered Agent, **Pace Johnson Law Group**.

4. Upon arrival, I requested to speak with Pace Johnson, but staff indicated he was unavailable.

## II. EXECUTION OF SERVICE

5. I presented the Summons and Complaint for **1028 S. 1900 E. LLC** to the Legal Assistant in charge, Taytum Jorgensen.

6. Ms. Jorgensen initially declined to accept the documents. I informed her that because her law firm is designated as the Registered Agent in official state records, I was authorized to leave the documents in her presence pursuant to Utah Rule of Civil Procedure 4(d)(1).

7. Following this explanation, Ms. Jorgensen agreed to accept service and took the documents in hand.

8. As a Legal Assistant employed at the Registered Agent's office, Ms. Jorgensen is a person of suitable age and discretion authorized to receive these documents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 3, 2026.

*Julian Dotson*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

MAX WARREN BARBER, an individual;
and MAX WARREN BARBER as Trustee of
the MSB TRUST,

*Plaintiff(s)*

v.

DAVID KNUDSON, an individual; JAMES MELWOOD JOHNSON, an individual; ADRIAN ISAAC JOHNSON, an individual; KAREN SALAS, an individual; STACY ROBERTS JOHNSON, an individual; PACE WILLIAM JOHNSON, an individual; STEPHANIE STRASNICK JOHNSON, an individual; TAYTUM JORGENSEN, an individual; JARED L. ANDERSON, an individual; DASTAN M. DZO, an individual; DAVID GARDNER, an individual; JEREMY SHORT, an individual; GRAVITY CAPITAL, LLC, a Utah limited liability company; GRAVITY FUNDING, LLC, a Utah limited liability company; GRAVITY SEGREGATION, LLC, a Utah limited liability company; GRAVITY SEGREGATION II, LLC, a Utah limited liability company; 1028 S 1900 E LLC, a Utah limited liability company; CR TRUE LLC, a Utah limited liability company; and DOES 1-10,

*Defendant(s)*

Civil Action No.  **Case 2:25-cv-00681-HCN-DBP**

JUDGE:  District Judge Howard C. Nielson, Jr.
Magistrate Judge Dustin B. Pead

## SUMMONS IN A CIVIL ACTION

To:  **1028 S 1900 E LLC**
231 E 400 S suite #345,
Salt Lake City, UT, 84111, USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P Serdar
*CLERK OF COURT*

Date:  18th September 2025       *Martell Jones*
_____
*Signature of Clerk or Deputy Clerk*