FILED
2026 FEB 4 PM 10:43
CLERK
U.S. DISTRICT COURT

MAX WARREN BARBER
Pro Se Plaintiff
4643-4645 South Highland Drive
Salt Lake City Utah 84117
801 518 1821
23blackbee@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **MAX WARREN BARBER**, individually and as Sole Trustee of the MSB Trust<br><br>Plaintiff,<br><br>v.<br><br>**DAVID L KNUDSON**, et al.,<br><br>Defendants | **PLAINTIFF'S SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE**<br><br>**Case No**: **2:25-cv-00681-HCN-DBP**<br><br>**District Judge:** Howard C. Nielson, Jr.<br>**Magistrate Judge:** Dustin B. Pead |

Plaintiff Max Warren Barber, appearing *pro se*, requests this Court take judicial notice of public records identified herein, pursuant to Federal Rule of Evidence 201. This Supplemental Request provides further documentation to Plaintiff's previous Request for Judicial Notice (ECF 137), incorporating additional public records referenced in ECF 17, allegations regarding Johnson-Knudson relationship; overlaps with ECF 137 are supported by the attached exhibits. Under Fed. R. Evid. 201(d), the Court may take judicial notice at any stage; any objection to or ruling on ECF 137 need not preclude the Court's consideration of this Request, which identifies additional records and is filed separately.

# I. LEGAL STANDARD

### A.  Federal Rule of Evidence 201 - Judicial Notice of Adjudicative Facts

Under Fed. R. Evid. 201(b), a court may judicially notice a fact that is "not subject to reasonable dispute" because it is generally known or can be accurately determined from sources whose accuracy cannot reasonably be questioned. Documents identified in Section II are not subject to reasonable dispute under Fed. R. Evid 201(b)(2).

The court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2). A court ruling on a motion to dismiss under Fed. R. Civ. P. 12(b)(6) may consider documents subject to judicial notice without converting the motion to one for summary judgement. See *Gee v. Pacheco* 627 F.3d 1178, 1186 (10th Cir. 2010). Courts routinely take judicial notice of public records, including court and corporate records. See *Tal v. Hogan,* 453 F.3d 1244, 1264 n.24 (10th Cir. 2006).

Courts may take judicial notice of judicial opinions and orders from other courts. See *St. Louis Baptist Temple, Inc. v. Fed. Deposit Ins. Corp.*, 605 F.2d 1169, 1172 (10th Cir. 1979); *United States v. Ahidley*, 486 F.3d 1184, 1192 n.5 (10th Cir. 2007). However, judicial notice of public records extends only to the existence and content of those records-not the truth of the matters asserted therein. See *Tal v. Hogan,* 453 F.3d 1244, 1264 n.24 (10th Cir. 2006) (Documents considered to "show their contents, not to prove the truth of matters asserted therein"); *Winzler v. Toyota Motor Sales U.S.A., Inc.* 681 F.3d 1208, 1212-13 (10th Cir. 2012) (notice of "the existence, although not the truthfulness" of documents in government agency files)

Plaintiff requests notice only of the existence, content of the records identified below, and not the truth of matters asserted in the underlying proceedings.

**B.     Ancient Documents - FRE 803(16) and 901(b)(8)**

Documents created before January 1, 1998, qualify as "ancient documents" under Fed. R. Evid. 803(16) (hearsay exception) and 901(b)(8) (authentication). The corporate records and recording documents in Sections II.C – II.F (1986 and 1997) are in official repositories, and satisfy these requirements and FRE 201(b)(2) (sources whose accuracy cannot reasonably be questioned)

## II. DOCUMENTS AND FACTS SUBJECT TO JUDICIAL NOTICE

Plaintiff requests judicial notice of the following public records. Each item identifies a specific record and its source; Plaintiff requests notice only of the existence and content of that record, not of any interpretation or legal conclusion.

**A.     Federal Court Records - Defendant Jamis Johnson**

1. *United States v. Johnson*, 821 F.3d 1194 (10th Cir. 2016)

- Affirmed convictions: 27 counts mail/wire fraud, conspiracy, money laundering

- District court case No. 2:09-CR-00133-CW (D. Utah)

**B.     Federal Court Records - Defendant David Knudson**

2. *FTC v. Wasatch Credit Corp.*, Case No. 2:99-cv-00579-JTG (D. Utah) (Ex. 1)

- Stipulated Final Judgment and Order (permanent injunction), July 29, 1999

- Defendants: Wasatch Credit Corp., David Knudson, and Holly Knudson
  (individual defendants; order binds them).

### C. Utah Division of Corporations Records - Entities Listing Jamis Johnson, David Knudson (or D.Lee Knudson), and/or A. Paul Schwenke as Directors/Officers

**3. Woodmel, Inc. (1988-1992) (Ex. 2)**

  - D. Lee Knudson: President

  - James Johnson: Vice President, Secretary;

  - A. Paul Schwenke: Treasurer, Director

  - Registered Address: 160 E 300 S, Salt Lake City, UT

  - Plaintiff identifies this individual as Jamis M. Johnson (same person; "Woodmel" inverts

    his middle name Melwood).

   *Note*: Schwenke was later Johnson's co-defendant in *State v. Johnson,*

    Case No. 20070909-CA (securities fraud). Johnson violated probation

    by continuing to work with Schwenke.

**4. Sonknud, Inc., Entity No. 1176793-0142 (1988-1992)** (Ex. 3)

  - Jamis M. Johnson: Director

  - D.L. Knudson: Director

  - Registered Address: 160 E 300 S, Salt Lake City, UT

**5. Margella Corporation, Entity No. 1048965-0142 (1989-1992)** (Ex. 4)

  - Jamis M. Johnson: Director

  - David Knudson: Director

  - Registered Address: 160 E 300 S, Salt Lake City, UT

**6. Western Beverage Corporation, Entity No. 1089238-0142 (1991-1992)** (Ex. 5)

  - Jamis M. Johnson: Director

  - Lee Knudson: Director

  - Registered Address: 160 E 300 S, Salt Lake City, UT

**7. Jimenez & Associates, Inc., Entity No. 1192487-0142 (1992-1994)** (Ex. 6)

  - Jamis M. Johnson: Director

  - David Knudson: Director

  - Registered Address: 160 E 300 S, Salt Lake City, UT

**8. General Financial Corporation, Entity No. 1110028-0142 (1991-1992)** (Ex. 7)

  - David Knudson: Director

  - R.W. Haycock: Director

  - Registered Address: 160 E 300 S, Salt Lake City, UT

   *Note:* Haycock was later Johnson's federal mortgage fraud co-defendant.

**9. Lenders Title and Escrow Corporation, Entity No. 1144210-0142 (1994-1996)** (Ex. 8, 9)

  - Jamis M. Johnson: President, Director

  - David Knudson: Director (per Articles of Incorporation dated Feb. 28, 1994)

  - R.W. Haycock: Secretary

  - Registered Address: 160 E 300 S, Salt Lake City, UT

    *Note:* Same entity links Knudson to Haycock, Johnson's co-defendant

    in the mortgage fraud *United States v. Johnson,* No. 2:09-CR-00133 (D. Utah).

**10**. **Utah Foreclosure Service, Inc., Entity No. 932378-0142 (1986-1992)** (Ex. 10)

  - Jamis M. Johnson: Director, Vice President, Treasurer

  - Danell Johnson: Director, Secretary

- Richard G. Newton: President, Director

- Registered Address: 160 E 300 S, Salt Lake City, UT

  *Note*: Same address as other Johnson/Knudson entities.

  Danell Johnson later co-director with Knudson on Fort Corporation (Item 11).

    **D.**    **Utah Division of Corporations Records - Entity Listing David Knudson and Danell Johnson (Spouse of Jamis Johnson) as Directors**

**11. Fort Corporation, Entity No. 1163373-0142 (1994-1995)** (Ex. 11)

- Danell Johnson: Director

- D. Lee Knudson: Director

- Registered Address: 160 E 300 S, Salt Lake City, UT

    **E.**    **Utah Division of Corporations Records - Knute III, L.L.C. (David Knudson as Registered Agent)**

**12. Knute III, L.L.C., Entity No. 2013965-0160 (1995-1998)** (Ex. 12, 13)

- David Knudson: Registered Agent

- Holly Knudson: Manager and Member

- Wasatch Credit I, LLC: Member

- Registered Address: 220 S 200 E, Suite 110, Salt Lake City, UT

**13. Wasatch Equities Corporation, Entity No. 1328059-0142 (1996-1999)** (Ex. 14, 15)

- Holly Knudson: President

- David Knudson: Registered Agent (Ex. 15)

- Registered Address: 220 S 200 E, Suite 110, Salt Lake City, UT

    **F.**    **Utah County Recorder Documents - Transactions Identifying Jamis Johnson**

**as Trustee and Holly Knudson/Wasatch Credit Corp. as Beneficiary or Interested Party**

**14. Notice of Default, Entry No. 62851, Book 3772, Page 78, (Sept. 20, 1995)** (Ex. 16)

  - Trustee: Jamis M. Johnson

  - Beneficiary: Holly Knudson (50%), Dan Horman (50%)

  - Mailed to: Wasatch Credit Corp.

**15**. **Notice of Default, Entry No. 66171, Book 3781, Pages 559-560 (Oct. 2, 1995)** (Ex. 17)

  - Trustee: Jamis M. Johnson

  - Recorded for: Holly Knudson

  - Beneficiary: Knute III, LLC

**16**. **Deed of Reconveyance, Entry No. 3551, Book 3863, Page 880, (Jan. 16, 1996)** (Ex. 18)

  - Trustee: Jamis M. Johnson

  - Beneficiary: Holly Knudson, Dan Horman

**17. Trustee's Deed, Entry No. 7123, Book 3873, Page 820 (Jan. 29, 1996)** (Ex. 19)

  - Grantor/Trustee: Jamis M. Johnson, Esq. (Successor Trustee)

  - Grantee: Knute III, LLC (David Knudson, Registered Agent)

**18**. **Notice of Default, Entry No. 7789, Book 3876, Page 843 (Jan. 30, 1996)** (Ex. 20)

  - Trustee: Jamis M. Johnson

  - Beneficiary: Holly Knudson (50%), Dan Horman (50%)

**19. Lis Pendens, Entry No. 8646, Book 3878, Page 730 (Feb. 1, 1996)** (Ex. 21)

  - Defendants named: Jamis M. Johnson, Esq.; Knute III, LLC

**20. Scrivener's Affidavit, Entry No. 61332, Book 4144, Page 444 (Jul. 26, 1996)** (Ex. 22)

  - Affiant: Jamis M. Johnson

 - Recorded for: Wasatch Credit Corp.

 - This affidavit references **five (5)** additional documents prepared by Jamis Johnson for Wasatch Credit Corp: (Q.C.D. Entry 88659; Q.C.D. Entry 42832; T.D. Entry 42833; T.D. Entry 49326; T.D. Entry 75200)

21. **Trust Deed, Entry No. 4769, Book 4173, Page 419 (Jan. 21, 1997)** (Ex. 23)

  - Trustee: Jamis M. Johnson, Esq.

  - Beneficiary: Wasatch Equities (Holly Knudson, President)

22. **Deed of Reconveyance, Entry No. 6920, Book 4369 (Sept. 5, 1997)** (Ex. 24)

  - Trustee: Jamis M. Johnson, Esq.

  - Beneficiary: Wasatch Equities Corporation (Holly Knudson)

### G. Utah State Court Records - Cases Naming Both Jamis Johnson and David Knudson as Parties

23. ***Fiefia, Sione, et al. v. Knudson, Holly, et al.*** (Ex. 25)

  Case No. 026500450 (Fifth District, Cedar City) - Filed: September 10, 2002

  - Defendants: David L. Knudson, Holly Knudson, Jamis M. Johnson,
    Wasatch Credit Corp.

  - Judgment: $145,324

24. ***Kohler, Scott Alan, et al. v. Knudson, David, et al.*** (Ex. 26)

  Case No. 950400022 (Fourth District, Wasatch County) - Filed: 1995

  - Defendants: David Knudson, Jamis M. Johnson, Lenders Title and Escrow Corp.

  - Judgment: February 5, 1997

25. ***Roberts, John W. v. Knute III, LLC Lenders Title, et al.*** (Ex. 27)

  Case No. 950800051 (Eighth District, Duchesne County) - Filed: 1995

  - Defendants: Knute III LLC, Jamis M. Johnson, David Knudson,

    Holly Knudson, Wasatch Credit Corp.

**26.** ***Belding, Pamela v. Ridgepoint Sand and Gravel, et al.*** (Ex. 28)

  Case No. 956918627 (Third District, Salt Lake County) - Filed: 1995

  - Defendants: Jamis M. Johnson, Lee Knudson

      H.     <u>Utah State Court Records - Utah Agrisource LLC Litigation</u>

Utah Agrisource LLC connects Schwenke (Agent/Manager), Knudson (d/b/a operator),

and Johnson (attorney and co-defendant):

**27.** ***U S Bancorp Leasing & Financial v. Knudson,*** **David** (Ex. 29)

  Case No. 006700278 (Fourth District Court, Millard County)

  - Filed: 2000

  - David L. Knudson sued as defendant "doing business as Utah Agri-Source LLC"

**28.** ***MSNTR Investments Ltd. v. Schwenke, A Paul, et al***. (Ex. 30)

  Case No. 990910759 (Third District Court, Salt Lake County)

  - Filed: November 1999

  - Defendants: A. Paul Schwenke (Agent/Manager of Utah Agrisource),

    David Knudson (d/b/a Utah Agrisource), Utah Agrisource LLC

  - Jamis M. Johnson: Attorney of record for Utah Agrisource LLC

  - Judgments: $368,458.28 and $443,355.43 (May 2000)

**29.** ***High Country Grain v. Utah Agrisource, L.L.C.***, **et al.** (Ex. 31)

  Case No. 00700095 (Filed: 2000)

  - Defendants: Utah Agrisource LLC, David Knudson, Jamis M. Johnson

*Note*: Johnson sued as a defendant alongside Utah Agrisource LLC and Knudson.

### I.	Utah Court of Appeals - State v. Johnson (Securities Fraud)

**30.** *State v. Johnson,* 2009 UT App 382, 224 P.3d 720 (Utah Ct. App. 2009)

  - Published opinion (no exhibit required)

  - Trial: 2007 (Fourth District Court, Millard County)

  - Jamis M. Johnson: Defendant (convicted of securities fraud involving dairy

    farm transaction)

  - A. Paul Schwenke: Co-defendant

  - Johnson violated probation by continuing to work with co-defendant Schwenke

An Appendix - Exhibit List is attached.


### III. RELEVANCE TO FIRST AMENDED COMPLAINT (ECF 17)

The cited documents relate to ECF 17 allegations of an "association-in-fact" enterprise under 18 U.S.C. § 1961(4) -(5)  and 18 U.S.C. § 1962, with ascertainable structure, common purpose, and relationships among associates. See ECF 17    31.

 Plaintiff  seeks judicial notice  of the existence, authenticity, content of these records in Section II; legal significance, weight, and relevance are matters for summary judgment or trial.

Pursuant to Fed. R. Evid. 201(d), the Court may take judicial notice at any stage. Plaintiff identifies ECF 17 paragraphs to which each category relates.

Exhibits identify individuals, entities, or transactions not named in the cited paragraphs, Plaintiff identifies them for clarity and to align the item references with the allegations in ECF 17   31 (enterprise structure, continuity, division of labor and relationships among associates)

A. **Federal Court Records (Items 1-2) - Relevant to ECF 17 ¶¶ 3, 17, 19, 34**

**Item 1** documents Jamis Johnson's federal convictions for money laundering, mortgage fraud, and wire fraud (ECF 17 19). **Item 2** documents the FTC injunction against David Knudson for predatory lending (ECF 17 17).

B. **Utah Corporate Records (Items 3-13) - Relevant to ECF 17 ¶¶ 31, 32, 33, 63**

**Items 3-9** document Johnson and Knudson as co-directors/officers in seven entities (1986-1996) at the same address (160 E 300 S), referenced in connection with ECF 17 ¶¶ 32-33.

**Item 10** (Utah Foreclosure Service, Inc.) documents Johnson's foreclosure business with spouse Danell Johnson, referenced in connection with ECF 17 33(b).

**Item 11** (Fort Corporation) documents Knudson and Danell Johnson as co-directors, referenced in connection with ECF 17 33.

**Items 12-13** document David Knudson as Registered Agent for entities managed by Holly Knudson, which transacted with Jamis Johnson as Trustee, referenced in connection with ECF 17 63.

C. **Utah County Recorder Documents (Items 14-22) - Relevant to ECF 17 ¶¶ 32, 33(b), 34**

**Items 14-22** show Nine recorded transactions (1995-1997) Johnson as Trustee, Holly Knudson/Wasatch Credit Corp. as Beneficiary, referenced with ECF 17 ¶¶ 32, 33(b), 34. Item 20 references Five additional documents Johnson prepared for Wasatch Credit Corp.

D. **Utah State Court Records (Items 23-29) - Relevant to ECF 17 ¶¶ 34, 35**

**Items 23-26** document prior lawsuits with Johnson and Knudson (or affiliated entities) as co-parties, referenced in connection with ECF 17 ¶¶ 34-35.

**Items 27-29** document Utah Agrisource LLC litigation wherein Johnson served as attorney for Knudson's business entity (Item 28), referenced in connection with ECF 17 ¶¶ 34-35.

Plaintiff requests notice of the existence of these lawsuits, party identity, and final judgments; not the truth of allegations in pleadings.

### E. State v. Johnson - Securities Fraud (Item 30) - Relevant to ECF 17 ¶¶ 33, 34

**Item 30** documents Johnson and Schwenke's co-defendant status in a securities fraud case. Johnson, Schwenke, and Knudson previously served as officers in Woodmel, Inc. (1988-1992). Johnson's probation violation for continuing to work with co-defendant Schwenke is referenced in connection with ECF 17 ¶ 34.

## IV. STATEMENT REGARDING ANCIENT DOCUMENTS AND AUTHENTICATION

**Exhibits 2 through 22** (1986-1997) satisfy FRE 901(b)(8) and FRE. 803(16) as ancient documents in official repositories.

The documents in Section II are maintained in the repositories below and are available for the Court's verification:

**Items 1-2:** Federal court dockets and published opinions (PACER/CM-ECF system)

**Items 3-13:** Utah Div. of Corporations & Commercial Code, Dept. of Commerce[1] under Utah Code § 16-10a-120

**Items 14-22:** Utah County Recorder under Utah Code § 17-21a-201

---

[1] Items 3-13 (Exhibits 2-15) via OpenCorporates.com; custodian: Utah Div. of Corporations Plaintiff will provide certified copies on request.

**Items 23-30:** Utah state court dockets and published appellate opinions

## V. CONCLUSION

Plaintiff respectfully requests that this Court take judicial notice pursuant to Federal Rule of Evidence 201 of:

(a) The existence and authenticity of the public records identified in Section II;

(b) The content of those records as maintained in official repositories;

(c) The existence of the facts contained in those records that are capable of accurate determination from sources whose accuracy cannot reasonably be questioned.

Plaintiff acknowledges judicial notice is limited to adjudicative facts under FRE 201(b); legal significance and ultimate relevance remain for determination by the Court at appropriate stages of litigation. Pursuant to FRE 201(e), any party is entitled, on timely request, to be heard on the propriety of taking judicial notice and the nature of the fact to be noticed.

DATED this 4th day of February, 2026                    Respectfully Submitted,

                                                         /s/ Max W. Barber
                                                         Max W. Barber,
                                                         *Plaintiff Pro se*

## APPENDIX – EXHIBIT LIST

**FEDERAL COURT RECORDS (Exhibit 1)**

| Ex. No | Description |
|---|---|
| Exhibit 1 | FTC v. Wasatch Credit Corp., Case No. 2:99-cv-00579 (injunction) |

**UTAH CORPORATE RECORDS (Items 3-13; Exhibits 2-15)**

| Ex No. | Description |
|---|---|
| **Exhibit 2** | Utah corporate record, Woodmel, Inc. (Johnson, Knudson, Schwenke) |
| **Exhibit 3** | Utah corporate record, Sonknud, Inc. (Entity No. 1176793-0142) |
| **Exhibit 4** | Utah corporate record, Margella Corporation (Entity No. 1048965-0142) |
| **Exhibit 5** | Utah corporate record, Western Beverage Corp. (Entity No.1089238-0142) |
| **Exhibit 6** | Utah corporate record, Jimenez & Associates (Entity No. 1192487-0142) |
| **Exhibit 7** | Utah corporate record, General Financial Corp. (Entity No. 1110028-0142) (Knudson, Haycock) |
| **Exhibit 8** | Utah corporate record, Lenders Title and Escrow Corp. (Entity No. 1144210-0142) (Johnson, Knudson, Haycock) |
| **Exhibit 9** | Articles of Incorporation, Lenders Title and Escrow Corp. (Feb. 28, 1994) |
| **Exhibit 10** | Utah corporate record, Utah Foreclosure Service, Inc. (Entity No. 932378-0142) (Jamis Johnson's foreclosure business, 1986-1992; same address as other entities) |
| **Exhibit 11** | Utah corporate record, Fort Corporation (Entity No. 1163373-0142) |
| **Exhibit 12** | Utah corporate record, Knute III, L.L.C. (Entity No. 2013965-0160) |
| **Exhibit 13** | Articles of Organization, Knute III, L.L.C. (Feb. 8, 1995) |
| **Exhibit 14** | Utah corporate record, Wasatch Equities Corp. (Entity No. 1328059-0142) |
| **Exhibit 15** | Articles of Incorporation, Wasatch Equities Corp. (David Knudson as Registered Agent) |

## UTAH COUNTY RECORDER DOCUMENTS (Exhibits 16-24)

| | |
|---|---|
| **Exhibit 16** | Utah County recording, Notice of Default (Entry 62851, Bk 3772, Pg 78) - Sept. 20, 1995 |
| **Exhibit 17** | Utah County recording, Notice of Default (Entry 66171, Bk 3781, Pg 559) - Oct. 2, 1995 |
| **Exhibit 18** | Utah County recording, Deed of Reconveyance (Entry 3551, Bk 3863, Pg 880) - Jan. 16, 1996 |
| **Exhibit 19** | Utah County recording, Trustee's Deed (Entry 7123, Bk 3873, Pg 820) - Jan. 29, 1996 |
| **Exhibit 20** | Utah County recording, Notice of Default (Entry 7789, Bk 3876, Pg 843) - Jan. 30, 1996 |
| **Exhibit 21** | Utah County recording, Lis Pendens (Entry 8646, Bk 3878, Pg 730) - Feb. 1, 1996 |
| **Exhibit 22** | Utah County recording, Scrivener's Affidavit (Entry 61332, Bk 4144, Pg 444) - July 26, 1996 (references 5 additional documents prepared by Johnson for Wasatch Credit Corp.) |
| **Exhibit 23** | Utah County recording, Trust Deed (Entry 4769, Bk 4173, Pg 419) - Jan. 21, 1997 |
| **Exhibit 24** | Utah County recording, Deed of Reconveyance (Entry 6920, Bk 4369) - Sept. 5, 1997 |

## UTAH STATE COURT RECORDS (Exhibits 25-31)

| | |
|---|---|
| **Exhibit 25** | Court record, Fiefia v. Knudson, Case No. 026500450 |
| **Exhibit 26** | Court record, Kohler v. Knudson, Case No. 950400022 |

| **Exhibit 27** | Court record, Roberts v. Knute III, Case No. 950800051 |
|---|---|
| **Exhibit 28** | Court record, Belding v. Ridgepoint, Case No. 956918627 |
| **Exhibit 29** | Court record, U S Bancorp v. Knudson, Case No. 006700278 |
| **Exhibit 30** | Court record, MSNTR Investments v. Schwenke, Case No. 990910759 |
| **Exhibit 31** | Court record, High Country Grain v. Utah Agrisource, Case No. 00700095 |

## WORD COUNT CERTIFICATION

Pursuant to DUCivR 7-1(a)(6)(C), the undersigned certifies that this Request for Judicial Notice contains 2,495 words, excluding the caption, signature block, certificate of service, and exhibits.

/s/ Max Warren Barber

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February, 2026, I caused a true and correct copy of the foregoing **PLAINTIFF'S SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE t**o be served as follows:

/s/ Max Warren Barber

### VIA EMAIL TO CLERK OF COURT (For Filing & ECF Distribution):

I emailed the documents to utdecf_clerk@utd.uscourts.gov for filing. Upon entry, the Court's CM/ECF system will electronically serve the following registered counsel of record:

| | |
|---|---|
| **Steven R. Skirvin** steve@srslawpc.com | **Gary R. Guelker** gguelker@rlattorneys.com |
| *Counsel of Gravity Defendants* | *Counsel of Jeremy Shorts and David Gardner* |
| **Andrew R. Welch** (andrew.welch@lewisbrisbois.com ) *Counsel of Jared L. Anderson* | |

### PRO SE DEFENDANT(s) CM/ECF SYSTEM

| | |
|---|---|
| **Adrian Isaac Johnson:** adrian.isaac.johnson@gmail.com | **Dastan M. D'O:** D_0001@icloud.com |
| **Karen Salas:** Karensalasutah@gmail.com | **Stacy Roberts Johnson** stacyjrob@gmail.com |
| **Stephanie Strasnick Johnson:** stephanie.anne.strasnick@gmail.com | **Taytum Jorgensen** taytumannjorge@gmail.com |
| **Pace William Johnson** pace@pacejohnson.com | |

### VIA U.S. MAIL, FIRST-CLASS POSTAGE PREPAID:

I served the following Defendants (including those in Default/Failure to Appear) by placing a true copy in the United States Mail, addressed as follows:

| | | |
|---|---|---|
| **Jamis Melwood Johnson** 1028 South 1900 East Salt Lake City, UT 84108 | **1028 S 1900 E LLC** c/o Registered Agent 1028 South 1900 East Salt Lake City, UT 84108 | **CR TRUE LLC** c/o Pace Johnson Law Group 231 E 400 S, Suite 345 Salt Lake City, UT 84111 |