# EXHIBIT 2.

Utah Corporate Record, WOOMEL INC.
( Johnson, Knudson Schwenke)

# WOODMEL, INC.

| | |
|---|---|
| **Company Number** | 988822-0142 |
| **Status** | Inactive |
| **Incorporation Date** | 20 January 1988 (about 38 years ago) |
| **Dissolution Date** | 1 July 1992 |
| **Company Type** | Domestic Business Corporation |
| **Jurisdiction** | Utah (US) |
| **Registered Address** | 160 E 300 S 2ND FLOOR, BOX 146705 |
| | SLC |
| | 84114 |
| | UT |
| **Industry Codes** | 5311: Lessors of Real Estate (North American Industry Classification System 2007) |
| | 5311: Lessors of Real Estate (North American Industry Classification System 2022) |
| **Inactive Directors / Officers** | D. LEE KNUDSON, president |
| | DALE WYLER, director |
| | JAMES JOHNSON, vice president |
| | JAMES JOHNSON, secretary |
| | No agent, refer to UCA Â§16-17-301, agent |
| | No agent, refer to UCA ï¿½16-17-301, agent |
| | PAUL SCHWANE, treasurer |
| | PAUL SCHWENKE, director |

**SEE LESS**

### Data source and freshness

| | |
|---|---|
| **Last Update From Source** | 22 January 2026 |
| **Last Change Recorded** | 25 November 2025 |
| **Next Update From Source** | Monthly |
| **Source** | Utah Division of Corporations & Commercial Code, Department of Commerce |

Learn more about our trust and data transparency policy

This information comes to you from **OpenCorporates** — the leading authority on legal-entity data

Read more about us and why you should trust this data in our **purpose, history and principles**

The OpenCorporates website is free for general-public and public-benefit use

**Use the OpenCorporates API**

**License this data in bulk**





Industry codes

| CODE | DESCRIPTION | CODE SCHEME |
|---|---|---|