# EXHIBIT 3:

Utah Corporate Record, SONKNUD INC
( Johnson, Knudson)

