# EXHIBIT 4:

Utah Corporate Record, MARGELLA CORPORATION
( Johnson, Knudson)

