# EXHIBIT 5:

Utah Corporate Record WESTERN BEVERAGE, INC
( Johnson, Knudson)

# WESTERN BEVERAGE CORPORATION

| | |
|---|---|
| **Company Number** | 1089238-0142 |
| **Status** | Expired Invol. Diss / No Renewal |
| **Incorporation Date** | 30 May 1991 (over 34 years ago) |
| **Dissolution Date** | 1 August 1992 |
| **Company Type** | Corporation - Domestic - Profit |
| **Jurisdiction** | Utah (US) |
| **Registered Address** | 160 E 300 S 2ND FLOOR, BOX 146705<br>SLC<br>841146705<br>UT<br>United States |
| **Industry Codes** | 5418: Advertising, Public Relations, and Related Services (North American Industry Classification System 2007) |
| **Inactive Directors / Officers** | JAMIS M. JOHNSON, director<br>KEN NORTH, director<br>LEE KNUDSON, director<br>No agent, refer to UCA §16-17-301, agent |

SEE LESS

### Data source and freshness

| | |
|---|---|
| **Last Update From Source** | 22 September 2025 |
| **Last Change Recorded** | 25 May 2023 |
| **Next Update From Source** | Monthly |
| **Source** | Utah Division of Corporations & Commercial Code, Department of Commerce |

Learn more about our trust and data transparency policy

This information comes to you from **OpenCorporates** — the leading authority on legal-entity data

Read more about us and why you should trust this data in our **purpose, history and principles**

The OpenCorporates website is free for general-public and public-benefit use

**Use the OpenCorporates API**

**License this data in bulk**



Certified B Corporation