# EXHIBIT 6:

Utah Corporate Record JIMINEZ & ASSOCIATES
( Knudson, Haycock)

