# EXHIBIT 7:

Utah Corporate Record GENERAL FINANCIAL CORP
( Knudson, Haycock)

# GENERAL FINANCIAL CORPORATION

| | |
|---|---|
| Company Number | 1110028-0142 |
| Status | Inactive |
| Incorporation Date | 28 February 1991 (almost 35 years ago) |
| Dissolution Date | 1 July 1992 |
| Company Type | Domestic Business Corporation |
| Jurisdiction | Utah (US) |
| Registered Address | 160 E 300 S 2ND FLOOR, BOX 146705<br>SLC<br>84114<br>UT |
| Industry Codes | 5223: Activities Related to Credit Intermediation (North American Industry Classification System 2007)<br>5223: Activities Related to Credit Intermediation (North American Industry Classification System 2022) |
| Inactive Directors / Officers | DAVID KNUDSON, director<br>MARK L. ROBERTS, director<br>No agent, refer to UCA §16-17-301, agent<br>No agent, refer to UCA ï¿½16-17-301, agent<br>R. W. HAYCOCK, director |

SEE LESS

**Data source and freshness**

| | |
|---|---|
| Last Update From Source | 22 December 2025 |
| Last Change Recorded | 25 November 2025 |
| Next Update From Source | Monthly |
| Source | Utah Division of Corporations & Commercial Code, Department of Commerce |

Learn more about our trust and data transparency policy

This information comes to you from **OpenCorporates** — the leading authority on legal-entity data

Read more about us and why you should trust this data in our **purpose, history and principles**

The OpenCorporates website is free for general-public and public-benefit use

**Use the OpenCorporates API**

**License this data in bulk**

Certified B Corporation