# EXHIBIT 8:

Utah Corporate Record LENDERS TITLE AND ESCROW CORP.
( Johnson, Knudson, Haycock)

