# EXHIBIT 9:

Utah Corporate Record, ARTICLES OF INCORPORATION, LENDERS TITLE AND ESCROW CORP

#156529

State of Utah
Department of Commerce
Division of Corporations and Commercial Code

I hereby certify that the foregoing has been approved on this 28th day of Feb 1994 in the office of this Division and hereby issued this Certificate thereof.

Examiner: [signature]   Date: 02/28/94

KORLA T. WOODS
Division Director

RECEIVED
FEB 28 1994
(BJS)

# ARTICLES OF INCORPORATION
# OF
# LENDERS TITLE AND ESCROW CORPORATION

WE, THE UNDERSIGNED natural persons of the age of twenty-one years or more, acting as incorporators of a corporation under the Utah Business Corporation Act, adopt the following Articles of Incorporation for such corporation:

## ARTICLE I
## NAME

The name of this corporation is Lenders Title and Escrow Corporation.

## ARTICLE II
## DURATION

The duration of this corporation is perpetual.

## ARTICLE III
## PURPOSES

The purpose or purposes for which this corporation is organized are:

   a.  To perform title and escrow services and do all other legal things.

   b.  To acquire by purchase, exchange, gift, bequest, subscription or otherwise, and to hold, own, mortgage, pledge, hypothecate, sell or assign, transfer, exchange, or otherwise dispose of or deal in or with its own corporate securities or stock or other securities, including without limitations, any shares of stock, bonds, debentures, notes, mortgages, or other obligations, and any certificates, receipts, or other

instruments representing rights or interests therein or any property or assets created or issued by a person, firm, association, or corporation, or any government or subdivisions, agencies, or instrumentalities thereof; to make payment therefore in any lawful manner or to issue in exchange therefore its own securities or to use its unrestricted and unreserved earned surplus for the purchase of its own shares, and to exercise as owner or holder of any securities any and all rights, powers, and privileges in respect thereof.

    c.  To do each and every thing necessary, suitable, or proper for the accomplishment of any of the purposes or the attainment of any one or more of the subjects herein enumerated, or which may at any time appear conducive to or expedient for protection or benefit of this corporation, and to do said acts as fully and to the same extent as natural persons might or could do in any part of the work as principals, agents, partners, trustees, or otherwise, either alone or in conjunction with any other person, association, or corporation.

    d.  The foregoing clauses shall be construed both as purposes and powers and shall not be held to limit or restrict in any manner the general powers of the corporation and the enjoyment and exercise thereof, as conferred by the laws of the State of Utah; and it is the intention that the purposes and powers specified in each of the paragraphs of this Article III shall be regarded as independent purposes and powers.

## ARTICLE IV
## STOCK

The aggregate number of shares which this corporation shall have authority to issue is one million with no par value. All stock of the corporation shall be of the same class, common, and shall have the same rights and preferences. Fully-paid stock of this corporation shall not be liable to any further call or assessment.

## ARTICLE V
## AMENDMENT

These Articles of Incorporation may be amended by the affirmative vote of a majority of the shares entitled to vote on each such amendment.

## ARTICLE VI
## SHAREHOLDER RIGHTS

The authorized and treasury stock of this corporation may be issued at such time, upon such terms and conditions, and for such consideration as the Board of Directors shall determine. Shareholders shall have pre-emptive rights to acquire unissued shares of the stock of this corporation.

## ARTICLE VII
## CAPITALIZATION

This corporation will not commence business until consideration of at least $1,000 has been received for the issuance of shares.

3

## ARTICLE VIII
### INITIAL OFFICE AND AGENT

The address of this corporation's initial registered office and the name of its original registered agent at such address is:

> J. Melwood Johnson
> 75 East 400 South, Suit 202
> Salt Lake City, Utah  84111

## ARTICLE IX
### DIRECTORS

The number of Directors constituting the initial Board of Directors of this corporation is three.  The names and addresses of persons who are to serve as Directors until the first annual meeting of stockholders, or until their successor are elected and qualify, are:

> J. Melwood Johnson
> 75 East 400 South, Suit 202
> Salt Lake City, Utah  84111
>
> D. L. Knudson
> 75 East 400 South, Suite 202
> Salt Lake City, Utah  84111
>
> David Reed
> 75 East 400 South, Suite 202
> Salt Lake City, Utah  84111

4

## ARTICLE X
## INCORPORATORS

The name and address of each incorporator is:

J. Melwood Johnson
75 East 400 South, Suit 202
Salt Lake City, Utah  84111

D. L. Knudson
75 East 400 South, Suite 202
Salt Lake City, Utah  84111

David Reed
75 East 400 South, Suite 202
Salt Lake City, Utah  84111


## ARTICLE XI
## COMMON DIRECTORS - TRANSACTIONS BETWEEN CORPORATIONS

No contract or other transaction between this corporation and one or more of its Directors or any other corporation, firm, association, or entity in which one or more of its Directors are directors or officers or are financially interested shall be either void or voidable because of such relationship or interest, or because such Director or Directors are present at the meeting of the Board of Directors or a committee thereof which authorizes, approves, or ratifies such contract or transaction, or because his or their votes are counted for such purpose if: (a) the fact of such relationship or interest is disclosed or known to the Board of Directors or committee which authorizes, approves or ratifies the contract or transaction by vote or consent sufficient for the purpose without counting the votes or consents of such interested Director; or (b) the fact of such relationship or interest is disclosed or known to the shareholders entitled to vote and they

5

authorize, approve, or ratify such contract or transaction by vote or written consent; or (c) the contract or transaction is fair and reasonable to the corporation.

Common or interested Directors may be counted in determining the presence of a quorum at a meeting of the Board of Directors or committee thereof which authorizes, approves, or ratifies such contract or transaction.

DATED this 28th day of February, 1994.

_____
J. Melwood Johnson

_____
D. L. Knudson

_____
David Reed

6

I, J. Melwood Johnson, named in Article VIII hereof as the Registered Agent of Lenders Title and Escrow Corporation, do hereby consent to serve as such Registered Agent until the time of my resignation or my removal.

_____
J. Melwood Johnson

7