# EXHIBIT 10:

Utah Corporate Record, UTAH FORECLOSURE SERVICE INC
( Jamis Johnson, Danell Johnson)

# UTAH FORECLOSURE SERVICE, INC.

| | |
|---|---|
| **Company Number** | 932378-0142 |
| **Status** | Expired Invol. Diss / No Renewal |
| **Incorporation Date** | 1 May 1986 (over 39 years ago) |
| **Dissolution Date** | 1 January 1992 |
| **Company Type** | Corporation - Domestic - Profit |
| **Jurisdiction** | Utah (US) |
| **Registered Address** | 160 E 300 S 2ND FLOOR, BOX 146705 <br> SLC <br> 841146705 <br> UT <br> United States |
| **Industry Codes** | 9999: (North American Industry Classification System 2007) <br> 99: Activities of extraterritorial organizations and bodies (UN ISIC Rev 4) |
| **Inactive Directors / Officers** | DANALL JOHNSON, director <br> DENALL JOHNSON, secretary <br> JAMIS M. JOHNSON, director <br> JAMIS M. JOHNSON, vice president <br> JAMIS M. JOHNSON, treasurer <br> No agent, refer to UCA §16-17-301, agent <br> RICHARD G. NEWTON, president <br> RICHARD G. NEWTON, director |

SEE LESS

### Data source and freshness

| | |
|---|---|
| **Last Update From Source** | 22 September 2025 |
| **Last Change Recorded** | 28 May 2023 |
| **Next Update From Source** | Monthly |
| **Source** | Utah Division of Corporations & Commercial Code, Department of Commerce |

Learn more about our trust and data transparency policy

This information comes to you from **OpenCorporates** — the leading authority on legal-entity data

Read more about us and why you should trust this data in our **purpose, history and principles**

The OpenCorporates website is free for general-public and public-benefit use

**Use the OpenCorporates API**

**License this data in bulk**


Certified B Corporation

Industry codes