# EXHIBIT 12:

Utah corporate Record KNUTE III LLC
( David Knudson, Holly Knudson)



# KNUTE III, L.L.C.

| | |
|---|---|
| Company Number | 2013965-0160 |
| Status | Inactive |
| Incorporation Date | 16 February 1995 (almost 31 years ago) |
| Dissolution Date | 1 April 1998 |
| Company Type | Domestic Limited Liability Company |
| Jurisdiction | Utah (US) |
| Registered Address | 160 E 300 SO 2ND FLOOR, BOX 146705<br>SLC<br>84114<br>UT |
| Inactive Directors / Officers | HOLLY KNUDSON, manager<br>HOLLY KNUDSON, member<br>No agent, refer to UCA §16-17-301, agent<br>No agent, refer to UCA ï¿½16-17-301, agent<br>WASATCH CREDIT I LLC, member |

**Data source and freshness**

| | |
|---|---|
| Last Update From Source | 22 January 2026 |
| Last Change Recorded | 25 November 2025 |
| Next Update From Source | Monthly |
| Source | Utah Division of Corporations & Commercial Code, Department of Commerce |

Learn more about our trust and data transparency policy

This information comes to you from **OpenCorporates** — the leading authority on legal-entity data

Read more about us and why you should trust this data in our **purpose, history and principles**

The OpenCorporates website is free for general-public and public-benefit use

**Use the OpenCorporates API**

**License this data in bulk**

Certified B Corporation