# EXHIBIT 13:

ARTICLES OF INCORPORATION KNUTE III LLC

State of Utah
Department of Commerce
Division of Corporations and Commercial Code

I Hereby certify that the foregoing has been filed
and approved on the 11th day of Feb 19 95
In the office of this Division and hereby issue
this Certificate thereof.

Examiner_____ Date 2/16/95

KORLA T. WOODS
Division Director

LC#607489

# ARTICLES OF ORGANIZATION
# OF
# KNUTE III, L.L.C.

The Undersigned persons hereby form a limited liability company under the Utah Limited Liability Company Act (the "act") and adopt the following pursuant thereto.

## ARTICLE I
## NAME

The name of the Limited Liability Company is Knute III, L.L.C. (hereinafter the "Company").

## ARTICLE II
## PERIOD OF DURATION

The Company's duration shall commence on the date of filing these Articles of Organization and shall continue through February 1, 1999, or until one year after the sale of the real property owned by the Company whichever is last to occur, but in no event later than February 1, 2011.

## ARTICLE III
## PURPOSES AND POWERS

The Company is organized for any and all lawful purposes for which companies may be organized pursuant to the Act, including but not limited to acquiring, owning, holding for investment, developing, managing, selling, leasing and otherwise dealing with all forms of real and personal property, tangible and intangible, wherever located.

The Company shall have and may exercise all powers necessary or convenient for the carrying out of any or all of lthe purposes for which it was organized.

## ARTICLE IV
## REGISTERED AGENT AND OFFICE; PRINCIPLE OFFICE

The name and address of the initial registered agent of the Company is David Knudson, 220 South 200 East, Suite 110, Salt Lake City, Utah 84111. The address of the initial registered office and principal office of the company is 220 South 200 East, Suite 110, Salt Lake City, Utah 84111.

## ARTICLE V
## SUBSTITUTE SERVICE OF PROCESS

The Division of Corporations and Commercial Code of the Utah Department of Commerce is herby appointed as the agent of the Company for service of process if the registered

agent has resigned, the agent's authority has been revoked or the agent cannot be found or served with the exercise of reasonable diligence.

ARTICLE VI
MANAGEMENT

The management of the company shall be vested in a manager, who shall be appointed in accordance with the Company's Operating Agreement. A manger does not need to be a member of the Company. The name and address of the person who is to serve as the initial manager, until hes or her resignation or removal, is as follows:

Holly Knudson
220 South 200 East Suite 110
Salt Lake City, Utah 84111

ARTICLE VII
OPERATING AGREEMET

The rules, regulations and procedures governing the operations of the company shall be set forth in an Operating Agreement which shall be adopted by the members of the Company.

In witness whereof, the undersigned have executed these Article of Organization this 8th day of February, 1995.

Holly Knudson
(Member)

_____
Holly Knudson

~~Knute H., L.L.C.~~
(Member)   Wasatch Credit I LLC.

_____
David Knudson
Registered Agent

_____
Holly Knudson
Manager