# EXHIBIT 14:

Utah Corporate Record WASTACH EQUITIES CORP
( Holly Knudson)

