# EXHIBIT 15:

ARTICLES OF INCORPORATION WASATCH EQUITIES CORP

( David Knudson Registered Agent)

State of Utah
Department of Commerce
Division of Corporations and Commercial Code

*194634*

i Hereby certify that the foregoing has been filed
and approved on the __th day of Oct, 19__
in the office of this Division and hereby issue
this Certificate thereof.

Examiner _____  Date 10/15/96

Korla S. Woods
KORLA T. WOODS
Division Director

**RECEIVED**

**OCT 1 5 1996**

Utah Div. of Corp. Comm. Code



ARTICLES OF INCORPORATION

OF

Wasatch Equities Corporation

We, the undersigned, persons acting as incorporators under the laws of the state of <u>Utah</u>, adopt the following Articles of Incorporation for such Corporation:

## Article 1

The name of the corporation is <u>Wasatch Equities Corporation</u>.

## Article II

The purpose or purposes for which the corporation is organized to engage in <u>loan management services</u>.

The corporation shall further have unlimited power to engage in and do any lawful act concerning any and all lawful business for which corporations may be organized under the Laws of this state and any amendments thereto.

## Article III

The corporation shall have authority to issue <u>100,000</u> shares of stock which stock shall be of one class only which shall be common voting stock.

## Article IV

The address of the corporation's initial registered office shall be:

220 South 200 East Suite #110

Salt Lake City, Utah  84111

The corporation's initial registered agent at such address shall be:

David Knudson

## Article V

The names and addresses of the incorporators are:

Al Knudson_____          _220 S. 200 E. #110 SLC, Utah 84111_____

In Witness Whereof, __Al Knudson_____, has

executed these Articles of Incorporation in duplicate this

25th_____ day of _September_____, 1996, and say:

That we are all incorporators herein; that we have read the above

and foregoing Articles of Incorporation; know the contents thereof

and that the same is true to the best of our knowledge and belief,

excepting as to matters herein alleged upon information and belief

and as to those matters we believe to be true.

_____
Incorporator

_____
Registered Agent