# EXHIBIT 16:

NOTICE OF DEFAULT | 3772| 78| 62581| Sept. 20, 1995

When recorded mail to:

Wasatch Credit Corp.
220 South 200 East #110
Salt Lake City, Utah 84111

ENT 62851 BK 3772 PG 78
RANDALL A. COVINGTON
UTAH COUNTY RECORDER
1995 SEP 20 3:30 PM FEE 10.00 BY MB
RECORDED FOR DAVID REED

## NOTICE OF DEFAULT

NOTICE IS HEREBY GIVEN that M. Stephen Bown, as Trustor, on May 11, 1995, delivered to Jamis M. Johnson Trustee. Holly Knudson 50%, Dan Horman 50%, as Beneficiary, a Note and Deed of Trust, on certain real property situated in Utah County, State of Utah, recorded **May 12, 1995** as entry no. **29953** in book **3676** on page(s) **535-536** more particularly described as:

Lot 3 Plat H, Wildwood Hollow

A Breach of the obligations of the Trustor(s) has occurred as provided in the Deed of trust of DATE, in the form of, principle and interest payments not tendered. Which obligations are secured by the trust property conveyed by the said Trust Deed, the Trustor has failed to pay the sums owed to the Beneficiary at the times and in the amounts as required by the said Trust Deed Note.

Beneficiary has elected, pursuant to the terms of said deed of Trust and said promissory note to declare the entire principal and interest of the obligations evidenced by the said Trust Deed Note, to be immediately due and payable and has directed the Trustee to sell or cause to be sold said real property to satisfy the obligations secured by the said Trust Deed.

IN WITNESS THEREOF, Jamis M. Johnson, Esq., as Trustee, has caused its name hereto affixed this 14th day of Sept, 1995.

_____
Jamis M. Johnson, Esq.

STATE OF UTAH        )
                     )ss
COUNTY OF SALT LAKE  )

On the 14th day of Sept. 1995, personally appeared before me Jamis M. Johnson, the signer of the foregoing instrument, who duly acknowledged to me that he executed the same.

Notary  _____

Notary Public
MATTIE J. SMITH
4906 So. Sunstone Rd. Apt. 208
Murray, Utah 84123
My Commission Expires
March 26, 1999
State of Utah