# EXHIBIT 17:

NOTICE OF DEFAULT | 3781| 559| 66171| Oct, 2, 1995

When recorded mail to:

Wasatch Credit Corp.
220 South 200 East #110
Salt Lake City, Utah 84111

← M

```
ENT  66171 BK 3781 PG 559
RANDALL A. COVINGTON
UTAH COUNTY RECORDER
1995 OCT 2  3:07 PM FEE 12.00  BY BT
RECORDED FOR HOLLY KNUDSON
```

## NOTICE OF DEFAULT

NOTICE IS HEREBY GIVEN that Christian Fred Berghout and Lucile Neff Berghout, Trustees of the Lucile and Christian Berghout Trust U/A/D March 22, 1989, as Trustor, on December 3, 1990, delivered to Zions First National Bank, as Beneficiary, and Zions First National Bank, as Trustee, (which assigned its interest to Knute III, LLC) a Note and Deed of Trust, on certain real property situated in Utah County, State of Utah, recorded **December 10, 1990**, as entry no. **40992** in book **2746** on page(s) **680-686** more particulaly described as:

See Exhibit "A"

A Breach of the obligations of the Trustor(s) has occurred as provided in the Deed of trust of DATE, in the form of, principle and interest payments not tendered. Which obligations are secured by the trust property conveyed by the said Trust Deed, the Trustor has failed to pay the sums owed to the Beneficiary at the times and in the amounts as required by the said Trust Deed Note.

Beneficiary has elected, pursuant to the terms of said deed of Trust and said promissory note to declare the entire principal and interest of the obligations evidenced by the said Trust Deed Note, to be immediately due and payable and has directed the Trustee to sell or cause to be sold said real property to satisfy the obligations secured by the said Trust Deed.

IN WITNESS THEREOF, Jamis M. Johnson, Esq., as Trustee, has caused its name hereto affixed this 26th day of September, 1995.

_____
Jamis M. Johnson, Esq.

STATE OF UTAH        )
                     )ss
COUNTY OF SALT LAKE  )

On the 26th day of September 1995, personally appeared before me Jamis M. Johnson, the signer of the foregoing instrument, who duly acknowledged to me that he executed the same.

Notary _____

```
Notary Public
R. W. HAYCOCK
220 South 200 East #110
Salt Lake City, Utah 84111
My Commission Expires
May 1, 1998
State of Utah
```

SCHEDULE A

ENT 66171 BK 3781 PG 560

Beginning at the Northwest Corner of Lot 15, Plat "B", THOUSAND OAKS, a Subdivision Provo, Utah, according to the official plat thereof on file in the office of the Recorder, Utah County, Utah; thence South 41°45'00" East along the Southwesterly line of said Lot 130.40 feet to a curve concave Southeasterly having a radius of 468.44 feet; thence Southwesterly around the periphery of said curve 90.59 feet to a curve concave Northerly, having a radius of 28.74 feet; thence Northwesterly around the periphery of said curve 34.94 feet to a curve concave Northerly having a radius of 584.35 feet; thence Northwesterly around the periphery of said curve 86.63 feet; thence North 21°06'05" East 194.33 feet to the point of beginning.