# EXHIBIT 18:

DEED OF RECONVEYANCE | 3863| 880| 3551| Jan. 16 1996

```
ENT   3551 BK 3863 PG 880
RANDALL A. COVINGTON
UTAH COUNTY RECORDER
1996 JAN 16 10:53 AM FEE 12.00 BY JD
RECORDED FOR PREFERRED TITLE & ESCROW
```

When Recorded Mail To:
PREFERRED TITLE & ESCROW
220 SOUTH 200 EAST SUITE 300
SALT LAKE CITY, UTAH 84111

2

## DEED OF RECONVEYANCE
(Attorney as Trustee)

Jamis M. Johnson, a member of the Utah State Bar, as Trustee under a Trust Deed dated 1 July, 1994, executed by Hyrum J. Jeffs and Cheryl P. Jeffs, as TRUSTOR, in which Dan Horman and Holly Knudson were named BENEFICIARY, and recorded on July 1, 1994, as Entry No. 64800, in Book 3481, at Page(s) 618, of the records of the County Recorder of Utah County, Utah, pursuant to a written request of the Beneficiary thereunder, does hereby reconvey, without warranty, to the person or persons entitled thereto, the trust property now held by it as Trustee under said Trust Deed covering real property situated in Utah County, Utah, described as follows:

See Schedule "A-1" attached hereto and made a part hereof.

Dated this 10th day of October, 1995.

BY: _____
    Jamis M. Johnson, Trustee

STATE OF UTAH      )
                   ) ss.
COUNTY OF SALT LAKE )

On the 10th day of October, 1995, personally appeared before me Jamis M. Johnson, the signor of the foregoing instrument, who duly acknowledged to me that he executed the same.

_____
Notary Public

My Commission Expires:          Residing at Murray, Utah

3-28-99

```
Notary Public
MATTIE J. SMITH
4205 So. Sunstone Rd. Apt. 306
Murray, Utah 84123
My Commission Expires
March 28, 1999
State of Utah
```

ENT   3551 BK 3863 PG 881

File No.

Schedule "A-1"

Commencing at a point on a fence line 2041.57 feet North along the Section line and East 45.95 feet from the South quarter corner of Section 14, Township 5 South, Range 1 West, Salt Lake Base and Meridian; thence North 0 degrees 06 minutes East 381.31 feet along a fence; thence East along a fence line on the South boundary line of the Jimmy Lee Shinsel and Sharon L. Shinsel and the Fred W. Christopher and Ellen M. Christopher properties, 1941.16 feet to the center of the Jordan River; thence South 43 degrees 05 minutes West along the center of the river 113.12 feet; thence South 46 degrees 26 minutes West 200.67 feet; thence South 53 degrees 32 minutes West 214.37 feet; thence South 56 degrees 46 minutes West 60.57 feet; thence West along a fence line and the North line of the Gerald Kretschman and Dan Kretschman property as described in Warranty Deed recorded April 1, 1987 as Entry No. 12108, in Book 2399, at Page 648, 1495.93 feet to the point of beginning.

Excepting therefrom all oil, gas, minerals and ores situated in, upon, or under the above described tract of land, together with all rights in connection with or relative to the exploration, mining, removal or sale of the same. Also excepting therefrom underground hot water or hot water springs in and under the above described property.

2