# EXHIBIT 19:

TRUSTEES DEED | 3873 | 820 | 7123 | Jan. 29, 1996

When Recorded Mail To:

Knute III, LLC
220 South 200 East  Suite 110
Salt Lake City, Utah  84111

ENT    7123 BK 3873 PG 820
RANDALL A. COVINGTON
UTAH COUNTY RECORDER
1996 JAN 29  1:57 PM FEE  12.00  BY MB
RECORDED FOR JAMIS M JOHNSON

## TRUSTEE'S DEED

Jamis M. Johnson, Esq., (Herein called Trustee) as Successor Trustee under the trust deed hereinafter particularly described, does hereby Bargain, Sell and Convey, without warranty to Knute III, LLC (hereinafter Grantee) all of the real property situated in the County of Utah, State of Utah, more particularly described as follows:

Beginning at the Northwest Corner of Lot 15, Plat "B", Thousand Oaks, a Subdivision Provo, Utah, according to the official plat thereof on file in the office of the Recorder, Utah County, Utah; thence South 41^45'00" East along the Southwesterly line of said Lot 130.40 feet to a curve concave Southeasterly having a radius of 468.44 feet; thence Southwesterly around the periphery of said curve 90.59 feet to a curve concave Northerly, having a radius of 28.74 feet; thence Northwesterly around the periphery of said curve 34.94 feet to a curve concave Northerly having a radius of 584.35 feet; thence Northwesterly around the periphery of said curve 86.63 feet; thence North 21^06'05" East 194.33 feet to the point of beginning, According to the official plat thereof of the Utah County Recorder.

This conveyance is made pursuant to the powers conferred upon Trustee by the trust deed between Christian Fred Berghout, Trustee & Lucile Neff Berghout, Trustee of the Lucile and Christian Berghout Trust U/A/D March 22, 1989, as Trustor, Zions First National Bank (wherein Jamis M. Johnson, Esq., was appointed Successor Trustee), Trustee herein, Zions First National Bank (who assigned its interest to Knute III, LLC), as Beneficiary, dated December 3, 1990, and recorded December 10, 1990, as Entry No. 40992 in book 2746 at Page 680-686 of Official Records of the County of Utah, State of Utah, and after the fulfillment of the conditions specified in said trust deed authorizing this conveyance as follows:

A) Default occurred in the obligations for which such trust deed was given as security and the Beneficiary made demand upon said Trustee to sell said property pursuant to the terms of said trust deed, Notice of Default was recorded on October 2, 1995, as Entry No. 66171 Book 3781 on Page 559-560, Utah County Records. The nature of such default being as set forth in the said Notice of Default, a copy of such Notice was mailed by Certified Mail to each person who recorded a request therefor. Such default still exists at time of sale.

B) More than three months after recordation of said Notice of Default, Trustee gave notice of the time and place of the sale of said property by Certified Mail, by posting in a conspicuous place on the property to be sold and in three public places of each precinct or city in which the property, or some part thereof is situated, and by publishing in a newspaper having a general circulation in each county in which the property is situated.

ENT   7123 BK 3873 PG 821

C) The provisions, recitals and contents of the Notice of Default referred to in paragraph (a) supra shall be and they are herby incorporated herin and made an integral part hereof for all purposes as though set forth herein at length.

D) All requirements of law regarding the mailing, posting, publication and recording of Notice of Default, and Notice of Sale and of all other notices have been complied with.

E) Trustee, at the time and place of sale fixed by said notice, at publication, in one parcel, struck off to Grantee, being the highest thereof, the property herein described, subject to however, to all prior liens and encumbrances. No person or corporation offered to take any part of the said property less than the whole thereof for the amount of principal, interest advances and costs.

IN WITNESS WHEREOF, subscribed by my hand this 29th day of January, 1996.

_____
Jamis M. Johnson, Esq.
Successor Trustee

## ACKNOWLEDGMENT

State of Utah        )
                     ) SS
County of Salt Lake  )

On the 29th day of January, 1996, personally appeared before me, Jamis M. Johnson, Esq., the signer of the foregoing instrument, who duly acknowledged to me that he executed the same.

_____
Notary Public
My Commission Expires: 9-5-99
Residing At: Midvale, Utah



NOTARY PUBLIC
STATE OF UTAH
My Commission Expires
September 5, 1999
LEE PULLAN
590 East Wasatch Street
Midvale, Utah 84047