# EXHIBIT 20:

NOTICE OF DEFAULT | 3876 | 843 | 7789 | Jan. 30, 1996

When recorded mail to:

Jamis M. Johnson, Esq.
220 South 200 East Suite 110
Salt Lake City, Utah 84111

ENT 7789 BK 3875 PG 843
RANDALL A. COVINGTON
UTAH COUNTY RECORDER
1996 JAN 30 3:27 PM FEE 13.00 BY MB
RECORDED FOR MOUNT OLYMPUS FINANCIAL

## NOTICE OF DEFAULT

NOTICE IS HEREBY GIVEN that James Gilbert Phillips Jr. & Linda Darlene Phillips Individually & as Trustees of the Phillips Family Trust dated the 24th day of September, 1990, as Trustors, on May 25, 1995, delivered to Holly Knudson 50% Interest and Dan Horman 50% Interest, as Beneficiary, and Jamis M. Johnson, as Trustee, a Note and Deed of Trust, on certain real property situated in Utah County, State of Utah, recorded May 30, 1995, as entry no. 33695-95 in book 3687 on page(s) 275 more particulaly described as:

See Exhibit "A"

Breach of the obligations of the Trustor(s) has occurred as provided in the Deed of trust of DATE, in the form of, principle and interest payments not tendered. Which obligations are secured by the trust property conveyed by the said Trust Deed, the Trustor has failed to pay the sums owed to the Beneficiary at the times and in the amounts as required by the said Trust Deed Note.

Beneficiary has elected, pursuant to the terms of said deed of Trust and said promissory note to declare the entire principal and interest of the obligations evidenced by the said Trust Deed Note, to be immediately due and payable and has directed the Trustee to sell or cause to be sold said real property to satisfy the obligations secured by the said Trust Deed.

IN WITNESS THEREOF, Jamis M. Johnson, Esq., as Trustee, has caused its name hereto affixed this 30th day of January, 1996.

_____
Jamis M. Johnson, Esq., Trustee

STATE OF UTAH   )
                )ss
COUNTY OF SALT LAKE )

On the 30th day of January 1996, personally appeared before me, Jamis M. Johnson, Esq., the signer of the foregoing instrument who duly acknowledged to me that he executed the same.

_____
Notary Public
My Commission Expires: 9-5-99
Residing At: Midvale, Utah

NOTARY PUBLIC
STATE OF UTAH
My Commission Expires
September 5, 1999
LEE PULLAN
590 East Wasatch Street
Midvale, Utah 84047

"EXHIBIT A"   ENT  7789  BK 3875 PG 844

Commencing 1039.24 feet South and 579.81 feet East from the West Quarter Corner of Section 5, Township 5 South, Range 2 East, Salt Lake Base and Meridian; thence East 64.02 feet; thence South 242.71 feet; thence South 54 degrees 11 minutes East 78.62 feet; thence South 24 degrees 02 minutes East 73 feet; thence South 56 degrees 23 minutes East 59.50 feet; thence ~~South 24 degrees 02 minutes East 73 feet; thence~~ South 0 degrees 28 minutes East 62.32 feet; thence South 89 degrees 28 minutes West 202.99 feet thence North 0 degrees 35 minutes West 452.76 feet to the point of beginning.

— ALSO —

Commencing 1372.26 feet South and 534.9 feet East from the West Quarter Corner of Section 5, Township 5 South, Range 2 East, Salt Lake Base and Meridian; thence North 89°28' East 48.30 feet; thence South 0°35' East 120.17 feet; thence South 89°28' West 48.30 feet; thence North 0°35' West 120.17 feet to the point of beginning.