# EXHIBIT 21:

LIS PENDENS | 3878 | 730 | 8648 | Feb. 1 1996

When Recorded Please Mail To:
Rodney W. Rivers
ROBINSON, SEILER & GLAZIER, LC
80 North 100 East
P.O. Box 1266
Provo, UT 84603-1266

ENT 8646 BK 3878 PG 730
RANDALL A. COVINGTON
UTAH COUNTY RECORDER
1996 FEB 1 12:24 PM FEE 12.00 BY AC
RECORDED FOR RODNEY RIVERS

## NOTICE OF LIS PENDENS

Notice is hereby given that an action has been commence in the Fourth Judicial District Court in and for Utah County, State of Utah, Case No. 960400072CV, by Lucile Neff Berghout as Trustee of the Lucile and Christian Berghout Trust U/A/D March 22, 1989 against Jamis M. Johnson, Esq., Knute III, LLC, a Utah Limited Liability Company, and John Does 1-5, in which the said Trustee claims an interest in that certain parcel of real property located at 2937 North Iroquois Dr., Provo, Utah, and more particularly described as follows:

> Beginning at the Northwest corner of Lot 15, Plat "B", THOUSAND OAKS, a Subdivision, Provo, Utah, according to the official plat thereof on file in the office of the recorder, Utah County, Utah; thence South 41°45'00" East along the Southwesterly line of said lot 130.40 feet to a curve concave Southeasterly having a radius of 468.44 feet; thence Southwesterly around the periphery of said curve 90.59 feet to a curve concave Northerly, having a radius of 28.74 feet; thence Northwesterly around the periphery of said curve 34.94 feet to a curve concave Northerly having a radius of 584.35 feet; thence Northwesterly around the periphery of said curve 86.63 feet; thence North 21°06'05" East 194.33 feet to the point of beginning.

DATED and SIGNED this 1st day of February, 1996.

ROBINSON, SEILER & GLAZIER, LC

RODNEY W. RIVERS
Attorney for Trustee

STATE OF UTAH   )
                :ss.
COUNTY OF UTAH )

ENT   8446 BK 3878 PG 731

    Before me this 1st day of February, 1996, personally appeared RODNEY W. RIVERS, who being by me first duly sworn did acknowledge that he did execute the above document entitled NOTICE OF LIS PENDENS.

_____
NOTARY PUBLIC

My Commission Expires: 10-25-99
Residing At: Provo, Utah

G:\rivers\realprop\empire.002

DEEANN PACKER
NOTARY PUBLIC · STATE of UTAH
ROBINSON, SEILER & GLAZIER LC
80 N 100 E
PROVO, UTAH 84606
COMM. EXP. 10-25-99