# EXHIBIT 22:

SCRIVENERS AFFIDAVIT | 4144 | 444 | 61332 | July 26, 1996

When Recorded Mail To:

Wasatch Credit Corporation
220 South 200 East Suite 110
Salt Lake City, Utah 84111

```
ENT 61332 BK 4028 PG 444
RANDALL A. COVINGTON
UTAH COUNTY RECORDER
1996 JUL 26 3:46 PM FEE 10.00 BY AC
RECORDED FOR WASATCH CREDIT CORP
```

## Scrivener's Affidavit

I, Jamis M. Johnson, do hereby certify that I am an attorney in Salt Lake City, Utah, Utah Bar Number 3937 and prescribed under the laws of the State of Utah. I further certify that I presented the legal description for 2 Quit-Claim Deeds and 3 Trust Deeds recorded in the records of the Utah County Recorders Office as follows:

| | | | | |
|---|---|---|---|---|
| 1) Q.C.D. | Entry: 88659 | Book: 3572 | Page: 05 | Date: 9-15-94 |
| 2) Q.C.D. | Entry: 42832 | Book: 3713 | Page: 867 | Date: 7-03-95 |
| 3) T.D. | Entry: 42833 | Book: 3713 | Page: 869 | Date: 7-03-95 |
| 4) T.D. | Entry: 49326 | Book: 3733 | Page: 135 | Date: 8-01-95 |
| 5) T.D. | Entry: 75200 | Book: 3807 | Page: 446 | Date: 10-31-95 |

In order to correct an error in the legal description of the aforementioned recorded deed it is necessary to record the following information.

The legal description on the aforementioned documents originally read as follows:

Beginning at a point on Lot B-16 which is N. 504 Ft. and E. 853 Ft. of the center of Section 26, Township 5, South Range 3 East, SLB and M; Thence N. 28°18' W. for 95 Ft. to the NW corner, Thence parallel to the highway which trends N. 58' E. for 60 Ft. to the NE corner, Thence S. 28°18' E. for 97 Ft. to the SE corner, Thence S. 61' W for 60Ft. to the point of beginning.

The correct legal description should read as follows:

Beginning at a point on Lot B-16 which is North 504 ft and East 853 ft of the center of Section 26, Township 5 South, Range 3 East, Salt Lake Base and Meridian; thence North 28 degrees 18' West for 95 ft to the Northwest corner, thence parallel to the highway which trends North 58 degrees East for 60 ft to the Northeast corner, thence South 28 degrees 18' East for 97 ft to the Southeast corner, thence South 61 degrees West for 60 ft to the point of beginning, according to the official plat thereof of the Utah County Recorder.

_____
Jamis M. Johnson
Attorney at Law

State of Utah )
              ) ss.
County of Salt Lake )

On the 23rd day of July, 1996, personally appeared before me, Jamis M. Johnson, the signer of the foregoing instrument who duly acknowledged to me that he executed the same.

_____
Notary Public

```
NOTARY PUBLIC
STATE OF UTAH
My Commission Expires
September 5, 1999
LEE PULLAN
590 East Wasatch Street
M[...], Utah 84047
```