# EXHIBIT 23:

TRUST DEED | 4173 | 419 | 4769 | Jan. 21 1997

```
ENT    4769 BK 4173 PG 419
RANDALL A. COVINGTON
UTAH COUNTY RECORDER
1997 Jan 21 3:53 pm FEE 12.00 BY AC
RECORDED FOR DAVID REED
```

WHEN RECORDED MAIL TO:

Wasatch Equities Corp.
------------------------------
220 South 200 East #110
------------------------------
Salt Lake City, Utah 84111
------------------------------

TRUST DEED

THIS TRUST DEED is made this 21st day of January, 1997, between,

Deanna Christenson whose address is 25 West 1120 North, American Fork Ut. 84033 as Trustor.

Jamis M. Johnson, Esq., as Trustee.

Wasatch Equities, as Beneficiary.

    TRUSTOR hereby COVENANTS AND WARRANTS TO TRUSTEE IN TRUST, WITH POWER OF SALE, the following described property situated in Utah County, Utah:

    Lot 3 Plat A, Sun Hollow Sub, According to the official plat thereof of the Utah County Recorder.

    TOGETHER with all buildings, fixtures and improvements thereon and all water rights, rights of way, easements, rents, issues, profits, income, tenements, hereditament, privileges and appurtenances thereunto now or hereafter used or enjoyed with said property, or any part thereof;

    FOR THE PURPOSE OF SECURING payment of the indebtedness evidenced by a Trust Deed Note, of even date herewith, in the amount of:

        Fourteen Thousand Dollars.

    Payable to the order of Beneficiary at the times, in the manner and with interest as therein set forth, and Payment of any sums expended or advanced by Beneficiary to protect the security hereof.

    Trustor agrees to pay all taxes and assessments on the above property, to pay all charges and assessments on water or water stock used on or with said property, not to commit waste, to maintain adequate fire insurance on improvements on said

ENT 4769 BK 4173 PG 420

property, to pay all costs and expenses of collection (including Trustee's and attorney's fees in event of default in payment of the indebtedness secured hereby and to pay reasonable Trustee's fees for any of the services performed by Trustee hereunder, including a reconveyance hereof. If any property taxes or insurance fees are not paid, the beneficiary at Wasatch Equities option may pay the taxes, and charge twenty percent of the tax payment as a penalty, and charge thirty six percent interest on the tax payment, penalty, and accrued interest compounded daily.

The Beneficiary requests that a copy of any notice of default and or any notice of sale hereunder be mailed to him at the address hereinbefore set forth.

_Deanna Christenson_    1/21/97

STATE OF UTAH       )
                    :ss.
COUNTY OF Salt Lake )

On the 21st day of January, 1997, personally appeared before me, DEANNA CHRISTENSON, the signer of the foregoing instrument, who duly acknowledged to me that she executed the same.

[Notary Seal: KIM A. RENAK, 5406 S. 300 E. Apt 9A, Salt Lake City, Utah 84107, My Commission Expires October 27, 1999, State of Utah]

Kim A. Renak
Notary Public
My Commission Expires: 102799
Residing at: S.L. County