# EXHIBIT 24:

DEED OF RECONVEYANCE | 4369 | 6920| Sept. 5, 1997

6710816

When Recorded Mail To:

Deanna Christenson
25 West 120 North
American Fork, Utah 8484003

ENT 69210 BK 4369 PG 738
RANDALL A. COVINGTON
UTAH COUNTY RECORDER
1997 Sep 05 10:00 am FEE 10.00 BY AS
RECORDED FOR WASATCH CREDIT CORP

REC BY:D KILPACK   DEPUTY WI

# Deed of Reconveyance

Jamis M Johnson, Esq., as Trustee, under a Deed of Trust dated January 21, 1997, by Deanna Christenson, as Trustor, and Wasatch Equities Corporation, as Beneficiary, recorded January 21, 1997, as Entry No. 4769-97 in Book 4173, Pages 419, of the records of the County Recorder of Utah County, Utah, pursuant to a written request of the Beneficiary, Trustee does hereby reconvey, without warranty, to the person or persons entitled thereto, the trust property now held by said Trustee under said Trust Deed, which Trust Deed covers real property situated in ~~Cache~~ Utah County, State of Utah, described as follows:

Lot 3, Plat A, Sun Hollow Sub, according to the official plat thereof of the Utah County Recorder.

Dated this 6th Day of July, 1997.

_____
Jamis M Johnson, Esq., Trustee

State of Utah       )
                    ) ss.
County of Salt Lake )

On the 5th day of August, 1997, personally appeared before me, JAMIS M. JOHNSON, the signer of the foregoing instrument who duly acknowledged to me that he executed the same.

[Notary Seal: Kim A. Renak, 3406 S. 300 E. Apt. 9A, Salt Lake City, Utah 84105, My Commission Expires October 27, 1999, State of Utah]

_____
Notary Public
My Commission Expires: 102799
Residing At: SL County