# EXHIBIT 25:

*FIEFIA v. KNUDSON* | 026500540 | Fifth District ( Cedar City)

**FIFTH JUDICIAL DISTRICT - CEDAR DISTRICT COURT**
**IRON, STATE OF UTAH**
**FIEFIA, SIONE, et al.  vs.  KNUDSON, HOLLY, et al.**

**CASE NUMBER**    026500450 - Foreign Judgment

CURRENT ASSIGNED JUDGE: ROBERT T. BRAITHWAITE

**Parties**

| Relationship | Party | Represented By |
|---|---|---|
| Plaintiff | SIONE FIEFIA | |
| Also Known As | DAVID L KNUDSON | |
| Defendant | HOLLY KNUDSON | |
| Plaintiff | ISILELI FIEFIA | |
| Defendant | DAVE KNUDSON | |
| Defendant | RHK FAMILY TRUST | |
| Defendant | WASATCH CREDIT CORP | |
| Defendant | JAMIS M JOHNSON | |
| Defendant | LAVINIA FIEFIA | |
| Defendant | AMRESCO RESIDENTIAL MORTGAGE | |
| Defendant | JOHN DOES 1 THROUGH 10 | |

**Events**

| Date | Event |
|---|---|
| September 10, 2002 | Filed: Foreign Deposition |
| September 10, 2002 | Fee Account created |
| September 10, 2002 | Fee Payment |
| September 10, 2002 | Fee Account created |
| September 10, 2002 | Fee Payment |
| September 10, 2002 | Judgment Entered - Amount $145324.00 |
| September 10, 2002 | Complaint filed |
| September 10, 2002 | Case disposition is Judgment |
| September 12, 2002 | Filed: Cover Sheet |
| September 12, 2002 | Filed: Default Judgment Against Dave Knuson, Holly Knudson, as an individual and as Trustee of the RHK Family Trust and Wasatch Credit Corporation |

**Account Summary**

| Account | Details | | | |
|---|---|---|---|---|
| REVENUE DETAIL - TYPE: FOREIGN DEPOSITION | Amount Due: | $ | 25.00 | |
| | Amount Paid: | $ | 25.00 | |
| | Amount Credit: | $ | 0.00 | |
| | | | **Balance:** | **\* $ 0.00** |
| REVENUE DETAIL - TYPE: COPY FEE | Amount Due: | $ | 1.00 | |
| | Amount Paid: | $ | 1.00 | |
| | Amount Credit: | $ | 0.00 | |
| | | | **Balance:** | **\* $ 0.00** |