**EXHIBIT 26:**

KOHLER v. KNUDSON | 950400022 | Fourth District (Wasatch)

**FOURTH JUDICIAL DISTRICT - HEBER DISTRICT COURT**
**WASATCH, STATE OF UTAH**
**KOHLER, SCOTT ALAN, et al.  vs.  KNUDSON, DAVID, et al.**

**CASE NUMBER**    950400022 - Property Rights

CURRENT ASSIGNED JUDGE: ANTHONY W. SCHOFIELD

**Parties**

| Relationship | Party | Represented By |
|---|---|---|
| Plaintiff | SCOTT ALAN KOHLER | THOMAS HOWARD |
| Defendant | DAVID KNUDSON | |
| Plaintiff | STACY KOHLER | THOMAS HOWARD |
| Defendant | ROBIN MOFFITT | |
| Defendant | JAMIS M. JOHNSON | |
| Defendant | LENDER'S TITLE AND ESCROW CORP | |
| Defendant | KENT DAVIS | |
| Defendant | DIANE DAVIS | |

**Events**

| Date | Event |
|---|---|
| May 24, 1995 | Fee Payment |
| May 24, 1995 | Fee Account created |
| May 24, 1995 | Complaint filed |
| June 23, 1995 | Fee Payment |
| June 23, 1995 | Fee Account created |
| August 22, 1995 | Fee Payment |
| August 22, 1995 | Fee Account created |
| February 05, 1997 | Judgment entered |

**Account Summary**

| Account | Details | | | |
|---|---|---|---|---|
| REVENUE DETAIL - TYPE: COMPLAINT - NO AMT S | Amount Due: | $ | 170.00 | |
| | Amount Paid: | $ | 170.00 | |
| | Amount Credit: | $ | 0.00 | |
| | | | **Balance:** | **\* $ 0.00** |
| REVENUE DETAIL - TYPE: COMPLAINT - NO AMT S | Amount Due: | $ | 90.00 | |
| | Amount Paid: | $ | 90.00 | |
| | Amount Credit: | $ | 0.00 | |
| | | | **Balance:** | **\* $ 0.00** |
| REVENUE DETAIL - TYPE: COMPLAINT - NO AMT S | Amount Due: | $ | 60.00 | |
| | Amount Paid: | $ | 60.00 | |
| | Amount Credit: | $ | 0.00 | |
| | | | **Balance:** | **\* $ 0.00** |