# EXHIBIT 27:

ROBERTS v. KNUTE III| 950800051| Eight District (Duchesne)

**EIGHTH JUDICIAL DISTRICT - DUCHESNE DISTRICT COURT**
**DUCHESNE, STATE OF UTAH**
**ROBERTS, JOHN W.  vs.  KNUTE III, LLC LENDERS TITLE, et al.**

CASE NUMBER    950800051 - {Civil}

CURRENT ASSIGNED JUDGE: JOHN R. ANDERSON

**Parties**

| Relationship | Party | Represented By |
|---|---|---|
| Defendant | LLC LENDERS TITLE KNUTE III | LARRY MOORE |
| Defendant | JAMIS M. JOHNSON | |
| Defendant | JAMES DOES | |
| Plaintiff | JOHN W. ROBERTS | M DAYLE JEFFS |
| Defendant | WASATCH CREDIT CORPORATION | |
| Defendant | DAVID KNUDSON | |
| Defendant | HOLLY KNUDSON | |

**Events**

| Date | Event |
|---|---|
| November 09, 1995 | Complaint filed |
| November 13, 1995 | Payment Received |
| November 13, 1995 | Fee Account created |
| November 13, 1995 | Event scheduled |
| March 04, 1996 | Fee Account created |
| March 04, 1996 | Judgment entered |
| March 04, 1996 | Payment Received |
| March 08, 1996 | Judgment information |
| March 24, 1996 | Trust Account created |
| March 24, 1996 | Payment Received |
| April 15, 1996 | Payment Received |
| April 15, 1996 | Fee Account created |
| November 29, 1996 | Filed: Request for Ruling |
| November 29, 1996 | Filed: Certificate of Mailing |
| December 20, 1996 | Filed: Response to Plaintiffs' Motion for Reconsideration |
| December 20, 1996 | Filed: Affidavit of John D. Boswell |
| December 20, 1996 | Filed: Response to Plaintiffs' Motion for Reconsideration |
| December 20, 1996 | Filed: Affidavit of John D. Boswell |
| December 30, 1996 | Filed: Reply to Defendant's Response to Plaintiff's Motion for Reconsideration |
| December 30, 1996 | Filed: Certificate of Mailing |
| January 16, 1997 | NOTICE for Case 950800051 ID 2964 |
| January 16, 1997 | ORAL ARGUMENTS set on 02/10/1997 |
| January 16, 1997 | ORAL ARGUMENTS set on 02/10/1997 |
| January 16, 1997 | ORAL ARGUMENTS set on 02/10/1997 |
| January 16, 1997 | ORAL ARGUMENTS set on 02/10/1997 |
| January 16, 1997 | ORAL ARGUMENTS set on 02/10/1997 |
| January 16, 1997 | ORAL ARGUMENTS set on 02/10/1997 |
| January 16, 1997 | NOTICE for Case 950800051 ID 2970 |
| January 16, 1997 | ORAL ARGUMENTS set on 02/10/1997 |
| March 28, 1997 | NOTICE for Case 950800051 ID 5967 |
| March 28, 1997 | Status Conference set on 04/21/1997 |
| April 22, 1997 | Filed: Stipulation |