# EXHIBIT 28:

BELDING v. RIDGEPOINT | 956918267 | Third District ( Salt lake)

## THIRD JUDICIAL DISTRICT - SALT LAKE COUNTY DISTRICT COURT
## SALT LAKE, STATE OF UTAH
### BELDING, PAMELA vs. RIDGEPOINT SAND AND GRAVEL, et al.

| CASE NUMBER | 956918627 - Abstract of Judgmen |
|---|---|

CURRENT ASSIGNED JUDGE: DIANNA GIBSON

**Parties**

| Relationship | Party | Represented By |
|---|---|---|
| Plaintiff | PAMELA BELDING | |
| Defendant | RIDGEPOINT SAND AND GRAVEL | |
| Defendant | INTERMOUNTAIN TRUCKING INC | |
| Defendant | JOHN GANN | |
| Defendant | JAMIS JOHNSON | |
| Defendant | LEE KNUDSEN | |
| Defendant | JOE JIMENEZ | |
| Defendant | ROBIN MOFFITT | |
| Defendant | WILLIAM PREECE | |

**Events**

| Date | Event |
|---|---|
| June 12, 1995 | Fee Payment |
| June 12, 1995 | Fee Account created |
| June 12, 1995 | Judgment entered |
| June 12, 1995 | Complaint filed |
| June 12, 1995 | Case disposition is Judgment |
| June 05, 2001 | Fee Payment |
| June 05, 2001 | Fee Account created |

**Account Summary**

| Account | Details | | | |
|---|---|---|---|---|
| REVENUE DETAIL - TYPE: ABSTRACT | Amount Due: | $ | 40.00 | |
| | Amount Paid: | $ | 40.00 | |
| | Amount Credit: | $ | 0.00 | |
| | | | **Balance:** | *** $ 0.00** |
| REVENUE DETAIL - TYPE: COPY FEE | Amount Due: | $ | 1.00 | |
| | Amount Paid: | $ | 1.00 | |
| | Amount Credit: | $ | 0.00 | |
| | | | **Balance:** | *** $ 0.00** |