# EXHIBIT 29:

US BANKCORP v. KNUDSON | 006700278 | Fourth District (Millard)

# FOURTH JUDICIAL DISTRICT - FILLMORE DISTRICT COURT
## MILLARD, STATE OF UTAH
### U S BANCORP LEASING & FINANCIA vs. KNUDSON, DAVID

CASE NUMBER   006700278 - Abstract of Judgmen

CURRENT ASSIGNED JUDGE: NONE

**Parties**

| Relationship | Party | Represented By |
|---|---|---|
| Plaintiff | U S BANCORP LEASING & FINANCIA | DAVID LETA |
| Defendant | DAVID KNUDSON | |
| Also Known As | DAVID L KNUDSEN | |
| Doing Business As | UTAH AGRI-SOURCE | |
| Doing Business As | UTAH AGRI-SOURCE | |

**Events**

| Date | Event |
|---|---|
| July 03, 2000 | Judgment Entered - Amount $132809.82 |
| July 03, 2000 | Case Disposition is Judgment |
| July 03, 2000 | Case filed by normab |
| July 03, 2000 | Fee Account created |
| July 03, 2000 | Fee Payment |
| July 03, 2000 | Judgment # 1 Modified $ 132809.82 |
| July 03, 2000 | Judgment # 1 Modified $ 132809.82 |
| July 03, 2000 | Judgment # 1 Modified $ 132809.82 |
| July 03, 2000 | Judgment # 1 Modified $ 132809.82 |

**Account Summary**

| Account | Details | | |
|---|---|---|---|
| REVENUE DETAIL - TYPE: ABSTRACT | Amount Due: | $ | 40.00 |
| | Amount Paid: | $ | 40.00 |
| | Amount Credit: | $ | 0.00 |
| | **Balance:** | | **\* $ 0.00** |