# EXHIBIT 30:

MSNTR INVESTMENTS v. SCHWENKE | 990910759 | Third District ( Salt Lake)

**THIRD JUDICIAL DISTRICT - SALT LAKE COUNTY DISTRICT COURT**
**SALT LAKE, STATE OF UTAH**
**MSNTR INVESTMENTS LTD.  vs.  SCHWENKE, A PAUL, et al.**

CASE NUMBER   990910759 - Lien/Mortgage Fcls

CURRENT ASSIGNED JUDGE: TODD M SHAUGHNESSY

**Parties**

| Relationship | Party | Represented By |
|---|---|---|
| Plaintiff | MSNTR INVESTMENTS LTD. | MARK BELL<br>SCOTT KUNKEL |
| Defendant | A PAUL SCHWENKE | |
| Defendant | BONNEVILLE INVESTMENT GROUP L | |
| Defendant | UTAH AGRISOURCE LLC | JAMIS M JOHNSON |
| Defendant | DAVID KNUDSON | |
| Defendant | FREDA A TANUVASA | |
| Defendant | ALOFA S TANUVASA | |
| Defendant | EILEEN CLARK | SCOTT KUNKEL |
| Defendant | RICHARD SOLOMON | SCOTT KUNKEL |
| Defendant | VAIFOA LEALA'ITAFEA | |
| Defendant | LESTER LEALA-ITAFEA | |
| Defendant | WAYNE WONG | |
| Defendant | KING S UDALL | |
| Defendant | STEVEN UDALL | |
| Defendant | LOEL TIBBETS | SCOTT KUNKEL |
| Defendant | PAULA TIBBETS | SCOTT KUNKEL |
| Defendant | JACK NELSON | SCOTT KUNKEL |
| Defendant | RON NELSON | SCOTT KUNKEL |
| Defendant | KURT NELSON | |
| Defendant | J DENNIS SIMPSON | |
| Doing Business As | ESCROW SPECIALISTS | |
| Defendant | VICTOR LAWRENCE | BLAKE ATKIN<br>VICTOR LAWRENCE |
| Defendant | DOES 1-40 | |
| Garnishee Defendant | ZIONS BANK | |

**Events**

| Date | Event |
|---|---|
| October 26, 1999 | Filed: Plaintiff's Demand for Jury |
| October 26, 1999 | Case filed by heaths |
| October 26, 1999 | Filed: Complaint   No Amount |
| October 26, 1999 | Filed: Demand Civil Jury |
| October 26, 1999 | Fee Account created |
| October 26, 1999 | Fee Account created |
| October 26, 1999 | Fee Payment |
| November 08, 1999 | Filed: Summons on return |
| November 08, 1999 | Filed: Summons on return |
| November 08, 1999 | Filed: Summons on return |
| November 08, 1999 | Filed: Summons on return |
| November 08, 1999 | Filed: Summons on return |
| November 08, 1999 | Filed: Summons on return |
| November 08, 1999 | Filed: Summons on return |