# EXHIBIT 31:

HIGH COUNTRY GRAIN v. UTAH AGRISOURCE | 00700095

| | |
|---|---|
| deeds of trust given by UTAH AGRISOURCE L.L.C. fbo CENTRAL BANK; U.S. BANK TRUST NATIONAL ASSOCIATION, a federal banking association; JAMIS M. JOHNSON, as trustee of that certain Trust Deed dated February 12, 1999 given by UTAH AGRISOURCE, L.L.C. fbo HARWARD IRRIGATION, INC., a Utah corporation; JAMIS M. JOHNSON, as trustee of that certain Trust Deed dated January 11, 1999 fbo HOLLY KNUDSON, an individual; CLARK REAL ESTATE CO., an Idaho corporation; FARM CREDIT SERVICES LEASING CORPORATION; DOUBLE "T" FEEDS; LIFE SOURCES INCORPORATED, a Utah corporation; and JOHN DOES 1 TO 100.<br><br>          Defendants. | ENT  81030:2004 PG 2 of 6 |

Judgment was entered in this action on September 4, 2003 for High Country Grain, Inc. and against Utah Agrisource L.L.C. and David Knudson in the amount of:

$ __3,516,185.99__       Principal

$ __---------__              Accrued interest to the date of judgment

$ __---------__              Accrued costs to the date of judgment

$ __---------__              Attorney fees

$ __3,516,185.99__       Total Judgment

with interest on the total at the rate of 3.41% per year from the date of judgment (a copy of which is attached hereto as Exhibit A) until paid, plus after-accruing costs.

The foregoing is a correct abstract of the judgment rendered in this court.

__June 8, 2004__                         __Irene Scott__
Date                                              Clerk's Signature

G:\hig20262\10MillardCounty\Abstract of Judgment.wpd            2

| | |
|---|---|
| deeds of trust given by UTAH AGRISOURCE L.L.C. fbo CENTRAL BANK; U.S. BANK TRUST NATIONAL ASSOCIATION, a federal banking association; JAMIS M. JOHNSON, as trustee of that certain Trust Deed dated February 12, 1999 given by UTAH AGRISOURCE, L.L.C. fbo HARWARD IRRIGATION, INC., a Utah corporation; JAMIS M. JOHNSON, as trustee of that certain Trust Deed dated January 11, 1999 fbo HOLLY KNUDSON, an individual; CLARK REAL ESTATE CO., an Idaho corporation; FARM CREDIT SERVICES LEASING CORPORATION; DOUBLE "T" FEEDS; LIFE SOURCES INCORPORATED, a Utah corporation; and JOHN DOES 1 TO 100.<br><br>Defendants. | ENT   81030:2004 PG 2 of 6 |

Judgment was entered in this action on September 4, 2003 for High Country Grain, Inc. and against Utah Agrisource L.L.C. and David Knudson in the amount of:

$ <u>3,516,185.99</u>    Principal

$ <u>---------</u>    Accrued interest to the date of judgment

$ <u>---------</u>    Accrued costs to the date of judgment

$ <u>---------</u>    Attorney fees

$ <u>3,516,185.99</u>    Total Judgment

with interest on the total at the rate of 3.41% per year from the date of judgment (a copy of which is attached hereto as Exhibit A) until paid, plus after-accruing costs.

The foregoing is a correct abstract of the judgment rendered in this court.

<u>June 8, 2004</u>        <u>Irene Scott</u>
Date                    Clerk's Signature

G:\hig20262\10MillardCounty\Abstract of Judgment.wpd        2