TAYTUM JORGENSEN
*Specially Appearing Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **MAX WARREN BARBER**, an individual;<br><br>Plaintiff(s),<br><br>vs.<br><br>**DAVID KNUDSON**, et al.,<br><br>Defendants. | **REQUEST TO BE DISMISSED FOR FAILURE TO SERVE**<br><br>Case No. 2:25-cv-00681-HCN-DBP<br>District Judge Howard C. Nielson, Jr.<br>Magistrate Judge Dustin B. Pead |

Defendant Taytum Jorgensen requests dismissal with prejudice due to Plaintiff's failure to serve Defendant within the time required. The deadline to serve Defendant was February 3, 2026, and proper service has not been completed. Plaintiff's failure to timely serve Defendant warrants dismissal with prejudice.

DATED February 5, 2026,

                                                      Respectfully submitted,

                                                      */s/Taytum Jorgensen/*
                                                      TAYTUM JORGENSEN
                                                      *Specially Appearing Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2026, I caused a true and correct copy of the foregoing to be served upon the following through CM/ECF notice of electronic filing:

Max Warren Barber, individually and as
Trustee of the MSB Trust

/s/TAYTUM JORGENSEN