DASTAN M. D'O
3556 S 5600 W, #1-852
SLC, UT 84120
*Specially Appearing Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **MAX WARREN BARBER**, an individual;<br><br>Plaintiff(s),<br><br>vs.<br><br>**DAVID KNUDSON**, et al.,<br><br>Defendants. | **SECOND DECLARATION OF DASTAN M. D'O (DIO)**<br><br><br>Case No. 2:25-cv-00681-HCN-DBP<br>District Judge Howard C. Nielson, Jr.<br>Magistrate Judge Dustin B. Pead |

I, Dastan M D'o, declare as follows:

1. I am a named Defendant in the above-captioned action. I make this declaration based on my personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

2. I submit this declaration in support of my Second Motion to Quash Service of Process.

3. I was never personally served with the summons and complaint in this action. No process server, sheriff, or any other person ever personally delivered to me a copy of the summons or complaint in this matter.

4. My sister lives in Mountain Green, UT, not Lehi.

5. On January 26, 2026, I called Onyx Black at the number listed on its website[1] (801.882.2339) and spoke with a female receptionist. I requested information about any legal service of process services they offer. She responded confused and indicated Onyx Black

---

[1] https://www.onyxblack.com

LLC doesn't offer services like that. She explained that the *only* service they offer is luxury transportation services for corporate executives.

   6.  I expressed I was confused by that, explaining that someone by the name of "Julian Dotson" submitted a sworn declaration in a Federal Court case purporting to have served legal papers courtesy of Onyx Black LLC. She indicated, in no uncertain terms, that there was no one at Onyx Black by that name and reiterated they do not and have never provided legal service of process services.

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

   Executed on February 4, 2026, Utah.


                                        <u>/s/Dastan M D'o          </u>
                                        DASTAN M. D'O
                                        Declarant