# EXHIBIT A





# Onyx Black

Executive Transportation Services

Onyx Black is an esteemed executive transportation service. With a strong focus on luxury and protection, our brand epitomizes sophistication and elegance. At Onyx Black, we pride ourselves on providing unparalleled transportation experiences that leave a lasting impression. With Onyx Black, you can expect nothing short of excellence in every aspect of our service.

View The Fleet



# What to Expect

**On Time**

**Professional**

**Security**

(801) 882-2339

Concierge@OnyxBlack.com

633 N 400 W, Salt Lake City
Utah 84113

Powered By Outside Marketing Group

## BUSINESS ENTITY SEARCH RESULTS

| Name | Other Name | Filing Date/Time | Status | Status Details | File Date | Type | Subtype | Entity Number |
|---|---|---|---|---|---|---|---|---|
| Onyx Black | | 10/03/2025 12:00 AM | Active | Current | 10/03/2025 | Assumed Name (DBA) | | 14617518-0151 |
| ONYX BLACK TRANSPORTATION, LLC | | 09/27/2023 12:00 AM | Active | Current | 09/27/2023 | Domestic Limited Liability Company | Limited Liability Company | 13611836-0160 |

Page 1 of 1, records 1 to 2 of 2

Return To Search

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

ONYX BLACK

**Entity Number:**

14617518-0151

**Entity Type:**

Assumed Name (DBA)

**Entity Subtype:**

None

**Formation Date:**

10/03/2025

**Profession:**

N/A

**Formation Effective Date:**

10/03/2025

**Entity Status:**

Active

**Renew By Date:**

11/02/2028

**Entity Status Details:**

Current

**Last Renewed Date:**

N/A

Status Updated On:

10/03/2025

## REGISTERED AGENT INFORMATION

Name:

Harold Lazarus

Registered Agent Type:

Individual

Street Address:

633 N 400 W, Salt Lake City, UT, 84103, USA

Last Updated:

10/3/2025 8:55:09 AM

## PRINCIPAL INFORMATION

| Title | Name | Address | Last Updated |
|---|---|---|---|
| Owner | ONYX BLACK TRANSPORTATION, LLC | 633 N 400 W, SALT LAKE CITY, UT, 84103, USA | 10/03/2025 |

Page 1 of 1, records 1 to 1 of 1

## ADDRESS INFORMATION

Physical Address:

633 N 400 W, Salt Lake City, UT, 84103, USA

Updated Date:

10/3/2025 8:55:09 AM

Mailing Address:

PO BOX 708025, Sandy, UT, 84070, USA

Updated Date:

10/3/2025 8:55:09 AM

Filing History	Name History	Mergers/Conversions	Associated DBAs

Return to Search	Return to Results

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

ONYX BLACK TRANSPORTATION, LLC

**Entity Number:**

13611836-0160

**Entity Type:**

Domestic Limited Liability Company

**Entity Subtype:**

Limited Liability Company

**Formation Date:**

09/27/2023

**Profession:**

N/A

**Formation Effective Date:**

09/27/2023

**Entity Status:**

Active

**Renew By Date:**

09/30/2026

**Entity Status Details:**

Current

**Last Renewed Date:**

09/17/2025

Status Updated On:

09/17/2025

## REGISTERED AGENT INFORMATION

Name:

JOSEPH R. GOODMAN, JR., L.C.

Registered Agent Type:

Entity

Entity Number:

5295884-0160 (/BusinessSearch/BusinessInformation?businessId=5295884&Source=fromFormation)

Status:

Active

Street Address:

5012 SOUTH 1130 WEST, TAYLORSVILLE, UT, 84123, USA

Last Updated:

9/17/2025 9:48:53 AM

## PRINCIPAL INFORMATION

| Title | Name | Address | Last Updated |
|---|---|---|---|
| Manager | Stephany M Garcia | 2901 W BLUEGRASS BLVD, STE 430, Lehi, UT, 84043, USA | 03/31/2025 |

Page 1 of 1, records 1 to 1 of 1

## ADDRESS INFORMATION

Physical Address:

633 N 400 W, SALT LAKE CITY, UT, 84103, USA

Updated Date:

9/17/2025 9:48:53 AM

**Mailing Address:**

PO Box 708025, Sandy, UT, 84070, USA

**Updated Date:**

9/17/2025 9:48:53 AM

Filing History    Name History    Mergers/Conversions    Associated DBAs

Return to Search    Return to Results