# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MAX WARREN BARBER, an individual;<br><br>Plaintiff(s),<br><br>vs.<br><br>DAVID KNUDSON, et al.,<br><br>Defendants. | DECLARATION OF CODY KIRKHAM<br><br><br>Case No. 2:25-cv-00681-HCN-DBP<br>District Judge Howard C. Nielson, Jr.<br>Magistrate Judge Dustin B. Pead |

I, Cody J. Kirkham, declare as follows:

1. I make this declaration based on my personal knowledge.

2. I am over 18 years of age and if called as a witness I could and would testify competently to the facts stated herein.

3. I have reviewed the Declaration of Julian Dotson.

4. I reside at 1334 S. 960 E., Heber City, UT 84032 with my girlfriend

5. On January 25, 2026, an adult male came to our home to serve legal papers on Pace and Stacey Johnson.

6. He did not give his name.

7. He asked me if I was Mr. Johnson. I said no.

8. I told him I rent the home from Mr. Johnson, that he's the owner, and that he lives in Spain with his family, not here.

9. Contrary to Mr. Dotson's sworn declaration, I never stated in any terms that we only rent a portion of the home, or that we share the space with Mr. Johnson and his wife, or that they're co-residents or co-tenants.

10. I rent the entire home.

11. Only my girlfriend, myself and daughters reside there.

12. Mr. Johnson, his wife and his family do not reside here.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 26, 2026, Utah.

_____
CODY KIRKHAM
Declarant