# EXHIBIT D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **MAX WARREN BARBER**, an individual;<br><br>Plaintiff(s),<br><br>vs.<br><br>**DAVID KNUDSON**, et al.,<br><br>Defendants. | **DECLARATION OF TAYLER FELLER**<br><br><br>Case No. 2:25-cv-00681-HCN-DBP<br>District Judge Howard C. Nielson, Jr.<br>Magistrate Judge Dustin B. Pead |

I, Tayler Feller, declare as follows:

1. I make this declaration based on my personal knowledge.

2. I am over 18 years of age and if called as a witness I could and would testify competently to the facts stated herein.

3. I have reviewed the Declaration of Julian Dotson.

4. I reside at 1334 S. 960 E., Heber City, UT 84032 with my boyfriend who rents the house

5. On January 16, 2026, an adult male came to the home to serve legal papers on Stacy Roberts.

6. He did not give his name.

7. He asked me if I was Mrs. Roberts, I said no.

8. I told him my boyfriend rents the home, and that the landlords lives in Spain and not here.

9. Contrary to Mr. Dotson's sworn declaration, I never stated in any terms that my boyfriend only rents a portion of the home, or that he shares the space with Mrs. Roberts or her family, or that they're co-residents or co-tenants. I also never stated that they on vacation or traveling to Spain

10. My boyfriend rents the entire home.

11. Only my boyfriend, myself and my boyfriend's daughters reside there.

12. Mrs. Roberts, her husband and her family do not reside here.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 27, 2026, Utah.

_____
TAYLER FELLER
Declarant