

 🔍 Julian Dotson in Sacramento, CA

People Directory > Last Name (D) > Dotson > Julian Dotson > CA > Sacramento > Details

 **Julian Dotson** Age: 26

⬇ **FULL BACKGROUND REPORT**

🏠 **CURRENT ADDRESS**

9191 Tuolumne Dr
Sacramento, CA 95826 2475 📍
Sacramento County
*Last reported in January of 1*


Map data ©2026 Google Report a map error

---

**CURRENT ADDRESS PROPERTY SUMMARY**

Bedrooms
**6**

Year Built
**1964**

Last Sale Amount
**$145,000**

Ownership Type
**Corporate**

Subdivision
**Larchmont Rivera 10**

Bathrooms
**4.00**

Estimated Value
**$603,000**

Last Sale Date
**9/8/2000**

Land Use
**Duplex 2 Units**

Lot SQ FT
**8,783**

Square Feet



2,846

Estimated Equity
**$603,000**

Occupancy Type
**Non-Owner Occupied**

Property Class
**Residential**

School District
**Sacramento City Unified School District**

---

📙 **PHONE NUMBERS**

None found

---

📑 **FULL BACKGROUND REPORT**

- ✅ Full Name
- ✅ Current Address
- ✅ Phone Number
- ✅ Prior Residences
- ✅ Relatives
- ✅ Aliases and AKA's
- ✅ Age / Birth Month and Year
- ✅ Neighbors
- ✅ Property Records
- ✅ Bankruptcies
- ✅ Judgments and Liens
- ✅ Marriage and Divorce
- ✅ Birth and Death Records
- ✅ Misdemeanors
- ✅ Criminal Check
- ✅ Sex Offender Check

**⬇ FULL BACKGROUND REPORT**

x

---

@ **EMAIL ADDRESSES**

[julianhtxdotson@gmail.com](mailto:julianhtxdotson@gmail.com) | [julian.d17.ark.hog@gmail.com](mailto:julian.d17.ark.hog@gmail.com)

## OTHER OBSERVED NAMES

Julian Raphael Dotson | Julian Rapheal Dotson | Julian R Dotson

---

## ADDRESS HISTORY

2217 Polo Club Dr UNIT 203
Kissimmee, FL 34741 2695 
Osceola County
*Last reported in January of 1*

3017 Marta Cir APT 305
Kissimmee, FL 34741 0754
Osceola County
*Last reported in January of 1*

1735 W Missouri Ave
Phoenix, AZ 85015 2653
Maricopa County
*Last reported in January of 1*

8125 S 44th Gln
Laveen, AZ 85339 5470 
Maricopa County
*Last reported in January of 1*

🔒 **UNLOCK BACKGROUND REPORT**

---

## POSSIBLE RELATIVES

None found

---

## POSSIBLE ASSOCIATES

Alahna Kay Jarman | Billy J Holmes | Bjourn D Avery | Daniel L Cooley JR | Debora E Blosser | Gregory J Castro Disla | Heilan Enrique Zorrilla | Kaleigh M Goff

---

## POSSIBLE BUSINESSES

None found

⌄

**Julian Dotson** is **26** years old. Julian's email addresses include julianhtxdotson@gmail.com , ,
julian.d17.ark.hog@gmail.com , ,

**Julian Dotson** currently lives at 9191 Tuolumne Dr, Sacramento, CA

**Julian Dotson** previously lived at 2217 Polo Club Dr Unit 203, Kissimmee, FL | 3017 Marta Cir Apt 305,
Kissimmee, FL |

---

## Public Records for

Sponsored by **Truthfinder.com**

**Julian R Dotson**

Sacramento, CA

Age

DETAILS

---

## Public Records for

Sponsored by **Instantcheckmate.com**

**Julian R Dotson**

Sacramento, CA

Age

DETAILS

---

## Public Records for

Sponsored by **Beenverified.com**

**Julian Dotson**

Sacramento, CA

Age **26**                                                                    x

DETAILS

---

Directory:   A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

## NEED MORE DATA IN REAL-TIME?

⌄

Get access to our partners' unparalleled suites of data. Whether you need in-depth contact data for Contact Enrichment or Sales and Marketing Intelligence.

START FREE TRIAL

| Terms | Privacy Notice | Do Not Sell or Share My Personal Information | Developer API | Notice at Collection | Contact | FAQ's | About Us |



© 2026 CyberBackgroundCheck, Inc. All rights reserved.

Version GalaxyTi

CyberBackgroundChecks.com is not a Consumer Reporting Agency (CRA) as defined by the Fair Credit Reporting Act (FCRA). This site can't be used for employment, credit or tenant screening, or any related purpose.

Privacy Preferences

We and our partners share information on your use of this website to help improve your experience. For more information, or to opt out click the Do Not Sell My Information button below.

Consent    Do Not Sell My Information

x