The Order of the Court is stated below:
**Dated:** April 24, 2025    /s/  NOEL S. HYDE
05:10:47 PM    District Court Judge

Titan Legal
Kirk A. Cullimore #3640
David R. Todd #13884
Nicholas P. Lloyd #17492
12339 S. 800 E. Suite 100, Draper, UT 84020
Tele: (801) 571-6611
litigation@titanlegal.com
*Attorneys for Plaintiff*

IN THE SECOND DISTRICT COURT, STATE OF UTAH
WEBER COUNTY, OGDEN DEPARTMENT

| | |
|---|---|
| THE BIGELOW APARTMENTS<br>Plaintiff<br>vs.<br><br>JULIAN DOTSON<br>Defendant | **DEFAULT JUDGMENT**<br><br>Civil No. 240908966<br>Judge: Noel S Hyde |

Defendant JULIAN DOTSON have failed to plead or otherwise defend in this action and default has been entered. IT IS HEREBY ORDERED that Plaintiff be awarded Judgment against Defendant in the amount of:

| | |
|---|---|
| Previous Balance | $1815.13 |
| Daily Rent 12/1/2024 - 12/9/2024 | $374.04 |
| Future Rent from 02/01/2025 - 3/31/2025 | $2452.04 |
| Late Fees | $237.80 |
| Utilities | $487.32 |
| Trash | $50.00 |
| Tax | $26.62 |
| Media Package | $130.00 |
| Insurance | $28.00 |
| Service of Notice | $30.00 |
| Eviction Turn Over | $50.00 |
| Concession | $1500.00 |
| Treble Damages 12/10/2024 - 1/31/2025 | $6608.04 |
| Court Fee | $200.00 |
| Serve Summons and Complaint | $50.00 |
| Serve Order of Restitution | $29.00 |
| Attorney Fees | $772.50 |

| | |
|---|---|
| Credit | -$0.00 |
| Payments | -$0.00 |
| **TOTAL JUDGMENT** | **$14840.49** |

  Interest shall accrue on this judgment as provided by Utah Code Annotated §15-1-4, or by contract at the rate of 24% from the date of judgment until paid.

  This Judgment may, by motion, be augmented in the amount of reasonable costs and attorney fees by court order.

  ISSUED under the seal of the court:   Official signature appears at the top of the first page.