# EXHIBIT B:

Filings from *State of Utah v. Dastan Do* (Case 251401804 - Address Admission)

Dastan M D'o
591 W Horizon Dr
LEHI, UT 84043
Tel 3852165922
Eml dmd@dmdlawfirm.com

---

IN THE FOURTH JUDICIAL DISTRICT COURT
UTAH COUNTY, STATE OF UTAH, PROVO DEPARTMENT

| | |
|---|---|
| STATE OF UTAH,<br>        Plaintiff,<br>vs.<br><br>DASTAN DO,<br>        Defendant. | **Appearance (Pro Se)**<br><br>Case Number:251401804<br><br>Judge:ROGER W GRIFFIN |

Defendant appears pro se and on his own behalf is this case.


DATED this 15 day of May, 2025.


                                        /s/ Dastan M D'o
                                        Dastan M D'o
                                        Attorney at Law

**Mailing Certificate**

I hereby certify that the foregoing was sent via the following means, on the <u>15</u> day of <u>May, 2025</u>, to the following individuals:

<u>/s/ Dastan M D'o</u>
Dastan M D'o