# EXHIBIT C:

Information/Charging document for forgery charges against Dastan D'o

JEFFREY S. GRAY #5852
Utah County Attorney
VALERIE ARONOFF #17606
Deputy Utah County Attorney
100 East Center, Suite 2100
Provo, Utah 84606
Email:  dcourt@utahcounty.gov
Phone: (801) 851-8026
Fax: (801) 851-8051

## IN THE FOURTH JUDICIAL DISTRICT COURT
## UTAH COUNTY, STATE OF UTAH

| STATE OF UTAH, **Plaintiff,** vs. **DASTAN D'O AKA DALLIN DURBANO** 3556 S 5600 W Salt Lake City, UT 84120 DOB: 6/22/1985 SID: 1497046 **Defendant.** | **INFORMATION** Case No. Judge OTN: **BAIL:** Summons |
|---|---|

The State of Utah, by and through the Utah County Attorney's Office, charges the defendant with the commission of the following offense(s):

COUNT 1: FORGERY, a Third Degree Felony, in violation of Utah Code Ann. § 76-6-501, in that on or about 7/29/2024, in Utah County, the defendant, Dastan D'o, AKA Dallin Durbano, did, with purpose to defraud anyone, or with knowledge that he was facilitating a fraud to be perpetrated by anyone,
(a) alter any writing of another without his authority or uttered the altered writing; or
(b) make, complete, execute, authenticate, issue, transfer, publish, or utter any writing so that the writing or the making, completion, execution, authentication, issuance, transference, publication or utterance:
(i) purported to be the act of another, whether the person was existent or nonexistent;
(ii) purported to be an act on behalf of another party without the authority of that other party; or

1

(iii) purported to have been executed at a time or place or in a numbered sequence other than was in fact the case, or to be a copy of an original when no such original existed, to wit: signature on document regarding Da.D.

COUNT 2: FORGERY, a Third Degree Felony, in violation of Utah Code Ann. § 76-6-501, in that on or about 7/29/2024, in Utah County, the defendant, Dastan D'o, AKA Dallin Durbano, did, with purpose to defraud anyone, or with knowledge that he was facilitating a fraud to be perpetrated by anyone,
(a) alter any writing of another without his authority or uttered the altered writing; or
(b) make, complete, execute, authenticate, issue, transfer, publish, or utter any writing so that the writing or the making, completion, execution, authentication, issuance, transference, publication or utterance:
(i) purported to be the act of another, whether the person was existent or nonexistent;
(ii) purported to be an act on behalf of another party without the authority of that other party; or
(iii) purported to have been executed at a time or place or in a numbered sequence other than was in fact the case, or to be a copy of an original when no such original existed, to wit: signature on document regarding De.D.

COUNT 3: FORGERY, a Third Degree Felony, in violation of Utah Code Ann. § 76-6-501, in that on or about 7/29/2024, in Utah County, the defendant, Dastan D'o, AKA Dallin Durbano, did, with purpose to defraud anyone, or with knowledge that he was facilitating a fraud to be perpetrated by anyone,
(a) alter any writing of another without his authority or uttered the altered writing; or
(b) make, complete, execute, authenticate, issue, transfer, publish, or utter any writing so that the writing or the making, completion, execution, authentication, issuance, transference, publication or utterance:
(i) purported to be the act of another, whether the person was existent or nonexistent;
(ii) purported to be an act on behalf of another party without the authority of that other party; or
(iii) purported to have been executed at a time or place or in a numbered sequence other than was in fact the case, or to be a copy of an original when no such original existed, to wit: signature on document regarding K.D.

COUNT 4: FORGERY, a Third Degree Felony, in violation of Utah Code Ann. § 76-6-501, in that on or about 7/30/2024, in Utah County, the defendant, Dastan D'o, AKA Dallin Durbano, did, with purpose to defraud anyone, or with knowledge that he was facilitating a fraud to be perpetrated by anyone,
(a) alter any writing of another without his authority or uttered the altered writing; or
(b) make, complete, execute, authenticate, issue, transfer, publish, or utter any writing so that the writing or the making, completion, execution, authentication, issuance, transference, publication or utterance:
(i) purported to be the act of another, whether the person was existent or nonexistent;
(ii) purported to be an act on behalf of another party without the authority of that other party; or
(iii) purported to have been executed at a time or place or in a numbered sequence other than was

in fact the case, or to be a copy of an original when no such original existed, to wit: filed document with court regarding Da.D.

COUNT 5: FORGERY, a Third Degree Felony, in violation of Utah Code Ann. § 76-6-501, in that on or about 7/30/2024, in Utah County, the defendant, Dastan D'o, AKA Dallin Durbano, did, with purpose to defraud anyone, or with knowledge that he was facilitating a fraud to be perpetrated by anyone,
(a) alter any writing of another without his authority or uttered the altered writing; or
(b) make, complete, execute, authenticate, issue, transfer, publish, or utter any writing so that the writing or the making, completion, execution, authentication, issuance, transference, publication or utterance:
(i) purported to be the act of another, whether the person was existent or nonexistent;
(ii) purported to be an act on behalf of another party without the authority of that other party; or
(iii) purported to have been executed at a time or place or in a numbered sequence other than was in fact the case, or to be a copy of an original when no such original existed, filed document with court re: De.D.

COUNT 6: FORGERY, a Third Degree Felony, in violation of Utah Code Ann. § 76-6-501, in that on or about 7/30/2024, in Utah County, the defendant, Dastan D'o, AKA Dallin Durbano, did, with purpose to defraud anyone, or with knowledge that he was facilitating a fraud to be perpetrated by anyone,
(a) alter any writing of another without his authority or uttered the altered writing; or
(b) make, complete, execute, authenticate, issue, transfer, publish, or utter any writing so that the writing or the making, completion, execution, authentication, issuance, transference, publication or utterance:
(i) purported to be the act of another, whether the person was existent or nonexistent;
(ii) purported to be an act on behalf of another party without the authority of that other party; or
(iii) purported to have been executed at a time or place or in a numbered sequence other than was in fact the case, or to be a copy of an original when no such original existed, to wit: filed document with court regarding K.D.

PROBABLE CAUSE STATEMENT: T Jensen of the Draper Police Department, having probable cause to believe that the defendant committed the above-listed offense(s), submitted the following evidence in support of the filing of this Information:

> On November 4, 2024, Draper P.D. was dispatched to a fraud investigation. The complainant, SD stated her ex-husband had recently changed his name. His prior name was Dallin Durbano and is now Dastan D'o. S.D. received a text on August 20, 2024 from Daston asking her for permission to change the last name of their two sons to match his name, and to change their daughter's full name. S.D. texted back and told Daston she did not agree and that Daston does not have her permission to change their children's names. Around October 15, 2024 S.D.s attorney found court filings on the legal Xchange website for their children's

name to be changed. The court filings showed S.D.'s name as the mother, and her signature. S.D. told the officer she had not seen those documents until her attorney told her about them, and that she did not sign those documents. The documents are dated July 29, 2024 and were notarized by her ex-husband using his prior name of Dallin Durbano. The address below S.D.'s name belongs to her ex-husband's law office and the phone number under S.D.'s name belongs to her ex-husband's sister. The three separate documents were provided to the officer, one for each child, a male child, Da.D, a male child De.D. and a female child K.D. The documents were filed on July 30, 2024 in the Fourth Judicial District - Provo District Court case number 2434000842.

Based upon evidence received from T Jensen of the Draper Police Department, I have reason to believe the defendant committed the offense(s) as charged herein.

Authorized for presentment and filing this May 12, 2025.

                               UTAH COUNTY ATTORNEY'S OFFICE

Sworn to by:

                    /s/ Valerie Aronoff
                    VALERIE ARONOFF
                    Deputy Utah County Attorney