# EXHIBIT D:

Case Filing History / Docket (Showing active status)

**FOURTH JUDICIAL DISTRICT - PROVO DISTRICT COURT**
**UTAH, STATE OF UTAH**
**STATE OF UTAH vs. DO, DASTAN**

CASE NUMBER  251401804 - State Felony

CURRENT ASSIGNED JUDGE: ROGER W GRIFFIN

**Parties**

| Relationship | Party | Represented By |
|---|---|---|
| Plaintiff | STATE OF UTAH | JEFFREY GRAY<br>M JARED PERKINS<br>RACHEL MAXWELL BOOKER |
| Defendant | DASTAN DO | DEFENDER PUBLIC<br>DSTAN D'O<br>DSTAN D'O<br>ADDISON BLAIR |
| Also Known As | DALLIN DURBANO | |
| Also Known As | DASTAN D'O | |

**Charges**

| | Offense | Offense Date |
|---|---|---|
| Charge 1 | 76-6-501 - FORGERY 3rd Degree Felony<br>Plea:          October 22, 2025 Not Guilty | July 29, 2024 |
| Charge 2 | 76-6-501 - FORGERY 3rd Degree Felony<br>Plea:          October 22, 2025 Not Guilty | July 29, 2024 |
| Charge 3 | 76-6-501 - FORGERY 3rd Degree Felony<br>Plea:          October 22, 2025 Not Guilty | July 29, 2024 |
| Charge 4 | 76-6-501 - FORGERY 3rd Degree Felony<br>Plea:          October 22, 2025 Not Guilty | July 30, 2024 |
| Charge 5 | 76-6-501 - FORGERY 3rd Degree Felony<br>Plea:          October 22, 2025 Not Guilty | July 30, 2024 |
| Charge 6 | 76-6-501 - FORGERY 3rd Degree Felony<br>Plea:          October 22, 2025 Not Guilty | July 30, 2024 |

**Events**

| Date | Event |
|---|---|
| May 12, 2025 | Filed: INFORMATION |
| May 12, 2025 | Case filed by efiler |
| May 12, 2025 | Filed: Return of Electronic Notification |
| May 12, 2025 | Filed: Summons - To Issue (Proposed) |
| May 12, 2025 | Filed: Return of Electronic Notification |
| May 12, 2025 | Filed: Appearance of Counsel/Notice of Limited Appearance |
| May 12, 2025 | Filed: Return of Electronic Notification |
| May 15, 2025 | Filed: Appearance of Counsel/Notice of Limited Appearance:  Appearance (Pro Se) |
| May 15, 2025 | Filed: Return of Electronic Notification |
| May 30, 2025 | WBX INITIAL APPEARANCE     on 06/18/2025 |
| May 30, 2025 | Filed: Summons Issued |
| May 30, 2025 | Filed: Return of Electronic Notification |
| May 31, 2025 | Filed: Return of Electronic Notification |
| June 05, 2025 | Filed: Appearance of Counsel/Notice of Limited Appearance for Victim |
| June 05, 2025 | Filed: Return of Electronic Notification |
| June 17, 2025 | Filed: Order (Proposed) Pretrial Protective Order |
| June 17, 2025 | Filed: Return of Electronic Notification |
| June 18, 2025 | INITIAL APPEARANCE |
| June 18, 2025 | Filed: Other - Not Signed Order (Proposed) Pretrial Protective Order |

| | |
|---|---|
| June 18, 2025 | Filed: Return of Electronic Notification |
| June 20, 2025 | WBX WAIVER HEARING   set on 07/09/2025 |
| June 20, 2025 | Filed: INITIAL APPEARANCE |
| June 21, 2025 | Filed: Return of Electronic Notification |
| June 25, 2025 | Filed: Appearance of Counsel/Notice of Limited Appearance |
| June 25, 2025 | Filed: Request for Discovery |
| June 25, 2025 | Filed: Return of Electronic Notification |
| July 09, 2025 | CONTINUANCE |
| July 10, 2025 | WBX WAIVER HEARING continued to 08/13/20 |
| July 10, 2025 | Filed: Order (Proposed) Amended Pretrial Protective Order |
| July 10, 2025 | Filed: Return of Electronic Notification |
| July 12, 2025 | Filed: Order Amended Pretrial Protective Order |
| July 12, 2025 | Filed: Return of Electronic Notification |
| July 14, 2025 | Filed: Pre-Trial Protective Order |
| July 15, 2025 | Filed: Return of Electronic Notification |
| July 21, 2025 | Filed: Protective Order Return of Service |
| July 22, 2025 | Filed: Return of Electronic Notification |
| July 28, 2025 | Filed: Request for Discovery |
| July 28, 2025 | Filed: Return of Electronic Notification |
| August 13, 2025 | CONTINUANCE |
| August 14, 2025 | WBX WAIVER HEARING continued to 08/20/20 |
| August 20, 2025 | CONTINUANCE |
| August 25, 2025 | WBX WAIVER HEARING continued to 09/24/20 |
| September 24, 2025 | PRELIMINARY HEARING-WAIVE |
| September 25, 2025 | WBX PRELIMINARY HEARING   on 10/22/2025 |
| September 25, 2025 | Filed: PRELIMINARY HEARING-WAIVE |
| September 26, 2025 | Filed: Return of Electronic Notification |
| October 22, 2025 | PRELIMINARY HEARING |
| November 03, 2025 | Filed: Motion Victim s Motion for Extension of Time |
| November 03, 2025 | Filed: Request/Notice to Submit Victim s Motion for Extension of Time |
| November 03, 2025 | Filed: Order (Proposed) on Victim s Motion for Extension of Time |
| November 03, 2025 | Filed: Return of Electronic Notification |
| November 04, 2025 | Filed: Order on Victim s Motion for Extension of Time |
| November 04, 2025 | Filed: Return of Electronic Notification |
| November 04, 2025 | WBX FINAL PRETRIAL CONFERENCE 06/10/2026 |
| November 04, 2025 | JURY TRIAL DAY 1    set on 06/30/2026 |
| November 04, 2025 | JURY TRIAL DAY 2    set on 07/02/2026 |
| November 04, 2025 | Charge 1  Plea is Not Guilty |
| November 04, 2025 | Charge 2  Plea is Not Guilty |
| November 04, 2025 | Charge 3  Plea is Not Guilty |
| November 04, 2025 | Charge 4  Plea is Not Guilty |
| November 04, 2025 | Charge 5  Plea is Not Guilty |
| November 04, 2025 | Charge 6  Plea is Not Guilty |
| November 04, 2025 | Filed: PRELIMINARY HEARING |
| November 05, 2025 | Filed: Return of Electronic Notification |
| November 05, 2025 | Filed: Memorandum SAMANTHA DURBANO S MEMORANDUM OPPOSING MODIFICATION OF THE PRETRIAL PROTECTIVE ORDERS |
| November 05, 2025 | Filed: Return of Electronic Notification |
| November 12, 2025 | Filed: Audio Request Media/MP3 (06/08/25   07/09/25 Hearings - PUBLIC DEFENDERS OFFICE) |
| November 12, 2025 | Fee Account created |

| | |
|---|---|
| November 12, 2025 | Filed: Return of Electronic Notification |
| November 19, 2025 | WBX ORAL ARGUMENT   set on 11/19/2025 |
| November 19, 2025 | ORAL ARGUMENTS |
| November 20, 2025 | Filed: Return of Electronic Notification |
| November 24, 2025 | WBX FINAL PRETRIAL CONFERENCE 05/20/2026 |
| November 24, 2025 | NOTICE for Case 251401804 ID 25873910 |
| November 24, 2025 | Filed: Notice for Case 251401804 FS Judge: ROGER W GRIFFIN |
| November 24, 2025 | Filed: ORAL ARGUMENTS |
| November 25, 2025 | Filed: Return of Electronic Notification |
| December 12, 2025 | Filed: Protective Order (Proposed) |
| December 12, 2025 | Filed: Return of Electronic Notification |
| December 18, 2025 | Filed: Protective Order |
| December 18, 2025 | Filed: Return of Electronic Notification |
| December 19, 2025 | Filed: Appearance of Counsel/Notice of Limited Appearance |
| December 19, 2025 | Filed: Return of Electronic Notification |
| December 19, 2025 | Filed: Amended Pre-Trial Protective Order |
| December 20, 2025 | Filed: Return of Electronic Notification |
| December 26, 2025 | Filed: Amended Protective Order Return of Service |
| December 26, 2025 | Filed: (Refused) Protective Order Acknowledgment of Firearm Restriction |
| December 26, 2025 | Filed: Return of Electronic Notification |
| December 30, 2025 | Fee Account created |
| December 30, 2025 | Fee Payment |

**Account Summary**

| Account | Details | | | |
|---|---|---|---|---|
| REVENUE DETAIL - TYPE: ELEC STORAGE MEDIUM | Amount Due: | $ | 0.00 | |
| | Amount Paid: | $ | 0.00 | |
| | Amount Credit: | $ | 0.00 | |
| | | | Balance: | * $ 0.00 |
| REVENUE DETAIL - TYPE: FLOPPY DISK COPY | Amount Due: | $ | 0.00 | |
| | Amount Paid: | $ | 0.00 | |
| | Amount Credit: | $ | 0.00 | |
| | | | Balance: | * $ 0.00 |
| REVENUE DETAIL - TYPE: ELEC STORAGE MEDIUM | Amount Due: | $ | 15.00 | |
| | Amount Paid: | $ | 15.00 | |
| | Amount Credit: | $ | 0.00 | |
| | | | Balance: | * $ 0.00 |
| REVENUE DETAIL - TYPE: FLOPPY DISK COPY | Amount Due: | $ | 15.00 | |
| | Amount Paid: | $ | 15.00 | |
| | Amount Credit: | $ | 0.00 | |
| | | | Balance: | * $ 0.00 |

**Account Adjustments**

| Date | Amount | Reason |
|---|---|---|
| November 12, 2025 | -* $ 15.00 | Government filer |
| November 12, 2025 | -* $ 15.00 | Government filer |