# UNITED STATES DISTRICT COURT
for the

FILED
2026 FEB 9 AM 7:41
CLERK
U.S. DISTRICT COURT

MAX WARREN BARBER, an individual;
and MAX WARREN BARBER as Trustee of
the MSB TRUST,

*Plaintiff(s)*

v.

DAVID KNUDSON, an individual; JAMIS MELWOOD JOHNSON, an individual; ADRIAN ISAAC JOHNSON, an individual; KAREN SALAS, an individual; STACY ROBERTS JOHNSON, an individual; PACE WILLIAM JOHNSON, an individual; STEPHANIE STRASNICK JOHNSON, an individual; TAYTUM JORGENSEN, an individual; JARED L. ANDERSON, an individual; DASTAN M. DO, an individual; DAVID GARDNER, an individual; JEREMY SHORT, an individual; GRAVITY CAPITAL, LLC, a Utah limited liability company; GRAVITY FUNDING, LLC, a Utah limited liability company; GRAVITY SEGREGATION, LLC, a Utah limited liability company; GRAVITY SEGREGATION II, LLC, a Utah limited liability company; 1028 S 1900 E LLC, a Utah limited liability company; CR TRUE LLC, a Utah limited liability company; and DOES 1-10,

*Defendant(s)*

Civil Action No. Case 2:25-cv-00681-HCN-DBP

JUDGE: District Judge Howard C. Nielson, Jr.
Magistrate Judge Dustin B. Pead

## SUMMONS IN A CIVIL ACTION

To: TAYTUM JORGENSEN
2708 River Rd, Unit 3
Saint George, UT 84790

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P Serdar
CLERK OF COURT

Date: 18th September 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-CV-00681-HCN-DBP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* TAYTUM JORGENSEN
was received by me on *(date)* 1/15/26.

☑ I personally served the summons on the individual at *(place)* PACE JOHNSON LAW GROUP
( 231 E. 400 S. Ste 345 SLC UT 84111    on *(date)* 1/15/26 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* employee of registered agent on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 2/3/26

*Server's signature*

JULIAN DOTSON
*Printed name and title*

Julian Dotson c/o ONYX BLACK LLC 633N 400W. SLC UT 84113
*Server's address*

Additional information regarding attempted service, etc:
on 1/15/26 I served Taytum Jorgensen at the Pace Johnson Law Group personally. Taytum accepted service of the Summons and First Amended Complaint.

Print    Save As...    Reset