FILED
2026 FEB 11 PM 12:26
CLERK
U.S. DISTRICT COURT

MAX WARREN BARBER
Pro Se Plaintiff
4643-4645 South Highland Drive
Salt Lake City Utah 84117
801 518 1821
23blackbee@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| **MAX WARREN BARBER**, individually and as Sole Trustee of the MSB Trust<br>Plaintiff,<br><br>v.<br><br>**DAVID L, KNUDSON**, et al.,<br>Defendants | AMENDED CERTIFICATE OF SERVICE RE: NOTICE OF CONVENTIONAL FILING<br>Case No. 2:25-cv-00681-HCN-DBP<br><br>Judge: Howard C. Nielson, Jr.<br>Magistrate Judge: Dustin B. Pead |
|---|---|

**PLEASE TAKE NOTICE** that Plaintiff Max Warren Barber hereby amends the Certificate of Service filed on February 6, 2026, regarding the Notice of Conventional Filing of Exhibit G.

Due to an administrative oversight, the physical media (USB Drive) referenced in that Notice was not placed in the outgoing mail on February 6, 2026, as originally certified.

### CORRECTED CERTIFICATION:

I hereby certify that a true and correct copy of the digital media (USB Drive) containing Exhibit G (referenced in the Notice of Conventional Filing) was served upon Defendant Dastan M. Dio via First Class U.S. Mail, postage prepaid, on February 10, 2026, at the following address:
Dastan M. Dio
3556 S 5600 W, #1-852
Salt Lake City, UT 84120

**DATED** February 10, 2026.                                            Respectfully Submitted,

/s/ Max W. Barber
Max W. Barber,
*Plaintiff Pro se*