# Exhibit A:

Notice of Substitution of Counsel, *1028 S 1900 E LLC v. Barber*, Case No. 250906343 (Third Judicial District Court, Salt Lake County), filed October 29, 2025, signed by Jamis Johnson

DAVID R. GARDNER (USB 14974)
JERRID A. FLOYD (USB 14970)
JEREMY M. SHORTS (USB 10983)
LAW OFFICES OF JEREMY M. SHORTS, LLC
P.O. Box 971233, Orem, Utah 84097
Telephone: 801-610-9879
E-Mail: info@utahevictionlaw.com
Attorneys for Plaintiffs

### IN THE THIRD JUDICIAL DISTRICT IN AND FOR
### SALT LAKE COUNTY, STATE OF UTAH, SALT LAKE CITY DEPARTMENT

| | |
|---|---|
| 1028 S 1900 E LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>MAX BARBER; and SARAH NAVARRA aka SARAH G BARBER,<br><br>    Defendants. | **NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>Civil No. 250906343 EV<br><br>Judge Richard Daynes |

COMES NOW David R. Gardner, Jeremy M. Shorts, and Jerrid A Floyd of the Law Offices of Jeremy M. Shorts, LLC, as Counsel for Plaintiffs in the above-captioned matter and gives this Notice of Substitution of Counsel pursuant to U.R.Civ.P. 74(d). Attorney David R. Gardner, Jeremy M. Shorts, and Jerrid A Floyd will be removed as counsel for Plaintiffs and Dastan M. Dio will continue to represent the Plaintiff in the case. Mr. Dio certifies that he will comply with any existing hearing schedule and deadlines.

DATED October 29, 2025                    DATED October 29, 2025

**LAW OFFICES OF JEREMY M. SHORTS, LLC**        **LAW OFFICES OF JEREMY M. SHORTS, LLC**

   /s/ David R. Gardner                          /s/ Dastan M. Dio (With email permission)
DAVID R. GARDNER                            DASTAN M. DIO
*Withdrawing Attorney for Plaintiffs*        *Remaining Attorney for Plaintiffs*

DATED October 29, 2025

/s/ Jamis Johnson (With email permission)
1028 S 1900 E, LLC
By: Jamis Johnson, *Plaintiff*

## CERTIFICATE OF SERVICE

On <u>October 29, 2025</u>, the foregoing **Notice of Substitution of Counsel** was served as follows:

| | |
|---|---|
| Max Warren Barber<br>1028 South 1900 East<br>Salt Lake City, UT 84108<br>23blackbee@gmail.com | ____ US Mail, Postage Prepaid<br>_X__ E-Mail<br>____ NEF E-Filing Notification<br>____ Other: |
| James Sorenson<br>Nathan Jepson<br>RAY QUINNEY & NEBEKER, PC<br>36 South State Street, #1400<br>Salt Lake City, UT 84111<br>jsorenson@rqn.com<br>njepson@rqn.com | ____ US Mail, Postage Prepaid<br>____ E-Mail<br>_X__ NEF E-Filing Notification<br>____ Other: |
| Dastan M. Dio<br>PACE JOHNSON LAW GROUP<br>231 East 400 South, #345<br>Salt Lake City, UT 84111<br>dastan@pacejohnson.com | ____ US Mail, Postage Prepaid<br>____ E-Mail<br>_X__ NEF E-Filing Notification<br>____ Other: |

**LAW OFFICES OF JEREMY M. SHORTS, LLC**

*/s/ David R. Gardner*
DAVID R. GARDNER
*Attorney for Plaintiffs*