# Exhibit B:

Certificate of Service signed by Pablo Darelli on behalf of Pace Johnson Law Group in related proceedings

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of October, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, and additionally by email to parties not represented by counsel.

Max Barber
23blackbee@gmail.com
Sarah Barber
snavarra7@gmail.com

/s/Pablo Darelli
Pablo Darelli