# Exhibit C:

Evidence of Jamis Johnson's use of the email address jamis@pacejohnson.com

---------- Forwarded message ---------
From: **Dástan D'o** <dastan@pacejohnson.com>
Date: Wed, Oct 1, 2025 at 6:53 PM
Subject: Re: 250906343 - 1028 S 1900 E LLC vs. MAX BARBER et al.: MEET AND CONFER REQUEST, Motion to Strike Docket 53
To: Max Barber <23blackbee@gmail.com>
Cc: Jamis Johnson <jamis@pacejohnson.com>, Pace Johnson <pace@pacejohnson.com>, Taytum Jorgensen <taytum@pacejohnson.com>