## Exhibit D:

Proofs of Service for co-defendants Karen Salas (ECF No. 57), Stephanie Johnson (ECF No. 59), and Adrian Johnson (ECF No. 56), reflecting that Defendant Johnson personally accepted service on their behalf at 1028 S 1900 E on October 21, 202

# PROOF OF SERVICE
## United States District Court For the District of Utah

MAX WARREN BARBER, an individual;
and MAX WARREN BARBER as Trustee of
the MSB TRUST,
*Plaintiff(s)*

**District Judge Howard C. Nielson, Jr.**
**Magistrate Judge Dustin B. Pead**

SUMMONS IN A CIVIL ACTION
Case 2:25-cv-00681-HCN-DBP

V.

DAVID KNUDSON, an individual; JAMIS MELWOOD JOHNSON, an individual; ADRIAN ISAAC JOHNSON, an individual; KAREN SALAS, an individual; STACY ROBERTS JOHNSON, an individual; PACE WILLIAM JOHNSON, an individual; STEPHANIE STRASNICK JOHNSON, an individual; TAYTUM JORGENSEN, an individual; JARED L. ANDERSON, an individual; DASTAN M. D'O, an individual; DAVID GARDNER, an individual; JEREMY SHORT, an individual; GRAVITY CAPITAL, LLC, a Utah limited liability company; GRAVITY FUNDING, LLC, a Utah limited liability company; GRAVITY SEGREGATION, LLC, a Utah limited liability company; GRAVITY SEGREGATION II, LLC, a Utah limited liability company; 1028 S 1900 E LLC, a Utah limited liability company; CR TRUE LLC, a Utah limited liability company; and DOES 1-10, *Defendant(s)*

**PROOF OF SERVICE :** I, the undersigned, declare under penalty of perjury that I am over 18 years of age and not a party to this action. I served a copy of the following documents:

1) Summons in a Civil Action Complaint  2) Complaint  3) 1st Amended Complaint  4) ECF 38 TRO
was served in the following manner on the defendant(s) or entity listed below:

[X] Name of Person/Entity Served:    Person Who Received Service : Jamis Melwood Johnson

**KAREN SALAS**
1028 S 1900 E
SLC, UT 84108

Title/Relationship to Person/Entity: FATHER OF ADRIAN I. JOHNSON
Date of Service: *10/21/2025*            Time of Service: **12:39 PM**

Address of Service:

**1028 S. 1900 E. Salt Lake City Utah 84108**

- [ ] Personal Service: By delivering the documents personally to the individual named above.
- [X] Substituted Service: By leaving the documents at the individual's dwelling or usual place of abode with a person of suitable age and discretion who resides there,
- [X] Named: Mr. Jamis Melwood Johnson
- [ ] Service on a Corporation or Entity: By delivering the documents to _____, who is an **Associate / Agent** (e.g., managing agent, officer, registered agent) and authorized to receive service.
  - [ ] Other: (Specify method of service pursuant to state law or federal rule)

_____.

1 of 2

| Case:<br>2:25-cv-00681-HCN | Court:<br>United States District Court | County:<br>District of Utah, UT |
|---|---|---|
| Client:<br>Mr. Max W Barber | To be served upon:<br>Karen Salas | |

I, Julian Dotson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein. I declare under penalty of perjury that everything stated in this document is true and correct. True and correct copy of the above affidavit of Service is sent to Mr. Max Warren Barber, Plaintiff: Pro Se for the case number 2:25-cv-00681 in the United States District Court, District of Utah, Defendants:

DAVID KNUDSON, an individual; JAMIS MELWOOD JOHNSON, an individual; ADRIAN ISAAC JOHNSON, an individual; KAREN SALAS, an individual; STACY ROBERTS JOHNSON, an individual; PACE WILLIAM JOHNSON, an individual; STEPHANIE STRASNICK JOHNSON, an individual; TAYTUM JORGENSEN, an individual; JARED L. ANDERSON, an individual; DASTAN M. D'O, an individual; DAIVID GARDNER, an individual; JEREMY SHORT, an individual; GRAIVITY CAPITAL, LLC, a Utah limited liability company; GRAIVITY FUNDING, LLC, a Utah limited liability company; GRAIVITY SEGREGATION, LLC, a Utah limited liability company; GRAIVITY SEGREGATION II, LLC, a Utah limited liability company; 1028 S 1900 E LLC, a Utah limited liability company; CR TRUE LLC, a Utah limited liability company; and DOES 1-10.

X _____  10/25/2025
Mr. Julian R Dotson    Date

Subscribed and sworn to before me by the affiant who personally appeared, Identified in Driver License

X _____
Notary Public

DATE: 10-21-2025

Commission Expires Date: April 04, 2028

CHRISY FIFE
Notary Public State of Utah
My Commission Expires on:
April 04, 2028
Comm. Number: 736504

2 of 2

# PROOF OF SERVICE
## United States District Court For the District of Utah

MAX WARREN BARBER, an individual; and MAX WARREN BARBER as Trustee of the MSB TRUST,
*Plaintiff(s)*

**District Judge Howard C. Nielson, Jr.**
**Magistrate Judge Dustin B. Pead**

SUMMONS IN A CIVIL ACTION
Case 2:25-cv-00681-HCN-DBP

V.

DAVID KNUDSON, an individual; JAMIS MELWOOD JOHNSON, an individual; ADRIAN ISAAC JOHNSON, an individual; KAREN SALAS, an individual; STACY ROBERTS JOHNSON, an individual; PACE WILLIAM JOHNSON, an individual; STEPHANIE STRASNICK JOHNSON, an individual; TAYTUM JORGENSEN, an individual; JARED L. ANDERSON, an individual; DASTAN M. D'O, an individual; DAVID GARDNER, an individual; JEREMY SHORT, an individual; GRAVITY CAPITAL, LLC, a Utah limited liability company; GRAVITY FUNDING, LLC, a Utah limited liability company; GRAVITY SEGREGATION, LLC, a Utah limited liability company; GRAVITY SEGREGATION II, LLC, a Utah limited liability company; 1028 S 1900 E LLC, a Utah limited liability company; CR TRUE LLC, a Utah limited liability company; and DOES 1-10, *Defendant(s)*

**PROOF OF SERVICE**: I, the undersigned, declare under penalty of perjury that I am over 18 years of age and not a party to this action. I served a copy of the following documents:

1) <u>Summons in a Civil Action Complaint</u>  2) <u>Complaint</u>  3) <u>1st Amended Complaint</u>  4) <u>ECF 38 TRO</u>
was served in the following manner on the defendant(s) or entity listed below:

[X] Name of Person/Entity Served:   Person Who Received Service : Jamis Melwood Johnson

**STEPHANIE STRASNICK (JOHNSON)**
1028 S 1900 E
SLC, UT 84108

Title/Relationship to Person/Entity: FATHER OF ADRIAN I. JOHNSON
Date of Service: *10/21/2025*       Time of Service: **12:39 PM**

Address of Service:

**1028 S. 1900 E. Salt Lake City Utah 84108**

☐ Personal Service: By delivering the documents personally to the individual named above.
[X] Substituted Service: By leaving the documents at the individual's dwelling or usual place of abode with a person of suitable age and discretion who resides there,
[X] Named: Mr. Jamis Melwood Johnson
☐ Service on a Corporation or Entity: By delivering the documents to _____, who is an **Associate / Agent** (e.g., managing agent, officer, registered agent) and authorized to receive service.
☐ Other: (Specify method of service pursuant to state law or federal rule)

1 of 2

| Case: | Court: | County: |
|---|---|---|
| 2:25-cv-00681-HCN | United States District Court | District of Utah, UT |
| **Client:** | **To be served upon:** | |
| Mr. Max W Barber | Stephanie Strasnick Johnson | |

I, Julian Dotson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein. I declare under penalty of perjury that everything stated in this document is true and correct. True and correct copy of the above affidavit of Service is sent to Mr. Max Warren Barber, Plaintiff: Pro Se for the case number 2:25-cv-00681 in the United States District Court, District of Utah, Defendants:

**DAVID KNUDSON**, an individual; **JAMIS MELWOOD JOHNSON**, an individual; **ADRIAN ISAAC JOHNSON**, an individual; **KAREN SALAS**, an individual; **STACY ROBERTS JOHNSON**, an individual; **PACE WILLIAM JOHNSON**, an individual; **STEPHANIE STRASNICK JOHNSON**, an individual; **TAYTUM JORGENSEN**, an individual; **JARED L. ANDERSON**, an individual; **DASTAN M. D'O**, an individual; **DAIVID GARDNER**, an individual; **JEREMY SHORT**, an individual; **GRAIVITY CAPITAL, LLC**, a Utah limited liability company; **GRAIVITY FUNDING, LLC**, a Utah limited liability company; **GRAIVITY SEGREGATION, LLC**, a Utah limited liability company; **GRAIVITY SEGREGATION II, LLC**, a Utah limited liability company; **1028 S 1900 E LLC**, a Utah limited liability company; **CR TRUE LLC**, a Utah limited liability company; and **DOES 1-10**,

x _____ 10/25/2025
Mr. Julian R Dotson    Date

Subscribed and sworn to before me by the affiant who personally appeared. Identified in Driver License

x _____
Notary Public

DATE: 10-21-2025

Commission Expires Date: April 04, 2028

CHRISY FIFE
Notary Public State of Utah
My Commission Expires on:
April 04, 2028
Comm. Number: 736504

2 of 2

# PROOF OF SERVICE
## United States District Court For the District of Utah

MAX WARREN BARBER, an individual;
and MAX WARREN BARBER as Trustee of
the MSB TRUST,
*Plaintiff(s)*

**District Judge Howard C. Nielson, Jr.**
**Magistrate Judge Dustin B. Pead**

SUMMONS IN A CIVIL ACTION
Case 2:25-cv-00681-HCN-DBP

V.

DAVID KNUDSON, an individual; JAMIS MELWOOD JOHNSON, an individual; ADRIAN ISAAC JOHNSON, an individual; KAREN SALAS, an individual; STACY ROBERTS JOHNSON, an individual; PACE WILLIAM JOHNSON, an individual; STEPHANIE STRASNICK JOHNSON, an individual; TAYTUM JORGENSEN, an individual; JARED L. ANDERSON, an individual; DASTAN M. D'O, an individual; DAVID GARDNER, an individual; JEREMY SHORT, an individual; GRAVITY CAPITAL, LLC, a Utah limited liability company; GRAVITY FUNDING, LLC, a Utah limited liability company; GRAVITY SEGREGATION, LLC, a Utah limited liability company; GRAVITY SEGREGATION II, LLC, a Utah limited liability company; 1028 S 1900 E LLC, a Utah limited liability company; CR TRUE LLC, a Utah limited liability company; and DOES 1-10, *Defendant(s)*

**PROOF OF SERVICE :** I, the undersigned, declare under penalty of perjury that I am over 18 years of age and not a party to this action. I served a copy of the following documents:

1) <u>Summons in a Civil Action Complaint</u>  2) <u>Complaint</u>  3) <u>1st Amended Complaint</u>  4) <u>ECF 38 TRO</u>
was served in the following manner on the defendant(s) or entity listed below:

[X] Name of Person/Entity Served:   Person Who Received Service : Jamis Melwood Johnson

**ADRIAN I. JOHNSON**
1028 S 1900 E
SLC, UT 84108

Title/Relationship to Person/Entity: FATHER OF ADRIAN I. JOHNSON
Date of Service: *10/21/2025*    Time of Service: **12:39 PM**

Address of Service:

**1028 S. 1900 E. Salt Lake City Utah 84108**

- [ ] Personal Service: By delivering the documents personally to the individual named above.
- [X] Substituted Service: By leaving the documents at the individual's dwelling or usual place of abode with a person of suitable age and discretion who resides there,
- [X] Named: Mr. Jamis Melwood Johnson
- [ ] Service on a Corporation or Entity: By delivering the documents to _____, who is an **Associate / Agent** (e.g., managing agent, officer, registered agent) and authorized to receive service.
    - [ ] Other: (Specify method of service pursuant to state law or federal rule)

_____.

1 of 2

| Case: | Court: | County: |
|---|---|---|
| 2:25-cv-00681-HCN | United States District Court | District of Utah, UT |
| **Client:** Mr. Max W Barber | **To be served upon:** Adrian Isaac Johnson | |

I, Julian Dotson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein. I declare under penalty of perjury that everything stated in this document is true and correct. True and correct copy of the above affidavit of Service is sent to Mr. Max Warren Barber, Plaintiff: Pro Se for the case number 2:25-cv-00681 in the United States District Court, District of Utah, Defendants:

DAVID KNUDSON, an individual; JAMIS MELWOOD JOHNSON, an individual; ADRIAN ISAAC JOHNSON, an individual; KAREN SALAS, an individual; STACY ROBERTS JOHNSON, an individual; PACE WILLIAM JOHNSON, an individual; STEPHANIE STRASNICK JOHNSON, an individual; TAYTUM JORGENSEN, an individual; JARED L. ANDERSON, an individual; DASTAN M. D'O, an individual; DAIVID GARDNER, an individual; JEREMY SHORT, an individual; GRAIVITY CAPITAL, LLC, a Utah limited liability company; GRAIVITY FUNDING, LLC, a Utah limited liability company; GRAIVITY SEGREGATION, LLC, a Utah limited liability company; GRAIVITY SEGREGATION II, LLC, a Utah limited liability company; 1028 S 1900 E LLC, a Utah limited liability company; CR TRUE LLC, a Utah limited liability company; and DOES 1-10,

X _____ 10/25/2025
Mr. Julian R Dotson         Date

Subscribed and sworn to before me by the affiant who personally appeared, Identified in Driver License

X _____
Notary Public

DATE: 10-21-2025

Commission Expires Date: April 04, 2028

CHRISY FIFE
Notary Public State of Utah
My Commission Expires on:
April 04, 2028
Comm. Number: 736504

2 of 2