MAX WARREN BARBER
Pro Se Plaintiff
4643-4645 South Highland Drive
Salt Lake City Utah 84117
801 518 1821
23blackbee@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| **MAX WARREN BARBER**, individually and as Sole Trustee of the MSB Trust<br>Plaintiff,<br><br>v.<br><br>**DAVID L KNUDSON**, et al.,<br>Defendants | DECLARATION OF MAX WARREN BARBER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT JAMIS JOHNSON'S MOTION TO QUASH [ECF No. 168] AND OPPOSITION TO ENTRY OF DEFAULT [ECF No. 169]<br><br>**Case No**: **2:25-cv-00681-HCN-DBP**<br>**District Judge:** Howard C. Nielson, Jr.<br>**Magistrate Judge:** Dustin B. Pead |
|---|---|

I, Max Warren Barber, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

**Identity and Personal Knowledge**

1. I am the Plaintiff in the above-captioned action. I am over the age of 18 and competent to testify to the matters stated herein. I make this declaration based on my personal knowledge.

2. I submit this declaration in support of my Opposition to Defendant Jamis Johnson's Motion to Quash Service of Process [ECF No. 168] and Opposition to Entry of Default [ECF No. 169], and for the purpose of authenticating the exhibits attached thereto.

**Docket History Regarding Service**

3. On October 21, 2025, a Proof of Service was filed on the docket as ECF No. 54, reflecting substitute service left with Mr. Pablo Darelli, identified on the form as an "Associate / Agent" at the Pace Johnson Law Group office

4. On January 12, 2026, the Court entered a Ruling and Order [ECF No. 133] granting seven defendants' Motions to Quash [ECF Nos. 86, 93, 96, 99, 101, 108, 111] and ordering Plaintiff to serve Defendants no later than February 3, 2026. Defendant Johnson's Motion to Quash was not among the motions addressed in this order as he had not filed one.

5. On February 2, 2026, I filed a Declaration of Service by Julian Dotson as ECF No. 152. The declaration includes a completed Proof of Service form (AO 440) reflecting personal service upon Defendant Jamis Johnson at the Pace Johnson Law Group office on January 28, 2026.

6. Defendant Johnson filed his Motion to Quash [ECF No. 168] on February 11, 2026.

7. **Exhibit Authentication**

8. **Exhibit A:** Attached hereto as Exhibit A is a true and correct copy of the Notice of Substitution of Counsel filed in *1028 S 1900 E LLC v. Barber*, Case No. 250906343 (Third Judicial District Court, Salt Lake County, Utah), filed on or about October 29, 2025. I personally obtained this document from the Utah State Courts' electronic filing system. It bears the signature of Jamis Johnson as "1028 S 1900 E, LLC, By: Jamis

Johnson, Plaintiff," and designates Dástan D'O of Pace Johnson Law Group as "Remaining Attorney for Plaintiffs".

9. **Exhibit B:** Attached hereto as Exhibit B are true and correct copies of certificates of service signed by Pablo Darelli on behalf of Pace Johnson Law Group in *1028 S 1900 E LLC v. Barber*, Case No. 250906343, and related proceedings. I obtained these documents from the state court's electronic filing system.

10. **Exhibit C:** Attached hereto as Exhibit C is a true and correct copy of records reflecting Defendant Jamis Johnson's use of the email address jamis@pacejohnson.com. This is the address associated with Defendant Johnson in communications and records related to the properties in case Case No. 250906343.

11. **Exhibit D:** Attached hereto as Exhibit D are true and correct copies of the Proofs of Service filed in this Court as ECF No. 57 (Karen Salas), ECF No. 59 (Stephanie Johnson), and ECF No. 56 (Adrian Johnson). These documents reflect that on October 21, 2025, Defendant Jamis Johnson accepted service of the Summons and First Amended Complaint on behalf of these individuals at 1028 S 1900 E, Salt Lake City, Utah.

**Chronology of Court Filings Chronology of Court Filings**

12. **November 21, 2025:** I filed a Request for Entry of Default against Defendant Johnson.

13. **November 24, 2025:** Defendant Dástan D'O signed his registration for the Court's Electronic Case Filing (ECF) system, which was entered on the docket the same day [ECF No. 85].

14. **November 28, 2025:** Karen Salas signed her ECF registration (entered on the docket on December 1, 2025) [ECF No. 92].

15. **November 28, 2025:** Adrian Johnson signed his ECF registration (entered on the docket on December 4, 2025) [ECF No. 100].

16. **November 29, 2025:** Stacy Roberts Johnson signed her ECF registration (entered on the docket on December 12, 2025) [ECF No. 109].

17. **December 1, 2025:** Stephanie Strasnick Johnson signed her ECF registration (entered on the docket on December 2, 2025) [ECF No. 95].

18. **December 1, 2025:** Pace William Johnson signed his ECF registration (entered on the docket on December 12, 2025).[ECF No. 106].

19. **December 16, 2025:** The Clerk of Court denied Plaintiff's Motion for Entry of Default [ECF No. 112].

20. **February 11, 2026:** Defendant Johnson filed his Motion to Quash [ECF No. 168] and Opposition to Entry of Default [ECF No. 169].

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 24, 2026, in Salt Lake City, Utah.

*/s/ Max Warren Barber*
MAX WARREN BARBER