**[PROPOSED ORDER]**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **MAX WARREN BARBER**, individually and as Sole Trustee of the MSB Trust Plaintiff, <br><br> v. <br><br> **DAVID L KNUDSON**, et al., Defendants | **ORDER DENYING DEFENDANT JAMIS JOHNSON'S MOTION TO QUASH SERVICE OF PROCESS AND OPPOSITION TO ENTRY OF DEFAULT** <br> **[ECF No. 168, 169]** <br><br> Case No. **[2:25-cv-00681]** <br><br> **District Judge:** Howard C. Nielson, Jr. <br> **Magistrate Judge:** Dustin B. Pead |

Before the Court is Defendant Jamis Melwood Johnson's Motion to Quash Service of Process [ECF No. 168] and Opposition to Request for Entry of Default [ECF No. 169]. Having reviewed the briefing and the record in this matter, the Court finds as follows:

1. Mootness: On January 28, 2026, Plaintiff completed personal service of the Summons and First Amended Complaint upon Defendant Jamis Melwood Johnson. This service occurred prior to the Court's February 3, 2026 deadline. Because personal service has been completed, Defendant's challenge to the prior October 21, 2025 substitute service is moot.

2. Validity of Service: The Court finds that the January 28, 2026 personal service satisfies the requirements of Fed. R. Civ. P. 4(e)(2)(A). Defendant's declaration failed to address this operative personal service, and Plaintiff provided a sworn declaration from the process server corroborating the delivery of documents.

3. Waiver: Under Fed. R. Civ. P. 12(g)(2) and 12(h)(1), a party that files a

pre-answer motion must include all available defenses regarding service of process. Defendant knew of the January 28 service at the time he filed his motion but failed to challenge it, thereby waiving future challenges to that service.

     4.    Opposition to Default: Defendant's Opposition to Request for Entry of Default [ECF No. 169] is moot, as the Clerk of Court previously resolved the relevant request for default on December 16, 2025.

IT IS HEREBY ORDERED THAT:

1. Defendant's Motion to Quash Service of Process [ECF No. 168] is DENIED as moot.
2. Defendant's Opposition to Entry of Default [ECF No. 169] is DENIED as moot.
3. Consistent with Fed. R. Civ. P. 12(a)(4)(A), Defendant Jamis Melwood Johnson is
4. ORDERED to file a responsive pleading to the First Amended Complaint within fourteen (14) days of the entry of this Order.

*   *   *

**IT IS SO ORDERED.**

DATED this [[_____]]th day of February, 2026].

BY THE COURT:

_____
DUSTIN B. PEAD
Magistrate Judge
United States District Court