MAX WARREN BARBER
Pro Se Plaintiff
4643-4645 South Highland Drive
Salt Lake City Utah 84117
801 518 1821
23blackbee@gmail.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **MAX WARREN BARBER**, individually and as Sole Trustee of the MSB Trust<br><br>Plaintiff,<br><br>v.<br><br>**DAVID L KNUDSON**, et al.,<br><br>Defendants | **DECLARATION OF MAX WARREN BARBER IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**<br><br>**Case No**: **2:25-cv-00681-HCN-DBP**<br><br>**District Judge:** Howard C. Nielson, Jr.<br>**Magistrate Judge:** Dustin B. Pead |

Pursuant to 28 U.S.C. § 1746 and DUCivR 55-1, I, Max Warren Barber, declare as follows:

1. I am the Plaintiff in this action, appearing *pro se*. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

2. I submit this Declaration in support of my Request for Entry of Default against Defendants

    - Karan Salas

    - Pace William Johnson

    - Stacy Roberts Johnson

    - CR TRUE LLC

    - 1028 S. 1900 E. LLC  (collectively, the "Defaulting Defendants").

3. As documented on the public docket and in the formal Proofs of Service filed in this action (ECF Nos. 146, 146-1, 146-2, 154, and 155), the Defaulting Defendants were properly served with the Summons and Amended Complaint.

4. The 21-day deadline established by Fed. R. Civ. P. 12(a)(1)(A)(i) for the Defaulting Defendants to serve and file an answer or otherwise respond to the Amended Complaint expired on

    - February 17 2026 (for Defendant Karan Salas)
    - February 17, 2026 (for Defendants Pace William Johnson and Stacy Roberts Johnson)
    - February 24, 2026 (for Defendants CR TRUE LLC and 1028 S. 1900 E. LLC).

5. As of the date of this Declaration, the Defaulting Defendants have failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure. No responsive pleading has been filed by any of these Defendants.

6. Defendants Karan Salas, Pace William Johnson, and Stacy Roberts Johnson are registered ECF users in this case. Each filed an email filing and Electronic Notification Form ( ECF Nos. 92, 106, 109, respectively) and receives automatic electronic notice of all filings.

7. To the best of my knowledge and belief, none of the individual Defaulting Defendants (Karan Salas, Pace William Johnson, or Stacy Roberts Johnson) are infants or incompetent persons.

8. To the best of my knowledge and belief, after reasonable inquiry, none of the individual Defaulting Defendants are currently serving in the military service of the United States as defined by the Servicemembers Civil Relief Act, 50 U.S.C. § 3901 *et seq*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 4, 2026.

*/s/ Max Warren Barber*