MAX WARREN BARBER
Pro Se Plaintiff
4643-4645 South Highland Drive
Salt Lake City Utah 84117
801 518 1821
23blackbee@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **MAX WARREN BARBER**, individually and as Sole Trustee of the MSB Trust<br><br>Plaintiff,<br><br>v.<br><br>**DAVID L. KNUDSON**, et al.,<br><br>Defendants | **[PROPOSED]**<br><br>**CERTIFICATE**<br><br>**OF**<br><br>**DEFAULT**<br><br>**Case No**: 2:25-cv-00681-HCN-DBP<br><br>**District Judge:** Howard C. Nielson, Jr.<br>**Magistrate Judge:** Dustin B. Pead |

It appears from the record that Defendants **Karan Salas, Pace William Johnson, Stacy Roberts Johnson, CR TRUE LLC, and 1028 S. 1900 E. LLC** (collectively, the "Defaulting Defendants") were properly served with the Summons and Amended Complaint in this action.

It further appears from the Request for Entry of Default, the supporting Declaration of Max Warren Barber, and the docket in this action that said Defaulting Defendants have failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure within the time permitted by law.

Therefore, upon Plaintiff's Request, the default of Defendants Karan Salas, Pace William Johnson, Stacy Roberts Johnson, CR TRUE LLC, and 1028 S. 1900 E. LLC is hereby entered pursuant to Fed. R. Civ. P. 55(a).

**DATE:** _____, 2026.

BY THE CLERK OR COURT:


_____