IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MAX WARREN BARBER and MSB TRUST, <br><br> Plaintifs, <br><br> v. <br><br> DAVID KNUDSON, et al., <br><br> Defendants. | ORDER RESTRICTING FILINGS <br><br> Case No. 2:25-cv-00681 <br><br> District Court Judge Howard C. Nielson Jr. <br><br> Magistrate Judge Dustin B. Pead |

Eleven motions are currently pending in this case (ECF Nos.71, 88, 137, 158, 159, 168, 173, 182, 195, 205 and 206). Of those eleven motions, several are dispositive (ECF No.71, 88, 158) and several relate to service of process (ECF No. 159, 168, 173, 206). Further, Plaintiff recently filed an objection to the Magistrate Judge's Ruling disqualifying Plaintiff, a non-attorney, from representing MSB Trust (ECF No. 205).

In order to allow the court to resolve these multiple pending motions and objections, the court hereby notifies the parties that **the court will not accept any new motions as of the date of this order**. **Any new motion that is filed will be lodged and will not be considered.** The only exceptions to this are: (1) with respect to motions for extensions of time relating to the briefing of existing motions; or (2) with respect to matters for which the court specifically requests additional briefing. Once the existing motions have been decided, the court will lift the ban on filings.

1

**IT IS SO ORDERED**.

DATED this 24 March 2026.

_____
Magistrate Judge Dustin B. Pead
United States District Court for the District of Utah