# EXHIBIT B

## (Eviction Suit Docket, Third District Court Case No. 250906343)

**THIRD JUDICIAL DISTRICT - SALT LAKE COUNTY DISTRICT COURT**
**SALT LAKE, STATE OF UTAH**
**1028 S 1900 E LLC vs. BARBER, MAX, et al.**

**CASE NUMBER** 250906343 - Eviction

CURRENT ASSIGNED JUDGE: RICHARD DAYNES

**Parties**

| Relationship | Party | Represented By |
|---|---|---|
| Also Known As | SARAH G BARBER | |
| Defendant | MAX BARBER | |
| Defendant | SARAH NAVARRA | JAMES SORENSON<br>NATHAN JEPSON |
| Plaintiff | 1028 S 1900 E LLC | JEREMY SHORTS<br>DAVID GARDNER<br>DSTAN D'O |

**Events**

| Date | Event |
|---|---|
| August 01, 2025 | Case filed by efiler |
| August 01, 2025 | Filed: Complaint For Eviction |
| August 01, 2025 | Fee Account created |
| August 01, 2025 | Fee Payment |
| August 01, 2025 | Filed: Return of Electronic Notification |
| August 19, 2025 | Filed: Motion Ex Parte Motion for Other Service |
| August 19, 2025 | Filed: Request/Notice to Submit Ex Parte Motion for Other Service |
| August 19, 2025 | Filed: Order (Proposed) Granting Ex Parte Motion For Other Service |
| August 19, 2025 | Filed: Return of Electronic Notification |
| August 20, 2025 | Filed: Order Granting Ex Parte Motion For Other Service |
| August 20, 2025 | Filed: Return of Electronic Notification |
| August 27, 2025 | Filed: Affidavit/Declaration In Support of Default Judgment |
| August 27, 2025 | Filed: Motion For Attorney Fees Concerning Default Judgment |
| August 27, 2025 | Filed: Motion Ex Parte Motion for Default and Order of Restitution |
| August 27, 2025 | Filed: Military Service Aff/Declaration |
| August 27, 2025 | Filed: Request/Notice to Submit For Decision (Default Documents) |
| August 27, 2025 | Filed: Return of Service Sarah Navarra upon POSTED AND MAILED BY MOTION FOR OTHER SERVICE. for |
| August 27, 2025 | Filed: Return of Service Max Barber upon POSTED AND MAILED BY MOTION FOR OTHER SERVICE. for |
| August 27, 2025 | Filed: Default Certificate (Proposed) |
| August 27, 2025 | Filed: Order of Restitution (Proposed) |
| August 27, 2025 | Filed: Default Judgment (Proposed) |
| August 27, 2025 | Filed: Return of Electronic Notification |
| August 28, 2025 | Filed: Default Certificate |
| August 28, 2025 | Filed: Return of Electronic Notification |
| August 28, 2025 | Filed: Notice of Automatic Stay, Suggestion of Bankruptcy, and Motion to Dismiss & Answer |
| August 28, 2025 | Filed: ***PROPOSED*** Order on Notice of Automatic Stay, Suggestion of Bankruptcy, and Motion to Dismiss |
| August 29, 2025 | Filed: Return of Electronic Notification |
| September 03, 2025 | Filed: Default Judgment |
| September 03, 2025 | Judgment Entered - Amount $11360.96 |
| September 03, 2025 | Filed: Return of Electronic Notification |

| | |
|---|---|
| September 03, 2025 | Case Disposition is Judgment |
| September 03, 2025 | Filed: Order of Restitution |
| September 03, 2025 | Filed: Return of Electronic Notification |
| September 04, 2025 | Filed: Bankruptcy Court Order granting In Rem relief from the Automatic Stay |
| September 04, 2025 | Filed: Bankruptcy Order Dismissing the case as of June 11, 2025 |
| September 04, 2025 | Filed: Return of Electronic Notification |
| September 05, 2025 | **** PRIVATE **** Filed: Official Form 206D |
| September 05, 2025 | Filed: DEFENDANTS EMERGENCY MOTION TO STAY ENFORCEMENT OF JUDGMENT AND MOTION TO SET ASIDE DEFAULT JUDGMENt (hearing requested) |
| September 05, 2025 | Filed: Order Staying Default Judgment and Order of Restitution |
| September 05, 2025 | Order Staying Default Judgment and Order |
| September 06, 2025 | Filed: Return of Electronic Notification |
| September 08, 2025 | **** PRIVATE **** Filed: Chapter 11 Status |
| September 09, 2025 | Filed: Return of Electronic Notification |
| September 10, 2025 | Filed: Appearance of Counsel/Notice of Limited Appearance |
| September 10, 2025 | Filed: Return of Electronic Notification |
| September 12, 2025 | Filed: Request for Hearing Request for Virtual Eviction Hearing Within Ten Days and Rule 26.3 Disclosures |
| September 12, 2025 | Filed: Return of Electronic Notification |
| September 12, 2025 | Filed: Memorandum in Opposition to Defendant s Notice of Automatic Stay, Suggestion of Bankruptcy, and Motion to Dismiss (Pursuant To 11 U.S.C. _ 362 and Utah R. Civ. P. 12(B)) Answer |
| September 12, 2025 | Filed: Return of Electronic Notification |
| September 15, 2025 | UNLAWFUL DETAINER set on 09/19/2025 |
| September 15, 2025 | NOTICE for Case 250906343 ID 25704839 |
| September 15, 2025 | Filed: Notice for Case 250906343 EV Judge: RICHARD DAYNES |
| September 16, 2025 | Filed: Return of Electronic Notification |
| September 18, 2025 | Filed: Memorandum Opposing Defendant s Emergency Motion to Stay Enforcement of Judgment and Motion to Set Aside Default Judgment and Request for Bond |
| September 18, 2025 | Filed: Return of Electronic Notification |
| September 19, 2025 | UNLAWFUL DETAINER |
| September 19, 2025 | Filed: Order of Restitution (Proposed) Amended Order of Restitution |
| September 19, 2025 | Filed: Return of Electronic Notification |
| September 22, 2025 | Filed: Order of Restitution Amended Order of Restitution |
| September 22, 2025 | Filed: Return of Electronic Notification |
| September 25, 2025 | **** PRIVATE **** Filed: Notice of Bankruptcy filed andRequest for Temporary Restraining Order |
| September 26, 2025 | Filed: MyCase EmergencyMotionToStayOrderRest |
| September 26, 2025 | Filed: MyCase DeclarationSNavarraEmergencyMotionStay |
| September 26, 2025 | Filed: MyCase Proposed Order |
| September 26, 2025 | Filed: MyCase 1Ex |
| September 26, 2025 | Filed: MyCase 3Ex |
| September 26, 2025 | Filed: MyCase 2Ex |
| September 27, 2025 | Filed: Return of Electronic Notification |
| September 29, 2025 | Filed: Order Denying Motion to Stay Order of Restitution |
| September 29, 2025 | Order Denying Motion to Stay Order of Re |
| September 30, 2025 | Filed: Return of Electronic Notification |
| September 30, 2025 | Filed: MyCase Emergency Motion for reconsideration and to Quash Amended Order of Restituion |
| September 30, 2025 | Filed: MyCase Notice Of Appeal |
| September 30, 2025 | Filed: MyCase EmergencyMotionStayPendingAppeal |
| September 30, 2025 | Filed: MyCase ProposedOrderToQuash |

| | |
|---|---|
| September 30, 2025 | Filed: MyCase Exhibits |
| September 30, 2025 | Filed: MyCase Exhibits2of2 |
| October 01, 2025 | Fee Account created |
| October 01, 2025 | Filed: Manual Email: MyCase Notice Of Appeal |
| October 01, 2025 | Filed: Appellate Court Document, letter by the Supreme Court of Utah. The case number is 20251181-SC |
| October 01, 2025 | Filed: Appellate Court Document, Order by the Supreme Court of Utah this matter is transferred to the Utah Court of Appeals for disposition |
| October 02, 2025 | Filed: Return of Electronic Notification |
| October 02, 2025 | Fee Payment |
| October 03, 2025 | Filed: Return of Electronic Notification |
| October 04, 2025 | Filed: Return of Electronic Notification |
| October 07, 2025 | Filed: Return of Electronic Notification |
| October 07, 2025 | NOTICE for Case 250906343 ID 25764273 |
| October 07, 2025 | EMERGENCY MOTION HEARING on 10/08/2025 |
| October 07, 2025 | Filed: Notice for Case 250906343 EV Judge: RICHARD DAYNES |
| October 08, 2025 | Filed: Return of Electronic Notification |
| October 08, 2025 | Filed: Affidavit/Declaration |
| October 08, 2025 | Filed: Return of Electronic Notification |
| October 08, 2025 | Filed: Affidavit/Declaration of Pace Johnson |
| October 08, 2025 | Filed: Return of Electronic Notification |
| October 10, 2025 | Filed: Opposition to MAX BARBER S EMERGENCY MOTION FOR STAY PENDING APPEAL AND EMERGENCY MOTION FOR RECONSIDERATION IN THEIR ENTIRETY |
| October 10, 2025 | Filed: Exhibit List Exhibit A-F MAX BARBER S EMERGENCY MOTION FOR STAY PENDING APPEAL AND EMERGENCY MOTION FOR RECONSIDERATION IN THEIR ENTIRETY |
| October 10, 2025 | Filed: Exhibit List Exhibit G MAX BARBER S EMERGENCY MOTION FOR STAY PENDING APPEAL AND EMERGENCY MOTION FOR RECONSIDERATION IN THEIR ENTIRETY |
| October 10, 2025 | Filed: Return of Electronic Notification |
| October 10, 2025 | Filed: MyCase EmergencyMotiontoContinueEvidentiaryHear50906343 |
| October 10, 2025 | Filed: EMERGENCY MOTION TO CONTINUE EVIDENTIARY HEARING |
| October 10, 2025 | EVIDENTIARY HEARING set on 10/10/2025 |
| October 10, 2025 | NOTICE for Case 250906343 ID 25772541 |
| October 10, 2025 | Filed: Notice for Case 250906343 EV Judge: RICHARD DAYNES |
| October 10, 2025 | EVIDENTIARY HEARING/CONTINUANCE |
| October 10, 2025 | Bond Account created |
| October 10, 2025 | Cash Bond paid in |
| October 11, 2025 | Filed: Return of Electronic Notification |
| October 13, 2025 | Filed: Opposition to Supplement to Plaintiffs Opposition to Max Barber s Emergency Motion Pending Appeal and Emergency Motion for Reconsideration |
| October 13, 2025 | Filed: Return of Electronic Notification |
| October 13, 2025 | Filed: Appearance of Counsel/Notice of Limited Appearance |
| October 13, 2025 | Filed: Return of Electronic Notification |
| October 14, 2025 | CON'TED EVIDENTIARY HEARING 10/14/2025 |
| October 14, 2025 | Filed: Defendants Exhibit List |
| October 14, 2025 | Filed: DEFENDANT S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S COMPLAINT FOR UNLAWFUL DETAINER |
| October 14, 2025 | Filed: DEFENDANT MAX BARBER S DECLARATION IN SUPPORT OF DEFENDANT S OPPOSITION |
| October 14, 2025 | Filed: NOTICE OF BANKRUPTCY, AUTOMATIC STAY; MEMORANDUM ON VOIDNESS OF SALE AND LACK OF BONA FIDE PURCHASER STATUS; NOTICE OF IMMINENT ADVERSARY PROCEEDING; AND MOTION FOR STAY |

| | |
|---|---|
| October 14, 2025 | Filed: Notice of Automatic Stay, Suggestion of Bankruptcy and Motion to dismiss |
| October 14, 2025 | Filed: Exhibit A |
| October 14, 2025 | Filed: Exhibit E |
| October 14, 2025 | Filed: Exhibit A and B |
| October 14, 2025 | Filed: Emergency Motion to Stay Enforcement of Judgment and Motion to Set aside Default Judgment: Request for Expedited hearing |
| October 14, 2025 | NOTICE for Case 250906343 ID 25779094 |
| October 14, 2025 | STATUS HEARING set on 12/08/2025 |
| October 14, 2025 | Filed: Notice for Case 250906343 EV Judge RICHARD DAYNES |
| October 14, 2025 | EVIDENTIARY HEARING |
| October 15, 2025 | Filed: Return of Electronic Notification |
| October 15, 2025 | STATUS HEARING modified 12/08/2025 |
| October 17, 2025 | Filed: Return of Electronic Notification |
| October 20, 2025 | Filed: EVIDENTIARY HEARING |
| October 21, 2025 | Filed: Return of Electronic Notification |
| October 23, 2025 | Filed: Request for Audio Recording |
| October 23, 2025 | Fee Payment |
| October 23, 2025 | Fee Account created |
| October 23, 2025 | Filed: Return of Electronic Notification |
| October 23, 2025 | Filed: Request for Audio Recording |
| October 23, 2025 | Fee Payment |
| October 23, 2025 | Fee Account created |
| October 23, 2025 | Filed: Return of Electronic Notification |
| October 23, 2025 | Filed: Request for Audio Recording |
| October 23, 2025 | Fee Payment |
| October 23, 2025 | Fee Account created |
| October 23, 2025 | Filed: Return of Electronic Notification |
| October 27, 2025 | Filed: CoS: (Proposed) Order Denying Defendants Motions |
| October 27, 2025 | Filed: Exhibit List Exhibits A-G, Order Denying Defendants Motions |
| October 27, 2025 | Filed: Order (Proposed) Denying Defendants Motions |
| October 27, 2025 | Filed: Return of Electronic Notification |
| October 27, 2025 | Filed: MyCase Defendant Barbers Objection to Plaintiff's Proposed Order |
| October 27, 2025 | Filed: MyCase PROPOSED ORDER Def Barber |
| October 27, 2025 | Filed: Order Denying Defendant's Emergency Motion for Stay Pending Appeal and for Immediate Injunctive relief restoring Possession |
| October 27, 2025 | Filed: Objection to Plaintiff s Order Denying Defendant s Emergency Motions |
| October 27, 2025 | Filed: Return of Electronic Notification |
| October 28, 2025 | Filed: Return of Electronic Notification |
| October 28, 2025 | Filed: Motion to Join Adrian Johnson as Co-Plaintiff |
| October 28, 2025 | Filed: Adrian Johnson s Proposed Petition (Verified) to Quiet Title and Nullify Wrongful Notice (Lis Pendens) |
| October 28, 2025 | Filed: Return of Electronic Notification |
| October 28, 2025 | Filed: Order Denying Defendants Motions |
| October 28, 2025 | Filed: Return of Electronic Notification |
| October 29, 2025 | Filed: Substitution of Counsel |
| October 29, 2025 | Filed: Return of Electronic Notification |
| October 30, 2025 | Filed: Motion to Release, Expunge Lis Pendens (NO HEARING NECESSARY) |
| October 30, 2025 | Filed: Return of Electronic Notification |
| November 14, 2025 | Filed: Request/Notice to Submit for Decision on Plaintiff s Motion to Join Adrian Johnson as Co-Plaintiff |
| November 14, 2025 | Filed: Order (Proposed) Granting Motion to Join Adrian Johnson as Co-Plaintiff (R.20 Permissive) |

| | |
|---|---|
| November 14, 2025 | Filed: Request/Notice to Submit for Decision on Plaintiff s Motion to Release, Expunge Lis Pendens |
| November 14, 2025 | Filed: Order (Proposed) Expunging and Removing Lis Pendens |
| November 14, 2025 | Filed: Return of Electronic Notification |
| November 25, 2025 | Filed: Motion to Vacate Order |
| November 25, 2025 | Filed: Order Expunging and Removing Lis Pendens |
| November 25, 2025 | Filed: Return of Electronic Notification |
| November 26, 2025 | Fee Account created |
| November 26, 2025 | Fee Payment |
| November 26, 2025 | Fee Account created |
| November 27, 2025 | Filed: Return of Electronic Notification |
| November 27, 2025 | Filed: MyCase Motion to Recuse Judge Daynes and Memorandum in Support |
| November 27, 2025 | Filed: MyCase Declaration in Support of Motion to Recuse |
| November 27, 2025 | Filed: MyCase Certificate of Good Faith - Recuse |
| November 29, 2025 | Filed: Return of Electronic Notification |
| December 01, 2025 | Filed: Opposition to Motion to Vacate Oct 28th Order |
| December 01, 2025 | Filed: Opposition to Motion to Recuse Judge Daynes |
| December 01, 2025 | Filed: Return of Electronic Notification |
| December 04, 2025 | Filed: Order Certifying the Motion to Recuse for Judicial Review |
| December 04, 2025 | Order Certifying the Motion to Recuse fo |
| December 04, 2025 | STATUS HEARING continued without date |
| December 05, 2025 | Filed: Return of Electronic Notification |
| December 05, 2025 | ORDER DENYING MOTION TO RECUSE JUDGE DAY |
| December 05, 2025 | Filed: ORDER DENYING MOTION TO RECUSE JUDGE DAYNES |
| December 06, 2025 | Filed: Return of Electronic Notification |
| January 06, 2026 | Filed: Order Denying Motion to Join Adrian Johnson as Co-Plaintiff (R.20 Permissive) |
| January 06, 2026 | Filed: Return of Electronic Notification |
| January 26, 2026 | Filed: Request/Notice to Submit RtS Motion to Vacate Order (Oct 28th Order)(NO HEARING REQUESTED) |
| January 26, 2026 | Filed: Return of Electronic Notification |
| January 29, 2026 | Filed: Motion for Judicial Notice, Stay of Proceedings, and Demand for strict proof |
| January 30, 2026 | Filed: Return of Electronic Notification |
| January 30, 2026 | Filed: ORDER DENYING DEFENDANT'S MOTION TO VACATE ORDER |
| January 31, 2026 | Filed: Return of Electronic Notification |
| February 10, 2026 | STATUS CONFERENCE set on 03/16/2026 |
| February 10, 2026 | NOTICE for Case 250906343 ID 26049545 |
| February 10, 2026 | Filed: Notice for Case 250906343 EV Judge: RICHARD DAYNES |
| February 11, 2026 | Filed: Return of Electronic Notification |
| February 19, 2026 | Filed: Appellate Court Document, Order of Summary Dismissal by the Utah Court of Appeals |
| February 19, 2026 | Filed: Appellate Court Document, Certificate of Service by the Utah Court of Appeals |
| February 20, 2026 | Filed: MyCase Defendants Renewed Motion to Vacate Judgement Disqualify and Dismiss |
| February 20, 2026 | Filed: MyCase Exhibits for Renewed Motion to Vacate Exhibits G-I |
| February 20, 2026 | Filed: MyCase Exhibits for Renewed Motion to Vacate Exhibits A-F |
| February 20, 2026 | Filed: MyCase Exhibits for Renewed Motion to Vacate Exhibits J-N |
| February 20, 2026 | Filed: MyCase Exhibits for Renewed Motion to Vacate Exhibits O-Q |
| February 24, 2026 | Filed: Return of Electronic Notification |
| February 26, 2026 | Filed: Return of Electronic Notification |
| February 27, 2026 | Filed: Notice of Withdrawal of Counsel and Incurable Conflict of Interest |
| February 27, 2026 | Filed: Return of Electronic Notification |
| March 02, 2026 | Filed: MyCase Notice to Appear or Appoint Counsel |

| | |
|---|---|
| March 05, 2026 | Filed: Return of Electronic Notification |
| March 13, 2026 | NOTICE for Case 250906343 ID 26125264 |
| March 13, 2026 | STATUS CONFERENCE set on 04/02/2026 |
| March 13, 2026 | Filed: Notice for Case 250906343 EV Judge: RICHARD DAYNES |
| March 13, 2026 | Filed: Return of Electronic Notification |
| March 24, 2026 | Filed: MyCase MAX BARBER'S REQUEST TO SUBMIT FOR DECISION |

**Account Summary**

| Account | Details | | | | |
|---|---|---|---|---|---|
| REVENUE DETAIL - TYPE: COMPLAINT 0K-2K | Amount Due: | $ | 90.00 | | |
| | Amount Paid: | $ | 90.00 | | |
| | Amount Credit: | $ | 0.00 | | |
| | | | | **Balance:** | *** $ 0.00** |
| REVENUE DETAIL - TYPE: APPEAL | Amount Due: | $ | 240.00 | | |
| | Amount Paid: | $ | 240.00 | | |
| | Amount Credit: | $ | 0.00 | | |
| | | | | **Balance:** | *** $ 0.00** |
| BAIL/CASH BOND DETAIL - TYPE: BOND | Posted by: | MAX BARBER | | | |
| | Posted: | $ | 300.00 | | |
| | Forfeited: | $ | 0.00 | | |
| | Refunded: | $ | 0.00 | | |
| | | | | **Balance:** | *** $ 300.00** |
| REVENUE DETAIL - TYPE: ELEC STORAGE MEDIUM | Amount Due: | $ | 15.00 | | |
| | Amount Paid: | $ | 15.00 | | |
| | Amount Credit: | $ | 0.00 | | |
| | | | | **Balance:** | *** $ 0.00** |
| REVENUE DETAIL - TYPE: FLOPPY DISK COPY | Amount Due: | $ | 15.00 | | |
| | Amount Paid: | $ | 15.00 | | |
| | Amount Credit: | $ | 0.00 | | |
| | | | | **Balance:** | *** $ 0.00** |
| REVENUE DETAIL - TYPE: ELEC STORAGE MEDIUM | Amount Due: | $ | 15.00 | | |
| | Amount Paid: | $ | 15.00 | | |
| | Amount Credit: | $ | 0.00 | | |
| | | | | **Balance:** | *** $ 0.00** |
| REVENUE DETAIL - TYPE: FLOPPY DISK COPY | Amount Due: | $ | 15.00 | | |
| | Amount Paid: | $ | 15.00 | | |
| | Amount Credit: | $ | 0.00 | | |
| | | | | **Balance:** | *** $ 0.00** |
| REVENUE DETAIL - TYPE: ELEC STORAGE MEDIUM | Amount Due: | $ | 15.00 | | |
| | Amount Paid: | $ | 15.00 | | |
| | Amount Credit: | $ | 0.00 | | |
| | | | | **Balance:** | *** $ 0.00** |
| REVENUE DETAIL - TYPE: FLOPPY DISK COPY | Amount Due: | $ | 15.00 | | |
| | Amount Paid: | $ | 15.00 | | |
| | Amount Credit: | $ | 0.00 | | |
| | | | | **Balance:** | *** $ 0.00** |
| REVENUE DETAIL - TYPE: CERTIFIED COPIES | Amount Due: | $ | 2.00 | | |
| | Amount Paid: | $ | 2.00 | | |
| | Amount Credit: | $ | 0.00 | | |
| | | | | **Balance:** | *** $ 0.00** |

| | | | | | |
|---|---|---|---|---|---|
| REVENUE DETAIL - TYPE: CERTIFICATION | Amount Due: | $ | 4.00 | | |
| | Amount Paid: | $ | 4.00 | | |
| | Amount Credit: | $ | 0.00 | | |
| | | | | **Balance:** | *** $ 0.00** |