# EXHIBIT C

**(Docket No. 88-4, Ex. A.1)**

# EXHIBIT A.1

# 9.22.25 Amended Order of Restitution Following Hearing

**The Order of the Court is stated below:**
**Dated:** September 22, 2025 03:40:25 PM /s/ RICHARD DAYNES District Court Judge

DAVID R. GARDNER (USB 14974)
JEREMY M. SHORTS (USB 10983)
LAW OFFICES OF JEREMY M. SHORTS, LLC
P.O. Box 971233, Orem, Utah 84097
Telephone: 801-610-9879
E-Mail: info@utahevictionlaw.com
Attorneys for Plaintiffs

**IN THE THIRD JUDICIAL DISTRICT IN AND FOR**
**SALT LAKE COUNTY, STATE OF UTAH, SALT LAKE CITY DEPARTMENT**

| | |
|---|---|
| 1028 S 1900 E LLC,<br>Plaintiffs,<br>vs.<br>MAX BARBER; and SARAH NAVARRA aka SARAH G BARBER,<br>Defendants. | **AMENDED ORDER OF RESTITUTION FOLLOWING HEARING**<br>Civil No. 250906343 EV<br>Judge Richard Daynes |

**TO THE ABOVE DEFENDANTS:**

Within three (3) calendar days following service of this Order of Restitution, you must vacate the premises located at 1028 S 1900 E, Salt Lake City, UT 84108, remove your unsecured and exempt personal property, and restore possession of the premises to the Plaintiff, or be forcibly removed by a Sheriff, Private Investigator, or Constable. Furthermore, you have the right to a hearing to contest the manner of the enforcement of the Order of Restitution.

If you fail to comply with the Order of Restitution, the Sheriff, Private Investigator, or Constable may, at the direction of the Plaintiff, enter the premises by force using the least destructive means possible to remove you, your personal property, and any persons claiming a right of occupancy.

**TO THE SHERIFF, PRIVATE INVESTIGATOR OR CONSTABLE:**

If the Defendants, after being served with this Order, fail to comply within the time period prescribed above, you are commanded to, at plaintiff's direction, enter the premises by force using the least destructive means possible to (1) remove the Defendants from the premises and any persons or entities claiming a right to occupancy of the premises under Defendants, (2)

secure the property, and (3) to remove or secure any personal property remaining in the premises. If you find a personal animal as defined by Utah Code Ann. §78B-6-812, you should notify the local animal control authority to take custody of the personal animal.

**NOTICE OF LEGAL DUTY:**

You must provide a current address to the court and the Plaintiff within 30 days of the day on which the court issued this Order. Failure to do so may result in default judgment being entered against you in subsequent proceedings.

**------------------END OF ORDER – SIGNATURE AT TOP------------------**