# EXHIBIT D

## (Docket No. 88-5, Ex. A.2)

# EXHIBIT A.2

# 9.29.25 Order

**The Order of the Court is stated below:**
**Dated:** September 29, 2025 05:50:15 PM
**/s/** RICHARD DAYNES
District Court Judge

THIRD JUDICIAL DISTRICT - SALT LAKE COUNTY DISTRICT COURT

SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| 1028 S 1900 E LLC,<br>Plaintiff,<br><br>vs.<br>MAX BARBER, et al.<br>Defendant. | RULING<br>Order Denying Motion to Stay Order of Restitution<br><br>Case No: 250906343<br>Judge: RICHARD DAYNES<br>Date: September 29, 2025 |

Max Barber and co-defendant Sarah Barber have filed a second motion requesting relief and asserting the exact arguments that were previously briefed and in which oral argument was held on September 19, 2025. Based on the reasons as set forth below, the motion to stay enforcement of the Order of Restitution is Denied.

This Court found in its oral ruling that the bankruptcy court previously granted relief from the Automatic Stay of defendant's original bankruptcy filing in order to allow for the sale of the property at 1028 S 1900 E in Salt Lake City, Utah. The relief from the stay applied to any subsequent or bifurcated bankruptcy petitions. The sale took place and received a trust deed on July 23, 2025. Plaintiff as a bona fide purchaser from the sale of the property has sought possession of the property. While there has been a subsequent bankruptcy filing in the name of the trust which was previously listed as the owner of the property, this newer bankruptcy filing did not change the status of the real property in question or its relief from bankruptcy.

The second bankruptcy filing by the trust did not alter the previous order of relief from the stay or change the status of plaintiff as a bona fide purchaser. Therefore, for the reasons as set forth in the Plaintiff's Opposition to the Notice of Stay, and for the reasons as set forth in the Court's oral ruling on September 19, 2025, this second Motion to Stay Enforcement of the Order of Restitution is hereby Denied.

**End Of Order - Signature at the Top of the First Page**

**CERTIFICATE OF NOTIFICATION**

I certify that a copy of the attached document was sent to the following people for case 250906343 by the method and on the date specified.

MAIL: SARAH G BARBER 1028 S 1900 E SALT LAKE CITY, UTAH 84108

MAIL: SARAH NAVARRA 1028 S 1900 E SALT LAKE CITY, UTAH 84108

MYCASE: MAX BARBER 23blackbee@gmail.com

EMAIL: JEREMY SHORTS INFO@UTAHEVICTIONLAW.COM

EMAIL: DAVID GARDNER DAVIDG@UTAHEVICTIONLAW.COM

Date: 09/29/25

/s/ RICHARD DAYNES

Signature