# EXHIBIT E

## (Docket No. 88-6, Ex. A.3)

# EXHIBIT A.3

# 10.14.25 Order

The Order of the Court is stated below:
**Dated:** October 20, 2025 09:17:44 AM **/s/** RICHARD DAYNES District Court Judge

THIRD JUDICIAL DISTRICT - SALT LAKE COUNTY DISTRICT COURT
SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| 1028 S 1900 E LLC,<br>Plaintiff,<br><br>vs.<br>MAX BARBER Et al et al.,<br>Defendant. | MINUTES<br>EVIDENTIARY HEARING<br><br>Case No: 250906343 EV<br>Judge: RICHARD DAYNES<br>Date: October 14, 2025 |

Clerk: kaeleel

**PRESENT**

Defendant(s): MAX BARBER
Defendant(s): SARAH NAVARRA
Plaintiff's Attorney(s): DSTAN D'O
Other Parties: SARAH G BARBER
Audio
Tape Number: 34 Tape Count: 10:02-5:00

**HEARING**

This matter comes before the Court for an Evidentiary Hearing.

The parties address housekeeping matters.

The parties provide opening statements.

10:39 Respondent calls Sarah Navarro.
The Witness is sworn and testifies as directed.

11:04 Plaintiffs Counsel cross examines the Witness.

11:07 The Witness is excused.

The Respondent calls Nathan Barron.
The Witness is sworn and testifies as directed.

11:08 Plaintiffs Counsel objects to the Witness providing testimony due to lack of notice.

The parties provide argument(s).

11:19 The Court sustains the objection and excuses the Witness.

11:20 Respondent takes the Witness stand to resume testimony.

11:58 Plaintiffs exhibit K is offered and admitted.

12:45 Court is back in session.

12:55 Defendants exhibit F is admitted without objection.

1:13 Defendants exhibit A is admitted without objection.

1:17 Defendants exhibit B is admitted without objection.

1:25 Defendants exhibit 1EX is admitted without objection.

1:32 Plaintiffs Counsel cross examines the Witness.

1:38 Plaintiffs exhibit A is admitted without objection.

1:48 Plaintiffs exhibit B is admitted without objection.

1:52 Plaintiffs exhibit C is admitted without objection.

1:58 Plaintiffs moves to admit exhibit D is admitted; the Court overrules the objections.

2:00 Plaintiffs exhibit E is admitted without objection.

2:05 Plaintiffs moves to admit exhibit F is admitted; the Court overrules the objections.

2:11 Plaintiffs exhibit H is admitted without objection.

2:21 Plaintiff calls Adrian Johnson.
The Witness is sworn and testifies as directed.

2:25 The Defendant questions the Witness.

2:48 The Witness is excused.

2:52 The Court takes a brief recess.

3:01 Court reconvenes.

The parties provide arguments as to calling rebuttal witnesses.

3:21 The Court permits Mr. Barber to call Mr. Jameson Johnson (plaintiff).
The Witness is sworn and testifies as directed.

3:33 The Witness is excused.

The Respondent provides closing remarks.

4:03 Plaintiffs Counsel provides closing argument(s).

4:24 Defendant rebuts.

4:43 The Court finds no evidence of collusion with regard to the sale.

The Court finds no evidence of any unclean hands with regard to the sale.

The Court finds no evidence of notice for the bankruptcy of the purchaser at the sale.

The Court finds that the Plaintiff is/was a bona-fide purchaser.

4:46 The Court does not find that the sale was void ab initio.

4:52 The motion to stay is denied.

For all arguments set forth in Plaintiffs brief as well as evidence presented, the Court denies relief requested.

Plaintiffs Counsel is to prepare an order from todays hearing.

A Status Conference is set for 12/8/25 at 11:00AM via WBX.

**In-person Appearance**

**STATUS HEARING is scheduled.**

Date: 12/08/2025

Time: 11:00 a.m.

Location: VIRTUAL HEARING

before Judge RICHARD DAYNES

, UT

**End Of Order - Signature at the Top of the First Page**