FILED
2026 JUN 8 PM 5:11
CLERK
U.S. DISTRICT COURT

MAX WARREN BARBER
Pro Se Plaintiff
4643-4645 South Highland Drive
Salt Lake City Utah 84117
801 518 1821
23blackbee@gmail.com

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MAX WARREN BARBER, individually and as Sole Trustee of the MSB Trust, <br><br> Plaintiff, <br><br> v. <br><br> DAVID KNUDSON et al., <br><br> Defendants. | **REQUEST TO SUBMIT FOR DECISION REGARDING PLAINTIFF'S SUPPLENTAL REQUEST FOR JUDICIAL NOTICE [ECF 157] AND PLAINTIFFS MOTION TO STRIKE UNTIMELY OBJECTIONS [ECF 195]** <br><br> **Case No. 2:25-cv-00681-HCN-DBP** <br><br> **District Judge: Hon. Howard C. Nielson, Jr.** <br> **Magistrate Judge: Hon. Dustin B. Pead** |

Pursuant to DUCivR 7-3, Plaintiff respectfully submits the following:

**I. Plaintiff's Supplemental Request for Judicial Notice (ECF 157)**

1. Plaintiff's Supplemental Request for Judicial Notice (ECF 157) was filed on February 4, 2026.

2. Defendant Anderson's Opposition (ECF 177) was filed on February 18, 2026.

3. The Gravity Defendants' Opposition (ECF 179) was filed on February 19, 2026.

4. Plaintiff's Consolidated Reply (ECF 181) was filed on February 23, 2026.

5. No further reply periods remain. The motion is fully briefed.

**II. Plaintiff's Motion to Strike Untimely Evidentiary Objections (ECF 195)**

6. Defendant Anderson filed Evidentiary Objections (ECF 189) on March 2, 2026, raising thirty objections to the exhibits in ECF 157.

7. Plaintiff's Motion to Strike (ECF 195) was filed on March 9, 2026, arguing ECF 189 was filed twelve days late in violation of DUCivR 7-1(b)(2) and operates as an unauthorized surreply.

8. Defendant Anderson's Opposition to the Motion to Strike (ECF 207) was filed on March 23, 2026.

9. Plaintiff's Reply in Support of the Motion to Strike (ECF 211) was filed on March 27, 2026.

10. No further reply periods remain. The motion is fully briefed.

## III. Request

11. Both ECF 157 and ECF 195 are fully briefed, no outstanding reply periods remain, and no hearing has been separately requested on these motions. Plaintiff requests that both motions be submitted for decision because they are ripe for the Court to review and issue a ruling.

DATED this 8th  day of June, 2026.

Respectfully submitted,
*/s/ Max Warren Barber*
MAX WARREN BARBER

CERTIFICATE OF SERVICE

I certify that on this 8th day of June, 2026, I caused the foregoing Request to Submit for Decision to be filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Max Warren Barber*

| | |
|---|---|
| **Steven R. Skirvin** | **Gary R. Guelker** |
| **steve@srslawpc.com** | **gguelker@rlattorneys.com** |
| *Counsel of Gravity Defendants* | *Counsel of Jeremy Shorts & David Gardner* |
| **Andrew R. Welch** | |
| (**andrew.welch@lewisbrisbois.com**) | |
| *Counsel of Jared L. Anderson* | |
| **Adrian Isaac Johnson:** | **Dastan M. D'O:** |
| adrian.isaac.johnson@gmail.com | D_0001@icloud.com |
| **Karen Salas:** | **Stacy Roberts Johnson** |
| Karensalasutah@gmail.com | stacyjrob@gmail.com |
| **Stephanie Strasnick Johnson:** | **Taytum Jorgensen** |
| stephanie.anne.strasnick@gmail.com | taytumannjorge@gmail.com |
| **Pace William Johnson** | **Jamis Melwood Johnson** |
| pace@pacejohnson.com | jamis@pacejohnson |
| Jamisjohnson@gmail.com | |

**VIA U.S. MAIL, FIRST-CLASS POSTAGE PREPAID:**

I served the following Defendants (including those in Default/Failure to Appear) by placing a true copy in the United States Mail, addressed as follows:

**CR TRUE LLC**

℅ Pace Johnson Law Group
231 E. 400 S. Suite 345
Salt Lake City, UT 84111

**1028 S. 1900 E. LLC**
℅ Pace Johnson Law Group
231 E. 400 S. Suite 345
Salt Lake City, UT 84111