# EXHIBIT 1

Gravity Capital DBA certificate (July 2022)

File Number: 12937537

State of Utah
DEPARTMENT OF COMMERCE
Division of Corporations & Commercial Code

# Business Name Registration / DBA Application

Requested Business Name: **GRAVITY CAPITAL LLC**
Entity Number: 12937537
Application Date: 07/12/2022
Approved Date: 07/12/2022
Expiration Date: 07/12/2025
Filer Electronic Signature: david knudson

Business Information
Purpose: Activities Related to Real Estate
Address: 531 e 770 n
orem, UT 84097
Female Owned: No
Minority Owned: No

Registered Agent
Name: GRAVITY SEGREGATION, LLC
Type: Regular
Address: 531 e 770 n
orem, UT 84097

Applicant / Owner(s):
Name: GRAVITY SEGREGATION, LLC
Entity Number: 8110139-0160
Address: 531 e 770 n
orem, UT 84097

State of Utah
Department of Commerce
Division of Corporations & Commercial Code

This certifies that this registration has been filed and approved on 12, July 2022 in the office of the Division and hereby issues this Certification thereof.

L. Veillette

Leigh Veillette
Division Director

**Under GRAMA {63-2-201}, all registration information maintained by the Division is classified as public record. For confidentiality purposes, the business entity physical address may be provided rather than the residential or private address of any individual affiliated with the entity.**