# EXHIBIT 2

Court-approved Stipulation for In Rem Relief

*Submitted by:*
Kenyon D. Dove (9868)
SMITH KNOWLES, PLLC
2225 Washington Boulevard, Suite 200
Ogden, Utah 84401
Telephone: (801) 476-0303
Telefax: (801) 476-0399
Email: defaultservices@smithknowles.com

*Attorneys for Gravity Capital, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| In Re: | Bankruptcy No. 25-21749<br>Chapter 13<br>Judge: Kevin R. Anderson |
| MAX WARREN BARBER, Debtor. | **[Filed Electronically]** |

**STIPULATION RE: MOTION FOR *IN REM* RELIEF FROM THE AUTOMATIC STAY AND THE CO-DEBTOR STAY**

Gravity Capital, LLC ("Creditor"), a secured creditor of the Debtor, a secured creditor of the Debtor, Max Warren Barber as Trustee of the MSB Trust dated December 12, 2017 ("Debtor"), and Co-Debtor, Max Warren Barber (Debtor and Co-Debtor collectively referred to herein as the "Debtors"), having presented its Motion for *in rem* Relief from the Automatic Stay and the Co-Debtor Stay, and Debtors, based upon an agreement between the parties, by and through their respective attorneys of record, agree the Motion should be granted pursuant to the terms outlined in this Stipulation as follows:

1. Creditor is a secured creditor of the Debtors, secured by real properties, in which the Debtor and Co-Debtor claim some interest, located at 1028 South 1900 East, Salt Lake City Utah and 1836 East Yale, Salt Lake City, Utah 84108 (jointly referred to the "Property"), and more particularly described as follows:

> PARCEL 1: LOT 12, BLOCK 2, YALECREST HEIGHTS, ACCORDING TO THE OFFICIAL PLAT THEREOF AS RECORDED IN THE OFFICE OF THE SALT LAKE COUNTY RECORDER. PARCEL NO. 16-09-427-010-0000.
>
> PARCEL 2: LOT 8, UPPER YALE THIRD ADDITION, ACCORDING TO THE OFFICIAL PLAT THEREOF AS RECORDED IN THE OFFICE OF THE SALT LAKE COUNTY RECORDER, AND ALSO COMMENCING AT THE SOUTHEAST CORNER OF SAID LOT 8; THENCE SOUTH 40.5 FEET; THENCE WEST 60 FEET; THENCE NORTH 40.5 FEET; THENCE EAST 60 FEET TO THE POINT OF BEGINNING. PARCEL NO. 16-09-429-005-0000.

2. Debtor stipulates to immediate in rem Relief from the Automatic Stay and Co-Debtor Stay in favor Gravity Capital, LLC.

3. Gravity Capital, LLC agrees that any Trustee's Sale set hereafter will be held after July 7, 2025.

4. Parties agree to discuss in good faith the final payoff amount due prior to July 7, 2025. 5. The Automatic Stay and Co-Debtor Stay will also be lifted and applied to any bifurcation or conversion of this case from one chapter to another.

6. Parties also agree that the fourteen-day stay following entry of an Order Granting Relief, as provided by Bankruptcy Rule 4001(a)(3), should be waived.

7. Additionally, Debtor hereby releases, waives and dismisses with prejudice his Emergency Motion for Sanctions, Injunctive Relief, and Expungement of Wrong Liens for Violations of the Automatic Stay, Bad Faith Conduct, Willful Interference with Property of the

Estate, and Abuse of Process, and any claims related thereto as to Gravity Capital, LLC, its officers and agents including Dave Knudsen, Attorney Kenyon D. Dove, and Smith Knowles, PLLC.

**END OF DOCUMENT**

Agreed and approved as to form and substance: 21st Day May 2025

_S_ Max W. Barber

______________________________
Max Warren Barber, as Trustee and Individually
*Debtor/Co-Debtor*

**CERTIFICATE OF SERVICE**
**BY NOTICE OF ELECTRONIC FILING (CM/ECF)**

I hereby certify that on the ______ day of May, 2025, I electronically filed the foregoing, **STIPULATION RE: MOTION FOR IN REM RELIEF FROM THE AUTOMATIC STAY AND THE CO-DEBTOR STAY**, with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system:

· **Darwin H. Bingham** dbingham@scalleyreading.net, cat@scalleyreading.net ·
**Lon Jenkins tr** ecfmail@ch13ut.org, lneebling@ch13ut.org
· **Jonathan D. Kirk** ecf@kirklawutah.com, jonathan@kirklawutah.com ·
**United States Trustee** USTPRegion19.SK.ECF@usdoj.gov
· **Aaron M. Waite** aaronmwaite@agutah.gov

**CERTIFICATE OF SERVICE**
**BY MAIL, OTHER**

I hereby certify that on the ______ day of May, 2025, I caused to be served a true and correct copy of the foregoing, **STIPULATION RE: MOTION FOR IN REM RELIEF FROM THE AUTOMATIC STAY AND THE CO-DEBTOR STAY**, as follows:

Mail Service – By regular first-class United States mail, postage fully pre-paid, addressed to:

***Debtor***
**Max Warren Barber**
1028 South 1900 East
Salt Lake City, UT 84108

***Debtor***
**Max Warren Barber**
1836 E Yale Ave
Salt Lake City, UT 84108

***Co-Debtor/Borrower***
**Sara G. Navarra**
**Trustee of the MSB Trust**
1028 South 1900 East, Salt Lake City, UT 84108

***Co-Debtor/Borrower***
**Sara G. Navarra**
**Trustee of the MSB Trust**
1836 East Yale,
Salt Lake City, UT 84108

/s/ Kenyon D. Dove
Attorney at Law



**Addendum to Stipulation Re: Motion for In Rem Relief from the Automatic Stay and the Co-Debtor Stay**

---

The parties hereby agree to the terms of the original Stipulation, with the incorporation of the following amendments as of this date:

1. **Lien Amendment and Automatic Stay:** The recorded lien shall be amended to reflect the correct principal and/or balance owed. The Automatic Stay shall remain in effect for all parties except for Gravity Capital, LLC to sell the properties, effective as of July 7, 2025.

2. **Debtor Identification:** The Debtor identified herein is Max W. Barber and the MSB Trust.

3. **Waiver of 14-Day Stay:** The fourteen-day stay following entry of an Order Granting Relief shall be lifted immediately upon the correction of the lien amount.

All other terms and conditions of the original Stipulation Re: Motion for In Rem Relief from the Automatic Stay and the Co-Debtor Stay remain in full force and effect.

Agreed and approved as to form and substance:

_s_Max Barber

Max Warren Barber, as Trustee and Individually
*Debtor/Co-Debtor*