# EXHIBIT 3

Barber-Parrish pre-closing emails (Mar. 2022)

From: **Max B** <max.msb.llc@gmail.com>
Date: Tue, Mar 22, 2022 at 11:48AM
Subject: Fwd: Closing documents
To: Gene Parrish <gene@newfreedomfunding.com>

Begin forwarded message:

My residential homeowners policy, I live in the 1028S and the other is going to be renavated 1836 E.

Sent from my iPhone

Begin forwarded message:

> **From:** Max B <max.msb.llc@gmail.com>
> **Date:** March 21, 2022 at 1:25:14 PM MDT
> **To:** Gene Parrish <gene@newfreedomfunding.com>
> **Subject: Re: Closing documents**
>
> Hi Gene,
>
> Please find attached the insurance coverage for 1028 South 1900 East
>
> Regards,
>
> Max
>
> On Sat, Mar 19, 2022 at 6:59 AM Gene Parrish <gene@newfreedomfunding.com> wrote:
> Max.
>
> Thanks for the documents.
>
> 1. The closing statements are the HUD Statements from the you bought the houses. They are helpful in preparing loan documents.
>
> 2. Are the house titles in your personal name or in the name of the company?
>
> 3. Do you have a copy of the Dec Page for the insurance on the property at 1028 S 1900 South? We need to document there is insurance on both homes.
>
> Please contact the insurance agent and have him add the lender as an "Additional Insured"
>
> Gravity Capital, LLC
> 531 E 770 N
> Orem, UT 84097
>
> 4. If the homes are titled in the name of MSB International we need a copy of the Operating Agreement. It will show who has authority to sign documents.
>
> Thanks. Please call with any questions.
>
> Gene Parrish
> 801-427-4810
> www.NewFreedomFunding.com
>
> **New Freedom Group**
> Real Estate Investment Loans and Project Funding
>
> (If this is a real estate transaction please include the property address in the subject line of all emails connected to this property, followed by the purpose of the email. Otherwise the email and the attachments may get misfiled.)