# EXHIBIT 4

Gravity Capital FAQ page

Gravity Capital
Let Gravity Work for You

50 W Broadway, Suite 300, Salt Lake City, UT 84101

dave@gravitycapllc.com

(801) 750 3838

Request Loan

(801) 750 3838

HOME / PAGES

# FAQs

# FAQs

## How do I apply for a loan with Gravity Capital?

It's as easy as sending an address of the property that you would like us to loan against. Give me an idea of what you think it is worth how much money you need and if rented, what the rental income is. We would eventually like to know how long you have owned the property and what you paid for it. Call Dave, or text 801-750-3838, or email to dave@gravitycapllc.com any real estate information you have and I will take it from there. There are no upfront fees.

## Does Gravity work with loan brokers?

YES, we do. 90% of our loans come from loan brokers. Loan brokers fees are typically listed on the settlement statement at loan closing. Gravity has no formal loan broker qualification and anyone can bring us a loan. If you have a loan for us to consider you can call Dave, or text 801-750-3838, or email to dave@gravitycapllc.com the information for me to get started.

## How long does it take to close a loan with Gravity Capital?

The loan process can be as fast as 24 hours. I need three things to close-

1. I inspect every property I lend on.
2. I need a commitment of title insurance from a title company.
3. I need some paperwork for the file, but the loan is not contingent on it.

As fast as we can arrange this, I can close. It has been as fast as 24 hours, typically it's a week or two.

## How high or low of a loan will Gravity Capital consider?

Gravity will consider loans from $10,000.00 up to $10,000,000.00. Our average size loan is $500,000.00.

## What is Gravity Capital?

Gravity capital is an alternative lending company, some people would refer to us as hard money lender. We can close fast and lend in all 50 states. We accept borrowers with extremely low credit score bankruptcies if the loan is secured with real estate.

## What kind of properties does Gravity Capital lend on?

Gravity Capital is in the business of making business loans. We secure these loans against real estate. We lend on just about any real estate you can think of. Residential, Commercial, industrial, churches, land, hotels, restaurants, Condo's, building projects, etc. One of the only types of real estate we don't lend on is owner-occupied residential consumer loans.

## Will Gravity lend on other things?

Yes, we are direct lenders and will consider lending on anything with value. We have lent on judgments, contracts, cars, boats, factoring and would consider most anything, such as jets, planes, high end cars, litigation, etc. Feel free to call or text anytime to discuss. Dave 801-750-3838.

## What is the average interest rate of your loans?

It varies based on my perceived risk. It's anywhere from 12% to 18% interest and usually a one-year term. However, nothing is written in stone and my typical my answer is, I will lend on anything you talk me into at whatever rate you talk me into. Bring it on. Dave 801-750-3838.

## What is Gravity Capitals credit criteria?

We are an asset based lender and therefore have no credit criteria. This means we lend on what we think the property is worth. Typically, we lend up to half of what we think the property is worth. We don't lend based on credit score. Most of our borrowers have either low credit scores, do not have proof of income, have gone bankrupt, have no tax returns, and some have been to jail, etc.

## Is Gravity Capital a direct lender?

Gravity Capital is a direct lender. Which means we lend our own Capital. We decide what we will lend on and can close quickly. We have no hard and fast

rules, and we consider loans outside the box.

## How does your broker training work?

I have been asked over the years how to get into the real estate lending business. I started the broker training program to teach people this. For me, it started with brokering loans and getting paid while learning the business. Then I gradually moved into becoming a lender myself while obtaining double digit returns safely. I have found nothing safer and more financially rewarding as real estate lending. My hope is, that those who learn this business from me, might bring me loans that I close,and pay you a fee for bringing them to me. This fee is usually 1$ to 5% of the loan amount. Teaching you the business might bring me business and you can always use it to make money as a broker or lender yourself. I'll always remember the day my mentor and teacher invested $25,000.00 of my money in one of his loans. This was the day I transitioned from Broker to lender. You can do it to, its not rocket science.

I charge nothing for thisinformation, and I would be happy to send it to you for free. And NO, I will not upcharge you for anything. It's all available on my web site and you tube videos listed on my web site. Call me anytime if you have questions. Dave 801-750-3838.

## About Gravity Capital

Gravity Capital LLC is a direct lender that provides lending solutions to help establish marketplace scenarios to connect investors to entrepreneurs who need quick, quality funding sources for solid business real estate ventures.

dave@gravitycapllc.com
(801) 750 3838

## Quick Links

- About Us
- Blog & News
- Terms of Service
- Privacy Policy
- Contact us
- FAQs

## Explore

- Loan Broker Training
- Secured Lending Training
- Direct Borrower Loans
- Loan Broker Submissions
- Broker Associates
- Loan Application

Copyright © 2026. Gravity Capital All Rights Reserved.