# EXHIBIT 6

Gravity lien-release quote, $622,123.30 (Apr. 2, 2025)

Gravity Capital
531 E 770 N. Orem, Utah 84097

# Payoff Quote

GRAVITY CAPITAL
531 E 770 N
Orem, Utah 84097
Phone: [redacted]
Email: [redacted]

Date: April 2, 2025

TO:
Krista Crook
Cottonwood Title
1996 E 6400 South, Suite 120
Murray, UT 84121
Phone: [redacted]

---

Payoff Statement

RE: Loan Payoff Request for Properties at:
- 1028 S 1900 East, Salt Lake City, UT
- 1836 E Yale Avenue, Salt Lake City, UT 84108

---

Borrower: Max Barber Trust
Original Loan Amount: $332,000.00
Loan Origination Date: March 22, 2022

As of April 2, 2025, Gravity Capital LLC will accept $622,123.30 to release its lien from the Properties described herein.

Upon receipt of this amount in good funds, Gravity Capital will consider the loan paid in full and will immediately issue the appropriate lien releases for recording. This amount includes all interest, fees, and legal expenses incurred to date.

---

Please Note:

- This payoff is valid through April 2, 2025.
- If funds are not received by this date, please request an updated payoff.
- All payments must be made payable to Gravity Capital. Wire instructions can be provided upon request.

For confirmation or closing coordination, please reach out directly.

**Sincerely,**

**Dave Knudson**

**Gravity Capital**

[redacted]