# EXHIBIT 7

Roderick Declaration with Attachments A-B (July 16, 2026)

## DECLARATION OF TRAPPER RODERICK

I, **Trapper Roderick**, resident of Salt Lake County declare as follows:

1. I am over the age of eighteen (18), am a resident of Salt Lake City, Utah, and am competent to make this declaration. I have personal knowledge of the facts stated in this declaration, except where stated on information and belief. If called as a witness, I could and would testify competently to the facts stated herein.

2. I submit this declaration in support of Plaintiff's Second Amended Complaint and reaffirming my prior declaration dated September 23, 2025 in support of Plaintiff's then Renewed Emergency Motion for Temporary Restraining Order and Memorandum in Support.

3. I have firsthand knowledge of communications and market information concerning the 22 July 2025 trustee's sale / foreclosure sale involving Gravity Capital LLC and the following real properties:

**Property 1:** **1028 South 1900 East Salt Lake City Utah 84108**
**Parcel Number 16-09-427-010-0000,** described as LOT 12 BLK 2 YALECREST HEIGHTS 54412085 54412086 74743023 74743024 85681028 94392859, 2860, 2861 94392862 94462126 101823052;

**Property 2:** **1836 East Yale Avenue, Salt Lake City, Utah 84108.**
**Parcel Number 16-09-429-005-0000**, described as LOT 8, UPPER YALE THIRD ADD, ALSO COM AT SE COR SD LOT 8, S 40.5 FT; W 60 FT; N 40.5 FT; E 60 FT TO BEG 44521246 62232699 62242430.

4. These properties are commonly known as **1028 South 1900 East** and **1836 East Yale Avenue**, Salt Lake City, Utah 84108.

5. On July 19, 2025, I had direct communications with Mr. Larry Horton by text message[1] and telephone concerning the above-described properties and the anticipated foreclosure or trustee's sale.

6. During those communications, Mr. Horton informed me that he had received communications from Gravity Capital LLC / David Knudson that the foreclosure sale would be held on the courthouse steps on **August 15, 2025**.

7. At or around that time, Mr. Horton and I were discussing potential collaboration concerning these homes and other homes in the market.

8. Based on the information communicated to us, I understood that the sale date being represented to market participants was August 15, 2025.

9. I later learned that the properties had in fact been sold on or about **July 22, 2025**, before the date that had been communicated to Mr. Horton and then conveyed to me.

10. After learning of the July 22, 2025 sale, Mr. Horton informed me that he had asked Gravity Capital LLC about the sale and was told, in substance, that only one bidder appeared at the sale that day.

11. Based on my knowledge of the Salt Lake City real estate market, the location of the properties, and the level of interest typically associated with properties in

[1] Attachment A

the Historic Yalecrest area, these properties would have attracted a crowd of interested bidders if accurate sale information had been communicated to the market.

12. I had previously pursued the purchase of these two properties and had contracted to purchase them. Those purchases were not completed due to issues involving alleged lienholder refusal to correct, resolve, or settle substantial encumbrance liens affecting both properties.

13. I directly received third-party appraisal materials from Irvine Appraising, signed by Troy Thompson, concerning the values of the above-described properties[2]. The appraisal materials reflected this Neighborhood comparable sales prices ranging from approximately **$1,470,900 to $1,742,400** supporting the following valuations:

A. 1028 South 1900 East, SLC Utah 84108
**Valued at $1,600,000**

B 1836 East Yale Ave, SLC Utah 84108
**Valued at $1,300,000**

14. Based on the timing and content of the communications described above, it is apparent; the inaccurate information concerning the sale date was designed to directly mislead / prevent interested market participants, including Mr. Horton and me, from appearing and bidding at the sale.

15. I make this declaration to confirm my real estate market knowledge as a real estate developer and builder in Utah, as well as my interactions, communications, observations, and actions described above. This includes my communications with Mr.

---

[2] Attachment B

materials described above, and my concern that inaccurate sale date information directly affected bidder participation.

**Declaration Under Penalty of Perjury**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed on July 16, 2026, at Salt Lake City, Utah.**

X________________________________

**Trapper Roderick**

**A - TEXT MESSAGE**

July 19, 11:13 AM

LH

Larry H

closed??
Let me know if you need help.
Thank

Wednesday 10:20 AM

Call u right back

Okay, did you close?

Hold up at title. Been working with them every day

Delivered

Today 11:12 AM

Aug15th is what's I was told on both properties

Thursday when I got the call.

Message

B - APPRAISAL INFO

# APPRAISAL OF REAL PROPERTY

**LOCATED AT:**

1028 S 1900 E
Lot 12 Blk 2 Yalecrest Heights
Salt Lake City, UT 84108

**FOR:**

Alpha Realty Advisors
2945 Townsgate, #110
Westlake Village, CA 91361

**AS OF:**

03/12/2025

**BY:**

Troy W Thompson

# Market Conditions Addendum to the Appraisal Report

File No. T900325

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

Property Address 1028 S 1900 E City Salt Lake City State UT ZIP Code 84108

Borrower Trapper Roderick

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

## MARKET RESEARCH & ANALYSIS

| **Inventory Analysis** | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 12 | 4 | 1 | Increasing | Stable | X Declining |
| Absorption Rate (Total Sales/Months) | 2 | 1.33 | 0.33 | Increasing | Stable | X Declining |
| Total # of Comparable Active Listings | 6 | 4 | 2 | X Declining | Stable | Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 3 | 3 | 6 | Declining | Stable | X Increasing |
| **Median Sale & List Price, DOM, Sale/List %** | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | $1,500,000 | $1,487,450 | $1,505,000 | Increasing | X Stable | Declining |
| Median Comparable Sales Days on Market | 8 | 84 | 96 | Declining | Stable | X Increasing |
| Median Comparable List Price | $1,522,500 | $1,710,000 | $1,612,500 | Increasing | X Stable | Declining |
| Median Comparable Listings Days on Market | 101 | 140 | 94 | Declining | X Stable | Increasing |
| Median Sale Price as % of List Price | 100 | 97 | 97 | Increasing | X Stable | Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | X Yes | No | | Declining | X Stable | Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.). Utah Real Estate indicates there were 17 closed sales during the past 12 months and 6 of those sales contained seller concessions which is 35% of the total transactions in this market area. Prior Months 7-12: 12 Sales; 4 with concessions; 33% of sales for this period. 4-6: 4 Sales; 1 with concessions; 25% of sales for this period. 0-3: 1 Sales; 1 with concessions; 100% of sales for this period. The concessions ranged between $6,500 and $15,620. The median concession amount is $11,500.

Are foreclosure sales (REO sales) a factor in the market? Yes X No If yes, explain (including the trends in listings and sales of foreclosed properties).

The data used in the grid above does not indicate there were any REO/Short sales or other distressed properties associated with the reported transactions. However, this is not a mandatory reporting field for agents and there may be some distressed sales that were not reported. It is beyond the scope of this assignment to confirm each sale used in the Market Conditions Report.

Cite data sources for above information. Utah Real Estate was the data source used to complete the Market Conditions Addendum. 3/13/2025

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.

The market data supports the conclusion that home values in this area and price range have remained stable over the past year.

## CONDO/CO-OP PROJECTS

**If the subject is a unit in a condominium or cooperative project, complete the following:** Project Name:

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | Increasing | Stable | Declining |
| Absorption Rate (Total Sales/Months) | | | | Increasing | Stable | Declining |
| Total # of Active Comparable Listings | | | | Declining | Stable | Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | Declining | Stable | Increasing |

Are foreclosure sales (REO sales) a factor in the project? Yes No If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

## APPRAISER

| | |
|---|---|
| Signature | Signature |
| Appraiser Name Troy W Thompson | Supervisory Appraiser Name |
| Company Name Irvine Appraising Company | Company Name |
| Company Address PO Box 17903, Salt Lake City, UT 84117 | Company Address |
| State License/Certification # 5507536-CR00 State UT | State License/Certification # State |
| Email Address irvineappraising@msn.com | Email Address |

# APPRAISAL OF REAL PROPERTY

**LOCATED AT:**

1836 E Yale Ave
Lot 8, Upper Yale Third Add, Also Com at SE Cor SD Lot 8, S 40.5 Ft; W 60 Ft; N 40.5 Ft; E
Salt Lake City, UT 84108

**FOR:**

Alpha Realty Advisors
2945 Townsgate, #110
Westlake Village, CA 91361

**AS OF:**

04/10/2025

**BY:**

Troy W Thompson

# Market Conditions Addendum to the Appraisal Report

File No. T1240425

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

Property Address: 1836 E Yale Ave | City: Salt Lake City | State: UT | ZIP Code: 84108

Borrower: Trapper Roderick

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

## MARKET RESEARCH & ANALYSIS

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 17 | 5 | 5 | Increasing | [X] Stable | Declining |
| Absorption Rate (Total Sales/Months) | 2.83 | 1.67 | 1.67 | Increasing | [X] Stable | Declining |
| Total # of Comparable Active Listings | 3 | 5 | 4 | Declining | [X] Stable | Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 1.06 | 3.0 | 2.4 | Declining | [X] Stable | Increasing |
| **Median Sale & List Price, DOM, Sale/List %** | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | $1,450,000 | $1,425,000 | $1,450,000 | Increasing | [X] Stable | Declining |
| Median Comparable Sales Days on Market | 24 | 68 | 41 | Declining | [X] Stable | Increasing |
| Median Comparable List Price | $1,595,000 | $1,600,000 | $1,599,450 | Increasing | [X] Stable | Declining |
| Median Comparable Listings Days on Market | 113 | 121 | 22 | [X] Declining | Stable | Increasing |
| Median Sale Price as % of List Price | 100 | 97 | 97 | Increasing | [X] Stable | Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | [X] Yes | No | | Declining | [X] Stable | Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.). Utah Real Estate indicates there were 27 closed sales during the past 12 months and 8 of those sales contained seller concessions which is 30% of the total transactions in this market area. Prior Months 7-12: 17 Sales; 4 with concessions; 24% of sales for this period. 4-6: 5 Sales; 2 with concessions; 40% of sales for this period. 0-3: 5 Sales; 2 with concessions; 40% of sales for this period. The concessions ranged between $2,500 and $15,620. The median concession amount is $6,800.

Are foreclosure sales (REO sales) a factor in the market? Yes [X] No — If yes, explain (including the trends in listings and sales of foreclosed properties).

The data used in the grid above does not indicate there were any REO/Short sales or other distressed properties associated with the reported transactions. However, this is not a mandatory reporting field for agents and there may be some distressed sales that were not reported. It is beyond the scope of this assignment to confirm each sale used in the Market Conditions Report.

Cite data sources for above information. Utah Real Estate was the data source used to complete the Market Conditions Addendum. 4/10/2025

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.

The market data supports the conclusion that home values in this area and price range have remained stable over the past year.

## CONDO/CO-OP PROJECTS

**If the subject is a unit in a condominium or cooperative project, complete the following:** Project Name:

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | Increasing | Stable | Declining |
| Absorption Rate (Total Sales/Months) | | | | Increasing | Stable | Declining |
| Total # of Active Comparable Listings | | | | Declining | Stable | Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | Declining | Stable | Increasing |

Are foreclosure sales (REO sales) a factor in the project? Yes No — If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

## APPRAISER

| | | | |
|---|---|---|---|
| Signature | [signature] | Signature | |
| Appraiser Name | Troy W Thompson | Supervisory Appraiser Name | |
| Company Name | Irvine Appraising Company | Company Name | |
| Company Address | PO Box 17903, Salt Lake City, UT 84117 | Company Address | |
| State License/Certification # | 5507536-CR00 State UT | State License/Certification # | State |
| Email Address | irvineappraising@msn.com | Email Address | |