# EXHIBIT 8

Barber courthouse photographs (July 22, 2025)

Jared L Anderson



David Knudson

Adrian Isaac Johnson




Jamis Melwood Johnson
Stephanie Strasnick
AKA
Stephanie Strasnick johnson
Pace William Johnson