# EXHIBIT 9

PJLG cancellation and successor LLC filing (Apr. 2026)

| | |
|---|---|
| Filed in the Office of | Filing Number<br>**260421952030B** |
| Scott Whittaker | Effective On<br>**April 21, 2026** |
| Director, Division of Corporations and Commercial Code | Entity Number<br>**13166370-0151** |
| Filed in the State of Utah | Number of Pages<br>1 |

# *State of Utah*
## *Department of Commerce*
## *Division of Corporations and Commercial Code*

**Assumed Name (DBA) - Cancellation of a Business Name Registration (DBA)**

**ENTITY INFORMATION**

Entity Name: PACE JOHNSON LAW GROUP
Entity Number: 13166370-0151
Effective Date: April 21, 2026
Effective Time: 03:08 PM

**BUSINESS DETAILS**

**REQUIRED SIGNATURES**

- I declare that the information contained in this electronic submission is true and accurate.
- I affirm that I am legally authorized to sign this document.
- I acknowledge receipt of the below information:
  - The information provided in this form will be used by the Division to evaluate and complete your request. Failure to provide complete information as requested will result in the denial of your request as incomplete.
  - Information provided in this form is retained in accordance with state record retention laws. For specific information about the records retention for this form, please visit https://corporations.utah.gov/records/.
  - In order to comply with legal and regulatory requirements, we may share information provided in this form with authorized parties such as other government agencies, national licensing databases, contracted vendors, etc. Additionally, many items collected by the Division are classified as "public" under the Government Records Access and Management Act, Utah Code § 63G-2-101 et seq.
  - For more information on how the information you provide is shared, please refer to https://corporations.utah.gov/records/.

- **Electronic Signature:** Pace Johnson
  **Title/Capacity:** Applicant/Owner

| Filed in the Office of | Filing Number<br>**260427962540B** |
|---|---|
| [signature] | Effective On<br>**April 21, 2026** |
| Director, Division of Corporations and Commercial Code | Entity Number<br>**14688276-0160** |
| Filed in the State of Utah | Number of Pages<br>2 |

# *State of Utah*
## *Department of Commerce*
## *Division of Corporations and Commercial Code*

**Domestic Limited Liability Company - Certificate of Organization**

**ENTITY INFORMATION**

Entity Name: Pace Johnson Law Group LLC
Entity Number: 14688276-0160
Effective Date: April 21, 2026
Effective Time: 04:14 PM

**BUSINESS DETAILS**

**Duration Date:** Perpetual

**BUSINESS CLASSIFICATION:**
A Limited Liability Company

**FILING DETAILS**

**PRINCIPAL OFFICE INFORMATION:**
**Principal Office Address:** 231 E 400 S , Suite 345, Salt Lake City, UT 84111
**Mailing Address:** 231 E 400 S , Suite 345, Salt Lake City, UT 84111

**REGISTERED AGENT**
**Agent Type:** Unregistered Entity
**Name:** DMD LAW, LC
**Address:** 3556 S 5600 W , #1-852, Salt Lake City, UT 84120

**ACTIVE PRINCIPAL INFORMATION**
**Title:** Manager
**Name:** DMD LAW, LC
**Address:** 3556 S 5600 W , #1-852, Salt Lake City, UT 84120

**REQUIRED SIGNATURES**

- I declare that the information contained in this electronic submission is true and accurate.
- I affirm that I am legally authorized to sign this document.
- I acknowledge receipt of the below information:
    - The information provided in this form will be used by the Division to evaluate and complete your request. Failure to provide complete information as requested will result in the denial of your request as incomplete.
    - Information provided in this form is retained in accordance with state record retention laws. For specific information about the records retention for this form, please visit https://corporations.utah.gov/records/.
    - In order to comply with legal and regulatory requirements, we may share information provided in this form with authorized parties such as other government agencies, national licensing databases, contracted vendors, etc. Additionally, many items collected by the Division are classified as "public" under the Government Records Access and Management Act, Utah Code § 63G-2-101 et seq.
    - For more information on how the information you provide is shared, please refer to https://corporations.utah.gov/records/.

- **Electronic Signature:** Pace Johnson
  **Title/Capacity:** Organizer