# EXHIBIT 10

Thompson appraisals, both Properties ($2,900,000 combined)

# APPRAISAL OF REAL PROPERTY

**LOCATED AT:**

1836 E Yale Ave
Lot 8, Upper Yale Third Add, Also Com at SE Cor SD Lot 8, S 40.5 Ft; W 60 Ft; N 40.5 Ft; E
Salt Lake City, UT 84108

**FOR:**

Alpha Realty Advisors
2945 Townsgate, #110
Westlake Village, CA 91361

**AS OF:**

04/10/2025

**BY:**

Troy W Thompson

# Market Conditions Addendum to the Appraisal Report

File No. T1240425

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

Property Address 1836 E Yale Ave City Salt Lake City State UT ZIP Code 84108

Borrower Trapper Roderick

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

## MARKET RESEARCH & ANALYSIS

| **Inventory Analysis** | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 17 | 5 | 5 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | 2.83 | 1.67 | 1.67 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Total # of Comparable Active Listings | 3 | 5 | 4 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 1.06 | 3.0 | 2.4 | ☐ Declining | ☒ Stable | ☐ Increasing |
| **Median Sale & List Price, DOM, Sale/List %** | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | $1,450,000 | $1,425,000 | $1,450,000 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 24 | 68 | 41 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Comparable List Price | $1,595,000 | $1,600,000 | $1,599,450 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | 113 | 121 | 22 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 100 | 97 | 97 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | ☒ Yes | ☐ No | | ☐ Declining | ☒ Stable | ☐ Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.). Utah Real Estate indicates there were 27 closed sales during the past 12 months and 8 of those sales contained seller concessions which is 30% of the total transactions in this market area. Prior Months 7-12: 17 Sales; 4 with concessions; 24% of sales for this period. 4-6: 5 Sales; 2 with concessions; 40% of sales for this period. 0-3: 5 Sales; 2 with concessions; 40% of sales for this period. The concessions ranged between $2,500 and $15,620. The median concession amount is $6,800.

Are foreclosure sales (REO sales) a factor in the market? ☐ Yes ☒ No If yes, explain (including the trends in listings and sales of foreclosed properties).

The data used in the grid above does not indicate there were any REO/Short sales or other distressed properties associated with the reported transactions. However, this is not a mandatory reporting field for agents and there may be some distressed sales that were not reported. It is beyond the scope of this assignment to confirm each sale used in the Market Conditions Report.

Cite data sources for above information. Utah Real Estate was the data source used to complete the Market Conditions Addendum. 4/10/2025

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.

The market data supports the conclusion that home values in this area and price range have remained stable over the past year.

## CONDO/CO-OP PROJECTS

**If the subject is a unit in a condominium or cooperative project , complete the following:** **Project Name:**

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project? ☐ Yes ☐ No If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

## APPRAISER

| | |
|---|---|
| Signature | Signature |
| Appraiser Name Troy W Thompson | Supervisory Appraiser Name |
| Company Name Irvine Appraising Company | Company Name |
| Company Address PO Box 17903, Salt Lake City, UT 84117 | Company Address |
| State License/Certification # 5507536-CR00 State UT | State License/Certification # State |
| Email Address irvineappraising@msn.com | Email Address |

Irvine Appraising Company

# Uniform Residential Appraisal Report

File # T1240425

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

Property Address 1836 E Yale Ave | City Salt Lake City | State UT | Zip Code 84108

Borrower Trapper Roderick | Owner of Public Record GSE Global LLC | County Salt Lake

Legal Description Lot 8, Upper Yale Third Add, Also Com at SE Cor SD Lot 8, S 40.5 Ft; W 60 Ft; N 40.5 Ft; E 60 Ft to Beg

Assessor's Parcel # 16-09-429-005 | Tax Year 2024 | R.E. Taxes $ 4,994

Neighborhood Name Upper Yale | Map Reference 41620 | Census Tract 1041.00

Occupant [ ] Owner [ ] Tenant [X] Vacant | Special Assessments $ 0 | [ ] PUD | HOA $ 0 | [ ] per year [ ] per month

Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)

Assignment Type [X] Purchase Transaction [ ] Refinance Transaction [ ] Other (describe)

Lender/Client Alpha Realty Advisors | Address 2945 Townsgate, #110, Westlake Village, CA 91361

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [X] Yes [ ] No

Report data source(s) used, offering price(s), and date(s). DOM 0;The subject property is currently for sale by owner.

## CONTRACT

I [X] did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. Arms length sale;The appraiser has relied upon the contract to be ethical and competently completed. I have found it to be typical and consistent for this market with nothing out of the ordinary.

Contract Price $ 1,500,000 | Date of Contract 02/04/2025 | Is the property seller the owner of public record? [X] Yes [ ] No | Data Source(s) County

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [X] No

If Yes, report the total dollar amount and describe the items to be paid. $0;;N/A

## NEIGHBORHOOD

**Note: Race and the racial composition of the neighborhood are not appraisal factors.**

| Neighborhood Characteristics | | | | One-Unit Housing Trends | | | | One-Unit Housing | | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Location | [ ] Urban | [X] Suburban | [ ] Rural | Property Values | [ ] Increasing | [X] Stable | [ ] Declining | PRICE | | AGE | One-Unit | 65 % |
| Built-Up | [X] Over 75% | [ ] 25-75% | [ ] Under 25% | Demand/Supply | [ ] Shortage | [X] In Balance | [ ] Over Supply | $ (000) | | (yrs) | 2-4 Unit | 6 % |
| Growth | [ ] Rapid | [X] Stable | [ ] Slow | Marketing Time | [ ] Under 3 mths | [X] 3-6 mths | [ ] Over 6 mths | 300 | Low | 0 | Multi-Family | 8 % |
| | | | | | | | | 4,000 | High | 125 | Commercial | 15 % |
| | | | | | | | | 975 | Pred. | 95 | Other | 6 % |

Neighborhood Boundaries 500 S. on the North, 2100 S. on the South, 1300 E. on the West and Donner Way on the East.

Neighborhood Description The subject property is located in a single family residential neighborhood. Many of the homes vary in style, condition, and age. Schools, shopping facilities, bus stops, parks, and all other amenities are within a short distance.

Market Conditions (including support for the above conclusions) The appraisers market search included homes with similar acreage, age, and total square footage. The recent market data supports the conclusion that homes in this area and price range have remained stable over the past year. This has been supported on the 1004 MC page.

## SITE

Dimensions See Attached Plat | Area 9583 sf | Shape Rectangular | View N;Res;

Specific Zoning Classification R-1-7000 | Zoning Description Residential Single Family 7000 Sq.Ft. Min.

Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No If No, describe Based on the current zoning and surrounding properties the present use is the highest and best use.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | [ ] | Water | [X] | [ ] | Street Asphalt | [X] | [ ] |
| Gas | [X] | [ ] | Sanitary Sewer | [X] | [ ] | Alley None | [ ] | [ ] |

FEMA Special Flood Hazard Area [ ] Yes [X] No | FEMA Flood Zone X | FEMA Map # 49035C0302H | FEMA Map Date 11/19/2021

Are the utilities and off-site improvements typical for the market area? [X] Yes [ ] No If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No If Yes, describe

The appraiser assumes that there are no hidden or unapparent conditions of the property, subsoil, or structures.

## IMPROVEMENTS

| General Description | Foundation | Exterior Description materials/condition | Interior materials/condition |
|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | [ ] Concrete Slab [ ] Crawl Space | Foundation Walls Concrete/Avg | Floors Hdwd/Vinyl/Avg |
| # of Stories 2 | [X] Full Basement [ ] Partial Basement | Exterior Walls Brick/Frame/Avg | Walls Plaster/Avg |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | Basement Area 1,011 sq.ft. | Roof Surface Asph.Shingle/Avg | Trim/Finish Wood/Paint/Avg |
| [X] Existing [ ] Proposed [ ] Under Const. | Basement Finish 50 % | Gutters & Downspouts Yes/Aluminum/Avg | Bath Floor Tile/Avg |
| Design (Style) 2-Story | [ ] Outside Entry/Exit [ ] Sump Pump | Window Type Wood/Alum/Avg | Bath Wainscot Tile/Avg |
| Year Built 1940 | Evidence of [ ] Infestation | Storm Sash/Insulated No/Yes/Avg | Car Storage [ ] None |
| Effective Age (Yrs) 20 | [ ] Dampness [ ] Settlement | Screens Yes/Avg | [X] Driveway # of Cars 1 |
| Attic [ ] None | Heating [X] FWA [ ] HWBB [ ] Radiant | Amenities [ ] Woodstove(s) # 0 | Driveway Surface Concrete |
| [ ] Drop Stair [ ] Stairs | [ ] Other Fuel Gas | [X] Fireplace(s) # 2 [X] Fence Full | [ ] Garage # of Cars 0 |
| [ ] Floor [X] Scuttle | Cooling [ ] Central Air Conditioning | [X] Patio/Deck 1/0 [X] Porch Covered | [ ] Carport # of Cars 0 |
| [ ] Finished [ ] Heated | [ ] Individual [X] Other None | [ ] Pool None [ ] Other None | [ ] Att. [ ] Det. [ ] Built-in |

Appliances [ ] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [ ] Microwave [ ] Washer/Dryer [ ] Other (describe)

Finished area **above** grade contains: 7 Rooms 3 Bedrooms 1.1 Bath(s) 2,022 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.). Typical.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). C4;Kitchen-updated-eleven to fifteen years ago;Bathrooms-updated-eleven to fifteen years ago;The subject property has a covered porch, covered patio, wall covering, chair rail molding.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [ ] Yes [X] No If Yes, describe

The appraiser is not a home inspector, surveyor, mold expert, methamphetamine expert, or structural engineer. The appraiser does not guarantee that the property is free of defects or environmental problems. The appraiser has inspected visible and accessible areas only.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No If No, describe

# Uniform Residential Appraisal Report

File # T1240425

There are 4 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 1,200,000 to $ 2,700,000 .

There are 27 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 1,100,000 to $ 2,752,500 .

SALES COMPARISON APPROACH

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 1836 E Yale Ave<br>Salt Lake City, UT 84108 | 1766 E Cornell Cir<br>Salt Lake City, UT 84108 | | 1357 E Logan Ave<br>Salt Lake City, UT 84105 | | 1328 S 1400 E<br>Salt Lake City, UT 84105 | |
| Proximity to Subject | | 0.25 miles SW | | 1.00 miles SW | | 0.74 miles SW | |
| Sale Price | $ 1,500,000 | | $ 1,110,000 | | $ 1,450,000 | | $ 1,599,900 |
| Sale Price/Gross Liv. Area | $ 741.84 sq.ft. | $ 863.81 sq.ft. | | $ 708.35 sq.ft. | | $ 914.23 sq.ft. | |
| Data Source(s) | | UREMLS#2044603;DOM 83 | | UREMLS#2064329;DOM 41 | | UREMLS#2017833;DOM 80 | |
| Verification Source(s) | | Listing Agent | | Listing Agent | | Listing Agent | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing<br>Concessions | | ArmLth<br>Cash;0 | 0 | ArmLth<br>Conv;10000 | -10,000 | ArmLth<br>Conv;15620 | -15,620 |
| Date of Sale/Time | | s03/25;c01/25 | 0 | s03/25;c02/25 | 0 | s11/24;c09/24 | 0 |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 9583 sf | 4792 sf | +16,500 | 8276 sf | +4,500 | 7841 sf | +6,000 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT2;2-Story | DT1;Rambler | 0 | DT2;2-Story | | DT1;Cottage | 0 |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | -125,000 |
| Actual Age | 85 | 84 | 0 | 109 | 0 | 109 | 0 |
| Condition | C4 | C3 | -100,000 | C3 | -100,000 | C3 | -100,000 |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Room Count | 7 / 3 / 1.1 | 5 / 1 / 1.1 | 0 | 7 / 3 / 2.0 | -5,000 | 5 / 2 / 2.0 | -5,000 |
| Gross Living Area | 2,022 sq.ft. | 1,285 sq.ft. | +128,975 | 2,047 sq.ft. | -4,375 | 1,750 sq.ft. | +47,600 |
| Basement & Finished | 1011sf506sfin | 750sf750sfin | +3,915 | 1175sf1151sfin | -2,460 | 1370sf1370sfin | -5,385 |
| Rooms Below Grade | 1rr0br0.0ba0o | 0rr2br1.0ba0o | -10,000 | 2rr1br1.0ba0o | -15,000 | 1rr2br1.0ba1o | -20,000 |
| Functional Utility | Average | Average | | Average | | Basement Kit | -10,000 |
| Heating/Cooling | FWA/None | FWA/Central | -5,000 | Rad/FWA/Swamp | -1,500 | FWA/Central | -5,000 |
| Energy Efficient Items | Thermopane | Thermopane | | Thermopane | | Thermopane | |
| Garage/Carport | 1dw | 1gd1dw | -10,000 | 2gd2dw | -20,000 | 2gd2dw | -20,000 |
| Porch/Patio/Deck | Porch/CovPatio | Porch/Patio | +2,500 | Porch/Patio | +2,500 | Porch/Patio | +2,500 |
| Fireplace | 2-Fireplace | None | +5,000 | 1-Fireplace | +2,500 | 1-Fireplace | +2,500 |
| Landscape | Full Landscape | Full Landscape | | Full Landscape | | Full Landscape | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 31,890 | ☐ + ☒ - | $ -148,835 | ☐ + ☒ - | $ -247,405 |
| Adjusted Sale Price<br>of Comparables | | Net Adj. 2.9 %<br>Gross Adj. 25.4 % | $ 1,141,890 | Net Adj. 10.3 %<br>Gross Adj. 11.6 % | $ 1,301,165 | Net Adj. 15.5 %<br>Gross Adj. 22.8 % | $ 1,352,495 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☒ did ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s) County & MLS

My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.

Data Source(s) MLS

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 09/23/2022 | | | |
| Price of Prior Sale/Transfer | $0 | | | |
| Data Source(s) | County & MLS Board | Corelogic & County | Corelogic & County | Corelogic & County |
| Effective Date of Data Source(s) | 04/10/2025 | 04/10/2025 | 04/10/2025 | 04/10/2025 |

Analysis of prior sale or transfer history of the subject property and comparable sales The subject property transferred 09/23/2022. The appraiser was unable to obtain the sales price or terms due to Utah being a non disclosure state.

Summary of Sales Comparison Approach The appraiser's comparable search parameters began with an MLS search for single family homes sold within the prior three months, located within one mile from the subject property, with comparable effective age, quality of construction, and square footage. Due to a lack of recent sale activity, the comparable search parameters were extended to 1.5 miles and one year from the effective date of appraisal. The comparable sales provided in the appraisal report were the most recent and overall comparable sales in the area. The appraiser has provided five comparable sales and one active listing to support the appraised value. The active listing was adjusted for anticipated sale/list price ratio. The adjusted sales prices range from a low of $1,141,800 to a high of $1,411,100. The sales provided support a market value of $1,300,000. The recent market data does not support the contract sales price.

Indicated Value by Sales Comparison Approach $ 1,300,000

RECONCILIATION

**Indicated Value by: Sales Comparison Approach $** 1,300,000 **Cost Approach (if developed) $** **Income Approach (if developed) $**

No rental data available to determine value via the income approach. Weight is given to the market approach.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: Any personal property item has been excluded from the valuation of the real property.

**Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $** 1,300,000 **, as of** 04/10/2025 **, which is the date of inspection and the effective date of this appraisal.**



Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Uniform Residential Appraisal Report

File # T1240425

**ADDITIONAL COMMENTS**

The intended user of this appraisal report is the lender/client. No additional intended users are identified by the appraiser. This report contains sufficient information to enable the client to understand the report. Any other party receiving a copy of this report for any reason is not an intended user; nor does it result in an appraiser-client relationship. Use of this report by any other party(ies) is not intended by the appraiser.

Utah State Law, HB 152, Appraisal Management Company Regulations require that the Management Company be registered in the State of Utah and that they inform the client of the fee split between the appraiser and the management company before accepting payment. See Utah Annotated 61-2e-304. If this regulation is not being complied with please contact this appraiser at 801-550-5383 and the Utah Division of Real Estate at 801-530-6747. The Fee received by this appraiser for this appraisal is $550, and the fee charged by the AMC is $0. Utah State Rule, R162-150-3. Unprofessional Conduct, requires this information to be listed in this appraisal.

The address reported on the appraisal form is according to US Postal Service records as required by UAD format. The title company reports the city or county address and the title report may or may not match to USPS records.

The source of the definition of market value is obtained in Fannie Mae Guide (04/01/2009) Section B4-1.2-03.

The utilities were on and in working condition.

Comments on Predominate Age and Value...
The subject property is newer and the appraised value above the neighborhood predominate value. This is typical for neighborhoods were a mixture of home sizes, design sizes, and value ranges are present. The subject property is superior to many of the homes in the immediate area in age, size, overall craftsmanship. The property is a marketable property and is not considered to be an over-improvement for the area.

**COST APPROACH TO VALUE (not required by Fannie Mae)**

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value) The cost approach has not been performed due to the fact that it's not considered as reliable an approach to value as the sales comparison approach for existing homes. The cost approach is more relevant for new construction.

| | |
|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE =$ |
| Source of cost data | DWELLING Sq.Ft. @ $ =$ |
| Quality rating from cost service Effective date of cost data | Sq.Ft. @ $ =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | =$ |
| | Garage/Carport Sq.Ft. @ $ =$ |
| | Total Estimate of Cost-New =$ |
| | Less Physical / Functional / External |
| | Depreciation =$( ) |
| | Depreciated Cost of Improvements =$ |
| | "As-is" Value of Site Improvements =$ |
| Estimated Remaining Economic Life (HUD and VA only) 55 Years | INDICATED VALUE BY COST APPROACH =$ |

**INCOME APPROACH TO VALUE (not required by Fannie Mae)**

Estimated Monthly Market Rent $ X Gross Rent Multiplier = $ Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM) No rental data available to determine value via the income approach.

**PROJECT INFORMATION FOR PUDs (if applicable)**

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No Unit type(s) ☐ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

Total number of phases Total number of units Total number of units sold

Total number of units rented Total number of units for sale Data source(s)

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No If Yes, date of conversion.

Does the project contain any multi-dwelling units? ☐ Yes ☐ No Data Source

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

# Uniform Residential Appraisal Report

File # T1240425

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK: The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE: The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER: The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS: The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

# Uniform Residential Appraisal Report

File # T1240425

APPRAISER'S CERTIFICATION: The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Uniform Residential Appraisal Report

File # T1240425

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION: The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

**APPRAISER**

Signature
Name Troy W Thompson
Company Name Irvine Appraising Company
Company Address PO Box 17903
Salt Lake City, UT 84117
Telephone Number (801) 550-5383
Email Address irvineappraising@msn.com
Date of Signature and Report 04/11/2025
Effective Date of Appraisal 04/10/2025
State Certification # 5507536-CR00
or State License #
or Other (describe) State #
State UT
Expiration Date of Certification or License 09/30/2025

ADDRESS OF PROPERTY APPRAISED
1836 E Yale Ave
Salt Lake City, UT 84108

APPRAISED VALUE OF SUBJECT PROPERTY $ 1,300,000

LENDER/CLIENT
Name No AMC
Company Name Alpha Realty Advisors
Company Address 2945 Townsgate, #110, Westlake Village, CA 91361
Email Address

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature
Name
Company Name
Company Address
Telephone Number
Email Address
Date of Signature
State Certification #
or State License #
State
Expiration Date of Certification or License

SUBJECT PROPERTY

- ☐ Did not inspect subject property
- ☐ Did inspect exterior of subject property from street
  Date of Inspection
- ☐ Did inspect interior and exterior of subject property
  Date of Inspection

COMPARABLE SALES

- ☐ Did not inspect exterior of comparable sales from street
- ☐ Did inspect exterior of comparable sales from street
  Date of Inspection

# Uniform Residential Appraisal Report

File # T1240425

**SALES COMPARISON APPROACH**

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 1836 E Yale Ave<br>Salt Lake City, UT 84108 | 1419 E Browning Ave<br>Salt Lake City, UT 84105 | | 1370 E Harvard Ave<br>Salt Lake City, UT 84105 | | 1415 E Laird Cir<br>Salt Lake City, UT 84105 | |
| Proximity to Subject | | 0.75 miles SW | | 0.71 miles W | | 0.64 miles W | |
| Sale Price | $ 1,500,000 | | $ 1,350,000 | | $ 1,686,500 | | $ 1,890,000 |
| Sale Price/Gross Liv. Area | $ 741.84 sq.ft. | $ 620.98 sq.ft. | | $ 911.62 sq.ft. | | $ 732.56 sq.ft. | |
| Data Source(s) | | UREMLS#2001454;DOM 6 | | UREMLS#2011650;DOM 4 | | UREMLS#2067322;DOM 7 | |
| Verification Source(s) | | Listing Agent | | Listing Agent | | Listing Agent | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | ArmLth<br>Conv;7100 | -7,100 | ArmLth<br>Cash;0 | 0 | Listing<br>Estimated;56700 | -56,700 |
| Date of Sale/Time | | s06/24;c06/24 | 0 | s08/24;c07/24 | 0 | c03/25 | 0 |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 9583 sf | 5663 sf | +13,500 | 6098 sf | +12,000 | 9148 sf | 0 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT2;2-Story | DT2;2-Story | | DT2;Tudor | 0 | DT2;2-Story | |
| Quality of Construction | Q3 | Q3 | | Q3 | -175,000 | Q3 | -175,000 |
| Actual Age | 85 | 113 | 0 | 99 | 0 | 96 | 0 |
| Condition | C4 | C3 | -100,000 | C3 | -100,000 | C3 | -100,000 |
| Above Grade Room Count (Total / Bdrms. / Baths) | 7 / 3 / 1.1 | 7 / 3 / 2.0 | -5,000 | 6 / 3 / 2.1 | -10,000 | 8 / 4 / 2.1 | -10,000 |
| Gross Living Area | 2,022 sq.ft. | 2,174 sq.ft. | -26,600 | 1,850 sq.ft. | +30,100 | 2,580 sq.ft. | -97,650 |
| Basement & Finished Rooms Below Grade | 1011sf506sfin<br>1rr0br0.0ba0o | 1232sf1232sfwo<br>1rr2br2.0ba1o | -3,315<br>-20,000 | 1000sf1000sfin<br>1rr1br1.0ba0o | 0<br>-10,000 | 793sf753sfin<br>1rr1br1.0ba0o | -3,270<br>-10,000 |
| Functional Utility | Average | Basement Kit | -10,000 | Average | | Average | |
| Heating/Cooling | FWA/None | FWA/Central | -5,000 | FWA/Central | -5,000 | FWA/Central | -5,000 |
| Energy Efficient Items | Thermopane | Thermopane | | Thermopane | | Thermopane | |
| Garage/Carport | 1dw | 2gd2dw | -20,000 | 2gd2dw | -20,000 | 2gbi2dw | -20,000 |
| Porch/Patio/Deck | Porch/CovPatio | Porch/CovPatio | | Porch/Patio | +2,500 | Porch/CovPatio | |
| Fireplace | 2-Fireplace | None | +5,000 | 2-Fireplace | | 3-Fireplace | -2,500 |
| Landscape | Full Landscape | Full Landscape | | Full Landscape | | Full Landscape | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -178,515 | ☐ + ☒ - | $ -275,400 | ☐ + ☒ - | $ -480,120 |
| Adjusted Sale Price of Comparables | | Net Adj. 13.2 %<br>Gross Adj. 16.0 % | $ 1,171,485 | Net Adj. 16.3 %<br>Gross Adj. 21.6 % | $ 1,411,100 | Net Adj. 25.4 %<br>Gross Adj. 25.4 % | $ 1,409,880 |

**SALE HISTORY**

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 09/23/2022 | | | |
| Price of Prior Sale/Transfer | $0 | | | |
| Data Source(s) | County & MLS Board | Corelogic & County | Corelogic & County | Corelogic & County |
| Effective Date of Data Source(s) | 04/10/2025 | 04/10/2025 | 04/10/2025 | 04/10/2025 |

Analysis of prior sale or transfer history of the subject property and comparable sales

**ANALYSIS / COMMENTS**

Analysis/Comments

# Supplemental Addendum

File No. T1240425

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Trapper Roderick | | | | | | |
| Property Address | 1836 E Yale Ave | | | | | | |
| City | Salt Lake City | County | Salt Lake | State | UT | Zip Code | 84108 |
| Lender/Client | Alpha Realty Advisors | | | | | | |

At the request of the client, this appraisal report has been prepared in compliance with the Uniform Appraisal Dataset (UAD) from Fannie Mae and Freddie Mac. The UAD requires the appraiser to use standardized responses that include specific formats, definitions, abbreviations, and acronyms.

In the normal course of business, the appraiser attempted to obtain an adequate amount of information regarding the subject and comparable properties. Some of the required UAD standardized responses, especially those in which the appraiser has not had the opportunity to verify personally or measure, could mistakenly imply greater precision and reliability in the data than is factually correct or typical in the normal course of business. Consequently, this information should be considered an estimate unless otherwise noted by the appraiser. Examples include condition and quality ratings, as well as comparable sales and listing data. Not every element of the subject property was viewable, and comparable property data was obtained from third party sources.

Additional Comments...

No employee, director, officer or agent of the lender, or any other third party action as a joint venture partner, independent contractor, appraisal management company, or partner on behalf of the lender has influenced or attempted to influence the development, reporting, or result of this assignment through coercion, extortion, compensation, intimidation, or bribery in any manner.

Signatures (s): Appearing on this appraisal are electronic signatures, (unless otherwise noted).

Scope of work: In preparing this report, I have personally inspected the interior and exterior of the subject property and the neighborhood. Subject information was obtained thru county records, interior and exterior inspection, local real estate agents, various city and county agencies.

When possible, MLS property tours of the comparable sales are reviewed. This provides a clearer understanding of the quality and condition of the comparable sales provided in the report. The appraiser has performed an exterior inspection of all the comparable sales and listings provided in this report. A MLS review of all comparable sales and listings has been made to determine the listing and transfer history.

The liability of this report extends only to the compensation or fee associated with this report. Acceptance and use of this report constitutes agreement of the extent of liability.

Unless otherwise stated in this report, the existence of hazardous material, which may or may not be present on the property, was not observed by the appraiser. The appraiser has no knowledge of the existence of such materials on or in the property. The appraiser is not qualified to detect such materials. The presence of substances such as asbestos, mold, urea-formaldehyde foam insulation, methamphetamine, radon or potentially hazardous material may affect the value of the property. The appraised value is based on the assumption that there are no such materials on or in the property that would cause a loss in value. No responsibility is assumed for any such conditions or for expertise required to discover them.

The "Other" use as listed on the Land Use Percentage includes, but is not limited to the following: Schools, Roadways, Public Facilities and/or Vacant Land.

Comments on Adjustments...

If concessions were given for any comparable listed in this report, it was evaluated and a determination was made regarding the impact the concessions had on the transaction listed. If they influenced the value indicated by the sales price of the property, an appropriate adjustment was rendered. If the concessions did not influence the value indicated by the sales price, that adjustment area was left blank and a net zero adjustment was given.

Comments on Identical Condition Ratings...

A comparable sale with the same rating or description does not mean the are identical without adjustment. It means the overall quality, condition, location, view, etc. of the property falls within the definition of the rating range, but still may need to be adjusted according to market reaction to the variances on a property-specific basis. Fannie Mae's UAD FAQ's #27 acknowledges that even though a comparable sale may have the same rating as the subject, it still might be superior or inferior to the subject- therefore an adjustment must be made, if warranted.

Date of Sale...

The appraiser has attempted to provide comparable sales which have closed within the past six months. The appraiser has provided comparable sales that are older than six months. This was due to them being the best available sales given the current market. Due to the stability of the area no timeline adjustments were made.

Location Adjustments...

The appraiser has extended the distance guideline. This was due to the fact that there is a lack of recent comparable sales or listings in the immediate area. When sales are not available in the subject's subdivision or neighborhood the appraiser extends distance in attempts to find comparable sales and listings from competing locations. No location adjustments were made due to the fact that the comparable sales are located in similar neighborhoods and markets.

Lot/Site Adjustments...

Site adjustments are based on the difference of lot size between the subject and comparable sales. Adjustments applied are based on the contributory value of the land, not the actual cost. A lump sum adjustment will be made if there is a perceived difference in actual lot values, taking in consideration the size of the lot and topography. Adjustments are typically not made for site difference of .01 to .02.

Site size reporting: The subject's and comparable sales (Sales/Listings) site square footage have been taken from county records. The county reports the site size in acreage. The UAD format requires that all sites below one acre be reported in square feet. The square feet reported is rounded.

View Adjustments...

The appraiser has provided comparable sales and listings with comparable views.

# Supplemental Addendum

File No. T1240425

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Trapper Roderick | | | | | | |
| Property Address | 1836 E Yale Ave | | | | | | |
| City | Salt Lake City | County | Salt Lake | State | UT | Zip Code | 84108 |
| Lender/Client | Alpha Realty Advisors | | | | | | |

Quality of Construction…

The appraiser has attempted to provide comparable sales and listings which have comparable quality of construction. The adjustment made reflects the difference in construction materials relative to the subject property. The adjustment considers the workmanship, quality of materials and finishes. The quality of construction rating reported for the subject property has been determined by an interior and exterior inspection. The quality of construction rating for the comparable sales and listings has been determined thru a review of MLS property tours and via phone conversations with real estate agents. The quality of construction ratings are the appraiser's opinion and may vary from some of his peers.

The appraiser has made a negative quality of construction adjustment for several of the comparables. This was due to them having superior quality of finishes.

Condition Adjustments…

The appraiser has attempted to provide comparable sales and listings with have comparable condition. The adjustment made reflects the differences of quality of maintenance and updating. The adjustment reflects market reaction. The condition rating reported for the subject property has been determined by an interior and exterior inspection. The condition rating for the comparable sales and listings have been determined thru a review of MLS property tours and via phone conversation with real estate agents. The condition ratings are the appraiser's opinion and may vary from some of his peers.

The appraiser has made a negative condition adjustment for all of the comparable sales. This was due to them having superior updating. The appraiser has attempted to provide a comparable sale that brackets the condition rating. There are other homes in the immediate area that are in similar condition. However, none of these homes have sold recently. Or, the have sold privately without the benefit of a verifiable sales price. The appraiser is unable to obtain the sales price and terms due to Utah being a non disclosure state.

Above Grade Room Count Adjustments…

The appraiser has attempted to provided comparable sales and listings with comparable above grade bedroom and bathroom counts. The bedroom adjustments are based on the market reaction.

The appraiser makes adjustments for above grade bathrooms due to the market recognizing a difference.

Comments on Reported Square Footage…

The subject property's square footage provided in this report was based on exterior measurements using the ANSI-Z765-2021 standards taken by the appraiser. The square footage provided may slightly vary from his peers and the county.

The square footage for the comparable sales and listings are taken from information provided by the listing agent on the MLS. This is typical for the area and is consistent with the appraisers peers. The square footage provided may vary slightly from the county.

Gross Living Area, Basement Square Footage, Basement Finish, and Garage Adjustments...

The appraiser has based the gross living area, basement square footage, basement finish and garage adjustment on information gathered thru paired sales analysis. The appraiser may use regression analysis for adjustments if determined more to be more applicable. The adjustments made are typical homes in this area and price range.

It should be noted that the appraiser has attempted to bracket the a/c. There are other homes in the immediate area that bracket the a/c. However, none of them have sold recently. The appraiser has also attempted to bracket the garage count. There were no sales available.

Net and Gross Adjustments...

Several of the comparables have large net and gross adjustments. This is due to single line adjustments for quality of finishes, condition, gross living area and garage count.

Irvine Appraising Company

## SINGLE FAMILY COMPARABLE RENT SCHEDULE

File # T1240425

This form is intended to provide the appraiser with a familiar format to estimate the market rent of the subject property. Adjustments should be made only for items of significant difference between the comparables and the subject property.

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 1836 E Yale Ave<br>Salt Lake City, UT 84108 | 1203 E 700 S<br>Salt Lake City, UT 84102 | | 1919 E Princeton Ave<br>Salt Lake City, UT 84108 | | 2500 E Simpson Ave<br>Salt Lake City, UT 84109 | |
| Proximity to Subject | | 1.15 miles NW | | 0.16 miles SE | | 1.54 miles SE | |
| Date Lease Begins<br>Date Lease Expires | | Month-Month<br>N/A | | Month-Month<br>N/A | | Month-Month<br>N/A | |
| Monthy Rental | If Currently Rented: $ | $ 3,800 | | $ 4,995 | | $ 4,000 | |
| Less: Utilities<br>Furniture | $ | $ | | $ | | $ | |
| Adjusted Monthly Rent | $ | $ 3,800 | | $ 4,995 | | $ 4,000 | |
| Data Source | Inspection | Manager<br>MLS/County | | Manager<br>MLS/County | | Manager<br>MLS/County | |
| RENT ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +( –)$ Adjust. | DESCRIPTION | +( –)$ Adjust. | DESCRIPTION | +( –)$ Adjust. |
| Rent Concessions | | N/A | | N/A | | N/A | |
| Location/View | N;Res;<br>N;Res; | N;Res;<br>N;Res; | | N;Res;<br>N;Res; | | N;Res;<br>N;Res; | |
| Design and Appeal | DT2;2-Story | DT1;Cottage | 0 | DT2;2-Story | | DT1;Cottage | 0 |
| Age/Condition | 85<br>C4 | 103<br>C3 | 0<br>-150 | 80<br>C3 | 0<br>-150 | 78<br>C3 | 0<br>-150 |
| Above Grade | Total / Bdrms / Baths | Total / Bdrms / Baths | | Total / Bdrms / Baths | -300 | Total / Bdrms / Baths | +150 |
| Room Count | 7 / 3 / 1.1 | 6 / 3 / 1.0 | +25 | 8 / 5 / 3.0 | -75 | 5 / 2 / 2.0 | -50 |
| Gross Living Area | 2,022 Sq. Ft. | 1,227 Sq. Ft. | +400 | 3,247 Sq. Ft. | -600 | 1,314 Sq. Ft. | +350 |
| Other (e.g., basement, etc.) | 1011sf506sfin<br>1rr0br0.0ba0o | 920sf920sfin<br>1rr2br1.0ba1o | 0<br>-400 | 800sf800sfin<br>1rr2br1.0ba1o | 0<br>-400 | 876sf876sfin<br>1rr2br1.0ba0o | 0<br>-400 |
| Other: | Off-Street | 2-Garage | -200 | 2-Garage | -200 | 1-Garage | -100 |
| Net Adj. (total) | | ☐ + ☒ – | $ -325 | ☐ + ☒ – | $ -1,725 | ☐ + ☒ – | $ -200 |
| Indicated Monthly Market Rent | | | $ 3,475 | | $ 3,270 | | $ 3,800 |

Comments on market data, including the range of rents for single family properties, an estimate of vacancy for single family rental properties, the general trend of rents and vacancy, and support for the above adjustments. (Rent concessions should be adjusted to the market, not to the subject property.) Availability of rental properties are stable. Vacancies are generally in the 3%-5% range. No rent concessions were reported in the above comparable rentals.

Final Reconciliation of Market Rent: Rents in the $3000-5000 range for properties of the size, caliber, and location of the subject property area are appropriate. Estimated market rent for the subject property is $3500.

I (WE) ESTIMATE THE MONTHLY MARKET RENT OF THE SUBJECT AS OF 04/10/2025 TO BE $ 3,500

| | | |
|---|---|---|
| Appraiser(s) SIGNATURE | | Review Appraiser SIGNATURE |
| NAME Troy W Thompson | | (If applicable) NAME |
| Date Property Inspected 04/10/2025 | Report Signed 04/11/2025 | Date Property Inspected ____ Report Signed ____ |
| License or Certification # 5507536-CR00 | State UT | License or Certification # ____ State ____ |
| Expiration Date of License or Certification 09/30/2025 | | Expiration Date of License or Certification |
| | | Review Appraiser ☐ Did ☐ Did Not Inspect Subject Property |

# USPAP ADDENDUM

File No. T1240425

| | |
|---|---|
| Borrower | Trapper Roderick |
| Property Address | 1836 E Yale Ave |
| City | Salt Lake City — County: Salt Lake — State: UT — Zip Code: 84108 |
| Lender | Alpha Realty Advisors |

This report was prepared under the following USPAP reporting option:

- [X] Appraisal Report — This report was prepared in accordance with USPAP Standards Rule 2-2(a).
- [ ] Restricted Appraisal Report — This report was prepared in accordance with USPAP Standards Rule 2-2(b).

**Reasonable Exposure Time**

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is:

Exposure time is a retrospective opinion based on an analysis of past events assuming a competitive and open market. A reasonable exposure time for the subject property is one to three months.

**Additional Certifications**

I certify that, to the best of my knowledge and belief:

- [X] I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- [ ] I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

**Additional Comments**

| APPRAISER: | | SUPERVISORY APPRAISER: (only if required) | |
|---|---|---|---|
| Signature: | [signature] | Signature: | |
| Name: | Troy W Thompson | Name: | |
| Date Signed: | 04/11/2025 | Date Signed: | |
| State Certification #: | 5507536-CR00 | State Certification #: | |
| or State License #: | | or State License #: | |
| State: | UT | State: | |
| Expiration Date of Certification or License: | 09/30/2025 | Expiration Date of Certification or License: | |
| Effective Date of Appraisal: | 04/10/2025 | Supervisory Appraiser Inspection of Subject Property: | [ ] Did Not [ ] Exterior-only from Street [ ] Interior and Exterior |

File No. T1240425

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

## Condition Ratings and Definitions

C1

The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered “new” if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

C2

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.

C3

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.

C4

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.

C5

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.

C6

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.

## Quality Ratings and Definitions

Q1

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

Q2

Dwellings with this quality rating are often custom designed for construction on an individual property owner’s site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

## Quality Ratings and Definitions (continued)

Q3

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

Q4

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

Q5

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

Q6

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

## Definitions of Not Updated, Updated, and Remodeled

Not Updated

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

Updated

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

Remodeled

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

## Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## Subject Photo Page

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Trapper Roderick | | | | | | |
| Property Address | 1836 E Yale Ave | | | | | | |
| City | Salt Lake City | County | Salt Lake | State | UT | Zip Code | 84108 |
| Lender/Client | Alpha Realty Advisors | | | | | | |



### Subject Front

1836 E Yale Ave

| | |
|---|---|
| Sales Price | 1,500,000 |
| Gross Living Area | 2,022 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 9583 sf |
| Quality | Q3 |
| Age | 85 |



### Subject Rear



### Subject Street

## Photograph Addendum

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Trapper Roderick | | | | | | |
| Property Address | 1836 E Yale Ave | | | | | | |
| City | Salt Lake City | County | Salt Lake | State | UT | Zip Code | 84108 |
| Lender/Client | Alpha Realty Advisors | | | | | | |



**Additional Front**



**West Side Exterior**



**Living Room**



**Dining Room**



**Kitchen**



**.5 Bathroom**

## Photograph Addendum

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Trapper Roderick | | | | | | |
| Property Address | 1836 E Yale Ave | | | | | | |
| City | Salt Lake City | County | Salt Lake | State | UT | Zip Code | 84108 |
| Lender/Client | Alpha Realty Advisors | | | | | | |



Den



Laundry Room



Basement Family Room



Furnace & Water Heater



Basement Storage



Second Level Bedroom

## Photograph Addendum

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Trapper Roderick | | | | | | |
| Property Address | 1836 E Yale Ave | | | | | | |
| City | Salt Lake City | County | Salt Lake | State | UT | Zip Code | 84108 |
| Lender/Client | Alpha Realty Advisors | | | | | | |



**Second Level Bedroom**



**Second Level Bathroom**



**Second Level Bedroom**

## Comparable Photo Page

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Trapper Roderick | | | | | | |
| Property Address | 1836 E Yale Ave | | | | | | |
| City | Salt Lake City | County | Salt Lake | State | UT | Zip Code | 84108 |
| Lender/Client | Alpha Realty Advisors | | | | | | |



### Comparable 1

1766 E Cornell Cir

| | |
|---|---|
| Prox. to Subject | 0.25 miles SW |
| Sale Price | 1,110,000 |
| Gross Living Area | 1,285 |
| Total Rooms | 5 |
| Total Bedrooms | 1 |
| Total Bathrooms | 1.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 4792 sf |
| Quality | Q3 |
| Age | 84 |



### Comparable 2

1357 E Logan Ave

| | |
|---|---|
| Prox. to Subject | 1.00 miles SW |
| Sale Price | 1,450,000 |
| Gross Living Area | 2,047 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 8276 sf |
| Quality | Q3 |
| Age | 109 |



### Comparable 3

1328 S 1400 E

| | |
|---|---|
| Prox. to Subject | 0.74 miles SW |
| Sale Price | 1,599,900 |
| Gross Living Area | 1,750 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 7841 sf |
| Quality | Q3 |
| Age | 109 |

# Comparable Photo Page

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Trapper Roderick | | | | | | |
| Property Address | 1836 E Yale Ave | | | | | | |
| City | Salt Lake City | County | Salt Lake | State | UT | Zip Code | 84108 |
| Lender/Client | Alpha Realty Advisors | | | | | | |



**Comparable 4**

1419 E Browning Ave

| | |
|---|---|
| Prox. to Subject | 0.75 miles SW |
| Sale Price | 1,350,000 |
| Gross Living Area | 2,174 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 5663 sf |
| Quality | Q3 |
| Age | 113 |



**Comparable 5**

1370 E Harvard Ave

| | |
|---|---|
| Prox. to Subject | 0.71 miles W |
| Sale Price | 1,686,500 |
| Gross Living Area | 1,850 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 6098 sf |
| Quality | Q3 |
| Age | 99 |



**Comparable 6**

1415 E Laird Cir

| | |
|---|---|
| Prox. to Subject | 0.64 miles W |
| Sale Price | 1,890,000 |
| Gross Living Area | 2,580 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 9148 sf |
| Quality | Q3 |
| Age | 96 |

# Rental Photo Page

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Trapper Roderick | | | | | | |
| Property Address | 1836 E Yale Ave | | | | | | |
| City | Salt Lake City | County | Salt Lake | State | UT | Zip Code | 84108 |
| Lender/Client | Alpha Realty Advisors | | | | | | |



## Rental 1

1203 E 700 S

| | |
|---|---|
| Proximity | 1.15 miles NW |
| Adj. Rent/Mo | 3,800 |
| GLA | 1,227 |
| Total Rooms | 6 |
| Total Bdrms | 3 |
| Total Baths | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Condition | C3 |
| Age/Year Built | 103 |



## Rental 2

1919 E Princeton Ave

| | |
|---|---|
| Proximity | 0.16 miles SE |
| Adj. Rent/Mo | 4,995 |
| GLA | 3,247 |
| Total Rooms | 8 |
| Total Bdrms | 5 |
| Total Baths | 3.0 |
| Location | N;Res; |
| View | N;Res; |
| Condition | C3 |
| Age/Year Built | 80 |



## Rental 3

2500 E Simpson Ave

| | |
|---|---|
| Proximity | 1.54 miles SE |
| Adj. Rent/Mo | 4,000 |
| GLA | 1,314 |
| Total Rooms | 5 |
| Total Bdrms | 2 |
| Total Baths | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Condition | C3 |
| Age/Year Built | 78 |

## Plat Map

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Trapper Roderick | | | | | | |
| Property Address | 1836 E Yale Ave | | | | | | |
| City | Salt Lake City | County | Salt Lake | State | UT | Zip Code | 84108 |
| Lender/Client | Alpha Realty Advisors | | | | | | |



**License**

STATE OF UTAH
DEPARTMENT OF COMMERCE
DIVISION OF REAL ESTATE

ACTIVE LICENSE

DATE ISSUED: 08/21/2023

EXPIRATION DATE: 09/30/2025

LICENSE NUMBER: 5507536-CR00

LICENSE TYPE: Certified Residential Appraiser

ISSUED TO: TROY W THOMPSON
2039 E DORIS WAY
SALT LAKE CITY UT 84124

THE GREAT SEAL OF THE STATE OF UTAH 1896

SIGNATURE OF HOLDER

REAL ESTATE DIVISION DIRECTOR

Form #2

## Dwelling Special Policy Declaration

American Modern Property and Casualty Insurance Company
Policy Period: 12/23/2024 - 12/23/2025
Policy Number: 104-874-923 Policy Type: Dwelling Special

| | | |
|---|---|---|
| Deductible | 250 | |
| Inspection Fee | | $26.00 |
| Premises Liability | 300,000 | $70.00 |
| Medical Payments | 5,000 Per person/25,000 Per occurrence | $25.00 |
| Landlord Personal Injury | | $66.00 |
| Property Manager Premises Liability Extension | | Included |
| Ordinance or Law | 54,024 | Included |
| Vandalism or Malicious Mischief | | Included |
| Deductible | 500 | |
| Fire Department Service Charge | 500 | Included |
| Mold Exclusion - Premises Liability | | Included |

**Important Information**

This dwelling does not have coverage for the peril of flood.

This dwelling does not have coverage for the peril of earthquake.

**Premium** $1,221.00

**YOU HAVE NOT ELECTED TO PURCHASE ONE OR MORE OF THE AVAILABLE COVERAGES THAT PROVIDE ADDITIONAL PROTECTION IN THE EVENT OF A LOSS, WHICH MAY INCLUDE INCREASED DWELLING COVERAGE LIMITS SUCH AS EXTENDED REPLACEMENT COST AND LAW AND ORDINANCE COVERAGE. FOR ADDITIONAL INFORMATION REFER TO THE NOTIFICATION INCLUDED IN YOUR NEW OR RENEWAL POLICY.**

### Your Policy Documents

Your policy consists of this Policy Declaration and the documents in the following list. Please keep these together.

**Policy Level Forms (Forms that apply to all Dwelling)**

DS-CW-P-0001(01-15) - Dwelling Property - Special Form
DW-CW-G-0001(01-15) - Condemnation Endorsement
IL-CW-G-0001(01-15) - Signature Endorsement
DS-UT-A-0001(05-18) - Special Provisions - Utah
DL-UT-A-0001(05-18) - Special Provisions - Utah
IL-CW-G-0010(07-17) - Additional Policy Protection
DW-CW-X-0004(05-17) - Criminal Acts Exclusion

**Forms that apply to Dwelling #1: 1836 E YALE AVE, SALT LAKE CITY UT 84108-1838**

DY-CW-X-0002(01-15) - Premises Liability Fungi, Wet or Dry Rot, or Bacteria Exclusion
DS-CW-C-0003(06-17) - Water Damage Coverage
DS-CW-C-0007(03-16) - Water Backup And Sump Overflow
DS-CW-G-0001(01-15) - Construction Cost Index
DY-CW-C-0005(01-16) - Property Manager - Premises Liability
DW-CW-N-0002(10-20) - Important Notice - Terrorism Insurance Coverage
DS-CW-C-0006(01-15) - Personal Property Replacement Cost
DY-CW-C-0001(01-16) - Premises Liability Endorsement
DY-CW-C-0002(01-16) - Premises Liability Landlord Personal Injury Coverage

**E & O**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Trapper Roderick | | | | | | |
| Property Address | 1836 E Yale Ave | | | | | | |
| City | Salt Lake City | County | Salt Lake | State | UT | Zip Code | 84108 |
| Lender/Client | Alpha Realty Advisors | | | | | | |

GREAT AMERICAN INSURANCE GROUP
301 E. Fourth Street, Cincinnati, OH 45202

## DECLARATIONS
for
REAL ESTATE APPRAISERS
ERRORS & OMISSIONS INSURANCE POLICY

**THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.**

**THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.**

Insurance is afforded by the company indicated below: (A capital stock corporation)

☒ Great American Assurance Company

Note: The Insurance Company selected above shall herein be referred to as the **Company**.

Policy Number: **RAP3667628-25** Renewal of: **RAP3667628-24**

Program Administrator: **Herbert H. Landy Insurance Agency Inc.**
**100 River Ridge Drive, Suite 301 Norwood, MA 02062**

Item 1. **Named Insured**: **Troy Thompson**

Item 2. **Address**: **2039 Doris Way**
City, State, Zip Code: **Salt Lake City, UT 84124**

Item 3. **Policy Period**: From **01/06/2025** To **01/06/2026**
*(Month, Day, Year)* *(Month, Day, Year)*
(Both dates at 12:01 a.m. Standard Time at the address of the **Named Insured** as stated in Item 2.)

Item 4. **Limits of Liability**:

A. $ **1,000,000** **Damages** Limit of Liability – Each **Claim**

B. $ **1,000,000** **Claim Expenses** Limit of Liability – Each **Claim**

C. $ **2,000,000** **Damages** Limit of Liability – Policy Aggregate

D. $ **2,000,000** **Claim Expenses** Limit of Liability – Policy Aggregate

Item 5. **Deductible** (Inclusive of **Claim Expenses**):

A. $ **0.00** Each **Claim**

B. $ **0.00** Aggregate

Item 6. **Premium**: $ **764.00**

Item 7. **Retroactive Date** (if applicable): **04/15/1993**

Item 8. **Forms, Notices and Endorsements attached**:
**D42100 (03/15) D42300 UT (05/13) IL7324 (07/21)**
**D42402 (05/13) D42408 (05/13) D42412 (03/17) D42413 (06/17)**
**D42414 (08/19)**

Authorized Representative

D42101 (03/15)

Page 1 of 1

**Location Map**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Trapper Roderick | | | | | | |
| Property Address | 1836 E Yale Ave | | | | | | |
| City | Salt Lake City | County | Salt Lake | State | UT | Zip Code | 84108 |
| Lender/Client | Alpha Realty Advisors | | | | | | |



# Building Sketch (Page - 1)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Trapper Roderick | | | | | | |
| Property Address | 1836 E Yale Ave | | | | | | |
| City | Salt Lake City | County | Salt Lake | State | UT | Zip Code | 84108 |
| Lender/Client | Alpha Realty Advisors | | | | | | |




Sketch by ApexSketch

**AREA CALCULATIONS SUMMARY**

| Code | Description | Factor | Net Size | Perimeter | Net Totals |
|---|---|---|---|---|---|
| GLA1 | First Floor | 1.0 | 1011.0 | 132.0 | 1011.0 |
| GLA2 | Second Floor | 1.0 | 1011.0 | 132.0 | 1011.0 |
| BSMT | Finished BSMT | 1.0 | 1011.0 | 132.0 | 1011.0 |
| | Net LIVABLE | cnt | 2 | (rounded) | 2,022 |

**AREA CALCULATIONS BREAKDOWN**

| Name | Base x | Height x | Width = | Area |
|---|---|---|---|---|
| First Floor | | 39.0 x | 24.0 = | 936.0 |
| | | 25.0 x | 3.0 = | 75.0 |
| Second Floor | | 39.0 x | 24.0 = | 936.0 |
| | | 25.0 x | 3.0 = | 75.0 |
| 4 total items | | | (rounded) | 2,022 |

© iLOOKABOUT (US) Inc. dba Apex Software

# Building Sketch (Page - 2)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Trapper Roderick | | | | | | |
| Property Address | 1836 E Yale Ave | | | | | | |
| City | Salt Lake City | County | Salt Lake | State | UT | Zip Code | 84108 |
| Lender/Client | Alpha Realty Advisors | | | | | | |

First Floor (GLA1)

```
39.00 x  24.00 =   936.00
25.00 x   3.00 =    75.00
     Total area:  1011.00
```

Second Floor (GLA2)

```
39.00 x  24.00 =   936.00
25.00 x   3.00 =    75.00
     Total area:  1011.00
```

Finished BSMT (BSMT)

```
39.00 x  24.00 =   936.00
25.00 x   3.00 =    75.00
     Total area:  1011.00
```

© iLOOKABOUT (US) Inc. dba Apex Software

## Location Map

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Trapper Roderick | | | | | | |
| Property Address | 1836 E Yale Ave | | | | | | |
| City | Salt Lake City | County | Salt Lake | State | UT | Zip Code | 84108 |
| Lender/Client | Alpha Realty Advisors | | | | | | |



# REAL ESTATE PURCHASE CONTRACT

**This is a legally binding Real Estate Purchase Contract ("REPC"). Utah law requires real estate licensees to use this form. Buyer and Seller, however, may agree to alter or delete its provisions or to use a different form. If you desire legal or tax advice, consult your attorney or tax advisor.**

## EARNEST MONEY DEPOSIT

On this 21 day of APRIL, 2025 ("Offer Reference Date") OPP ASSET HOLDINGS LLC ("Buyer") offers to purchase from GSE GLOBAL LLC ("Seller") the Property described below and **agrees to deliver no later than four (4) calendar days after Acceptance (as defined in Section 23),** an Earnest Money Deposit in the amount of $ 0.00 in the form of Cash. After Acceptance of the REPC by Buyer and Seller, and receipt of the Earnest Money by the Brokerage, the Brokerage shall have four (4) calendar days in which to deposit the Earnest Money into the Brokerage Real Estate Trust Account.

## OFFER TO PURCHASE

1. **PROPERTY:** 1028 S 1900 E

City of SALT LAKE CITY, County of SALT LAKE COUNTY, State of Utah, Zip 84108 Tax ID No. 16-09-427-010 (the "Property"). Any reference below to the term "Property" shall include the Property described above, together with the Included Items and water rights/water shares, if any, referenced in Sections 1.1, 1.2 and 1.4.

1.1 **Included Items.** Unless excluded herein, this sale includes the following items if presently owned and in place on the Property: plumbing, heating, air conditioning fixtures and equipment; solar panels; ovens, ranges and hoods; cook tops; dishwashers; ceiling fans; water heaters; water softeners; light fixtures and bulbs; bathroom fixtures and bathroom mirrors; all window coverings including curtains, draperies, rods, window blinds and shutters; window and door screens; storm doors and windows; awnings; satellite dishes; all installed TV mounting brackets; all wall and ceiling mounted speakers; affixed carpets; automatic garage door openers and accompanying transmitters; security system; fencing and any landscaping.

1.2 **Other Included Items.** The following items that are presently owned and in place on the Property have been left for the convenience of the parties and are also included in this sale **(check applicable box):** ☑ **washers** ☑ **dryers** ☑ **refrigerators** ☑ **microwave ovens** ☐ **other (specify)**

The above checked items shall be conveyed to Buyer under separate bill of sale with warranties as to title. In addition to any boxes checked in this Section 1.2 above, there ☐ **ARE** ☑ **ARE NOT** additional items of personal property Buyer intends to acquire from Seller at Closing by separate written agreement.

1.3 **Excluded Items.** The following items are excluded from this sale: ______

1.4 **Water Service.** The Purchase Price for the Property shall include all water rights/water shares, if any, that are the legal source for Seller's current culinary water service and irrigation water service, if any, to the Property. The water rights/water shares will be conveyed or otherwise transferred to Buyer at Closing by applicable deed or legal instruments. The following water rights/water shares, if applicable, are specifically excluded from this sale: ______

2. **PURCHASE PRICE.**

2.1 **Payment of Purchase Price.** The Purchase Price for the Property is $ 1,600,000.00 Except as provided in this Section, the Purchase Price shall be paid as provided in Sections 2.1(a) through 2.1(e) below. Any amounts shown in Sections 2.1(c) and 2.1(e) may be adjusted as deemed necessary by Buyer and the Lender (the "Lender").

| | |
|---|---|
| $ 0.00 | (a) **Earnest Money Deposit.** Under certain conditions described in the REPC, this deposit may become totally non-refundable. |
| $ ______ | (b) **Additional Earnest Money Deposit** (see Section 8.4 if applicable) |
| $ 1,120,000.00 | (c) **New Loan.** Buyer may apply for mortgage loan financing (the "Loan") on terms acceptable to Buyer: If an FHA/VA loan applies, see attached FHA/VA Loan Addendum. |
| $ ______ | (d) **Seller Financing** (see attached Seller Financing Addendum) |
| $ 480,000.00 | (e) **Balance of Purchase Price in Cash at Settlement** |
| $ 1,600,000.00 | **PURCHASE PRICE. Total of lines (a) through (e)** |

2.2 **Sale of Buyer's Property.** Buyer's ability to purchase the Property, to obtain the Loan referenced in Section 2.1(c) above, and/or any portion of the cash referenced in Section 2.1(e) above ☐ **IS** ☑ **IS NOT** conditioned upon the sale of real estate owned by Buyer. If checked in the affirmative, the terms of the attached subject to sale of Buyer's property addendum apply.

3. **SETTLEMENT AND CLOSING.**

3.1 **Settlement.** Settlement shall take place no later than the Settlement Deadline referenced in Section 24(d), or as otherwise mutually agreed by Buyer and Seller in writing. "Settlement" shall occur only when all of the following have been completed: (a) Buyer and Seller have signed

# APPRAISAL OF REAL PROPERTY

**LOCATED AT:**

1028 S 1900 E
Lot 12 Blk 2 Yalecrest Heights
Salt Lake City, UT 84108

**FOR:**

Alpha Realty Advisors
2945 Townsgate, #110
Westlake Village, CA 91361

**AS OF:**

03/12/2025

**BY:**

Troy W Thompson

# Market Conditions Addendum to the Appraisal Report

File No. T900325

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

Property Address 1028 S 1900 E City Salt Lake City State UT ZIP Code 84108

Borrower Trapper Roderick

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

## MARKET RESEARCH & ANALYSIS

| **Inventory Analysis** | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 12 | 4 | 1 | [ ] Increasing | [ ] Stable | [X] Declining |
| Absorption Rate (Total Sales/Months) | 2 | 1.33 | 0.33 | [ ] Increasing | [ ] Stable | [X] Declining |
| Total # of Comparable Active Listings | 6 | 4 | 2 | [X] Declining | [ ] Stable | [ ] Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 3 | 3 | 6 | [ ] Declining | [ ] Stable | [X] Increasing |
| **Median Sale & List Price, DOM, Sale/List %** | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | $1,500,000 | $1,487,450 | $1,505,000 | [ ] Increasing | [X] Stable | [ ] Declining |
| Median Comparable Sales Days on Market | 8 | 84 | 96 | [ ] Declining | [ ] Stable | [X] Increasing |
| Median Comparable List Price | $1,522,500 | $1,710,000 | $1,612,500 | [ ] Increasing | [X] Stable | [ ] Declining |
| Median Comparable Listings Days on Market | 101 | 140 | 94 | [ ] Declining | [X] Stable | [ ] Increasing |
| Median Sale Price as % of List Price | 100 | 97 | 97 | [ ] Increasing | [X] Stable | [ ] Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | [X] Yes | [ ] No | | [ ] Declining | [X] Stable | [ ] Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.). Utah Real Estate indicates there were 17 closed sales during the past 12 months and 6 of those sales contained seller concessions which is 35% of the total transactions in this market area. Prior Months 7-12: 12 Sales; 4 with concessions; 33% of sales for this period. 4-6: 4 Sales; 1 with concessions; 25% of sales for this period. 0-3: 1 Sales; 1 with concessions; 100% of sales for this period. The concessions ranged between $6,500 and $15,620. The median concession amount is $11,500.

Are foreclosure sales (REO sales) a factor in the market? [ ] Yes [X] No If yes, explain (including the trends in listings and sales of foreclosed properties).

The data used in the grid above does not indicate there were any REO/Short sales or other distressed properties associated with the reported transactions. However, this is not a mandatory reporting field for agents and there may be some distressed sales that were not reported. It is beyond the scope of this assignment to confirm each sale used in the Market Conditions Report.

Cite data sources for above information. Utah Real Estate was the data source used to complete the Market Conditions Addendum. 3/13/2025

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.

The market data supports the conclusion that home values in this area and price range have remained stable over the past year.

## CONDO/CO-OP PROJECTS

**If the subject is a unit in a condominium or cooperative project , complete the following:** **Project Name:**

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | [ ] Increasing | [ ] Stable | [ ] Declining |
| Absorption Rate (Total Sales/Months) | | | | [ ] Increasing | [ ] Stable | [ ] Declining |
| Total # of Active Comparable Listings | | | | [ ] Declining | [ ] Stable | [ ] Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | [ ] Declining | [ ] Stable | [ ] Increasing |

Are foreclosure sales (REO sales) a factor in the project? [ ] Yes [ ] No If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

## APPRAISER

| | |
|---|---|
| Signature | Signature |
| Appraiser Name Troy W Thompson | Supervisory Appraiser Name |
| Company Name Irvine Appraising Company | Company Name |
| Company Address PO Box 17903, Salt Lake City, UT 84117 | Company Address |
| State License/Certification # 5507536-CR00 State UT | State License/Certification # State |
| Email Address irvineappraising@msn.com | Email Address |

Irvine Appraising Company

# Uniform Residential Appraisal Report

File # T900325

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

Property Address 1028 S 1900 E | City Salt Lake City | State UT | Zip Code 84108
Borrower Trapper Roderick | Owner of Public Record GSE Global LLC | County Salt Lake
Legal Description Lot 12 Blk 2 Yalecrest Heights
Assessor's Parcel # 16-09-427-010 | Tax Year 2024 | R.E. Taxes $ 4,872
Neighborhood Name Yalecrest Heights | Map Reference 41620 | Census Tract 1041.00
Occupant [X] Owner [ ] Tenant [ ] Vacant | Special Assessments $ 0 | [ ] PUD HOA $ 0 [ ] per year [ ] per month
Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)
Assignment Type [X] Purchase Transaction [ ] Refinance Transaction [ ] Other (describe)
Lender/Client Alpha Realty Advisors | Address 2945 Townsgate, #110, Westlake Village, CA 91361
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [X] Yes [ ] No
Report data source(s) used, offering price(s), and date(s). DOM 0;The subject property is currently for sale by owner.

**CONTRACT**

I [X] did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. Arms length sale;The appraiser has relied upon the contract to be ethical and competently completed. I have found it to be typical and consistent for this market with nothing out of the ordinary.
Contract Price $ 1,600,000 | Date of Contract 01/08/2025 | Is the property seller the owner of public record? [X] Yes [ ] No | Data Source(s) County
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [X] No
If Yes, report the total dollar amount and describe the items to be paid. $0;;N/A

**NEIGHBORHOOD**

**Note: Race and the racial composition of the neighborhood are not appraisal factors.**

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | Present Land Use % |
|---|---|---|---|
| Location [ ] Urban [X] Suburban [ ] Rural | Property Values [ ] Increasing [X] Stable [ ] Declining | PRICE $ (000) / AGE (yrs) | One-Unit 65 % |
| Built-Up [X] Over 75% [ ] 25-75% [ ] Under 25% | Demand/Supply [ ] Shortage [X] In Balance [ ] Over Supply | 300 Low 0 | 2-4 Unit 6 % |
| Growth [ ] Rapid [X] Stable [ ] Slow | Marketing Time [ ] Under 3 mths [X] 3-6 mths [ ] Over 6 mths | 4,000 High 125 | Multi-Family 8 % |
| | | 975 Pred. 95 | Commercial 15 % |
| | | | Other 6 % |

Neighborhood Boundaries 500 S. on the North, 2100 S. on the South, 1300 E. on the West and Donner Way on the East.
Neighborhood Description The subject property is located in a single family residential neighborhood. Many of the homes vary in style, condition, and age. Schools, shopping facilities, bus stops, parks, and all other amenities are within a short distance.
Market Conditions (including support for the above conclusions) The appraisers market search included homes with similar acreage, age, and total square footage. The recent market data supports the conclusion that homes in this area and price range have remained stable over the past year. This has been supported on the 1004 MC page.

**SITE**

Dimensions See Attached Plat | Area 7405 sf | Shape Irregular | View N;Res;
Specific Zoning Classification R-1-7000 | Zoning Description Residential Single Family 7000 Sq.Ft. Min.
Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No If No, describe Based on the current zoning and surrounding properties the present use is the highest and best use.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | [ ] | Water | [X] | [ ] | Street Asphalt | [X] | [ ] |
| Gas | [X] | [ ] | Sanitary Sewer | [X] | [ ] | Alley None | [ ] | [ ] |

FEMA Special Flood Hazard Area [ ] Yes [X] No | FEMA Flood Zone X | FEMA Map # 49035C0302H | FEMA Map Date 11/19/2021
Are the utilities and off-site improvements typical for the market area? [X] Yes [ ] No If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No If Yes, describe
The appraiser assumes that there are no hidden or unapparent conditions of the property, subsoil, or structures.

**IMPROVEMENTS**

| General Description | Foundation | Exterior Description materials/condition | Interior materials/condition |
|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | [ ] Concrete Slab [X] Crawl Space | Foundation Walls Concrete/Avg | Floors Hdwd/Tile/Cpt/A-Gd |
| # of Stories 1 | [ ] Full Basement [X] Partial Basement | Exterior Walls Brick/Frame/Avg | Walls Plaster/A-Gd |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | Basement Area 1,220 sq.ft. | Roof Surface Asph.Shingle/Avg | Trim/Finish Wood/Paint/A-Gd |
| [X] Existing [ ] Proposed [ ] Under Const. | Basement Finish 98 % | Gutters & Downspouts Yes/Aluminum/Avg | Bath Floor Tile/A-Gd |
| Design (Style) Rambler | [ ] Outside Entry/Exit [ ] Sump Pump | Window Type Vinyl/Avg | Bath Wainscot Tile/A-Gd |
| Year Built 1941 | Evidence of [ ] Infestation | Storm Sash/Insulated No/Yes/Avg | Car Storage [ ] None |
| Effective Age (Yrs) 10 | [ ] Dampness [ ] Settlement | Screens Yes/Avg | [X] Driveway # of Cars 2 |
| Attic [ ] None | Heating [X] FWA [ ] HWBB [ ] Radiant | Amenities [ ] Woodstove(s) # 0 | Driveway Surface Concrete |
| [ ] Drop Stair [ ] Stairs | [ ] Other Fuel Gas | [X] Fireplace(s) # 3 [X] Fence Full | [X] Garage # of Cars 2 |
| [ ] Floor [X] Scuttle | Cooling [X] Central Air Conditioning | [X] Patio/Deck 1/0 [X] Porch Covered | [ ] Carport # of Cars 0 |
| [ ] Finished [ ] Heated | [ ] Individual [ ] Other | [ ] Pool None [ ] Other None | [ ] Att. [X] Det. [ ] Built-in |

Appliances [ ] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [ ] Microwave [ ] Washer/Dryer [ ] Other (describe)
Finished area **above** grade contains: 6 Rooms 2 Bedrooms 2.0 Bath(s) 1,676 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.). Typical.
Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). C3;Kitchen-remodeled-six to ten years ago;Bathrooms-remodeled-six to ten years ago;The subject property has a covered porch, patio, solar panels, insulated windows, central a/c, crown molding, plantation shutters, built-in bookcase, built-in closet organizers, remodeled bathrooms, remodeled kitchen with granite counter tops, stainless appliances, upgrade light and plumbing fixtures, upgrade moldings and baseboards, upgrade floor coverings.
Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [ ] Yes [X] No If Yes, describe
The appraiser is not a home inspector, surveyor, mold expert, methamphetamine expert, or structural engineer. The appraiser does not guarantee that the property is free of defects or environmental problems. The appraiser has inspected visible and accessible areas only.
Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No If No, describe



Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Uniform Residential Appraisal Report

File # T900325

There are 2 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 1,495,000 to $ 1,730,000 .

There are 17 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 1,285,000 to $ 1,686,500 .

**SALES COMPARISON APPROACH**

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 1028 S 1900 E<br>Salt Lake City, UT 84108 | 1780 E Michigan Ave<br>Salt Lake City, UT 84108 | | 1435 E Logan Ave<br>Salt Lake City, UT 84105 | | 1370 E Harvard Ave<br>Salt Lake City, UT 84105 | |
| Proximity to Subject | | 0.17 miles NW | | 1.07 miles SW | | 0.81 miles W | |
| Sale Price | $ 1,600,000 | | $ 1,520,000 | | $ 1,680,000 | | $ 1,686,500 |
| Sale Price/Gross Liv. Area | $ 954.65 sq.ft. | $ 1156.77 sq.ft. | | $ 604.10 sq.ft. | | $ 911.62 sq.ft. | |
| Data Source(s) | | UREMLS#2008132;DOM 6 | | UREMLS#2020290;DOM 46 | | UREMLS#2011650;DOM 4 | |
| Verification Source(s) | | Listing Agent | | Listing Agent | | Listing Agent | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | ArmLth<br>Conv;0 | 0 | ArmLth<br>Cash;0 | | ArmLth<br>Cash;0 | 0 |
| Date of Sale/Time | | s08/24;c07/24 | 0 | s10/24;c10/24 | 0 | s08/24;c07/24 | 0 |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 7405 sf | 6098 sf | +3,000 | 6970 sf | 0 | 6098 sf | +3,000 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT1;Rambler | DT1;Tudor | 0 | DT2;2-Story | 0 | DT2;Tudor | 0 |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 84 | 97 | 0 | 108 | 0 | 99 | 0 |
| Condition | C3 | C3 | | C3 | | C3 | |
| Above Grade Room Count (Total / Bdrms. / Baths) | 6 / 2 / 2.0 | 4 / 1 / 1.1 | +5,000 | 8 / 4 / 3.1 | -15,000 | 6 / 3 / 2.1 | -5,000 |
| Gross Living Area | 1,676 sq.ft. | 1,314 sq.ft. | +63,350 | 2,781 sq.ft. | -193,375 | 1,850 sq.ft. | -30,450 |
| Basement & Finished Rooms Below Grade | 1220sf1196sfin<br>1rr2br1.0ba0o | 1106sf1106sfin<br>1rr3br1.0ba0o | +1,710<br>-5,000 | 1432sf1360sfin<br>1rr1br1.0ba0o | -3,180<br>+5,000 | 1000sf1000sfin<br>1rr1br1.0ba0o | +3,300<br>+5,000 |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA/Central | FWA/Central | | FWA/Central | | FWA/Central | |
| Energy Efficient Items | Solar (Owned) | Thermopane | +25,000 | Solar (Owned) | | Thermopane | +25,000 |
| Garage/Carport | 2gd2dw | 2gd2dw | | 2ga1cp2dw | -5,000 | 2gd2dw | |
| Porch/Patio/Deck | Porch/Patio | Porch/Patio | | Porch/Patio | | Porch/Patio | |
| Fireplace | 3-Fireplace | 2-Fireplace | +2,500 | 2-Fireplace | +2,500 | 2-Fireplace | +2,500 |
| Landscaping | Full Landscape | Full Landscape | | Full Landscape | | Full Landscape | |
| | | | | | | | |
| Net Adjustment (Total) | | [X] + [ ] - | $ 95,560 | [ ] + [X] - | $ -209,055 | [X] + [ ] - | $ 3,350 |
| Adjusted Sale Price of Comparables | | Net Adj. 6.3 %<br>Gross Adj. 6.9 % | $ 1,615,560 | Net Adj. 12.4 %<br>Gross Adj. 13.3 % | $ 1,470,945 | Net Adj. 0.2 %<br>Gross Adj. 4.4 % | $ 1,689,850 |

I [X] did [ ] did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research [X] did [ ] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s) County & MLS

My research [ ] did [X] did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.

Data Source(s) MLS

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 09/23/2022 | | | |
| Price of Prior Sale/Transfer | $0 | | | |
| Data Source(s) | County & MLS Board | Corelogic & County | Corelogic & County | Corelogic & County |
| Effective Date of Data Source(s) | 03/12/2025 | 03/13/2025 | 03/13/2025 | 03/13/2025 |

Analysis of prior sale or transfer history of the subject property and comparable sales The subject property transferred 09/23/2022. The appraiser was unable to obtain the sales price or terms due to Utah being a non disclosure state.

Summary of Sales Comparison Approach The appraiser's comparable search parameters began with an MLS search for single family homes sold within the prior three months, located within one mile from the subject property, with comparable effective age, quality of construction, and square footage. Due to a lack of recent sale activity, the comparable search parameters were extended to 1.5 miles and one year from the effective date of appraisal. The comparable sales provided in the appraisal report were the most recent and overall comparable sales in the area. The appraiser has provided five comparable sales and one active listing to support the appraised value. The active listing was adjusted for anticipated sale/list price ratio. The adjusted sales prices range from a low of $1,470,900 to a high of $1,742,400. The sales provided support a market value of $1,600,000.

Indicated Value by Sales Comparison Approach $ 1,600,000

**RECONCILIATION**

**Indicated Value by: Sales Comparison Approach $** 1,600,000 **Cost Approach (if developed) $** **Income Approach (if developed) $**

No rental data available to determine value via the income approach. Weight is given to the market approach.

This appraisal is made [X] "as is", [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or [ ] subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: Any personal property item has been excluded from the valuation of the real property.

**Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $** 1,600,000 **, as of** 03/12/2025 **, which is the date of inspection and the effective date of this appraisal.**

# Uniform Residential Appraisal Report

File # T900325

**ADDITIONAL COMMENTS**

The intended user of this appraisal report is the lender/client. No additional intended users are identified by the appraiser. This report contains sufficient information to enable the client to understand the report. Any other party receiving a copy of this report for any reason is not an intended user; nor does it result in an appraiser-client relationship. Use of this report by any other party(ies) is not intended by the appraiser.

Utah State Law, HB 152, Appraisal Management Company Regulations require that the Management Company be registered in the State of Utah and that they inform the client of the fee split between the appraiser and the management company before accepting payment. See Utah Annotated 61-2e-304. If this regulation is not being complied with please contact this appraiser at 801-550-5383 and the Utah Division of Real Estate at 801-530-6747. The Fee received by this appraiser for this appraisal is $550, and the fee charged by the AMC is $0. Utah State Rule, R162-150-3. Unprofessional Conduct, requires this information to be listed in this appraisal.

The address reported on the appraisal form is according to US Postal Service records as required by UAD format. The title company reports the city or county address and the title report may or may not match to USPS records.

The source of the definition of market value is obtained in Fannie Mae Guide (04/01/2009) Section B4-1.2-03.

The utilities were on and in working condition.

Comments on Predominate Age and Value...
The subject property is newer and the appraised value above the neighborhood predominate value. This is typical for neighborhoods were a mixture of home sizes, design sizes, and value ranges are present. The subject property is superior to many of the homes in the immediate area in age, size, overall craftsmanship. The property is a marketable property and is not considered to be an over-improvement for the area.

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value) The cost approach has not been performed due to the fact that it's not considered as reliable an approach to value as the sales comparison approach for existing homes. The cost approach is more relevant for new construction.

| | |
|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE =$ |
| Source of cost data | DWELLING Sq.Ft. @ $ =$ |
| Quality rating from cost service Effective date of cost data | Sq.Ft. @ $ =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | =$ |
| | Garage/Carport Sq.Ft. @ $ =$ |
| | Total Estimate of Cost-New =$ |
| | Less Physical Functional External |
| | Depreciation =$( ) |
| | Depreciated Cost of Improvements =$ |
| | "As-is" Value of Site Improvements =$ |
| Estimated Remaining Economic Life (HUD and VA only) 55 Years | INDICATED VALUE BY COST APPROACH =$ |

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ X Gross Rent Multiplier = $ Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM) No rental data available to determine value via the income approach.

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No Unit type(s) ☐ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

Total number of phases Total number of units Total number of units sold

Total number of units rented Total number of units for sale Data source(s)

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No If Yes, date of conversion.

Does the project contain any multi-dwelling units? ☐ Yes ☐ No Data Source

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

# Uniform Residential Appraisal Report

File # T900325

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK: The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE: The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER: The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS: The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Uniform Residential Appraisal Report File # T900325

APPRAISER'S CERTIFICATION: The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

# Uniform Residential Appraisal Report

File # T900325

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION: The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

**APPRAISER**

Signature [signature]
Name Troy W Thompson
Company Name Irvine Appraising Company
Company Address PO Box 17903
Salt Lake City, UT 84117
Telephone Number (801) 550-5383
Email Address irvineappraising@msn.com
Date of Signature and Report 03/13/2025
Effective Date of Appraisal 03/12/2025
State Certification # 5507536-CR00
or State License #
or Other (describe) State #
State UT
Expiration Date of Certification or License 09/30/2025

ADDRESS OF PROPERTY APPRAISED
1028 S 1900 E
Salt Lake City, UT 84108

APPRAISED VALUE OF SUBJECT PROPERTY $ 1,600,000

LENDER/CLIENT
Name Stewart Valuation Intelligence
Company Name Alpha Realty Advisors
Company Address 2945 Townsgate, #110, Westlake Village, CA 91361
Email Address

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature
Name
Company Name
Company Address
Telephone Number
Email Address
Date of Signature
State Certification #
or State License #
State
Expiration Date of Certification or License

SUBJECT PROPERTY

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
Date of Inspection
☐ Did inspect interior and exterior of subject property
Date of Inspection

COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
Date of Inspection

# Uniform Residential Appraisal Report

File # T900325

SALES COMPARISON APPROACH

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 1028 S 1900 E Salt Lake City, UT 84108 | 1542 E Harvard Ave Salt Lake City, UT 84105 | | 1328 S 1400 E Salt Lake City, UT 84105 | | 1380 S Filmore St Salt Lake City, UT 84105 | |
| Proximity to Subject | | 0.54 miles W | | 0.86 miles SW | | 0.72 miles SW | |
| Sale Price | $ 1,600,000 | | $ 1,600,000 | | $ 1,599,900 | | $ 1,730,000 |
| Sale Price/Gross Liv. Area | $ 954.65 sq.ft. | $ 1002.51 sq.ft. | | $ 914.23 sq.ft. | | $ 1207.26 sq.ft. | |
| Data Source(s) | | UREMLS#2008076;DOM 29 | | UREMLS#2017833;DOM 80 | | UREMLS#2027363;DOM 46 | |
| Verification Source(s) | | Listing Agent | | Listing Agent | | Listing Agent | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | ArmLth Conv;0 | 0 | ArmLth Conv;15620 | -15,620 | Listing Estimated;51900 | -51,900 |
| Date of Sale/Time | | s09/24;c07/24 | 0 | s11/24;c09/24 | 0 | Active | 0 |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 7405 sf | 5663 sf | +4,000 | 7841 sf | 0 | 7405 sf | |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT1;Rambler | DT1;Cottage | 0 | DT1;Cottage | 0 | DT1;Cottage | 0 |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 84 | 110 | 0 | 109 | 0 | 99 | 0 |
| Condition | C3 | C3 | | C3 | | C3 | |
| Above Grade Room Count (Total / Bdrms. / Baths) | 6 / 2 / 2.0 | 6 / 2 / 2.0 | | 5 / 2 / 2.0 | 0 | 5 / 2 / 2.0 | 0 |
| Gross Living Area | 1,676 sq.ft. | 1,596 sq.ft. | +14,000 | 1,750 sq.ft. | -12,950 | 1,433 sq.ft. | +42,525 |
| Basement & Finished | 1220sf1196sfin | 1444sf1444sfin | -3,360 | 1370sf1370sfin | -2,250 | 1433sf1433sfin | -3,195 |
| Rooms Below Grade | 1rr2br1.0ba0o | 1rr3br1.0ba0o | -5,000 | 1rr2br1.0ba1o | -5,000 | 1rr2br2.0ba0o | -5,000 |
| Functional Utility | Average | Average | | Basement Kit | -10,000 | Average | |
| Heating/Cooling | FWA/Central | FWA/Central | | FWA/Central | | FWA/Central | |
| Energy Efficient Items | Solar (Owned) | Thermopane | +25,000 | Thermopane | +25,000 | Thermopane | +25,000 |
| Garage/Carport | 2gd2dw | 2gd2dw | | 2gd2dw | | 2gd2dw | |
| Porch/Patio/Deck | Porch/Patio | Porch/Patio | | Porch/Patio | | Porch/Patio | |
| Fireplace | 3-Fireplace | 1-Fireplace | +5,000 | 1-Fireplace | +5,000 | 1-Fireplace | +5,000 |
| Landscaping | Full Landscape | Full Landscape | | Full Landscape | | Full Landscape | |
| | | | | | | | |
| Net Adjustment (Total) | | [X] + [ ] - | $ 39,640 | [ ] + [X] - | $ -15,820 | [X] + [ ] - | $ 12,430 |
| Adjusted Sale Price of Comparables | | Net Adj. 2.5 % Gross Adj. 3.5 % | $ 1,639,640 | Net Adj. 1.0 % Gross Adj. 4.7 % | $ 1,584,080 | Net Adj. 0.7 % Gross Adj. 7.7 % | $ 1,742,430 |

SALE HISTORY

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 09/23/2022 | | | |
| Price of Prior Sale/Transfer | $0 | | | |
| Data Source(s) | County & MLS Board | Corelogic & County | Corelogic & County | Corelogic & County |
| Effective Date of Data Source(s) | 03/12/2025 | 03/13/2025 | 03/13/2025 | 03/13/2025 |

Analysis of prior sale or transfer history of the subject property and comparable sales

ANALYSIS / COMMENTS

Analysis/Comments

# Supplemental Addendum

File No. T900325

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Trapper Roderick | | | | | | |
| Property Address | 1028 S 1900 E | | | | | | |
| City | Salt Lake City | County | Salt Lake | State | UT | Zip Code | 84108 |
| Lender/Client | Alpha Realty Advisors | | | | | | |

At the request of the client, this appraisal report has been prepared in compliance with the Uniform Appraisal Dataset (UAD) from Fannie Mae and Freddie Mac. The UAD requires the appraiser to use standardized responses that include specific formats, definitions, abbreviations, and acronyms.

In the normal course of business, the appraiser attempted to obtain an adequate amount of information regarding the subject and comparable properties. Some of the required UAD standardized responses, especially those in which the appraiser has not had the opportunity to verify personally or measure, could mistakenly imply greater precision and reliability in the data than is factually correct or typical in the normal course of business. Consequently, this information should be considered an estimate unless otherwise noted by the appraiser. Examples include condition and quality ratings, as well as comparable sales and listing data. Not every element of the subject property was viewable, and comparable property data was obtained from third party sources.

Additional Comments...

No employee, director, officer or agent of the lender, or any other third party action as a joint venture partner, independent contractor, appraisal management company, or partner on behalf of the lender has influenced or attempted to influence the development, reporting, or result of this assignment through coercion, extortion, compensation, intimidation, or bribery in any manner.

Signatures (s): Appearing on this appraisal are electronic signatures, (unless otherwise noted).

Scope of work: In preparing this report, I have personally inspected the interior and exterior of the subject property and the neighborhood. Subject information was obtained thru county records, interior and exterior inspection, local real estate agents, various city and county agencies.

When possible, MLS property tours of the comparable sales are reviewed. This provides a clearer understanding of the quality and condition of the comparable sales provided in the report. The appraiser has performed an exterior inspection of all the comparable sales and listings provided in this report. A MLS review of all comparable sales and listings has been made to determine the listing and transfer history.

The liability of this report extends only to the compensation or fee associated with this report. Acceptance and use of this report constitutes agreement of the extent of liability.

Unless otherwise stated in this report, the existence of hazardous material, which may or may not be present on the property, was not observed by the appraiser. The appraiser has no knowledge of the existence of such materials on or in the property. The appraiser is not qualified to detect such materials. The presence of substances such as asbestos, mold, urea-formaldehyde foam insulation, methamphetamine, radon or potentially hazardous material may affect the value of the property. The appraised value is based on the assumption that there are no such materials on or in the property that would cause a loss in value. No responsibility is assumed for any such conditions or for expertise required to discover them.

The "Other" use as listed on the Land Use Percentage includes, but is not limited to the following: Schools, Roadways, Public Facilities and/or Vacant Land.

Comments on Adjustments...

If concessions were given for any comparable listed in this report, it was evaluated and a determination was made regarding the impact the concessions had on the transaction listed. If they influenced the value indicated by the sales price of the property, an appropriate adjustment was rendered. If the concessions did not influence the value indicated by the sales price, that adjustment area was left blank and a net zero adjustment was given.

Comments on Identical Condition Ratings...

A comparable sale with the same rating or description does not mean the are identical without adjustment. It means the overall quality, condition, location, view, etc. of the property falls within the definition of the rating range, but still may need to be adjusted according to market reaction to the variances on a property-specific basis. Fannie Mae's UAD FAQ's #27 acknowledges that even though a comparable sale may have the same rating as the subject, it still might be superior or inferior to the subject- therefore an adjustment must be made, if warranted.

Date of Sale...

The appraiser has attempted to provide comparable sales which have closed within the past six months. The appraiser has provided comparable sales that are older than six months. This was due to them being the best available sales given the current market. Due to the stability of the area no timeline adjustments were made.

Location Adjustments...

The appraiser has extended the distance guideline. This was due to the fact that there is a lack of recent comparable sales or listings in the immediate area. When sales are not available in the subject's subdivision or neighborhood the appraiser extends distance in attempts to find comparable sales and listings from competing locations. No location adjustments were made due to the fact that the comparable sales are located in similar neighborhoods and markets.

Lot/Site Adjustments...

Site adjustments are based on the difference of lot size between the subject and comparable sales. Adjustments applied are based on the contributory value of the land, not the actual cost. A lump sum adjustment will be made if there is a perceived difference in actual lot values, taking in consideration the size of the lot and topography. Adjustments are typically not made for site difference of .01 to .02.

Site size reporting: The subject's and comparable sales (Sales/Listings) site square footage have been taken from county records. The county reports the site size in acreage. The UAD format requires that all sites below one acre be reported in square feet. The square feet reported is rounded.

View Adjustments...

The appraiser has provided comparable sales and listings with comparable views.

## Supplemental Addendum

File No. T900325

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Trapper Roderick | | | | | | |
| Property Address | 1028 S 1900 E | | | | | | |
| City | Salt Lake City | County | Salt Lake | State | UT | Zip Code | 84108 |
| Lender/Client | Alpha Realty Advisors | | | | | | |

Quality of Construction...

The appraiser has provided comparable sales and listings which have comparable quality of construction. The quality of construction rating reported for the subject property has been determined by an interior and exterior inspection. The quality of construction rating for the comparable sales and listings has been determined thru a review of MLS property tours and via phone conversations with real estate agents. The quality of construction ratings are the appraiser's opinion and may vary from some of his peers.

Condition Adjustments...

The appraiser has provided comparable sales and listings with have comparable condition. The condition rating reported for the subject property has been determined by an interior and exterior inspection. The condition rating for the comparable sales and listings have been determined thru a review of MLS property tours and via phone conversation with real estate agents. The condition ratings are the appraiser's opinion and may vary from some of his peers.

Above Grade Room Count Adjustments...

The appraiser has attempted to provided comparable sales and listings with comparable above grade bedroom and bathroom counts. The bedroom adjustments are based on the market reaction. If no adjustment is made for above grade bedroom counts the appraiser has determined the market is more interested in total bedroom counts not above grade bedroom counts.

The appraiser makes adjustments for above grade bathrooms due to the market recognizing a difference.

Comments on Reported Square Footage...

The subject property's square footage provided in this report was based on exterior measurements using the ANSI-Z765-2021 standards taken by the appraiser. The square footage provided may slightly vary from his peers and the county.

The square footage for the comparable sales and listings are taken from information provided by the listing agent on the MLS. This is typical for the area and is consistent with the appraisers peers. The square footage provided may vary slightly from the county.

Gross Living Area, Basement Square Footage, Basement Finish, and Garage Adjustments...

The appraiser has based the gross living area, basement square footage, basement finish and garage adjustment on information gathered thru paired sales analysis. The appraiser may use regression analysis for adjustments if determined more to be more applicable. The adjustments made are typical homes in this area and price range.

Irvine Appraising Company

**SINGLE FAMILY COMPARABLE RENT SCHEDULE**

File # T900325

This form is intended to provide the appraiser with a familiar format to estimate the market rent of the subject property. Adjustments should be made only for items of significant difference between the comparables and the subject property.

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 1028 S 1900 E<br>Salt Lake City, UT 84108 | 1203 E 700 S<br>Salt Lake City, UT 84102 | | 1919 E Princeton Ave<br>Salt Lake City, UT 84108 | | 2500 E Simpson Ave<br>Salt Lake City, UT 84109 | |
| Proximity to Subject | | 1.16 miles NW | | 0.21 miles S | | 1.62 miles SE | |
| Date Lease Begins<br>Date Lease Expires | | Month-Month<br>N/A | | Month-Month<br>N/A | | Month-Month<br>N/A | |
| Monthy Rental | If Currently Rented: $ | $ 3,800 | | $ 4,995 | | $ 4,000 | |
| Less: Utilities<br>Furniture | $ | $ | | $ | | $ | |
| Adjusted Monthly Rent | $ | $ 3,800 | | $ 4,995 | | $ 4,000 | |
| Data Source | Inspection | Manager<br>MLS/County | | Manager<br>MLS/County | | Manager<br>MLS/County | |
| RENT ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +( -)$ Adjust. | DESCRIPTION | +( -)$ Adjust. | DESCRIPTION | +( -)$ Adjust. |
| Rent Concessions | | N/A | | N/A | | N/A | |
| Location/View | N;Res;<br>N;Res; | N;Res;<br>N;Res; | | N;Res;<br>N;Res; | | N;Res;<br>N;Res; | |
| Design and Appeal | DT1;Rambler | DT1;Cottage | 0 | DT2;2-Story | 0 | DT1;Cottage | 0 |
| Age/Condition | 84<br>C3 | 103<br>C3 | 0 | 80<br>C3 | 0 | 78<br>C3 | 0 |
| Above Grade Room Count (Total / Bdrms / Baths) | 6 / 2 / 2.0 | 6 / 3 / 1.0 | -150<br>+50 | 8 / 5 / 3.0 | -450<br>-50 | 5 / 2 / 2.0 | 0 |
| Gross Living Area | 1,676 Sq. Ft. | 1,227 Sq. Ft. | +200 | 3,247 Sq. Ft. | -800 | 1,314 Sq. Ft. | +150 |
| Other (e.g., basement, etc.) | 1220sf1196sfin<br>1rr2br1.0ba0o | 920sf920sfin<br>1rr2br1.0ba1o | +45<br>0 | 800sf800sfin<br>1rr2br1.0ba1o | +60<br>0 | 876sf876sfin<br>1rr2br1.0ba0o | +45 |
| Other: | 2-Garage | 2-Garage | | 2-Garage | | 1-Garage | +100 |
| Net Adj. (total) | | ☒ + ☐ - | $ 145 | ☐ + ☒ - | $ -1,240 | ☒ + ☐ - | $ 295 |
| Indicated Monthly Market Rent | | | $ 3,945 | | $ 3,755 | | $ 4,295 |

Comments on market data, including the range of rents for single family properties, an estimate of vacancy for single family rental properties, the general trend of rents and vacancy, and support for the above adjustments. (Rent concessions should be adjusted to the market, not to the subject property.) Availability of rental properties are stable. Vacancies are generally in the 3%-5% range. No rent concessions were reported in the above comparable rentals.

Final Reconciliation of Market Rent: Rents in the $3500-5000 range for properties of the size, caliber, and location of the subject property area are appropriate. Estimated market rent for the subject property is $4000.

I (WE) ESTIMATE THE MONTHLY MARKET RENT OF THE SUBJECT AS OF 03/12/2025 TO BE $ 4,000

Appraiser(s) SIGNATURE
NAME Troy W Thompson

Review Appraiser (If applicable) SIGNATURE
NAME

Date Property Inspected 03/12/2025 Report Signed 03/13/2025
License or Certification # 5507536-CR00 State UT
Expiration Date of License or Certification 09/30/2025

Date Property Inspected Report Signed
License or Certification # State
Expiration Date of License or Certification
Review Appraiser ☐ Did ☐ Did Not Inspect Subject Property

# USPAP ADDENDUM

File No. T900325

| | |
|---|---|
| Borrower | Trapper Roderick |
| Property Address | 1028 S 1900 E |
| City | Salt Lake City · County: Salt Lake · State: UT · Zip Code: 84108 |
| Lender | Alpha Realty Advisors |

This report was prepared under the following USPAP reporting option:

- [X] Appraisal Report — This report was prepared in accordance with USPAP Standards Rule 2-2(a).
- [ ] Restricted Appraisal Report — This report was prepared in accordance with USPAP Standards Rule 2-2(b).

**Reasonable Exposure Time**

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is:

Exposure time is a retrospective opinion based on an analysis of past events assuming a competitive and open market. A reasonable exposure time for the subject property is one to three months.

**Additional Certifications**

I certify that, to the best of my knowledge and belief:

- [X] I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- [ ] I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

**Additional Comments**

**APPRAISER:**

Signature: [signature]
Name: Troy W Thompson
Date Signed: 03/13/2025
State Certification #: 5507536-CR00
or State License #:
State: UT
Expiration Date of Certification or License: 09/30/2025
Effective Date of Appraisal: 03/12/2025

**SUPERVISORY APPRAISER: (only if required)**

Signature:
Name:
Date Signed:
State Certification #:
or State License #:
State:
Expiration Date of Certification or License:
Supervisory Appraiser Inspection of Subject Property:
- [ ] Did Not
- [ ] Exterior-only from Street
- [ ] Interior and Exterior

File No. T900325

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

## Condition Ratings and Definitions

C1

The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

C2

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.

C3

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.

C4

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.

C5

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.

C6

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.

## Quality Ratings and Definitions

Q1

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

Q2

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

## Quality Ratings and Definitions (continued)

Q3

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

Q4

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

Q5

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

Q6

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

## Definitions of Not Updated, Updated, and Remodeled

Not Updated

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

Updated

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

Remodeled

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

## Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

UAD Version 9/2011 (Updated 1/2014)

## Subject Photo Page

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Trapper Roderick | | | | | | |
| Property Address | 1028 S 1900 E | | | | | | |
| City | Salt Lake City | County | Salt Lake | State | UT | Zip Code | 84108 |
| Lender/Client | Alpha Realty Advisors | | | | | | |



### Subject Front

1028 S 1900 E

| | |
|---|---|
| Sales Price | 1,600,000 |
| Gross Living Area | 1,676 |
| Total Rooms | 6 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 7405 sf |
| Quality | Q3 |
| Age | 84 |



### Subject Rear



### Subject Street

## Photograph Addendum

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Trapper Roderick | | | | | | |
| Property Address | 1028 S 1900 E | | | | | | |
| City | Salt Lake City | County | Salt Lake | State | UT | Zip Code | 84108 |
| Lender/Client | Alpha Realty Advisors | | | | | | |



**Additional Front**



**Detached Garage**



**Living Room**



**Dining Room**



**Bedroom**



**Bathroom**

**Photograph Addendum**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Trapper Roderick | | | | | | |
| Property Address | 1028 S 1900 E | | | | | | |
| City | Salt Lake City | County | Salt Lake | State | UT | Zip Code | 84108 |
| Lender/Client | Alpha Realty Advisors | | | | | | |



**Bathroom**



**Bedroom**



**Family Room**



**Kitchen**



**Laundry Room**





**Furnace & Water Heater**

**Photograph Addendum**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Trapper Roderick | | | | | | |
| Property Address | 1028 S 1900 E | | | | | | |
| City | Salt Lake City | County | Salt Lake | State | UT | Zip Code | 84108 |
| Lender/Client | Alpha Realty Advisors | | | | | | |



Basement Bathroom



Basement Bedroom



Basement Family Room



Basement Bedroom

## Comparable Photo Page

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Trapper Roderick | | | | | | |
| Property Address | 1028 S 1900 E | | | | | | |
| City | Salt Lake City | County | Salt Lake | State | UT | Zip Code | 84108 |
| Lender/Client | Alpha Realty Advisors | | | | | | |



### Comparable 1

1780 E Michigan Ave

| | |
|---|---|
| Prox. to Subject | 0.17 miles NW |
| Sale Price | 1,520,000 |
| Gross Living Area | 1,314 |
| Total Rooms | 4 |
| Total Bedrooms | 1 |
| Total Bathrooms | 1.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 6098 sf |
| Quality | Q3 |
| Age | 97 |



### Comparable 2

1435 E Logan Ave

| | |
|---|---|
| Prox. to Subject | 1.07 miles SW |
| Sale Price | 1,680,000 |
| Gross Living Area | 2,781 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 6970 sf |
| Quality | Q3 |
| Age | 108 |



### Comparable 3

1370 E Harvard Ave

| | |
|---|---|
| Prox. to Subject | 0.81 miles W |
| Sale Price | 1,686,500 |
| Gross Living Area | 1,850 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 6098 sf |
| Quality | Q3 |
| Age | 99 |

## Comparable Photo Page

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Trapper Roderick | | | | | | |
| Property Address | 1028 S 1900 E | | | | | | |
| City | Salt Lake City | County | Salt Lake | State | UT | Zip Code | 84108 |
| Lender/Client | Alpha Realty Advisors | | | | | | |



### Comparable 4

1542 E Harvard Ave

| | |
|---|---|
| Prox. to Subject | 0.54 miles W |
| Sale Price | 1,600,000 |
| Gross Living Area | 1,596 |
| Total Rooms | 6 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 5663 sf |
| Quality | Q3 |
| Age | 110 |



### Comparable 5

1328 S 1400 E

| | |
|---|---|
| Prox. to Subject | 0.86 miles SW |
| Sale Price | 1,599,900 |
| Gross Living Area | 1,750 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 7841 sf |
| Quality | Q3 |
| Age | 109 |



### Comparable 6

1380 S Filmore St

| | |
|---|---|
| Prox. to Subject | 0.72 miles SW |
| Sale Price | 1,730,000 |
| Gross Living Area | 1,433 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 7405 sf |
| Quality | Q3 |
| Age | 99 |

## Rental Photo Page

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Trapper Roderick | | | | | | |
| Property Address | 1028 S 1900 E | | | | | | |
| City | Salt Lake City | County | Salt Lake | State | UT | Zip Code | 84108 |
| Lender/Client | Alpha Realty Advisors | | | | | | |



**Rental 1**
1203 E 700 S
Proximity 1.16 miles NW
Adj. Rent/Mo 3,800
GLA 1,227
Total Rooms 6
Total Bdrms 3
Total Baths 1.0
Location N;Res;
View N;Res;
Condition C3
Age/Year Built 103



**Rental 2**
1919 E Princeton Ave
Proximity 0.21 miles S
Adj. Rent/Mo 4,995
GLA 3,247
Total Rooms 8
Total Bdrms 5
Total Baths 3.0
Location N;Res;
View N;Res;
Condition C3
Age/Year Built 80



**Rental 3**
2500 E Simpson Ave
Proximity 1.62 miles SE
Adj. Rent/Mo 4,000
GLA 1,314
Total Rooms 5
Total Bdrms 2
Total Baths 2.0
Location N;Res;
View N;Res;
Condition C3
Age/Year Built 78

## Plat Map

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Trapper Roderick | | | | | | |
| Property Address | 1028 S 1900 E | | | | | | |
| City | Salt Lake City | County | Salt Lake | State | UT | Zip Code | 84108 |
| Lender/Client | Alpha Realty Advisors | | | | | | |



**License**

STATE OF UTAH
DEPARTMENT OF COMMERCE
DIVISION OF REAL ESTATE

ACTIVE LICENSE

DATE ISSUED: 08/21/2023

EXPIRATION DATE: 09/30/2025

LICENSE NUMBER: 5507536-CR00

LICENSE TYPE: Certified Residential Appraiser

ISSUED TO: TROY W THOMPSON
2039 E DORIS WAY
SALT LAKE CITY UT 84124

THE GREAT SEAL OF THE STATE OF UTAH 1896

SIGNATURE OF HOLDER

REAL ESTATE DIVISION DIRECTOR

**E & O**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Trapper Roderick | | | | | | |
| Property Address | 1028 S 1900 E | | | | | | |
| City | Salt Lake City | County | Salt Lake | State | UT | Zip Code | 84108 |
| Lender/Client | Alpha Realty Advisors | | | | | | |

GREAT AMERICAN. INSURANCE GROUP

301 E. Fourth Street, Cincinnati, OH 45202

**DECLARATIONS**
for
**REAL ESTATE APPRAISERS ERRORS & OMISSIONS INSURANCE POLICY**

**THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.**

**THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.**

Insurance is afforded by the company indicated below: (A capital stock corporation)

☒ Great American Assurance Company

Note: The Insurance Company selected above shall herein be referred to as the **Company**.

Policy Number: **RAP3667628-25** Renewal of: **RAP3667628-24**

Program Administrator: **Herbert H. Landy Insurance Agency Inc.**
**100 River Ridge Drive, Suite 301 Norwood, MA 02062**

Item 1. **Named Insured**: **Troy Thompson**

Item 2. **Address**: **2039 Doris Way**
City, State, Zip Code: **Salt Lake City, UT 84124**

Item 3. **Policy Period**: From **01/06/2025** *(Month, Day, Year)* To **01/06/2026** *(Month, Day, Year)*
(Both dates at 12:01 a.m. Standard Time at the address of the **Named Insured** as stated in Item 2.)

Item 4. **Limits of Liability**:

A. $ **1,000,000** **Damages** Limit of Liability – Each **Claim**

B. $ **1,000,000** **Claim Expenses** Limit of Liability – Each **Claim**

C. $ **2,000,000** **Damages** Limit of Liability – Policy Aggregate

D. $ **2,000,000** **Claim Expenses** Limit of Liability – Policy Aggregate

Item 5. **Deductible** (Inclusive of **Claim Expenses**):

A. $ **0.00** Each **Claim**

B. $ **0.00** Aggregate

Item 6. **Premium**: $ **764.00**

Item 7. **Retroactive Date** (if applicable): **04/15/1993**

Item 8. **Forms, Notices and Endorsements attached**:
**D42100 (03/15) D42300 UT (05/13) IL7324 (07/21)**
**D42402 (05/13) D42408 (05/13) D42412 (03/17) D42413 (06/17)**
**D42414 (08/19)**

Authorized Representative

D42101 (03/15)

Page 1 of 1

## Location Map

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Trapper Roderick | | | | | | |
| Property Address | 1028 S 1900 E | | | | | | |
| City | Salt Lake City | County | Salt Lake | State | UT | Zip Code | 84108 |
| Lender/Client | Alpha Realty Advisors | | | | | | |



## Building Sketch (Page - 1)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Trapper Roderick | | | | | | |
| Property Address | 1028 S 1900 E | | | | | | |
| City | Salt Lake City | County | Salt Lake | State | UT | Zip Code | 84108 |
| Lender/Client | Alpha Realty Advisors | | | | | | |




Sketch by ApexSketch

**AREA CALCULATIONS SUMMARY**

| Code | Description | Factor | Net Size | Perimeter | Net Totals |
|---|---|---|---|---|---|
| GLA1 | First Floor | 1.0 | 1675.5 | 208.8 | 1675.5 |
| BSMT | Finished BSMT | 1.0 | 1220.0 | 154.8 | 1220.0 |
| GAR | Garage | 1.0 | 492.0 | 89.0 | 492.0 |
| | Net LIVABLE | cnt | 1 | (rounded) | 1,676 |

**AREA CALCULATIONS BREAKDOWN**

| Name | Base x | Height x | Width = | Area |
|---|---|---|---|---|
| First Floor | | 53.0 x | 7.5 = | 397.5 |
| | | 43.0 x | 6.5 = | 279.5 |
| | | 33.5 x | 12.0 = | 402.0 |
| | | 12.5 x | 5.0 = | 62.5 |
| | | 15.5 x | 2.0 = | 31.0 |
| | | 26.0 x | 14.0 = | 364.0 |
| | | 8.0 x | 2.0 = | 16.0 |
| | 0.5 x | 2.1 x | 0.5 = | 0.5 |
| | 0.5 x | 2.2 x | 0.9 = | 1.0 |
| | | 15.0 x | 2.5 = | 37.5 |
| | | 14.0 x | 6.0 = | 84.0 |
| 11 total items | | | (rounded) | 1,676 |

© iLOOKABOUT (US) Inc. dba Apex Software

## Building Sketch (Page - 2)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Trapper Roderick | | | | | | |
| Property Address | 1028 S 1900 E | | | | | | |
| City | Salt Lake City | County | Salt Lake | State | UT | Zip Code | 84108 |
| Lender/Client | Alpha Realty Advisors | | | | | | |

```
First Floor (GLA1)
         53.00 x   7.50 =   397.50
         43.00 x   6.50 =   279.50
         33.50 x  12.00 =   402.00
         12.50 x   5.00 =    62.50
         15.50 x   2.00 =    31.00
         26.00 x  14.00 =   364.00
          8.00 x   2.00 =    16.00
 0.5 x    2.06 x   0.49 =     0.50
 0.5 x    2.24 x   0.89 =     1.00
         15.00 x   2.50 =    37.50
         14.00 x   6.00 =    84.00
              Total area:  1675.50

Finished BSMT (BSMT)
         28.00 x  15.50 =   434.00
         26.00 x  18.00 =   468.00
          8.00 x   2.00 =    16.00
 0.5 x    2.06 x   0.49 =     0.50
 0.5 x    2.24 x   0.89 =     1.00
         12.50 x   5.00 =    62.50
         28.00 x   6.00 =   168.00
         28.00 x   1.50 =    42.00
         14.00 x   2.00 =    28.00
              Total area:  1220.00

Garage (GAR)
         24.00 x  20.50 =   492.00
              Total area:   492.00
```

© iLOOKABOUT (US) Inc. dba Apex Software

## Location Map

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Trapper Roderick | | | | | | |
| Property Address | 1028 S 1900 E | | | | | | |
| City | Salt Lake City | County | Salt Lake | State | UT | Zip Code | 84108 |
| Lender/Client | Alpha Realty Advisors | | | | | | |



UFIRST
CREDIT UNION

**REAL ESTATE PAYOFF DEPARTMENT**
**PHONE (801)481-8800**
**FAX (801)481-8877**

| | |
|---|---|
| Date: | 04/01/25 |
| To: | Liz Saccomanno |
| Company: | UFCU |
| Fax: | 801-481-8911 |
| RE: | Barber (GSE) 1028 S 1900 E SLC UT 84108 |
| CU Loan #: | 0002040538.82 |

**PAYOFF STATEMENT**

| | |
|---|---|
| Principal: | $331,101.16 |
| Interest: | $11,721.36 |
| Reconveyance Fee: | $120.00 |
| Late Charge Due: | $113.25 |
| Attorney's Fees: | $1,679.24 |
| **TOTAL PAYOFF AS OF 04/10/25:** | **$ 344,735.01** |

If not paid in full by 04/10/25, add $ 47.13 interest per day.
Payoff completed by: Liz Saccomanno
To update this payoff figure, please call (801) 481-8800 Text
**PAYOFF CAN BE DELIVERED TO ANY BRANCH OR MAILED TO:**

**University First Federal Credit Union**
**Real Estate Payoff Dept./Member Service Center**
**3450 s. Highland Dr.**
**Salt Lake City, UT 84106**

WE RESERVE THE RIGHT TO CORRECT ANY PORTION OF THIS STATEMENT AT ANY TIME ALL BALANCES ARE SUBJECT TO CHANGE BASED ON PAYMENT OR DISBURSEMENT ACTIVITY ANY DIFFRENCE CALCULATED ON THE FINAL PAYOFF THE DAY THE FUNDS ARE RECEIVED BY UNIVERSITY FIRST FEDERAL CREDIT UNION ARE THE RESPONSIBILITY OF THE HEREIN NAMED DEBTOR ** THE PARTY REQUESTING THE PAYOFF IS RESPONSIBLE TO OBTAIN UPDATED FIGURES **

The information contained in this facsimile transmission is intended only for the use of the addressee(s) named on this transmittal sheet. This facsimile transmission contains confidential and/or legally privileged information from the University Federal Credit Union. If you are not the addressee, or the employee or agent responsible for delivering it to the addressee, you are hereby notified that any use, dissemination, distribution, publication, copying, or the taking of action in reliance on the contents of this facsimile is strictly prohibited. If you have received this transmission in error, please notify us immediately at the telephone number printed above. Thank you for your cooperation.