# EXHIBIT 11

Real estate purchase contracts, $2.9M pending sale

# REAL ESTATE PURCHASE CONTRACT

**This is a legally binding Real Estate Purchase Contract ("REPC"). Utah law requires real estate licensees to use this form. Buyer and Seller, however, may agree to alter or delete its provisions or to use a different form. If you desire legal or tax advice, consult your attorney or tax advisor.**

## EARNEST MONEY DEPOSIT

On this **21** day of **APRIL**, 20**25** ("Offer Reference Date") OPP ASSET HOLDINGS LLC ("Buyer") offers to purchase from GSE GLOBAL LLC ("Seller") the Property described below and **agrees to deliver no later than four (4) calendar days after Acceptance (as defined in Section 23),** an Earnest Money Deposit in the amount of $ **2,500.00** in the form of Cash. After Acceptance of the REPC by Buyer and Seller, and receipt of the Earnest Money by the Brokerage, the Brokerage shall have four (4) calendar days in which to deposit the Earnest Money into the Brokerage Real Estate Trust Account.

## OFFER TO PURCHASE

1. **PROPERTY:** 1028 S 1900 E

City of SALT LAKE CITY, County of SALT LAKE COUNTY, State of Utah, Zip 84108 Tax ID No. 16-09-427-010 (the "Property"). Any reference below to the term "Property" shall include the Property described above, together with the Included Items and water rights/water shares, if any, referenced in Sections 1.1, 1.2 and 1.4.

1.1 **Included Items.** Unless excluded herein, this sale includes the following items if presently owned and in place on the Property: plumbing, heating, air conditioning fixtures and equipment; solar panels; ovens, ranges and hoods; cook tops; dishwashers; ceiling fans; water heaters; water softeners; light fixtures and bulbs; bathroom fixtures and bathroom mirrors; all window coverings including curtains, draperies, rods, window blinds and shutters; window and door screens; storm doors and windows; awnings; satellite dishes; all installed TV mounting brackets; all wall and ceiling mounted speakers; affixed carpets; automatic garage door openers and accompanying transmitters; security system; fencing and any landscaping.

1.2 **Other Included Items.** The following items that are presently owned and in place on the Property have been left for the convenience of the parties and are also included in this sale **(check applicable box):** ☑ **washers** ☑ **dryers** ☑ **refrigerators** ☑ **microwave ovens** ☐ **other (specify)** ______

The above checked items shall be conveyed to Buyer under separate bill of sale with warranties as to title. In addition to any boxes checked in this Section 1.2 above, there ☐ **ARE** ☑ **ARE NOT** additional items of personal property Buyer intends to acquire from Seller at Closing by separate written agreement.

1.3 **Excluded Items.** The following items are excluded from this sale: ______

1.4 **Water Service.** The Purchase Price for the Property shall include all water rights/water shares, if any, that are the legal source for Seller's current culinary water service and irrigation water service, if any, to the Property. The water rights/water shares will be conveyed or otherwise transferred to Buyer at Closing by applicable deed or legal instruments. The following water rights/water shares, if applicable, are specifically excluded from this sale: ______

2. **PURCHASE PRICE.**

2.1 **Payment of Purchase Price.** The Purchase Price for the Property is $ **1,600,000.00** Except as provided in this Section, the Purchase Price shall be paid as provided in Sections 2.1(a) through 2.1(e) below. Any amounts shown in Sections 2.1(c) and 2.1(e) may be adjusted as deemed necessary by Buyer and the Lender (the "Lender").

| | |
|---|---|
| $ **2,500.00** | **(a) Earnest Money Deposit.** Under certain conditions described in the REPC, this deposit may become totally non-refundable. |
| $ ______ | **(b) Additional Earnest Money Deposit** (see Section 8.4 if applicable) |
| $ **1,120,000.00** | **(c) New Loan.** Buyer may apply for mortgage loan financing (the "Loan") on terms acceptable to Buyer: If an FHA/VA loan applies, see attached FHA/VA Loan Addendum. |
| $ ______ | **(d) Seller Financing** (see attached Seller Financing Addendum) |
| $ **477,500.00** | **(e) Balance of Purchase Price in Cash at Settlement** |
| $ **1,600,000.00** | **PURCHASE PRICE. Total of lines (a) through (e)** |

2.2 **Sale of Buyer's Property.** Buyer's ability to purchase the Property, to obtain the Loan referenced in Section 2.1(c) above, and/or any portion of the cash referenced in Section 2.1(e) above ☐ **IS** ☑ **IS NOT** conditioned upon the sale of real estate owned by Buyer. If checked in the affirmative, the terms of the attached subject to sale of Buyer's property addendum apply.

3. **SETTLEMENT AND CLOSING.**

3.1 **Settlement**. Settlement shall take place no later than the Settlement Deadline referenced in Section 24(d), or as otherwise mutually agreed by Buyer and Seller in writing. "Settlement" shall occur only when all of the following have been completed: (a) Buyer and Seller have signed

# REAL ESTATE PURCHASE CONTRACT

**This is a legally binding Real Estate Purchase Contract ("REPC"). Utah law requires real estate licensees to use this form. Buyer and Seller, however, may agree to alter or delete its provisions or to use a different form. If you desire legal or tax advice, consult your attorney or tax advisor.**

## EARNEST MONEY DEPOSIT

On this 21 day of April, 2025 ("Offer Reference Date") OPP ASSETS HOLDINGS LLC ("Buyer") offers to purchase from GSE GLOBAL LLC ("Seller") the Property described below and **agrees to deliver no later than four (4) calendar days after Acceptance (as defined in Section 23),** an Earnest Money Deposit in the amount of $1,000.00 in the form of CASH. After Acceptance of the REPC by Buyer and Seller, and receipt of the Earnest Money by the Brokerage, the Brokerage shall have four (4) calendar days in which to deposit the Earnest Money into the Brokerage Real Estate Trust Account.

## OFFER TO PURCHASE

**1. PROPERTY:** 1836 EAST YALE

City of SALT LAKE CITY, County of SALT LAKE CITY, State of Utah, Zip 84108 Tax ID No. 16-090429-005 (the "Property"). Any reference below to the term "Property" shall include the Property described above, together with the Included Items and water rights/water shares, if any, referenced in Sections 1.1, 1.2 and 1.4.

**1.1 Included Items.** Unless excluded herein, this sale includes the following items if presently owned and in place on the Property: plumbing, heating, air conditioning fixtures and equipment; solar panels; ovens, ranges and hoods; cook tops; dishwashers; ceiling fans; water heaters; water softeners; light fixtures and bulbs; bathroom fixtures and bathroom mirrors; all window coverings including curtains, draperies, rods, window blinds and shutters; window and door screens; storm doors and windows; awnings; satellite dishes; all installed TV mounting brackets; all wall and ceiling mounted speakers; affixed carpets; automatic garage door openers and accompanying transmitters; security system; fencing and any landscaping.

**1.2 Other Included Items.** The following items that are presently owned and in place on the Property have been left for the convenience of the parties and are also included in this sale **(check applicable box):** [✓] **washers** [✓] **dryers** [✓] **refrigerators** [✓] **microwave ovens** [ ] **other (specify)**

The above checked items shall be conveyed to Buyer under separate bill of sale with warranties as to title. In addition to any boxes checked in this Section 1.2 above, there [ ] **ARE** [✓] **ARE NOT** additional items of personal property Buyer intends to acquire from Seller at Closing by separate written agreement.

**1.3 Excluded Items.** The following items are excluded from this sale: ______

**1.4 Water Service.** The Purchase Price for the Property shall include all water rights/water shares, if any, that are the legal source for Seller's current culinary water service and irrigation water service, if any, to the Property. The water rights/water shares will be conveyed or otherwise transferred to Buyer at Closing by applicable deed or legal instruments. The following water rights/water shares, if applicable, are specifically excluded from this sale: ______

**2. PURCHASE PRICE.**

**2.1 Payment of Purchase Price.** The Purchase Price for the Property is $ 1,300,000.00. Except as provided in this Section, the Purchase Price shall be paid as provided in Sections 2.1(a) through 2.1(e) below. Any amounts shown in Sections 2.1(c) and 2.1(e) may be adjusted as deemed necessary by Buyer and the Lender (the "Lender").

| | |
|---|---|
| $ 1,000.00 | **(a) Earnest Money Deposit.** Under certain conditions described in the REPC, this deposit may become totally non-refundable. |
| $ | **(b) Additional Earnest Money Deposit** (see Section 8.4 if applicable) |
| $ 1,050,000.00 | **(c) New Loan.** Buyer may apply for mortgage loan financing (the "Loan") on terms acceptable to Buyer: If an FHA/VA loan applies, see attached FHA/VA Loan Addendum. |
| $ | **(d) Seller Financing** (see attached Seller Financing Addendum) |
| $ 249,000.00 | **(e) Balance of Purchase Price in Cash at Settlement** |
| $ 1,300,000.00 | **PURCHASE PRICE. Total of lines (a) through (e)** |

**2.2 Sale of Buyer's Property.** Buyer's ability to purchase the Property, to obtain the Loan referenced in Section 2.1(c) above, and/or any portion of the cash referenced in Section 2.1(e) above [ ] **IS** [✓] **IS NOT** conditioned upon the sale of real estate owned by Buyer. If checked in the affirmative, the terms of the attached subject to sale of Buyer's property addendum apply.

**3. SETTLEMENT AND CLOSING.**

**3.1 Settlement.** Settlement shall take place no later than the Settlement Deadline referenced in Section 24(d), or as otherwise mutually agreed by Buyer and Seller in writing. "Settlement" shall occur only when all of the following have been completed: (a) Buyer and Seller have signed