# EXHIBIT 12

Cottonwood Title settlement statement (Apr. 2025)

# Master Settlement Statement

Cottonwood Title Insurance Agency, Inc.
1996 East 6400 South
Suite 120
Salt Lake City, UT 84121
Phone: 801 277 9999  Fax: 801 277 1411

**Settlement Date:** April 24, 2025
**Order Number:** 188464-KCB
**Escrow Officer/Closer:** Krista Crook
**Borrower:** Opp Asset Holdings LLC
**Seller:** GSE Global LLC, a Wyoming limited liability company
**Lender:** United Security Financial Corp
**Property Location:** 1028 South 1900 East
Salt Lake City, UT 84108

| Seller Debit | Seller Credit | | Borrower Debit | Borrower Credit |
|---|---|---|---|---|
| | | **Financial Consideration** | | |
| | 1,040,000.00 | Contract sales price | 1,040,000.00 | |
| | | Principal amount of new loan(s) | | 1,040,000.00 |
| | | **Prorations/Adjustments** | | |
| 1,545.96 | | County taxes 01/01/25-04/24/25 | | 1,545.96 |
| | | **Escrow Charges** | | |
| | | Settlement Fee (Buyer) to Old Republic National Title Insurance Company | 275.00 | |
| 275.00 | | Settlement Fee (Seller) to Cottonwood Title Insurance Agency, Inc. | | |
| 150.00 | | Payoff Processing to Cottonwood Title Insurance Agency, Inc. | | |
| | | Closing Protection Letter to Old Republic National Title Insurance Company | 25.00 | |
| | | Recording of Warranty Deed to Cottonwood Title Insurance Agency, Inc. | 45.00 | |
| | | Recording of Trust Deed to Cottonwood Title Insurance Agency, Inc. | 45.00 | |
| 180.00 | | Recording of Releases to Cottonwood Title Insurance Agency, Inc. | | |
| | | **Title Charges** | | |
| 3,622.00 | | Owner's title insurance to Cottonwood Title Insurance Agency, Inc. | | |
| | | ORT 4644 (Deletion of Natural Person) to Cottonwood Title Insurance Agency, Inc. | 25.00 | |
| | | ALTA 9 (Restrictions, Encroachments, Minerals) to Cottonwood Title Insurance Agency, Inc. | 25.00 | |
| | | ALTA 22 (Location) to Cottonwood Title Insurance Agency, Inc. | 15.00 | |
| | | Lender's title insurance to Cottonwood Title Insurance Agency, Inc. | 2,079.00 | |
| | | ALTA 8.1 (Environmental Protection Lien) to Cottonwood Title Insurance Agency, Inc. | 20.00 | |

# Master Settlement Statement

| Seller Debit | Seller Credit | | Borrower Debit | Borrower Credit |
|---|---|---|---|---|
| | | **Title Charges (continued)** | | |
| | | Policies issued:<br>Owners Policy<br>Coverage: $1,040,000.00 Premium: $3,622.00<br>Version: ALTA Homeowner's Policy (2021)<br>Loan Policy<br>Coverage: $1,040,000.00 Premium: $2,079.00<br>Version: ALTA Ext. Loan Policy (2021) | | |
| | | **Payoffs** | | |
| 345,536.22 | | Payoff of first mortgage loan to University First Federal Credit Union<br>Loan Payoff 344,735.01<br>Additional Interest (From 04/10/25 to 04/24/25 @ $47.130000 per diem) plus 3 Extra Days 801.21<br>Late Fee ($113.25 Included in Total Payoff amount if payoff is received after )<br>Total Payoff 345,536.22 | | |
| 622,123.30 | | Payoff of second mortgage loan to Gravity Capital<br>Loan Payoff 622,123.30<br>Total Payoff 622,123.30 | | |
| | | **Other Debits/Credits** | | |
| 1.00 | | Lis Pendens Release - PLACEHOLDER to Hybrid International | | |
| 16,999.72 | | 2022, 2023, and 2024 Delinquent Property Taxes to Salt Lake County Treasurer<br>16-09-429-005 | | |
| 990,433.20 | 1,040,000.00 | **Subtotals** | 1,042,554.00 | 1,041,545.96 |
| | | **Balance Due FROM Borrower** | | 1,008.04 |
| 49,566.80 | | **Balance Due TO Seller** | | |
| 1,040,000.00 | 1,040,000.00 | **TOTALS** | 1,042,554.00 | 1,042,554.00 |