# EXHIBIT 13

Canyon View FCU proofs of claim, both Properties

| Fill in this information to identify the case: |
| --- |
| Debtor 1 **Max Warren Barber** |
| Debtor 2 ____________ (Spouse, if filing) |
| **United States Bankruptcy Court for the District of Utah** |
| Case number **25-21749 KRA** |

Official Form 410

# Proof of Claim

**4/22**

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the claim

| | | |
| --- | --- | --- |
| **1. Who is the current creditor?** | **Canyon View Federal Credit Union, formerly known as University First Federal Credit Union**<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor ____________ | |
| **2. Has this claim been acquired from someone else?** | ■ **No**<br>☐ Yes. From whom? ____________ | |
| **3. Where should notices and payments to the creditor be sent?**<br><br>**Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)** | Where should notices to the creditor be sent?<br><br>**Darwin H. Bingham**<br>**Scalley Reading Bates Hansen & Rasmussen, P.C.**<br>**15 West South Temple, Suite 600**<br>**Salt Lake City, Utah 84101**<br><br>Contact phone **801-531-7870**<br>Contact e-mail **dbingham@scalleyreading.net** | Where should payments to the creditor be sent? (If different)<br><br>**Canyon View Federal Credit Union, formerly known as University First Federal Credit Union**<br>**PO Box 58025**<br>**Salt Lake City, Utah 84158-0025**<br><br>Contact phone **801-461-8800**<br>Contact e-mail **monicaf@canyonviewcu.com** |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| **4. Does this claim amend one already filed?** | ■ **No**<br>☐ Yes. Claim number on court claims registry (if known) ______ Filed on ____________ MM / DD / YYYY | |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ■ **No**<br>☐ Yes. Who made the earlier filing? ____________ | |

**Part 2:** **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☐ No<br>■ **Yes**. Last 4 digits of the debtor's account or any number you use to identify the debtor: **xxx0538-82** |
| **7. How much is the claim?** | $ 333,796.46. **Does this amount include interest or other charges?**<br>☐ No.<br>■ **Yes.** Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| **8. What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>**Money Loaned - FNMA 30 Year Mortgage Loan** |
| **9. Is all or part of the claim secured?** | ☐ No<br>■ **Yes.** The claim is secured by a lien on property.<br>**Nature of property:**<br>■ **Real Estate**. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: ______<br><br>**Basis for perfection: Recorded Deed of Trust**<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage lien, certificate of title, financing statement, or other document that shows the lien has been filed and recorded.)<br><br>**Value of property:** **unknown**<br>**Amount of the claim that is secured:** **$ 333,796.46**<br>**Amount of the claim that is unsecured:** **$** ______ (The sum of the secured and unsecured amounts should match the amount in line7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** **$ 2,498.32**<br><br>**Annual Interest Rate** (when case was filed) **5.125 %**<br>■ **Fixed**<br>☐ Variable |
| **10. Is this claim based on a lease?** | ■ **No**<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ ______ |
| **11. Is this claim subject to a right of setoff?** | ■ **No**<br>☐ Yes. Identify the property: ______ |

11734824
10/1/2013 4:01:00 PM $40.00
Book - 10182 Pg - 3054-3068
Gary W. Ott
Recorder, Salt Lake County, UT
FIRST AMERICAN TITLE
BY: eCASH, DEPUTY - EF 15 P.

After Recording Return To:
UNIVERSITY FIRST FEDERAL CREDIT UNION
3088 SOUTH 1300 EAST
SALT LAKE CITY, UTAH 84106
Loan Number: 0010012011

Tax Serial No.: 16-09-427-010

5582611 [Space Above This Line For Recording Data]

RESPA

# DEED OF TRUST

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

**(A) "Security Instrument"** means this document, which is dated SEPTEMBER 27, 2013 , together with all Riders to this document.

**(B) "Borrower"** is Max Barber a married man

Borrower is the trustor under this Security Instrument.

**(C) "Lender"** is UNIVERSITY FIRST FEDERAL CREDIT UNION

Lender is a A FEDERAL CREDIT UNION organized and existing under the laws of UTAH

Lender's address is 3450 SOUTH HIGHLAND DRIVE, SUITE 201, SALT LAKE CITY, UTAH 84106

Lender is the beneficiary under this Security Instrument.

**(D) "Trustee"** is First American Title

**(E) "Note"** means the promissory note signed by Borrower and dated SEPTEMBER 27, 2013 . The Note states that Borrower owes Lender FOUR HUNDRED SIXTEEN THOUSAND AND 00/100 Dollars (U.S. $ 416,000.00 ) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than OCTOBER 1, 2043 .

**(F) "Property"** means the property that is described below under the heading "Transfer of Rights in the Property."

**(G) "Loan"** means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.

| Fill in this information to identify the case: |
|---|
| Debtor 1 **Max Warren Barber** |
| Debtor 2 ______ (Spouse, if filing) |
| **United States Bankruptcy Court for the District of Utah** |
| Case number **25-21749 KRA** |

Official Form 410

# Proof of Claim

**4/22**

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the claim

| | | |
|---|---|---|
| **1. Who is the current creditor?** | **Canyon View Federal Credit Union, formerly known as University First Federal Credit Union**<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor ______ | |
| **2. Has this claim been acquired from someone else?** | ■ **No**<br>☐ Yes. From whom? ______ | |
| **3. Where should notices and payments to the creditor be sent?**<br><br>**Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)** | Where should notices to the creditor be sent?<br><br>**Darwin H. Bingham**<br>**Scalley Reading Bates Hansen & Rasmussen, P.C.**<br>**15 West South Temple, Suite 600**<br>**Salt Lake City, Utah 84101**<br><br>Contact phone **801-531-7870**<br>Contact e-mail **dbingham@scalleyreading.net** | Where should payments to the creditor be sent? (If different)<br><br>**Canyon View Federal Credit Union, formerly known as University First Federal Credit Union**<br>**PO Box 58025**<br>**Salt Lake City, Utah 84158-0025**<br><br>Contact phone **801-461-8800**<br>Contact e-mail **monicaf@canyonviewcu.com** |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| **4. Does this claim amend one already filed?** | ■ **No**<br>☐ Yes. Claim number on court claims registry (if known) ______ | Filed on ______ MM / DD / YYYY |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ■ **No**<br>☐ Yes. Who made the earlier filing? ______ | |

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☐ No<br>■ **Yes**. Last 4 digits of the debtor's account or any number you use to identify the debtor: **xxx0538-80** |
| **7. How much is the claim?** | $ 407,564.36. **Does this amount include interest or other charges?**<br>☐ No.<br>■ **Yes**. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| **8. What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>**Money Loaned - 5-1 ARM Mortgage Loan** |
| **9. Is all or part of the claim secured?** | ☐ No<br>■ **Yes**. The claim is secured by a lien on property.<br>**Nature of property:**<br>■ **Real Estate**. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: ____________<br><br>**Basis for perfection: Recorded Deed of Trust**<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage lien, certificate of title, financing statement, or other document that shows the lien has been filed and recorded.)<br><br>**Value of property:** **unknown**<br>**Amount of the claim that is secured:** **$ 407,564.36**<br>**Amount of the claim that is unsecured:** **$** ________ (The sum of the secured and unsecured amounts should match the amount in line7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** **$ 6,064.10**<br><br>**Annual Interest Rate** (when case was filed) **5.5 %**<br>☐ Fixed<br>■ **Variable** |
| **10. Is this claim based on a lease?** | ■ **No**<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ ____________ |
| **11. Is this claim subject to a right of setoff?** | ■ **No**<br>☐ Yes. Identify the property: ____________ |

After Recording Return To:
UNIVERSITY FIRST FEDERAL CREDIT UNION
3450 SOUTH HIGHLAND DRIVE #101
SALT LAKE CITY, UTAH 84106
Loan Number: 0010065993

**12866841**
**10/12/2018 3:00:00 PM $40.00**
**Book - 10721 Pg - 2453-2471**
**ADAM GARDINER**
**Recorder, Salt Lake County, UT**
**COTTONWOOD TITLE**
**BY: eCASH, DEPUTY - EF 19 P.**

Tax Serial No.: 16-09-429-005

[Space Above This Line For Recording Data]

**RESPA**

# DEED OF TRUST

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

**(A) "Security Instrument"** means this document, which is dated OCTOBER 12, 2018 , together with all Riders to this document.

**(B) "Borrower"** is Max Warren Barber ,

.

Borrower is the trustor under this Security Instrument.

**(C) "Lender"** is UNIVERSITY FIRST FEDERAL CREDIT UNION

.

Lender is a A FEDERAL CREDIT UNION organized and existing under the laws of UTAH .

Lender's address is 3450 SOUTH HIGHLAND DRIVE, SUITE 201, SALT LAKE CITY, UTAH 84111 .

Lender is the beneficiary under this Security Instrument.

**(D) "Trustee"** is Cottonwood Title
1996 East 6400 South, Suite 120, Murray, Utah 84121

.

**(E) "Note"** means the promissory note signed by Borrower and dated OCTOBER 12, 2018 . The Note states that Borrower owes Lender FOUR HUNDRED FIFTY-THREE THOUSAND ONE HUNDRED AND 00/100 Dollars (U.S. $ 453,100.00 ) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than NOVEMBER 1, 2048 .

**(F) "Property"** means the property that is described below under the heading "Transfer of Rights in the Property."

**(G) "Loan"** means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.