# EXHIBIT 14

SL County Recorder printout, 1408 Military Way

SALT LAKE COUNTY RECORDER

**Parcel Data And Documents**
**For Parcel Number • 09-33-377-001-0000**

**The Parcel Number is Obsolete**

**Legal Description:**
BEG N 89°58'03" E 464.99 FT & N 0°01'57" W 15 FT FR SE COR LOT 12, BLK 8, POPPERTON PLACE; N 89°58'03" E 188.51 FT; N 20°12'39" W 128.74 FT TO SIGSBEE AVE; SW'LY ALG 296.52 FT RADIUS CURVE TO L 128.42 FT; S 44°58'34" W 51.99 FT; S 0°01'57" E 15.46 FT TO BEG. BEING LOTS 2 TO 6, INCL BLK 18, BONNEVILLE ON THE HILL -UNRECORDED-. 5503-2457 6547-2264 6857-740 8012-2424 8072-1211 8133-2711 8410-851 8771-2848 9145-7250 9285-4052 9487-5482 9596-5353 10513-2834

| Acreage: | City: | Address: |
|---|---|---|
| 0.3200 | | |

| Land Value: | Bldg Value: | Total Value: |
|---|---|---|
| 517,000.00 | 890,900.00 | 1,407,900.00 |

**Owner of Records Found: 1**
SOUTHERN HEIGHTS LLC

**Total Documents Found: 153**

| Entry | Book | Page | Type | Date | First Party | Second Party | Consideration | Abstract | Plat |
|---|---|---|---|---|---|---|---|---|---|
| 5332053 | 6519 | 362 | TRD | 9/16/1992 | JONES, MAX E JONES, NANCY B | HOME CREDIT BK SUPERIOR TITLE TR | 110,000.00 | | |
| 5349075 | 6534 | 380 | ASSIGN | 10/9/1992 | HOME CREDIT BK | FLEET MTGE CORP | VAL | | |
| 5364092 | 6547 | 2264 | WD | 11/2/1992 | JONES, MAX E JONES, NANCY | GIFFEN, BRUCE M | 10.00 | | |
| 5364093 | 6547 | 2266 | TRD | 11/2/1992 | GIFFEN, BRUCE | JONES, MAX E ASSOCIATED TITLE CO TR JONES, NANCY B | 110,000 | | |
| 5364094 | 6547 | 2271 | TRD | 11/2/1992 | GIFFEN, BRUCE M | UTZ, PAULETTE K JOHNSON, JAMIS M TR | 21,100 | | |
| 5366471 | 6549 | 2457 | RECON | 11/4/1992 | GALLANT, KATHRYN A SUPERIOR TITLE CO OF UT GALLANT, RICHARD A | JONES, MAX E JONES, NANCY B | | | |
| 5388446 | 6568 | 1339 | NT LN | 12/7/1992 | GIFFEN, BRUCE M | CARPET GIANT | 2,730.58 | | |
| 5486095 | 6647 | 887 | TRD | 4/27/1993 | GIFFEN, BRUCE M | METRO NATL TITLE TR UTZ, PAULETTE K | 320.000.00 | | |
| 5609480 | 6758 | 263 | VARNC | 9/22/1993 | SALT LAKE CITY BRD OF ADJ | JOHNSON, JAMIS | | | |
| 5620123 | 6768 | 1894 | TRD | 10/1/1993 | GIFFEN, BRUCE M | FIRST FINCL TITLE AGCY UT TR PRISBREY INV CO LTD PTR | 220,000 | | |
| 5669370 | 6813 | 2390 | SUB TR | 11/30/1993 | JONES, MAX E JONES, NANCY B | FIRST FINCL TITLE AGCY UT TR | | | |
| 5669371 | 6813 | 2392 | RECON | 11/30/1993 | FIRST FINCL TITLE AGCY UT TR | GIFFEN, BRUCE | | | |
| 5676996 | 6821 | 215 | SUB TR | 12/7/1993 | UTZ, PAULETTE K | FIRST FINCL TITLE AGCY UT TR | | | |
| 5676997 | 6821 | 216 | RECON | 12/7/1993 | FIRST FINCL TITLE AGCY UT TR | GIFFEN, BRUCE M | | | |
| 5676998 | 6821 | 218 | SUB TR | 12/7/1993 | UTZ, PAULETTE K | FIRST FINCL TITLE AGCY UT TR | | | |
| 5676999 | 6821 | 219 | RECON | 12/7/1993 | FIRST FINCL TITLE AGCY UT TR | GIFFEN, BRUCE M | | | |
| 5693971 | 6835 | 1087 | SUB TR | 12/27/1993 | UTZ, PAULETTE K | JOHNSON, JAMIS M TR | | | |
| 5693972 | 6835 | 1088 | RECON | 12/27/1993 | JOHNSON, JAMIS M TR | GIFFEN, BRUCE M | | | |
| 5693973 | 6835 | 1089 | RECON | 12/27/1993 | JOHNSON, JAMIS M TR | GIFFEN, BRUCE M | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5693974 | 6835 | 1090 | TRD | 12/27/1993 | GIFFEN, BRUCE M | UTZ, PAULETTE K JOHNSON, JAMIS M TR | 21,100.00 |
| 5720389 | 6857 | 740 | QCD | 1/24/1994 | GIFFEN, BRUCE M | GIFFEN, BRUCE M | 10.00 |
| 5720390 | 6857 | 742 | TRD | 1/24/1994 | GIFFEN, BRUCE M | MORTGAGE SERV AMERICA CO FIRST FINCL TITLE TR | 400,000.00 |
| 5721601 | 6858 | 349 | RECON | 1/25/1994 | FIRST FINCL TITLE AGENCY UT TR UTZ, PAULETTE K | GIFFEN, BRUCE M | |
| 5780530 | 6907 | 682 | NT LN | 3/31/1994 | GIFFEN, BRUCE M | CSI CONTRACT SERV INC | 4,300.09 |
| 5817594 | 6936 | 473 | RECON | 5/9/1994 | FIRST FINCL TITLE AGCY UT TR | GIFFEN, BRUCE M | |
| 5834857 | 6949 | 1990 | ASSIGN | 5/27/1994 | CHERRY, DARLENE | FIRST CA MTGE CO | VAL |
| 5838067 | 6952 | 1294 | R LIEN | 6/1/1994 | CONTRACT SERV INC CSI HEATING & COOLING | GIFFEN, BRUCE M | 4,300.09 |
| 5862874 | 6971 | 2390 | SUB TR | 6/29/1994 | FLEET MTGE CORP MORTGAGE ASSOC INC | FIRST FINCL TITLE AGCY TR | |
| 5862875 | 6971 | 2392 | RECON | 6/29/1994 | FIRST FINCL TITLE AGCY UT TR | JONES, NANCY B JONES, MAX E | |
| 6024386 | 7103 | 1263 | CERTIF | 2/17/1995 | SALT LAKE CITY BLDG SERV & LIC | TO WHOM IT MAY CONCERN | |
| 6104578 | 7172 | 205 | ASSIGN | 6/20/1995 | GIFFEN, BRUCE M MORTGAGE SERV AM CO | FIRST CA MTGE CO | |
| 6265180 | 7316 | 1309 | CERTIF | 1/26/1996 | SALT LAKE CITY BLDG SERV & LIC | GIFFEN, BRUCE M | |
| 6322468 | 7368 | 2858 | LIS PN | 4/4/1996 | GIFFEN, BRUCE JOHNSON, DENALL | PARAGON BLDRS | |
| 6346759 | 7390 | 1904 | TRD | 5/2/1996 | GIFFEN, BRUCE M | MCCOY, JOHN L TR DELTA CAPITAL INV | 30,000 |
| 6346760 | 7390 | 1909 | ASSIGN | 5/2/1996 | GIFFEN, BRUCE M DELTA CAPITAL INV | RICHARD A HADLOCK FAMILY TRUST | VAL |
| 6354422 | 7397 | 599 | W LSPN | 5/10/1996 | PARAGON BLDRS | GIFFEN, BRUCE JOHNSON, DANELL JOHNSON, DENALL | |
| 6385903 | 7424 | 2831 | ASSIGN | 6/18/1996 | FIRST CA MTGE CO GIFFEN, BRUCE M | BANK OF NY TR | VAL |
| 6755920 | 7774 | 1583 | NT LN | 10/3/1997 | GRIFFIN, BRUCE M | BUTTERFIELD LUMBER INC | 1,839.14 |
| 6796243 | 7812 | 582 | NT LN | 11/21/1997 | GIFFEN, BRUCE M | BUTTERFIELD LUMBER | 3,946.62 |
| 6847075 | 7862 | 1690 | LIS PN | 1/27/1998 | WISS, MICHAEL LEE JR GIFFEN, BRUCE M WISS & SON CONSTR INC | BUTTERFIELD LUMBER INC | |
| 6848468 | 7864 | 46 | SUB TR | 1/28/1998 | GROBERG, DEE H HADLOCK, RICHARD A TR | CANNON, BRYAN W TR | |
| 6848469 | 7864 | 48 | NT DF | 1/28/1998 | CANNON, BRYAN W TR GIFFEN, BRUCE M | TO WHOM IT MAY CONCERN | 30,000 |
| 6949031 | 7964 | 2169 | C NTDF | 5/1/1998 | CANNON, BRYAN W TR | GIFFEN, BRUCE M | |
| 6962952 | 7977 | 751 | NT INT | 5/14/1998 | JOHNSON, DANELL | TO WHOM IT MAY CONCERN | |
| 6983001 | 7997 | 38 | RECON | 6/3/1998 | CANNON, BRYAN W TR | GIFFEN, BRUCE M | |
| 7001928 | 8012 | 2424 | WD | 6/19/1998 | GIFFEN, BRUCE M | JOHNSON, DANELL M | 10.00 |
| 7001929 | 8012 | 2425 | TRD | 6/19/1998 | JOHNSON, DANELL | AMERCIAN PENSION SERV TR RICHARD G NEWTON IRA RUDD, LEE TR | 75,000 |
| 7043879 | 8053 | 2572 | ASSIGN | 8/3/1998 | AMERICAN PENSION SERV INC TR JOHNSON, DANELL NEWTON, RICHARD G IRA | SEBASTIAN GERNER RVCBL TRUST | VAL |
| 7062736 | 8070 | 55 | LIS PN | 8/19/1998 | GIFFEN, BRUCE M WISS & SON CONSTR WISS, MICHAEL LEE JR | BUTTERFIELD LUMBER INC | |
| 7062737 | 8070 | 57 | R LIEN | 8/19/1998 | BUTTERFIELD LUMBER | GIFFEN, BRUCE M | 3,946.62 |
| 7062738 | 8070 | 58 | R LIEN | 8/19/1998 | BUTTERFIELD LUMBER INC | GIFFEN, BRUCE M | 1,839.14 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7065435 | 8072 | 1211 | WD | 8/21/1998 | JOHNSON, DANELL | CUMMINGS, MARK | 10.00 |
| 7065436 | 8072 | 1212 | TRD | 8/21/1998 | CUMMINGS, MARK J | AMER INC RUDD, LEE TR | 50,000 |
| 7127594 | 8133 | 2711 | QCD | 10/22/1998 | CUMMINGS, MARK | KNUDSON, DAVID | 10.00 |
| 7133810 | 8140 | 1505 | TRD | 10/28/1998 | KNUDSEN, DAVE | KEYBANK NATL ASSN | 202,201 |
| 7133811 | 8140 | 1510 | REQ NT | 10/28/1998 | KEYBANK NATL ASSN | TO WHOM IT MAY CONCERN | |
| 7147295 | 8154 | 2669 | NT INT | 11/6/1998 | GIFFEN, BURCE M | TO WHOM IT MAY CONCERN | |
| 7177213 | 8185 | 1260 | LIS PN | 12/3/1998 | JOHNSON, DANELL M SCHWENKE, PAUL A JOHNSON, JAMIS M BONNEVILLE INV GROUP KNUDSEN, DAVID | GIFFEN, BRUCE M | |
| 7177214 | 8185 | 1263 | REL | 12/3/1998 | GIFFEN, BURCE M | TO WHOM IT MAY CONCERN | |
| 7232486 | 8237 | 1564 | REQ NT | 1/25/1999 | DALE, ROBERT J | TO WHOM IT MAY CONCERN | |
| 7232487 | 8237 | 1566 | REQ NT | 1/25/1999 | DALE, ROBERT J | TO WHOM IT MAY CONCERN | |
| 7232488 | 8237 | 1568 | REQ NT | 1/25/1999 | DALE, ROBERT J | TO WHOM IT MAY CONCERN | |
| 7232489 | 8237 | 1570 | REQ NT | 1/25/1999 | DALE, ROBERT J | TO WHOM IT MAY CONCERN | |
| 7232490 | 8237 | 1572 | REQ NT | 1/25/1999 | DALE, ROBERT J | TO WHOM IT MAY CONCERN | |
| 7251760 | 8248 | 1668 | RECON | 2/10/1999 | RUDD, LEE TR AMER INC | CUMMINGS, MARK J | |
| 7302640 | 8262 | 3473 | RECON | 3/26/1999 | RUDD, LEE TR | JOHNSON, DANELL | |
| 7319738 | 8267 | 5501 | SUB TR | 4/12/1999 | BANK OF NEW YORK TR BY ATTY | PETTEY, JAX H TR | |
| 7319739 | 8267 | 5504 | NT DF | 4/12/1999 | PETTEY, JAX H TR GIFFEN, BRUCE M | TO WHOM IT MAY CONCERN | |
| 7347228 | 8275 | 4696 | TRD | 5/7/1999 | JOHNSON, DANELL | EQUITY 1ST FUNDING CORP ATTORNEY TITLE TR | 598,000 |
| 7384415 | 8286 | 493 | ASSIGN | 6/14/1999 | GIFFEN, BRUCE M BANK OF NY TR | BANK OF NY TR BY ATTY | VAL |
| 7439546 | 8301 | 4680 | QCD | 8/10/1999 | KNUDSEN, DAVIE | JOHNSON, DANELL M | 10.00 |
| 7439547 | 8301 | 4681 | QCD | 8/10/1999 | JOHNSON, DANELL | JOHNSON, DANELL D M JOHNSON & ASSOC LLC | 10.00 |
| 7446554 | 8303 | 4534 | REQ NT | 8/19/1999 | KENNEDY, JOHN | TO WHOM IT MAY CONCERN | |
| 7466326 | 8309 | 1623 | C NTDF | 9/14/1999 | PETTEY, JAX H TR | GIFFEN, BRUCE M | |
| 7466327 | 8309 | 1625 | NT DF | 9/14/1999 | GIFFEN, BRUCE M PETTEY, JAX H TR | TO WHOM IT MAY CONCERN | |
| 7472039 | 8310 | 8246 | CANCEL | 9/22/1999 | KENNEDY, JOHN | TO WHOM IT MAY CONCERN | |
| 7474378 | 8311 | 5271 | C NTDF | 9/24/1999 | PETTEY, JAX H TR | GIFFEN, BRUCE M | |
| 7536942 | 8330 | 6711 | ASSIGN | 12/20/1999 | JOHNSON, DANELL EQUITY 1ST FUNDING CORP | LIFE BANK | VAL |
| 7575110 | 8342 | 2346 | SUB TR | 2/14/2000 | BANK OF NY TR BY ATTY | BACKMAN STEWART TITLE SERV TR | |
| 7575111 | 8342 | 2348 | NT DF | 2/14/2000 | BACKMAN STEWART TITLE SERV TR GIFFEN, BRUCE M | TO WHOM IT MAY CONCERN | |
| 7606969 | 8351 | 7838 | NT DF | 3/30/2000 | KNUDSON, DAVID KNUDSEN, DAVE KEY BK NATL ASSN TR | TO WHOM IT MAY CONCERN | |
| 7632482 | 8359 | 7904 | C NTDF | 5/4/2000 | FIRST AMERICAN TITLE INS CO TR | GIFFEN, BRUCE M | |
| 7703450 | 8382 | 6996 | SUB TR | 8/23/2000 | BANK OF NY TR | FIRST AMERICAN TITLE INS AG TR | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7703451 | 8382 | 6998 | NT DF | 8/23/2000 | FIRST AMERICAN TITLE INS AG TR GIFFEN, BRUCE M | TO WHOM IT MAY CONCERN | |
| 7760904 | 8401 | 4603 | ORDER | 11/15/2000 | AMER INC JOHNSON, DANELL M BONNEVILLE INV GROUP JOHNSON, JAMIS M KNUDSEN, DAVID SCHWENKE, PAUL A | GIFFEN, BRUCE M | 242,695.76 |
| 7776808 | 8406 | 8269 | SUB TR | 12/8/2000 | INTERLAKE RELIABLE UT L C | JOHNSON, HOWARD P TR | |
| 7785906 | 8410 | 851 | TRS D | 12/22/2000 | JOHNSON, HOWARD P TR | INTERLAKE RELIABLE UTAH LC | |
| 7786237 | 8410 | 2310 | LIS PN | 12/22/2000 | D M JOHNSON & ASSOC LLC JOHNSON, HOWARD P TR INTERLAKE RELIABLE UT LC | GIFFEN, BRUCE M | |
| 7786811 | 8410 | 4545 | LIS PN | 12/26/2000 | JOHNSON, HOWARD P TR INTERLAKE RELIABLE UT LC D M JOHNSON & ASSOC LLC | GIFFEN, BRUCE M | |
| 7954483 | 8481 | 2501 | SUB TR | 7/20/2001 | BANK OF NY TR BY ATTY | MATHESON, STUART T TR | |
| 7954484 | 8481 | 2502 | NT DF | 7/20/2001 | MATHESON, STUART T TR GIFFEN, BRUCE M | TO WHOM IT MAY CONCERN | |
| 8063485 | 8527 | 4738 | SUB TR | 11/16/2001 | BANK OF NY TR BY ATTY | MATHESON, STUART T TR | |
| 8483095 | 8716 | 4951 | TRD | 1/6/2003 | INTERLAKE RELIABLE LLC | DRAKE, ANNA W GUARDIAN TITLE CO TR | 6,700 |
| 8579712 | 8761 | 7993 | TRD | 3/25/2003 | D M JOHNSON & ASSOC LLC BY ATT JOHNSON, JAMIS M | JZ INV LLC CUMMINGS, JOHN TR | 8,250 |
| 8597211 | 8771 | 2848 | WD | 4/3/2003 | INTERLAKE RELIABLE UT LC | WEILENMANN, MICHAEL L | 10.00 |
| 8597212 | 8771 | 2849 | TRD | 4/3/2003 | WEILENMANN, MICHAEL L | MORTGAGE ELECTRONIC REGIST SYS GREENPOINT MTGE FUNDING INC LIBERTY TITLE INS AGCY INC TR | 975,000 |
| 8602856 | 8773 | 8753 | NT DF | 4/8/2003 | GIVVEN, BRUCE M MATHESON, STUART T TR | TO WHOM IT MAY CONCERN | |
| 8791661 | 8870 | 8050 | ASSIGN | 8/27/2003 | BANK OF NY BY ATTY GIFFEN, BRUCE M | COUNTRYWIDE HOME LNS INC COUNTRYWIDE FUNDING CORP | VAL |
| 8791662 | 8870 | 8052 | RECON | 8/27/2003 | COUNTRYWIDE HOME LNS INC COUNTRYWIDE FUNDING CORP FIDELITY NATL TITLE INS CO TR | GIFFEN, BRUCE M | |
| 8884787 | 8908 | 4397 | R LSPN | 11/7/2003 | GIFFEN, BRUCE M | D M JOHNSON & ASSOC LLC JOHNSON, HOWARD P INTERLAKE RELIABLE UT LC | |
| 8884788 | 8908 | 4400 | R LSPN | 11/7/2003 | GIFFEN, BRUCE M | SCHWENKE, PAUL A JOHNSON, DANELL M BONNEVILLE INV GROUP JOHNSON, JAMIS M KNUDSEN, DAVID | |
| 8941810 | 8931 | 2614 | TRD | 1/6/2004 | WEILENMANN, MICHAEL L | CHEVY CHASE BK MORTGAGE ELECTRONIC REGIST SYS | 997,621 |
| 9084937 | 8998 | 8808 | SUB TR | 6/9/2004 | MORTGAGE ELECTRONIC REGIST | RIVERS, ROD TR | |
| 9084938 | 8998 | 8809 | RECON | 6/9/2004 | RIVERS, ROD TR | WEILENMANN, MICHAEL | |
| 9405786 | 9145 | 7250 | DEED | 6/15/2005 | WEILENMANN, MICHAEL L | RELIABLE SOLUTIONS LLC | |
| 9538895 | 9210 | 7316 | SUB TR | 10/31/2005 | MORTGAGE ELECTRONIC REGIST SYS | RUBANOWITZ, SHALOM TR | |
| 9538896 | 9210 | 7318 | NT DF | 10/31/2005 | RUBANOWITZ, SHALOM TR WEILENMANN, MICHAEL L | TO WHOM IT MAY CONCERN | |
| 9644974 | 9258 | 6404 | TRD | 2/23/2006 | RELIABLE SOLUTIONS LLC | CAPPA FUND I LLC DEER CREEK TITLE INS INC TR | 128,195.00 |
| 9644975 | 9258 | 6413 | RECON | 2/23/2006 | JZ INV LLC | JOHNSON, JAMES M D M JOHNSON & ASSOC LLC | |
| 9649415 | 9260 | 9159 | C NTDF | 2/28/2006 | RUBANOWITZ, SHALOM TR | WEILENMANN, MICHAEL L | |
| 9700544 | 9283 | 4299 | RECON | 4/21/2006 | DEER CREEK TITLE INS INC TR | INTERLAKE RELIABLE LLC | |
| 9704874 | 9285 | 4052 | WD | 4/26/2006 | RELIABLE SOLUTIONS LLC | FLAHAUT, RODNEY A FLAHAUT, MARIANNE F | |
| 9704875 | 9285 | 4053 | TRD | 4/26/2006 | FLAHAUT, RODNEY A FLAHAUT, MARIANNE F | COUNTRYWIDE BK MATHESON, STEWART T TR MORTGAGE ELECTRONIC REGIST SYS | 1,650,000.00 |
| 9704876 | 9285 | 4071 | TRD | 4/26/2006 | FLAHAUT, MARIANNE F FLAHAUT, RODNEY A | COUNTRYWIDE BK MORTGAGE ELECTRONIC REGIST SYS | 330,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | MATHESON, STEWART T TR |
| 9920077 | 9385 | 7120 | NT DF | 11/27/2006 | MATHESON, STUART T TR FLAHAUT, RODNEY A FLAHAUT, MARIANNE F | TO WHOM IT MAY CONCERN |
| 9960904 | 9404 | 4468 | RECON | 1/4/2007 | DEER CREEK TITLE INS INC TR | RELIABLE SOLUTIONS LLC |
| 9960905 | 9404 | 4469 | RECON | 1/4/2007 | DEER CREEK TITLE INS INC TR | WEILENMANN, MICHAEL L |
| 10028802 | 9433 | 2691 | ASSIGN | 3/9/2007 | MORTGAGE ELECTRONIC REGIST SYS FLAHAUT, RODNEY A FLAHAUT, MARIANNE F | COUNTRYWIDE BK |
| 10060701 | 9447 | 4000 | C NTDF | 4/9/2007 | MATHESON, STUART T TR | FLAHAUT, MARIANNE F FLAHAUT, RODNEY A |
| 10092563 | 9461 | 2687 | NT INT | 5/8/2007 | D M JOHNSON & ASSOC LLC BY ATY JOHNSON, D M | TO WHOM IT MAY CONCERN |
| 10143134 | 9482 | 4470 | NT DF | 6/25/2007 | MATHESON, STUART T TR FLAHAUT, RODNEY A | TO WHOM IT MAY CONCERN |
| 10149450 | 9485 | 2364 | REQ NT | 6/29/2007 | D M JOHNSON & ASSOC LLC | TO WHOM IT MAY CONCERN |
| 10154156 | 9487 | 5482 | WD | 7/5/2007 | FLAHAUT, RODNEY A FLAHAUT, MARIANNE F | LORDS, C TR |
| 10172506 | 9494 | 8202 | LIS PN | 7/25/2007 | LORDS, C TR FLAHAUT, MARIANNE FLAHAUT, RODNEY HEYWOOD, AUSTIN PERRY, STEVE REMAX RESULTS LLC RICHARDS, SETH | D M JOHNSON FAMILY TRUST D M JOHNSON & ASSOC LLC JOHNSON, DANELL |
| 10404568 | 9596 | 5353 | QCD | 4/18/2008 | LORDS, C TR | FLAHAUT, RODNEY A FLAHUAT, MARIANNE F |
| 10595434 | 9672 | 9599 | LIS PN | 1/9/2009 | JOHNSON, DANELL | FLAHAUT, RODNEY |
| 10671166 | 9708 | 5829 | LIS PN | 4/10/2009 | FLAHAUT, MARIANNE COUNTRYWIDE GARDNER, BROOK HEYWOOD, AUSTIN EXIT REALTY SOLUTIONS SHELBY, ROBERT J FLAHAUT, RODNEY PERRY, STEVE REMAX RESULTS LLC RICHMOND, SETH STRATTON, BLAINE K | D M JOHNSON & ASSOC D M JOHNSON FAMILY TRUST JOHNSON, JAMIS M |
| 10857879 | 9787 | 9124 | LIS PN | 12/11/2009 | REMAX RESULTS COUNTRYWIDE STRATTON, BLAINE K EXIT RELTY SOLUTONS LANDTRUSL, FLAHAUT RESIDENTIAL FLAHAUT, MARIANNE HEYWOOD, JUSTIN GARDNER, BROOK LORDS, C PERRY, STEVE FLAHAUT, RODNEY SHELBY, ROBERT J RICHMOND, SETH | JOHNSON & ASSOC |
| 11437571 | 10039 | 4632 | ASSIGN | 7/26/2012 | MORTGAGE ELECTRONIC REGIST SYS FLAHAUT, RODNEY A FLAHAUT, MARIANNE F | BANK OF AMERICA |
| 11675813 | 10155 | 4757 | WD | 7/1/2013 | WEILENMANN, MICHAEL L | JUAN EVERESTE LLC |
| 11709836 | 10171 | 953 | C NTDF | 8/21/2013 | HOWELL, ARMAND J | FLAHAUT, RODNEY A FLAHAUT, MARIANNE F |
| 12057933 | 10327 | 7158 | REQ NT | 5/27/2015 | LUNDBERG & ASSOC | TO WHOM IT MAY CONCERN |
| 12057934 | 10327 | 7159 | REQ NT | 5/27/2015 | LUNDBERG & ASSOC | TO WHOM IT MAY CONCERN |
| 12057935 | 10327 | 7160 | REQ NT | 5/27/2015 | LUNDBERG & ASSOC | TO WHOM IT MAY CONCERN |
| 12057936 | 10327 | 7161 | REQ NT | 5/27/2015 | LUNDBERG & ASSOC | TO WHOM IT MAY CONCERN |
| 12057937 | 10327 | 7162 | REQ NT | 5/27/2015 | LUNDBERG & ASSOC | TO WHOM IT MAY CONCERN |
| 12057938 | 10327 | 7163 | REQ NT | 5/27/2015 | LUNDBERG & ASSOC | TO WHOM IT MAY CONCERN |
| 12057939 | 10327 | 7164 | REQ NT | 5/27/2015 | LUNDBERG & ASSOC | TO WHOM IT MAY CONCERN |
| 12057940 | 10327 | 7165 | REQ NT | 5/27/2015 | LUNDBERG & ASSOC | TO WHOM IT MAY CONCERN |
| 12438597 | 10513 | 2834 | JUDGE | 12/21/2016 | JOHNSON, JAMIS D M JOHNSON FAMILY TRUST D M JOHNSON & ASSOC BANK OF AMERICA RELIABLE SOLUTIIONS JOHNSON, DANELL EVERESTE, JUAN WEILENMANN, MICHAEL L | BANK OF AMERICA FLAHAUT, MARIANNE FLAHAUT, RODNEY |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12439439 | 10513 | 6625 | NT DF | 12/21/2016 | HOWELL, ARMAND J FLAHAUT, RODNEY A FLAHAUT, MARIANNE F | TO WHOM IT MAY CONCERN | | | |
| 12444131 | 10515 | 9445 | QCD | 12/29/2016 | LORDS, C TR | JUAN EVERESTE LLC | | | |
| 12449219 | 10518 | 3589 | SUB TR | 1/5/2017 | BANK OF AMERICA | HOWELL, ARMAND J | | | |
| 12483912 | 10532 | 8177 | WD | 2/24/2017 | JUAN EVERESTE LLC | 1408 HOLDINGS LLC | | | |
| 12483913 | 10532 | 8178 | QCD | 2/24/2017 | SANCHEZ, JOHN | 1408 HOLDINGS LLC | | | |
| 12515421 | 10547 | 6862 | NOTICE | 4/14/2017 | JOHNSON, JAMIS M | TO WHOM IT MAY CONCERN | | | |
| 12543197 | 10561 | 3813 | TRS D | 5/26/2017 | HOWELL, ARMAND J | SOUTHERN HEIGHTS LLC | 960,000.00 | | |
| 12960798 | 10766 | 2792 | QCD | 4/2/2019 | UNIVERSITY OF UTAH | SOUTHERN HEIGHTS, LLC | | ✔ | |
| 13102620 | 10847 | 5448 | AGREE | 10/18/2019 | SOUTHERN HEIGHTS, LLC | SOUTHERN HEIGHTS, LLC | | ✔ | |
| 13202242 | 10901 | 1940 | SUB TR | 2/25/2020 | BANK OF AMERICA, NA | FIRST AMERICAN TITLE INSURANCE COMPANY | | ✔ | |
| 13202243 | 10901 | 1942 | RECON | 2/25/2020 | FIRST AMERICAN TITLE INSURANCE COMPANY | FLAHAUT, RODNEY A FLAHAUT, MARIANNE F | | ✔ | |
| 13318193 | 10973 | 1172 | TRD | 7/2/2020 | ZURO, MARK | KEYBANK NATIONAL ASSOCIATION GUARDIAN TITLE COMPANY OF UTAH | 935,000.00 | ✔ | |
| 13318194 | 10973 | 1188 | WD | 7/2/2020 | SOUTHERN HEIGHTS, LLC | ZURO, MARK | | ✔ | ✔ |