# EXHIBIT 15

Jamis Johnson judgments and tax liens, 1408 parcel

Form 668 (Y) (c)
(Rev. August 1997)

2371

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| District | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| ROCKY MOUNTAIN | 849840253 | |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

6900350
03/23/98 12:38 PM 10.00
NANCY WORKMAN
RECORDER, SALT LAKE COUNTY, UTAH
I.R.S.
REC BY:N ZELAYA ,DEPUTY - WI

Name of Taxpayer JAMIS M JOHNSON

Residence 75 E 400 S 202
SALT LAKE CITY, UT 84111-5143

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1988 | 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 | 07/24/1995 | 08/23/2005 | 149627.13 |
| 1040 | 12/31/1989 | 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 | 07/07/1997 | 08/06/2007 | 152518.90 |
| 1040 | 12/31/1990 | 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 | 07/07/1997 | 08/06/2007 | 434356.08 |
| 1040 | 12/31/1991 | 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 | 07/07/1997 | 08/06/2007 | 278126.31 |
| 1040 | 12/31/1992 | 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 | 07/07/1997 | 08/06/2007 | 548158.37 |
| 1040 | 12/31/1993 | 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 | 07/07/1997 | 08/06/2007 | 82788.10 |

Place of Filing
COUNTY RECORDER
SALT LAKE COUNTY
SALT LAKE CITY, UT 84190

Total $ 1645574.89

This notice was prepared and signed at Denver, CO, on this,

the 12th day of March, 1998.

Signature
for M DRISC[illegible]

Title
Revenue Officer 84-01-1362
(801) 799-6706

(NOTE: *Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409)*

3592

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

Area:
SMALL BUSINESS/SELF EMPLOYED AREA #6
Lien Unit Phone: (800) 913-6050

Serial Number 894875612

For Optional Use by Recording Office

11485310
10/04/2012 11:26 AM $10.00
Book - 10063 Pg - 2275
GARY W. OTT
RECORDER, SALT LAKE COUNTY, UTAH
INTERNAL REVENUE SERVICE
BY: NEH, DEPUTY - MA 1 P.

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

Name of Taxpayer JAMIS M JOHNSON

Residence 1408 MILITARY WAY
SALT LAKE CTY, UT 84103-4455

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1998 | XXX-XX-5419 | 09/05/2011 | 10/05/2021 | 485232.32 |
| 1040 | 12/31/1999 | XXX-XX-5419 | 06/06/2011 | 07/06/2021 | 14396.89 |
| 1040 | 12/31/2000 | XXX-XX-5419 | 08/01/2011 | 08/31/2021 | 97639.35 |
| 1040 | 12/31/2001 | XXX-XX-5419 | 08/01/2011 | 08/31/2021 | 208328.69 |
| 1040 | 12/31/2002 | XXX-XX-5419 | 07/18/2011 | 08/17/2021 | 151438.50 |
| 1040 | 12/31/2003 | XXX-XX-5419 | 07/18/2011 | 08/17/2021 | |
| 1040 | 12/31/2003 | XXX-XX-5419 | 08/08/2011 | 09/07/2021 | 80569.93 |
| 1040 | 12/31/2004 | XXX-XX-5419 | 06/13/2011 | 07/13/2021 | 77308.17 |
| 1040 | 12/31/2005 | XXX-XX-5419 | 06/06/2011 | 07/06/2021 | 10981.87 |
| 1040 | 12/31/2006 | XXX-XX-5419 | 06/06/2011 | 07/06/2021 | 8061.60 |
| 1040 | 12/31/2007 | XXX-XX-5419 | 06/27/2011 | 07/27/2021 | 5940.96 |
| 1040 | 12/31/2008 | XXX-XX-5419 | 05/23/2011 | 06/22/2021 | 660.12 |
| 1040 | 12/31/2009 | XXX-XX-5419 | 05/23/2011 | 06/22/2021 | 1733.86 |
| 1040 | 12/31/2010 | XXX-XX-5419 | 05/23/2011 | 06/22/2021 | 710.76 |

Place of Filing
COUNTY RECORDER
SALT LAKE COUNTY
SALT LAKE CITY, UT 84190

Total $ 1143003.02

This notice was prepared and signed at SEATTLE, WA, on this,

the 19th day of September, 2012.

Signature for YVONNE POULSEN

Title REVENUE OFFICER 26-10-1253
(801) 799-6968

**(NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 1 - Kept By Recording Office**

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

*Ent 11485310 BK 10063 PG 2275*

9861103

9861103
09/29/2006 03:24 PM $22.00
Book - 9358 Pg - 7340-7346
GARY W. OTT
RECORDER, SALT LAKE COUNTY, UTAH
ERIC SCHNIBBE
TOMSIC & PECK LLC
136 E SOUTH TEMPLE STE 800
SLC UT 84111 SLC
BY: ZJM, DEPUTY - WI 7 P.
By: ZJM 7p.

FILED DISTRICT COURT
Third Judicial District
OCT 26 2004
SALT LAKE COUNTY
By Deputy Clerk

Peggy A. Tomsic (3879)
BERMAN, TOMSIC & SAVAGE
50 South Main Street, Suite 1250
Salt Lake City, Utah 84144
Telephone: (801) 328-2200

Attorneys for Defendant,
Jayson Orvis

IN THE THIRD JUDICIAL DISTRICT COURT IN AND FOR
SALT LAKE COUNTY

| | |
|---|---|
| JAYSON ORVIS,<br>Plaintiff,<br>vs.<br>JAMIS M. JOHNSON,<br>Defendant. | **PROPOSED ORDER AND JUDGMENT**<br>CIVIL NO. 020904919<br>Honorable Tyrone Medley |

On October 15, 2004, this matter came before the Court on Plaintiff Jayson Orvis's Motion for Summary Judgment and Mr. Johnson's Motion to Strike Orvis Reply Memorandum and Affidavit of William Crawley. Mr. Orvis was represented by Peggy A. Tomsic. Mr. Johnson appeared pro se.

Based on the memoranda and argument of the parties,

IT IS HEREBY ORDERED THAT:

1. Mr. Orvis's Motion for Summary Judgment is granted.

2. The judgment of Pamela Belding of March 3, 1992 (Utah Fourth Judicial Circuit Court, Case No. 920400153) was validly assigned from Ms. Belding to All Star Financial, L.L.C. and validly assigned from All Star Financial, L.L.C. to Jayson Orvis.

3. Mr. Johnson's Motion to Strike Orvis Reply Memorandum and Affidavit of William Crawley is denied.

DATED this 26 day of October, 2004.

BY THE COURT:

Honorable Tyrone Medley

STATE OF UTAH THIRD DISTRICT COURT SALT LAKE CITY

APPROVED AS TO FORM:

BERMAN, TOMSIC & SAVAGE

Peggy A. Tomsic
Attorneys for Plaintiff

JOHNSON & ASSOCIATES

James M. Johnson

CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct coy of the within and foregoing PROPOSED ORDER AND JUDGMENT to be mailed, postage prepaid, this 25 day of October, 2004 to the following:

Jamis M. Johnson
Johnson & Associates
352 South Denver Street, Suite 304
Salt Lake City, Utah 84111
Attorney Pro Se

Colleen Peterson

I CERTIFY THAT THIS IS A TRUE COPY OF AN ORIGINAL DOCUMENT ON FILE IN THE THIRD DISTRICT COURT, SALT LAKE COUNTY, STATE OF UTAH.
DATE:
DEPUTY COURT CLERK
DISTRICT COURT SALT LAKE CITY

FILED
DISTRICT COURT
05 JUL 20 PM 4:05
THIRD JUDICIAL DISTRICT
SALT LAKE COUNTY
DEPUTY

Peggy A. Tomsic (3879)
Eric K. Schnibbe (8463)
TOMSIC & PECK LLC
136 East South Temple, Suite 800
Salt Lake City, Utah 84111
Telephone: (801) 532-1995
Facsimile: (801)532-4202

Attorneys for Plaintiff/Judgment Creditor Jayson Orvis

IN THE THIRD JUDICIAL DISTRICT COURT OF SALT LAKE COUNTY

STATE OF UTAH

| | |
|---|---|
| JAYSON ORVIS,<br><br>Plaintiff and Judgment Creditor,<br><br>vs.<br><br>JAMIS JOHNSON,<br><br>Defendant and Judgment Debtor. | JUDGMENT INFORMATION STATEMENT<br><br>Case No. 020904919<br><br>Honorable Tyrone Medley |

The Judgment Creditor, Jason Orvis (hereinafter Judgment Creditor"), by and through its counsel, submits this Information Statement in the above captioned matter pursuant to Utah Code Ann. § 78-22-1.5. In connection therewith, the Judgment Creditor states that it obtained a judgment in this Court against Jamis Johnson on October 26, 2004.

**DISCLAIMER**

THIS INFORMATION IS FILED WITH THE COURT PURSUANT TO UTAH CADE ANN. § 78-22-1.5. THE JUDGMENT CREDITOR EXPRESSLY STATES THAT THE INFORMATION PROVIDED HEREIN IS NOT TO BE RELIED UPON BY ANY PERSON OR THIRD PARTY, AND THAT A PERSON SHOULD PERSONALLY INVESTIGATE ANY FACTS OR INFORMATION THEY ARE SEEKING ABOUT THE JUDGMENT DEBTOR AND SHALL NOT RELY UPON THE INFORMATION PROVIDED HEREIN. THE JUDGMENT CREDITOR HEREBY DISCLAIMS ANY WARRANTY, EXPRESS OR IMPLIED, AS TO THE INFORMATION PROVIDED HEREIN, OR LIABILITY TO ANY PERSON WHO USES OR RELIES UPON INFORMATION CONTAINED HEREIN.

**STATUTORY STATEMENT**

(1) Judgment Creditor believes that the correct name and last known address of the Judgment Debtor is:

Jamis Johnson
1408 Military Way
Salt Lake City, UT 84103

(2) Amount of the Judgment. The Judgment entered October 26, 2004 declared that the Judgment Creditor was the owner of and renewed a previous judgment entered April 5, 1995 by Judge Ray M. Harding of the Fourth Judicial District Court for Utah County ("Original Judgment"). As of the date the Original Judgment was entered on April 5, 1995 the total amount owed thereunder was $257,825.32, representing $192,289.01 in principal, attorneys fees, and costs to date and $65,536.31

in interest accrued to date. Post-judgment interest has continued to accrue after April 5, 1995 on the total amount owed of $257,825.32 at a rate of 10% per annum (a per diem rate of $70.63) and, as of April 5, 2006, totaled $283,607.85. The Judgment Creditor is also entitled to post-judgment attorneys fees and costs. The entire amount of the Original Judgment is unpaid and remains due and owing under the renewed Judgment entered October 26, 2004.

(3) The Judgment Debtor's social security number is 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.

(4) The Judgment Debtor's date of birth is February 14, 1952.

(5) The Judgment Creditor does not know any driver's license number for the Judgment Debtor.

(6) There has been no stay of enforcement of the Judgment.

(7) The present mailing address of the Judgment Creditor is:

C/O Peggy A. Tomsic
Tomisc & Peck, LLC
136 East South Temple, Suite 800
Salt Lake City, Utah 84111

Dated this 20th day of July, 2006.

TOMSIC & PECK

Eric K. Schnibbe
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of July, 2006, I caused a true and correct copy of the foregoing JUDGMENT INFORMATION STATEMENT to be mailed, postage prepaid to:

Jamis Johnson
352 South Denver Street, #304
Salt Lake City, UT 84111