# EXHIBIT 16

DMD LLC articles of organization (Jan. 1996)

011686

State of Utah
Department of Commerce
Division of Corporations and Commercial Code
I Hereby certify that the foregoing has been filed and approved on the 5th day of Jan 19 96 in the office of this Division and hereby issue this Certificate thereof.

Examiner OTM Date 01-05-96

Korla T. Woods
KORLA T. WOODS
Division Director

RECEIVED
JAN 05 1996
Utah Div. of Corp. & Comm. Code

# ARTICLES OF ORGANIZATION
# OF
# DMD L.L.C.

The Undersigned persons hereby form a limited liability company under the Utah Limited Liability Company Act (the "act") and adopt the following pursuant thereto.

## ARTICLE I
## NAME

The name of the limited liability company is DMD L.L.C. (hereinafter the "Company").

## ARTICLE II
## PERIOD OF DURATION

The Company's duration shall commence on the date of filing these Articles of Organization and shall continue through January 5, 2002.

## ARTICLE III
## PURPOSES AND POWERS

The Company is organized for any and all lawful purposes for which companies may be organized pursuant to the Act, including but not limited to acquiring, owning, holding for investment, developing, managing, selling, leasing and otherwise dealing with all forms of real and personal property, tangible and intangible, wherever located.

The Company shall have and may exercise all powers necessary or convenient for the carrying out of any or all of the purposes for which it was organized.

## ARTICLE IV
## REGISTERED AGENT AND OFFICE; PRINCIPAL OFFICE

The name and address of the initial registered agent of the company is David Knudson, 1522 E. Military Way, Salt Lake City, Utah 84103. The address of the initial registered office and principal office of the Company is 1695 So. State St., Salt Lake City, Utah 84115.

## ARTICLE V
## SUBSTITUTE SERVICE OF PROCESS

The Division of Corporations and Commercial Code of the Utah Department of Commerce is hereby appointed as the agent of the

Company for service of process if the registered agent has resigned, the agent's authority has been revoked or the agent cannot be found or served with the exercise of reasonable diligence.

ARTICLE VI
MANAGEMENT

The management of the Company shall be vested in a manager, who shall be appointed in accordance with the Company's Operating Agreement. A manager does not need to be a member of the Company. The name and address of the person who is to serve as the initial manager, until his or her resignation or removal, is as follows:

Mark Cummings
1695 So. State St.
Salt Lake City, Utah 84115

ARTICLE VII
OPERATING AGREEMENT

The rules, regulations, and procedures governing the operations of the company shall be set forth in an Operating Agreement which shall be adopted by the members of the Company.

In witness whereof, the undersigned have executed these Articles of Organization this 5th day of January, 1996.

(Member)

Holly Knudson

David Knudson
Registered Agent

(Member)

Mark Cummings

Mark Cummings
Manager