# EXHIBIT 17

Knudson-to-Danell Johnson quitclaim deed, 1408 (Oct. 1998)

7439546

When Recorded Return To:
DaNell M. Johnson
220 South 200 East #110
Salt Lake City, Utah 84111

7439546
08/10/1999 04:16 PM 10.00
NANCY WORKMAN
RECORDER, SALT LAKE COUNTY, UTAH
DANELL JOHNSON
220 S 200 E #110
SLC UT 84111
BY: JLP, DEPUTY - WI 1 P.

# Quit-Claim Deed

David Knudsen, Grantor, County of Salt Lake, State of Utah, hereby Quit Claim to DaNell M. Johnson, of Salt Lake County, State of Utah, for the sum of $10.00 and other good and valuable consideration the following described tracts of land located in Salt Lake County, State of Utah:

Beginning at a point North 89 degrees 58'03" East 464.99 feet and North 0 degrees 01'57" West 15 feet from the Southeast corner of Lot 12, Block 8, POPPERTON PLACE of Salt Lake City, Utah and running thence North 89 degrees 58'03" East 188.51 feet; thence North 20 degrees 12' 39" West 128.74 feet to Sigsbee Avenue; thence along the course of said avenue on a curve to the left of a 296.52 foot radius 128.42 feet; thence South 44 degrees 58'34" West 51.99 feet; thence South 0 degrees 01' 57" East 15.46 feet to the place of the beginning. Contained with the limits of the North half of the Southeast quarter of the Southwest fractional base and meridian (said tract of land is also designated as Lots 2, 3, 4, 5 and 6, Block 18, Bonneville-On-The-Hill, an unrecorded plat).

Parcel No. 09-33-377-001

TOGETHER with all improvement and appurtenances thereunto belonging, SUBJECT to all existing rights-of-way and easements of record.

WITNESS the hand of said Grantor, this 22nd day of October, 1998.

David Knudsen

State of Utah )
:ss
County of Salt Lake )

On the 22nd day of October, 1998, personally appeared before me, Dave Knudsen, the signer of the foregoing instrument, who duly acknowledged to me that he executed the same.

Notary Public
KIM A. RENAK
3408 S. 300 E. Apt. 9A
Salt Lake City, Utah 84105
My Commission Expires
October 27, 1999
State of Utah

Kim A. Renak
Notary Public

BOOK 8301 PG 4680