# EXHIBIT 18

1408 Holdings LLC formation record (Feb. 2017)

**State of Utah**
**Department of Commerce**
**Division of Corporations & Commercial Code**
**Certificate of Organization (Limited Liability Company)**

Date: 02/16/2017
Receipt Number: 6759873
Amount Paid: $70.00

RECEIVED
FEB 14 2017
Utah Div. of Corp. & Comm. Code

**Important: Read instructions before completing form** **Non-Refundable Processing Fee: $70.00**

MTM

| | |
|---|---|
| 1. Name of Limited Liability Company: | 1408 Holdings, LLC |
| 2. Principal office address: Street Address Required PO Box can be listed after Street Address | 1408 Military Way (Address) Salt Lake City (City) UT (State) 84103 (Zip) |

3. The name of the Registered Agent (Individual or Business Entity or Commercial Registered Agent):
Northwest Registered Agent, LLC. #7888173-0250

*The address must be listed if you have a non-commercial registered agent. See instructions for further details.*

Address of the Registered Agent: ____
Utah Street Address Required, PO Boxes can be listed after the Street Address

City: State UT Zip:

4. Signature of Organizer

Signature: [signature]

5. Name and Address of Members and/or Managers (optional):

1. ____ Name ____ Position
____ Address City State Zip
2. ____ Name ____ Position
____ Address City State Zip

6. Duration (optional):
○ The duration of the company shall be perpetual
○ The duration of the company shall be ____

7. Purpose (optional):

Under GRAMA {63-2-201}, all registration information maintained by the Division is classified as public record. For confidentiality purposes, you may use the business entity physical address rather than the residential or private address of any individual affiliated with the entity.

**Optional Inclusion of Ownership Information: This information is not required.**

Is this a female owned business? ○ Yes ○ No
Is this a minority owned business? ○ Yes ○ No If yes, please specify: Select/Type the race of the c

State of Utah
Department of Commerce
Division of Corporations and Commercial Code
I hereby certified that the foregoing has been filed and approved on this 14 day of FEB 2017
In this office of this Division and hereby issued This Certificate thereof.

Examiner BEB Date 2/22/17

Kathy Berg
Division Director

FEB 14 '17 PM4:51

03/16

10267750