# EXHIBIT 19

Juan Evereste LLC reinstatement, signed Pace Johnson
(Apr. 2017)

# State of Utah

**DEPARTMENT OF COMMERCE**

**Division of Corporations & Commercial Code**

This certifies that the Administrative Dissolution has been revoked and the reinstatement is effective and was approved on 4/6/17 in the office of the Division and hereby issues this Certification thereof.

Kathy Berg
Division Director

## *Summary of Online Changes – REINSTATEMENT*

Business Name: JUAN EVERESTE LLC

Entity number: 8753391-0160

Date of Filing: 4/6/17

Principal Office Address:
**Street** .......................... Unknown
**City** .......................... Unknown
**State** .......................... UT
**Zip** .......................... 00000

Registered Principals:
New Information (added or updated)
**Name** .......................... REGISTERED AGENTS INC
**Position** .......................... Commercial Registered Agent
**Address** ..........................
, UT
Old Information (removed or updated)
**Name** .......................... LORRI SANT
**Position** .......................... Registered Agent

**Address** ......................2220 W 1800 N
FARR WEST, UT 84404

Pace Johnson , 4/6/17

**Underr GRAMA {63-2-201}, all registration information maintained by the Division is classified as public record. For confidentiality purposes, the business entity physical address may be provided rather than the residential or private address of any individual affiliated with the entity.**