# EXHIBIT 20

Everett-James Company Articles and Reinstatement with John Sanchez

155739

RECEIVED
DEC 22 1993

State of Utah
Department of Commerce
Division of Corporations and Commercial Code
I Hereby certify that the foregoing has been filed and approved on the 22 day of Dec 19 93 in the office of this Division and hereby issue this Certificate thereof.
Examiner Max Guerrero Date 12/22/93
Korla T. Woods
KORLA T. WOODS
Division Director

# ARTICLES OF INCORPORATION

# OF

# EVERETT-JAMES COMPANY

BJS

WE, THE UNDERSIGNED natural persons of the age of twenty-one years or more, acting as incorporators of a corporation under the Utah Business Corporation Act, adopt the following Articles of Incorporation for such corporation:

## ARTICLE I
## NAME

The name of this corporation is Everett-James Company.

## ARTICLE II
## DURATION

The duration of this corporation is perpetual.

## ARTICLE III
## PURPOSES

The purpose or purposes for which this corporation is organized are:

a. To engage in manufacturing and to do all other lawful things.

b. To acquire by purchase, exchange, gift, bequest, subscription or otherwise, and to hold, own, mortgage, pledge, hypothecate, sell or assign, transfer, exchange, or otherwise dispose of or deal in or with its own corporate securities or stock or other securities, including without limitations, any shares of stock, bonds, debentures, notes, mortgages, or other obligations, and any certificates, receipts, or other

33560001

M.S.

instruments representing rights or interests therein or any property or assets created or issued by a person, firm, association, or corporation, or any government or subdivisions, agencies, or instrumentalities thereof; to make payment therefore in any lawful manner or to issue in exchange therefore its own securities or to use its unrestricted and unreserved earned surplus for the purchase of its own shares, and to exercise as owner or holder of any securities any and all rights, powers, and privileges in respect thereof.

c. To do each and every thing necessary, suitable, or proper for the accomplishment of any of the purposes or the attainment of any one or more of the subjects herein enumerated, or which may at any time appear conducive to or expedient for protection or benefit of this corporation, and to do said acts as fully and to the same extent as natural persons might or could do in any part of the work as principals, agents, partners, trustees, or otherwise, either alone or in conjunction with any other person, association, or corporation.

d. The foregoing clauses shall be construed both as purposes and powers and shall not be held to limit or restrict in any manner the general powers of the corporation and the enjoyment and exercise thereof, as conferred by the laws of the State of Utah; and it is the intention that the purposes and powers specified in each of the paragraphs of this Article III shall be regarded as independent purposes and powers.

ARTICLE IV
STOCK

The aggregate number of shares which this corporation shall have authority to issue is one hundred million shares of common stock. All stock of the corporation shall be of the same class, common stock - fifty million, preferred ten million, and shall have the same rights and preferences. Fully-paid stock of this corporation shall not be liable to any further call or assessment.

ARTICLE V
AMENDMENT

These Articles of Incorporation may be amended by the affirmative vote of a majority of the shares entitled to vote on each such amendment.

ARTICLE VI
SHAREHOLDER RIGHTS

The authorized and treasury stock of this corporation may be issued at such time, upon such terms and conditions, and for such consideration as the Board of Directors shall determine. Shareholders shall have pre-emptive rights to acquire unissued shares of the stock of this corporation.

ARTICLE VII
CAPITALIZATION

This corporation will not commence business until consideration of at least $1,000 has been received for the issuance of shares.

ARTICLE VIII
INITIAL OFFICE AND AGENT

The address of this corporation's initial registered office and the name of its original registered agent at such address is:

J. Melwood Johnson
1408 Military Way
Salt Lake City, Utah 84103

ARTICLE IX
DIRECTORS

The number of Directors constituting the initial Board of Directors of this corporation is three. The names and addresses of persons who are to serve as Directors until the first annual meeting of stockholders, or until their successor are elected and qualify, are:

D. Lee Knudson
75 East 400 South, Suite 202
Salt Lake City, Utah 84111

Elaine Welty
380 West 700 South
Springville, Utah 84663

Jefferson Burgess
380 West 700 South
Springville, Utah 84663

ARTICLE X
INCORPORATORS

The name and address of each incorporator is:

D. Lee Knudson
75 East 400 South, Suite 202
Salt Lake City, Utah 84111

J. Melwood Johnson
75 East 400 South, Suite 202
Salt Lake City, Utah 84111

Robin Humphries
75 East 400 South, Suite 202
Salt Lake City, Utah 84111

ARTICLE XI
COMMON DIRECTORS - TRANSACTIONS BETWEEN CORPORATIONS

No contract or other transaction between this corporation and one or more of its Directors or any other corporation, firm, association, or entity in which one or more of its Directors are directors or officers or are financially interested shall be either void or voidable because of such relationship or interest, or because such Director or Directors are present at the meeting of the Board of Directors or a committee thereof which authorizes, approves, or ratifies such contract or transaction, or because his or their votes are counted for such purpose if: (a) the fact of such relationship or interest is disclosed or known to the Board of Directors or committee which authorizes, approves or ratifies the contract or transaction by vote or consent sufficient for the purpose without counting the votes or consents of such interested Director; or (b) the fact of such relationship or interest is disclosed or known to the shareholders entitled to vote and they authorize, approve, or ratify such contract or transaction by vote or written consent; or (c) the contract or transaction is fair and reasonable to the corporation.

Common or interested Directors may be counted in determining the presence of a quorum at a meeting of the Board of Directors or committee thereof which authorizes, approves, or ratifies such contract or transaction.

DATED this 17th day of December, 1993.

D. Lee Knudson

J. Melwood Johnson

Robin Humphries

REGISTERED AGENT

I, J. Melwood Johnson, named in Article VIII hereof as the Registered Agent of Everett-James Company do hereby consent to serve as such Registered Agent until the time of my resignation or my removal.

J. Melwood Johnson

CO 155739

RECEIVED
JUN 23 1995
Utah Div. of Corp. & Comm. Code

F 3-1-95-2

STATE OF UTAH
DEPARTMENT OF COMMERCE
DIVISION OF CORPORATIONS AND COMMERCIAL CODE

REINSTATEMENT

PROFIT CORPORATION ANNUAL REPORT

**THIS FORM MUST BE COMPLETED IN FULL** All profit corporations must file their annual reports and corrections within the month of their anniversary date. Failure to do so will result in Delinquency, Suspension, then Revocation or Involuntary Dissolution of the corporate charter.

CORPORATION FILE # 155739 INCORPORATED OR QUALIFIED DATE 12 (MONTH) 93 (YEAR)

1. CORPORATE NAME: Everett James Co. Inc
2. REGISTERED AGENT: Jamis Johnson
3. REGISTERED OFFICE ADDRESS (STREET ADDRESS REQUIRED): 220 S. 200 E Suite # 110
4. CITY, STATE & ZIP: Salt Lake City UTAH 84111

NEW AGENT MUST SIGN ABOVE — REGISTERED AGENT MUST BE IN UTAH

**WHEN CHANGING THE REGISTERED AGENT THE NEW AGENT MUST SIGN.**

5. INCORPORATED IN THE STATE AND UNDER THE LAWS OF: Utah

6. ADDRESS OF THE PRINCIPAL OFFICE IN THE HOME STATE. 380 West 700 South (Street Address) Utah (State or Country) Springville (City) 84663 (ZIP)

7. **BUSINESS PURPOSE:**

**DOMESTIC, PROFIT CORPORATIONS ARE REQUIRED TO LIST A CORPORATE OFFICER.**

**OFFICERS**

8. PRESIDENT: John Sanchez — ADDRESS 380 W 700 South CITY Springville STATE UT ZIP 84663
9. VICE PRESIDENT: — ADDRESS CITY STATE ZIP
10. SECRETARY: — ADDRESS CITY STATE ZIP
11. TREASURER: — ADDRESS CITY STATE ZIP

IF YOU HAVE LESS THAN 3 SHAREHOLDERS YOU MAY LIST LESS THAN 3 DIRECTORS. IF YOU HAVE NO DIRECTORS DUE TO SECTION 16-10A-732 YOU MUST STATE SO IN THE BOX BELOW

**DIRECTORS**

12. DIRECTOR: D Lee Knudson — ADDRESS 75 E 400 S # 202 CITY SLC STATE Ut. ZIP 8411
13. DIRECTOR: ELeain Wety — ADDRESS 380 W. 700 S CITY Springville STATE Ut. ZIP 84663
14. DIRECTOR: Jefferson Burgess — ADDRESS 380 W 700 S CITY Springville STATE Ut ZIP 84663

Under penalties of perjury and as an authorized officer, I declare that this annual report and, if applicable, the statement change of registered office and/or agent, has been examined by me and is, to the best of my knowledge and belief, true, correct, and complete.

15. BY [signature] MUST BE SIGNED BY A CORPORATE OFFICER
16. President (Title or Position)
17. June 22 19 95 (Date)

IF THERE ARE NO CHANGES FROM THE PREVIOUS YEAR, AND YOU HAVE ALL CORPORATE REQUIREMENTS FILLED PERTAINING TO OFFICER, AND DIRECTOR INFORMATION YOU MAY COMPLETE THE COUPON BELOW, DETACH IT FROM THIS FORM, AND RETURN IT TO OUR OFFICE WITH YOUR PAYMENT.

State of Utah
DEPARTMENT OF COMMERCE
Division of Corporations & Commercial Code

155739
Division File Number

REINSTATEMENT

**Application for Reinstatement of:**

*State of Utah
Department of Commerce
Division of Corporations and Commercial Code
I Hereby certify that the foregoing has been filed and approved on the 23 day of Jun 19 95 in the office of this Division and hereby issue this Certificate thereof.
Examiner LKT Date 6-23-95
Korla T. Woods
KORLA T. WOODS
Division Director

Must be typewritten

RECEIVED
JUN 23 1995
Utah Div. of Corp. & Comm. Code

| Check Appropriate Box | Fee |
|---|---|
| ☐ Profit Corporation* | $60.00 |
| ☐ Non-profit Corporation | $30.00 |
| ☐ Limited Partnership | $50.00 |
| ☐ Limited Liability Company | $50.00 |

8100047175

Everett James Co Inc
Business Entity Name

I, John Sanchez hereby declare and affirm that:
Name

I am a Officer of Everett James Co INC,
Officer, General Partner or Member — Business Name

which was involuntarily dissolved or canceled on the 1 day of March, 1995, under provisions of Utah law.

I hereby remedy all prior defaults and file herewith a current annual report together with the required annual report and statutory reinstatement fee.

I hereby make application for reinstatement and request the Division of Corporations and Commercial Code of the State of Utah to issue a Certificate of Reinstatement and, under penalties of perjury, I declare that the foregoing statement is, to the best of my knowledge and belief, true and correct.

*If the above mentioned corporation name is not available for use at the time of reinstatement, the following corporation name shall be used:

E
New Corporation Name

By: See AR Title: Pres.

Phone Number: ____________________

Submit the following items with this application:

- An Annual Report showing the new registered agent's signature
- A tax letter of Good Standing from the Utah Tax Commission (if applicable)
- Your filing fee payable to the State of Utah.

State of Utah
Division of Corporations and Commercial Code
160 East 300 South/Box 45801
Salt Lake City, Utah 84145-0801
(801)530-4849

6/94 \corpsdba\cmborein.mbf

| | | |
|---|---|---|
| | Utah State Tax Commission<br>**Letter of Good Standing** | TC-784<br>Rev. 2/94 |

RECEIVED
JUN 23 1995
Utah Div. of Corp. & Comm. Code

| Corporation Representative's Name and Address | |
|---|---|
| | Issue Date<br>June 22, 1995 |
| | Account Number<br>870519458 |
| EVERETT JAMES CO<br>380 WEST 700 SO<br>SPRINGVILLE UT 84663 | Tax Type<br>CORPORATION |
| | Utah Charter Number<br>155739 |

5174603018

### The Utah State Tax Commission Certifies that:

## EVERETT JAMES CO

has filed all income or franchise tax returns required and paid all taxes thereon to be due. The status of the account is current as of the date of this letter.

The account is subject to audit, and if a liability exists, it may be assessed at any time. The issuance of this letter does not fix, abate, modify, or cancel any liability for payment of money due or an obligation to the State of Utah.

This letter does not fulfill the requirements for dissolving or withdrawing a corporation from the State of Utah. Please contact the Department of Commerce, Division of Corporations for information regarding corporate dissolution or withdrawal.

Kathy Adams, Taxpayer Resolution Agent
Correspondence Section
Customer Service Division

Inquiries regarding this letter should be directed to: Correspondence Section, Utah State Tax Commission, 210 North 1950 West, Salt Lake City, UT, 84134 or call (801) 297-7506.