# EXHIBIT 21

---

Summit Operating LLC articles of organization
(Lillywhite as Managing Member of Summit Energy, LLC)
(Nov. 2002)

RECEIVED
NOV 25 2002
Utah Div. Of Corp. & Comm. Code

JVB

ARTICLES OF ORGANIZATION

SUMMIT OPERATING, LLC

1. Name. The name of the limited liability company is SUMMIT OPERATING, LLC (herein sometimes referred to as the "Company").

2. Latest Date of Dissolution. The latest date upon which the Company will be dissolved is December 31, 2052.

3. Designated Office. The street address of the Company's principal office is 2064 Prospector Ave, Suite 102, Park City, Utah 84060.

4. Registered Agent. The name and street address of the Company's initial registered agent are as follows:

SUMMIT ~~RESOURCES~~ Energy, LLC
2064 PROSPECTOR AVENUE, SUITE 102
PARK CITY, UTAH 84060

5. Substitute Service of Process. The Director of the Division of Corporations and Commercial Code of the Utah Department of Commerce is hereby appointed as the agent of the Company for service of process if the registered agent has resigned, the registered agent's authority has been revoked, or the registered agent cannot be found or served with the exercise of reasonable diligence.

6. Management. The management of the Company is initially reserved to a Manager or Managers to be selected by the Members. The first such Manager of the Company is listed below and shall serve as Manager until the first meeting of the Members or until its successor or successors are elected:

SUMMIT ~~RESOURCES~~ Energy, LLC
2064 PROSPECTOR AVENUE, SUITE 102
PARK CITY, UTAH 84060

7. Business Purpose. The business purpose or purposes for which the Company is organized are (a) to own and operate energy ventures; (b) to purchase, lease, sell, own and operate, and to finance the acquisition and operation of real property and personal property; (c) to incur indebtedness, secured or unsecured, for any of the purposes of the Company; (d) to invest and reinvest the assets of the Company in, and to purchase or otherwise acquire, hold, sell, transfer, exchange or otherwise dispose of, or realize upon, securities of all types and descriptions and any other interests in business ventures; (e) to engage in any other lawful business activity permitted under the laws of the State of Utah; and (f) any other purposes as are necessary to protect or enhance the assets of the Company.

The undersigned hereby affirms that he/she is a Manager of the Company and that the facts stated in the foregoing Articles of Organization are true.

State of Utah
Department of Commerce
Division of Corporations and Commercial Code
I hereby certify that the foregoing has been filed and approved on this 25 day of NOV 2002 in this office of this Division and hereby issue this Certificate thereof.

Examiner [signature] Date 12-03-02

[signature]
Kathy Berg
Division Director

[signature]
SUMMIT ~~RESOURCES, LLC~~ Energy, LLC
Registered Agent, Managing Member
By David Lillywhite

Date: 11/26/2002
Receipt Number: 723475
Amount Paid: $100.00

11-26-02A08:54 RCVD



5233183