# EXHIBIT 22

Gravity Segregation LLC articles of organization
(Summit Operating as Manager #1 and #2) (Sept. 2011)

File Number: 8110139

# LLC

# ARTICLES OF ORGANIZATION
# OF
# GRAVITY SEGREGATION, LLC

**The undersigned person(s) do hereby adopt the following Articles of Organization for the purpose of forming a Utah Limited Liability Company.**

## Article I

**The name of the limited liability company is to be** GRAVITY SEGREGATION, LLC

## Article II

**The purpose or purposes for which the company is organized is to engage in:**
To provide private financing to individuals and possibly to companies

The Company shall further have unlimited power to to engage in or to perform any and all lawful acts pertaining to the management of any lawful business as well as to engage in and to do any lawful act concerning any and all lawful business for which a Limited Liability Company may be organized under the Utah Limited Liability Company Act and any amendments thereto.

## Article III

**The Company shall continuously maintain an agent in the State of Utah for service of process who is an individual residing in said state. The name and address of the initial registered agent shall be:**

(Registered Agent Name & Address)
SUMMIT OPERATING, LLC
1245 BRICKYARD RD STE 210
SALT LAKE CITY, UT, 84106

ACCEPTANCE OF APPOINTMENT:

SUMMIT OPERATING, LLC
Registered Agent Signature

**The Director of the Division of Corporations and Commercial Code of the Department of Commerce for the State of Utah is appointed the registered agent of the Company for the service of process if the registered agent has resigned, the registered agent's authority has been revoked, or the registered agent cannot be found or served with the exercise of reasonable diligence.**

## Article IV

Name, Street address & Signature of all members/managers

Manager #1
SUMMIT OPERATING, LLC
1245 BRICKYARD RD STE 210
SALT LAKE CITY, UT 84106
SUMMIT OPERATING, LLC
Signature

Manager #2
SUMMIT OPERATING, LLC
1245 BRICKYARD RD STE 210
SALT LAKE CITY, UT 84106
SUMMIT OPERATING, LLC
Signature

**DATED** 23 September, 2011.

## Article V

Management statement
This limited liability company will be managed by its Managers

## Article VI

Address of the designated office
1245 BRICKYARD RD STE 210
SALT LAKE CITY, UT 84106

## Article VII

**The Company shall keep at its designated office or a statement that the company's registered office shall be its designated office, which records include, but are not limited to the following:**

### Article VII.1

A current list, in alphabetical order, of the names and current business street address of each Organizer who is not a member or manager.

### Article VII.2

A copy of the stamped Articles of Organization and all certificates of amendment thereto.

### Article VII.3

Copies of all tax returns and financial statements of the Company for the past 3 years. A Limited Liability Company is also required to maintain copies of financial statements, if any, for the three most recent years, as well as a copy of the operating agreement.

## Article VIII

The street address of the principal place of business is:

1245 BRICKYARD RD STE 210
SALT LAKE CITY, UT 84106

## Article IX

**The duration of the company shall be** 99 **years**

State of Utah
Department of Commerce
Division of Corporations & Commercial Code

This certifies that this registration has been filed and approved on 23, September 2011 in the office of the Division and hereby issues this Certification thereof.

KATHY BERG
Division Director

**Under GRAMA {63-2-201}, all registration information maintained by the Division is classified as public record. For confidentiality purposes, the business entity physical address may be provided rather than the residential or private address of any individual affiliated with the entity.**