# EXHIBIT 23

Summit Operating LLC summary of changes, Lillywhite as Governing Persons (Nov. 2018)

# State of Utah
DEPARTMENT OF COMMERCE
Division of Corporations & Commercial Code

## *Summary of Online Changes*

Business Name: SUMMIT OPERATING, LLC

Entity number: 5233183-0160

Date of Filing: 11/29/18

Registered Principals:
New Information (added or updated)
**Name** ............................ David Lillywhite
**Position** ........................Governing Person
**Address** ........................531 E 770 N
OREM, UT 84097 United States
New Information (added or updated)
**Name** ............................ Jeff Thatcher
**Position** ........................Governing Person
**Address** ........................531 E 770 N
OREM, UT 84097 United States

Larry R Williams , 11/29/18

Underr GRAMA {63-2-201}, all registration information maintained by the Division is classified as public record. For confidentiality purposes, the business entity physical address may be provided rather than the residential or private address of any individual affiliated with the entity.