# EXHIBIT 24

Summit Energy Management Corporation summary of changes, Lillywhite as President and Director (Aug. 2016)

# State of Utah
DEPARTMENT OF COMMERCE
Division of Corporations & Commercial Code

## *Summary of Online Changes*

Business Name: SUMMIT ENERGY MANAGEMENT CORPORATION

Entity number: 5366663-0142

Date of Filing: 8/25/16

Registered Principals:
New Information (added or updated)
**Name** ............................JEFF THATCHER
**Position** ........................Director
**Address** ........................531 E 770 N
OREM, UT 84097
Old Information (removed or updated)
**Name** ............................JEFF THATCHER
**Position** ........................Director
**Address** ........................2077 WHEELER LANE
HEBER CITY, UT 84032
Old Information (removed or updated)
**Name** ............................STEVE FLIFLET
**Position** ........................Director
**Address** ........................1030 E BLAIME AVE
Salt Lake City, UT 84105
Old Information (removed or updated)
**Name** ............................CURTIS CHISHOLM
**Position** ........................Director
**Address** ........................1423 S AMBASSADOR WAY
Salt Lake City, UT 84108
New Information (added or updated)
**Name** ............................JACK SIMPER
**Position** ........................Director

**Address** ........................531 E 770 N
OREM, UT 84097
Old Information (removed or updated)
**Name** ............................JACK SIMPER
**Position** ........................Director
**Address** ........................1053 WEST 825 SOUTH
Heber City, UT 84032
New Information (added or updated)
**Name** ............................DAVID LILLYWHITE
**Position** ........................Director
**Address** ........................531 E 770 N
OREM, UT 84097
Old Information (removed or updated)
**Name** ............................DAVID LILLYWHITE
**Position** ........................Director
**Address** ........................801 LAKE CREEK WAY
Heber City, UT 84032
New Information (added or updated)
**Name** ............................DAVID LILLYWHITE
**Position** ........................President
**Address** ........................531 E 770 N
OREM, UT 84097
Old Information (removed or updated)
**Name** ............................DAVID LILLYWHITE
**Position** ........................President
**Address** ........................801 LAKE CREEK WAY
Heber City, UT 84032

Larry R Williams , 8/25/16

**Underr GRAMA {63-2-201}, all registration information maintained by the Division is classified as public record. For confidentiality purposes, the business entity physical address may be provided rather than the residential or private address of any individual affiliated with the entity.**