# EXHIBIT 27

Gravity Segregation registered-agent change to
Weighting Agent Management, signed Skirvin as
"Authorized Signor" (Apr. 28, 2025)

UTAH | COMMERCE
Division of Corporations and Commercial Code

## FILING HISTORY

### ENTITY INFORMATION

**Entity Name:** GRAVITY SEGREGATION, LLC

**Entity Number:** 8110139-0160

**Entity Type:** Domestic Limited Liability Company

**Entity Subtype:** Limited Liability Company

**Profession:** N/A

**Formation Date:** 09/23/2011

**Entity Status:** Active

**Renew By Date:** 09/30/2026

**Entity Status Details:** Current

**Last Renewed Date:** 08/15/2025

**Status Updated On:** 08/15/2025

### FILING HISTORY DETAILS

| File Date | Effective Date | Filing Number | Document Type | Filing Status | Source | View |
|---|---|---|---|---|---|---|
| 12/22/2025 11:38 AM | 12/22/2025 11:38 AM | 251222719929B | Amendment to Certificate of Organization | Approved | External | |
| 08/15/2025 11:11 AM | 08/15/2025 11:11 AM | 250815509260B | Annual Report | Approved | External | |
| 04/28/2025 11:01 AM | 04/28/2025 11:01 AM | 250505347221B | Amended Certificate of Assumed Name | Approved | Internal | |
| 07/13/2015 12:00 AM | 07/13/2015 12:00 AM | 8110139-0160 | Annual Report | | Internal | |
| 08/11/2014 12:00 AM | 08/11/2014 12:00 AM | 8110139-0160 | Annual Report | | Internal | |
| 09/23/2011 12:00 AM | 09/23/2011 12:00 AM | 8110139-0160 | Certificate of Organization | | Internal | |
| 09/23/2011 12:00 AM | 09/23/2011 12:00 AM | 8110139-0160 | Certificate of Organization | | Internal | |

Page 1 of 1, records 1 to 7 of 7

Back | Return to Search | Return to Results

State of Utah
Department of Commerce
Division of Corporations & Commercial Code
Limited Liability Company Registration Information Change Form

*This form cannot be hand written.*

Link to Limited Liability Company Registration Information Change Form Addendum

Print Form | Instructions | Clear Form

Corporations and Commercial Code
Filed in the state of Utah
Number of Pages
1

**Non-Refundable Processing Fee: $13.00**

**Entity File Number:** 8110139-0160

**Entity Name:** Gravity Segregation LLC

**For each Yes button that you mark the question will appear below for you to fill out.**

**1). Do you want to Change the Business Purpose?** ○ Yes ● No

**2). Do you want to Change the Registered Agent or the Address of the Registered Agent?** ● Yes ○ No

**2). If Yes, who is the new Registered Agent, or the new Address of the Registered Agent?**

Weighting Agent Management, LLC, Entity File No. 10095377-0160

What is a commercial registered agent?

**The address must be listed if you have a non-commercial registered agent. See instructions for further details.**

Address of the Registered Agent: 531 E 770 N

Utah Street Address Required, PO Boxes can be listed after the Street Address

City Orem State UT Zip 84097

**3). Do you want to Change the Principal Address of the Business Entity?** ○ Yes ● No

**4). Do you want to Add individuals to the Business Entity?** ○ Yes ● No

**5). Do you want to Remove individuals from the Business Entity?** ○ Yes ● No

**6). Do you want to Change the Address of the Business Entity's Principal(s)?** ○ Yes ● No

**Under GRAMA {63G-2-201}, all registration information maintained by the Division is classified as public record. For confidentiality purposes, you may use the business entity physical address rather than the residential or private address of any individual affiliated with the entity.**

Under penalties of perjury and as an authorized authority, I declare that this statement of change(s), has been examined by me and is, to the best of my knowledge and belief, true, correct and complete.

Name/Title: Steve Skirvin, Authorized Signor Signature: Steve Skirvin Digitally signed by Steve Skirvin Date: 2025.04.28 10:58:51 -06'00' Date