# EXHIBIT 28

Summit Capital LLC certificate of organization (Jan. 2018)

Date: 01/17/2018
Receipt Number: 7203772
Amount Paid: $70.00

RECEIVED
JAN 17 2018
Utah Div. of Corp. & Comm. Code

JAN 17 2018 AM 8:37

SW

# CERTIFICATE OF ORGANIZATION
OF

______________________________

The undersigned as Organizer hereby forms a limited liability company (LLC), under the Utah Revised Uniform Limited Liability Company Act and does hereby state the following:

1. The name of the LLC is: Summit Capital, LLC

2. The LLC is organized for all legal and lawful purposes pursuant to the Utah Revised Uniform Limited Liability Company Act.

3. The initial principal address of the LLC shall be

   **531 E 770 N**
   **OREM, UT 84097**

4. The initial manager of the LLC shall be

   **Weighting Agent Management, LLC**
   **531 E 770 N**
   **OREM, UT 84097**

5. The name of the registered agent of the LLC, whose Consent to Appointment as Registered Agent accompanies these articles is

   **Weighting Agent Management, LLC**
   **531 E 770 N**
   **OREM, UT 84097**

6. The duration of the LLC shall be perpetual.

State of Utah
Department of Commerce
Division of Corporations and Commercial Code
I hereby certified that the foregoing has been filed and approved on this 17 day of Jan 20 18
In this office of this Division and hereby issued This Certificate thereof.

Examiner [signature] Date 1/25/2018

[signature] Kathy Berg
Kathy Berg
Division Director

Dated this January 1, 2018.

Organizer

By: [signature]
Jon S. Lindsey
531 E 770 N
Orem, UT 84097

**CONSENT TO APPOINTMENT AS REGISTERED AGENT**

**Weighting Agent Management, LLC** hereby accepts appointment as registered agent, and further states that it is familiar with the duties of a registered agent,

[signature]

By: Managing Director of Weighting Agent Management, LLC
Jeffrey Thatcher

10672924-0160