# EXHIBIT 29

Gravity Segregation LLC and Gravity Segregation II LLC amendment removing Summit Operating, Knudson as sole Governing Person (Dec. 22, 2025)

| | |
|---|---|
| Filed in the Office of<br>Adam Watson<br><br>Director, Division of Corporations and Commercial Code<br><br>Filed in the State of Utah | Filing Number<br>**251222719929B**<br>Filed On<br>**December 22, 2025**<br>Entity Number<br>**8110139-0160**<br>Number of Pages<br>2 |

# *State of Utah*
## *Department of Commerce*
## *Division of Corporations and Commercial Code*

**Domestic Limited Liability Company - Amendment to Certificate of Organization**

**ENTITY INFORMATION**

Entity Name: GRAVITY SEGREGATION, LLC
Entity Number: 8110139-0160
Effective Date: December 22, 2025
Effective Time: 11:38 AM

**BUSINESS DETAILS**

**Duration Date:** Perpetual

**PRINCIPAL OFFICE INFORMATION:**
**Principal Office Address:** 50 W Broadway, Suite 300, Salt Lake City, UT 84101
**Mailing Address:** 50 W Broadway, Suite 300, Salt Lake City, UT 84101

**REGISTERED AGENT**
**Agent Type:** Entity
**Name:** NORTHWEST REGISTERED AGENT LLC
**Address:** 7533 S CENTER VIEW CT STE N, West Jordan, UT 84084

**ACTIVE PRINCIPAL INFORMATION**
**Title:** Governing Person
**Name:** David Knudson
**Address:** 50 W Broadway, Suite 300, Salt Lake City, UT 84101

**INACTIVE PRINCIPAL INFORMATION**
**Title:** Manager
**Name:** SUMMIT OPERATING, LLC
**Resignation Date:** 01/01/0001

**REQUIRED SIGNATURES**

- I declare that the information contained in this electronic submission is true and accurate.
- I affirm that I am legally authorized to sign this document.
- I acknowledge receipt of the below information:
    - The information provided in this form will be used by the Division to evaluate and complete your request. Failure to provide complete information as requested will result in the denial of your request as incomplete.
    - Information provided in this form is retained in accordance with state record retention laws. For specific information about the records retention for this form, please visit https://corporations.utah.gov/records/.
    - In order to comply with legal and regulatory requirements, we may share information provided in this form with authorized parties such as other government agencies, national licensing databases, contracted vendors, etc. Additionally, many items collected by the Division are classified as "public" under the Government Records Access and Management Act, Utah Code § 63G-2-101 et seq.
    - For more information on how the information you provide is shared, please refer to https://corporations.utah.gov/records/.
- I acknowledge that the amendment was adopted by at least the minimum status vote

- **Electronic Signature:** David Knudson
  **Title/Capacity:** Authorized Person

| Filed in the Office of | Filing Number 251229730019B |
| --- | --- |
| Adam Watson | Filed On December 22, 2025 12:20 PM |
| Director, Division of Corporations and Commercial Code | Entity ID 8620608-0160 |
| Filed in the state of Utah | Number of Pages 1 |

**State of Utah**
**Department of Commerce**
**Division of Corporations & Commercial Code**
**Limited Liability Company Registration Information Change Form**

*This form cannot be hand written.*

**Non-Refundable Processing Fee: $17.00**

**Entity File Number:** 8620608-0160

**Entity Name:** Gravity Segregation II, LLC

**For each Yes button that you mark the question will appear below for you to fill out.**

**1). Do you want to Change the Business Purpose?** ○ Yes ◉ No

**2). Do you want to Change the Registered Agent or the Address of the Registered Agent?** ◉ Yes ○ No

**2). If Yes, who is the new Registered Agent, or the new Address of the Registered Agent?**

Gravity Capital, LLC

What is a commercial registered agent?

**The address must be listed if you have a non-commercial registered agent. See instructions for further details.**

Address of the Registered Agent: 50 W Broadway, Suite 300

Utah Street Address Required, PO Boxes can be listed after the Street Address

City Salt Lake City State UT Zip 84101

**3). Do you want to Change the Principal Address of the Business Entity?** ◉ Yes ○ No

**3). If Yes, what is the new Principal Address?**

Address: 50 W Broadway, Suite 300 City Salt Lake City State UT Zip 84101

**4). Do you want to Add individuals to the Business Entity?** ◉ Yes ○ No

**4). If Yes, who do you want to Add to the Business Entity and what Position will they hold?**

Name: David Knudson Position: Governing Person

Address: 50 W Broadway, Suite 300 City Salt Lake City State UT Zip 84101

Name: ______ Position: Select/Type the position here

Address: ______ City ______ State ______ Zip ______

**5). Do you want to Remove individuals from the Business Entity?** ◉ Yes ○ No

**5). If Yes, who do you want to Remove from the Business Entity and what Position do they hold?**

Name: Summit Operating LLC Position: Manager

Name: ______ Position: Select/Type the position here

**6). Do you want to Change the Address of the Business Entity's Principal(s)?** ○ Yes ◉ No

**Under GRAMA {63G-2-201}, all registration information maintained by the Division is classified as public record. For confidentiality purposes, you may use the business entity physical address rather than the residential or private address of any individual affiliated with the entity.**

Under penalties of perjury and as an authorized authority, I declare that this statement of change(s), has been examined by me and is, to the best of my knowledge and belief, true, correct and complete.

Name/Title: David Knudson, Authorized Person Signature: [signature] Date December 22, 2025

07/25