# EXHIBIT 31

Summit Energy Ventures LLC annual report, signed Skirvin as "Authorized Person" (Oct. 28, 2025)

| | |
|---|---|
| Filed in the Office of<br>[signature: Adam Watson]<br>Director, Division of Corporations and Commercial Code<br>Filed in the State of Utah | Filing Number<br>**251028626043B**<br>Filed On<br>**October 28, 2025**<br>Entity Number<br>**5233198-0160**<br>Number of Pages<br>2 |

# *State of Utah*
## *Department of Commerce*
## *Division of Corporations and Commercial Code*

**Domestic Limited Liability Company - Annual Report / Renewal with changes**

**ENTITY INFORMATION**

Entity Name: SUMMIT ENERGY VENTURES, LLC
Entity Number: 5233198-0160
Effective Date: October 28, 2025
Effective Time: 04:35 PM

**BUSINESS DETAILS**

**REGISTERED AGENT**
**Agent Type:** Entity
**Name:** WEIGHTING AGENT MANAGEMENT, LLC
**Address:** 531 E 770 N, OREM, UT 84097

**SUPPORTING DOCUMENTATION**
No Supporting Documentation Provided.

**REQUIRED SIGNATURES**

- I declare that the information contained in this electronic submission is true and accurate.
- I affirm that I am legally authorized to sign this document.
- I acknowledge receipt of the below information:
  - The information provided in this form will be used by the Division to evaluate and complete your request. Failure to provide complete information as requested will result in the denial of your request as incomplete.
  - Information provided in this form is retained in accordance with state record retention laws. For specific information about the records retention for this form, please visit https://corporations.utah.gov/records/.
  - In order to comply with legal and regulatory requirements, we may share information provided in this form with authorized parties such as other government agencies, national licensing databases, contracted vendors, etc. Additionally, many items collected by the Division are classified as "public" under the Government Records Access and Management Act, Utah Code § 63G-2-101 et seq.
  - For more information on how the information you provide is shared, please refer to https://corporations.utah.gov/records/.

- **Electronic Signature:** Steve Skirvin
  **Title/Capacity:** Authorized Person