# EXHIBIT 36

Gravity-to-Matrix Porosity warranty deed, $10, signed Lillywhite/notarized J. Lillywhite (Oct. 2018)

ENT 101719:2018 PG 1 of 2
JEFFERY SMITH
UTAH COUNTY RECORDER
2018 Oct 23 3:03 pm FEE 12.00 BY DA
RECORDED FOR GRAVITY SEGREGATION, LLC

Send Tax Statements To:
Matrix Porosity, LLC
531 E 770 N
Orem, UT 84097

# WARRANTY DEED

Tax Parcel No. 52-778-0014

**Gravity Segregation LLC** whose address is 531 E 770 N, Orem UT 84097 Grantor, in consideration of $10.00 paid hereby conveys and warrants to **Matrix Porosity LLC** Grantee, of 531 E 770 N, Orem UT 84097

All that property situate in the County of Utah and State of Utah described as:

Unit 14, Stratford Park Office Condominiums, a condominium project as the same is identified in the record of survey map recorded on July 20, 1999 in Utah County, as Entry No. 82143, and map Filing No. 8146, in Book 52 at Page 778, (as said record of survey map may have heretofore been amended or supplemented) and in the Declaration recorded July 20, 1999 in Utah County, as Entry No. 82144 in Book 5157 at Page 359 (as said Declaration may have heretofore been amended or supplemented.)

More commonly known as: 720 North 530 East, Unit 14, Orem, UT 84097

Parcel ID: 52-778-0014

Together with the appurtenant undivided interest in said project common areas as established in said declaration and allowing for periodic alteration both in the magnitude of said undivided interest and in the composition of the common areas and facilities to which said interest relates.

Subject to easements, restrictions and rights of way appearing of record.

Subject to easement recorded 7/26/2007 in Instrument #108085:2007.

Witness the hand of said Grantor this OCTOBER 23, 2018.

Gravity Segregation, LLC

By: David Lillywhite

State of UTAH
County of UTAH

On this 23RD day of OCTOBER, 2018 before me the undersigned Notary Public, personally appeared DAVID LILLYWHITE to me personally known or prove to be, who being duly sworn, that they he/she is the MANAGER of Gravity Segregation, LLC, and that the said instrument was signed and sealed in behalf of said company by authority of its Officers and said DAVID LILLYWHITE acknowledged said Instrument to be the free act and deed of said company.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal in the County and State aforesaid, the day and year first above written.

Notary Public

My Commission Expires: MARCH 28, 2021

NOTARY PUBLIC
JOSHUA DAVID LILLYWHITE
694126
COMMISSION EXPIRES
MARCH 28, 2021
STATE OF UTAH