# EXHIBIT 37

Gravity Capital website, J. Lillywhite Senior Loan Officer

Gravity Capital
Let Gravity Work for You

Request Loan

(801) 750 3838



**Dave Knudson, Gravity Capital President**

Real estate is particularly significant in David's vast experience, as he has been involved in many successful real estate ventures, as well as an investor in properties, and creating lending solutions for his clients. Some of his solid business backgrounds include non-performing loan portfolios and loans secured by real estate, in addition to owning a title company.

David's business expertise also includes land value and mineral acquisitions, as he has dealt in negotiating oil and gas leases and right of ways in the oil industry.

David specializes in lending capital that can be collateralized in many ways. This includes real estate, accounts receivable, alternate businesses, medical companies, equipment and more. He loves what he does and is an expert in creating the best scenario for entrepreneurs to meet their goals, acquire property, and develop successful enterprises.

dave@gravitysc.com

801-750-3838



**Josh Lilywhite, Gravity Capital Senior Loan Officer**

Josh Lilywhite is responsible for generating and evaluating investment opportunities for Gravity Capital. He will often be your first point of contact and can quickly assess the collateral value of any given property and put together the basic framework for a deal.