# EXHIBIT 38

California trustee's sale notice, J. Lillywhite as Gravity contact (2018)

RECORDING REQUESTED BY
Chicago Title Company

AND WHEN RECORDED MAIL TO

CHICAGO TITLE COMPANY
FORECLOSURE DEPARTMENT
560 E. HOSPITALITY LANE
SAN BERNARDINO, CA 92408

Space above this line for recorder's use only

Trustee Sale No. 4116-40
APN 7320-006-019

Title Order No. 05934998
TRA No. 01050

# NOTICE OF TRUSTEE'S SALE

YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 07/14/2016. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDINGS AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

On 05/23/2018 at 11:00AM, CHICAGO TITLE COMPANY, a California corporation as the duly appointed Trustee under and pursuant to Deed of Trust recorded on 07/22/2016 as Document No. 20160858977 of official records in the Office of the Recorder of Los Angeles County, California, executed by: Banff Alley, LLC, a Utah limited liability company, as Trustor, in favor of Gravity Segregation, LLC, a Utah limited liability company, as Beneficiary, WILL SELL AT PUBLIC AUCTION TO THE HIGHEST BIDDER FOR CASH (payable at time of sale in lawful money of the United States, by cash, a cashier's check drawn by a state or national bank, a check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, savings association, or savings bank specified in section 5102 of the Financial Code and authorized to do business in this state). At:

**by the fountain located at**
**400 Civic Center Plaza**
**Pomona, CA 91766**

all right, title and interest conveyed to and now held by it under said Deed of Trust in the property situated in said County, California describing the land therein:

LOT 19, AS SHOWN ON THAT CERTAIN MAP ENTITLED TRACT NO. 27522, WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, IN BOOK 700 OF MAPS, PAGE(S) 6 TO 12.

Trustee Sale No. 4116-40
Title Order No. 05934998
APN 7320-006-019

Beneficiary Phone: (385) 254-4529
Beneficiary: Gravity Segregation, LLC, Attn: Joshua Lillywhite, 531 East 770 North, Orem, UT 84097

The property heretofore described is being sold "as is". The street address and other common designation, if any, of the real property described above is purported to be: 1864 E. Kramer Drive, Carson, CA 90746.

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein.

NOTICE TO POTENTIAL BIDDERS: If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the property.

NOTICE TO PROPERTY OWNER: The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call **(714) 730-2727** or visit this Internet Web site **www.servicelinkasap.com,** using the file number assigned to this case **4116-40.** Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the Internet Web site. The best way to verify postponement information is to attend the scheduled sale.

Said sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by said Deed of Trust, with interest thereon, as provided in said note(s), advances, if any, under the terms of the Deed of Trust, estimated fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust, to-wit:

Trustee Sale No. 4116-40
Title Order No. 05934998
APN 7320-006-019

$456,174.84 (Estimated)
Accrued interest and additional advances, if any, will increase this figure prior to sale.
The Beneficiary may elect to bid less than their full credit bid.

The beneficiary under said Deed of Trust heretofore executed and delivered to the undersigned a written Declaration of Default and Demand for Sale, and a written Notice of Default and Election to Sell. The undersigned caused said Notice of Default and Election to Sell to be recorded in the county where the real property is located and more than three months have elapsed since such recordation.

**SALE LINE PHONE NUMBER: (714) 730-2727 / Web site address: www.servicelinkasap.com**

DATE: 4/25/18

CHICAGO TITLE COMPANY
FORECLOSURE DEPARTMENT
560 E. HOSPITALITY LANE
SAN BERNARDINO, CA 92408
(909) 884-0448

Teresa M. Drake

Teresa M. Drake, Vice President