LODGED
2026 JUL 29 PM 11:39
CLERK
U.S. DISTRICT COURT

MAX WARREN BARBER
4645 S. Highland Drive.
Holladay, Utah 84117
Email: 23blackbee@gmail.com
Plaintiff, pro se

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MAX WARREN BARBER,<br><br>Plaintiff,<br><br>v.<br><br>DAVID KNUDSON, ET AL.,<br><br>Defendants. | **ORDER GRANTING PLAINTIFF'S MOTION (ECF 225) FOR PARTIAL RELIEF FROM FILING RESTRICTION (ECF 208) AND FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Case No. 2:25-cv-00681-HCN-DBP<br><br>Howard C. Nielson, Jr.<br>United States District Judge |

Before the court is pro se Plaintiff Max Warren Barber's Motion for Partial Relief from Filing Restriction (ECF 208) and for Leave to File Second Amended Complaint, ECF 225 (the "Motion"), together with the proposed Second Amended Complaint attached as Exhibit A (ECF 225-1). The Motion complies with § II of the court's Standing Order for All Civil Cases (ECF 14), which requires a separate, written motion for leave to amend filed before argument on any motion to dismiss. Granting the Motion serves judicial economy: the Second Amended Complaint supersedes the pleading at which three pending dispositive motions are directed, dismissal of defendants and reduces the pending motions from ten to five. Having considered the

Motion, the record, and the applicable law, and good cause appearing, the court GRANTS the Motion.

IT IS HEREBY ORDERED that:

1. **Partial Relief from ECF 208.** The filing restriction entered March 24, 2026, ECF 208, is lifted for the limited purpose of permitting the filing of the Motion, the Second Amended Complaint, and the filings this Order directs. The restriction otherwise remains in effect.

2. **Leave to Amend.** Under Federal Rule of Civil Procedure 15(a)(2) and DUCivR 15-1, Plaintiff is granted leave to file the Second Amended Complaint. Because Plaintiff proceeds without an attorney, the redline requirement of DUCivR 15-1(a)(2) does not apply. See DUCivR 15-1(b).

3. **Filing.** The Clerk is directed to file the Second Amended Complaint attached as Exhibit A to the Motion as a separate docket entry. Upon docketing, the Second Amended Complaint is the operative pleading and supersedes the First Amended Complaint, ECF 17. This filing satisfies DUCivR 15-1(c).

4. **Pending Dispositive Motions.** The motions at ECF 71, 88, and 209 are DENIED AS MOOT as directed at a superseded pleading, without prejudice to the filing of motions or responsive pleadings directed at the Second Amended Complaint within the time set in paragraph 6.

5. **Related Pending Motions.** The motion at ECF 158 is DENIED AS MOOT and Plaintiff's objection at ECF 205 is DENIED AS MOOT..

6. **Response Deadlines.** Ordering otherwise under Federal Rule of Civil Procedure 15(a)(3) in light of the length of the amended pleading and the number of defendants, defendants who have appeared shall answer or otherwise respond to the Second Amended Complaint within thirty days of its filing. Plaintiff shall serve each newly added defendant in accordance with Federal Rule of Civil Procedure 4 and each newly added defendant shall respond within the time provided by Federal Rule of Civil Procedure 12(a).

7. **Prior Defaults.** The entries of default at ECF 203 are undisturbed. The Second Amended Complaint asserts no new claim for relief against any defaulted defendant, and no service under Federal Rule of Civil Procedure 5(a)(2) is therefore required on the defaulted defendants beyond service of this Order and the Second Amended Complaint by mail.

8. **Other Pending Matters.** Plaintiff's objection at ECF 205 is Moot and the default review at ECF 206 remain pending and are unaffected by this Order.

* * *

**IT IS SO ORDERED.**

DATED this [[__]]th day of [[___]], [[___]].

BY THE COURT:

Howard C. Nielson, Jr.
United States District Judge